# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA                E-Filing

VIOLET BLUE, an Individual

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

ADA MAE JOHNSON a/k/a ADA WOOFINDEN, an individual d/b/a VIOLET BLUE a/k/a VIOLET a/k/a VIOLET LUST; VIOLET BLUE, INC., a California Corporation; and DOES 1-10

**C 07 5370 MJJ**

TO: (Name and address of defendant)
ADA MAE JOHNSON a/k/a ADA WOOFINDEN,
an individual d/b/a VIOLET BLUE a/k/a VIOLET
a/k/a VIOLET LUST
31 - 4th Avenue
Ocean Shores, Washington

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
COLETTE VOGELE (SBN No. 192865)
Email: colette@vogelelaw.com
BENJAMIN COSTA (SBN No. 245953)
Email: ben@vogelelaw.com
VOGELE & ASSOCIATES
580 California Street, Suite 1600
San Francisco, CA 94104
Tel: (415) 751-5737
Fax: (415) 358-4975

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE: OCT 2 2 2007

(BY) DEPUTY CLERK

| ATTORNEY OR PARTY WITHOUT ATTORNEY:<br>Vogele & Associates<br>580 Callifornia St.<br>Suite 1600<br>San Francisco, CA 94104<br><br>TELEPHONE NO.: (415) 751-5737<br><br>ATTORNEY FOR: | *FOR COURT USE ONLY* |
|---|---|
| UNITED STATES NORTHERN DISTRICT COURT OF CALIFORNIA, | |
| PLAINTIFF: Violet Blue<br>DEFENDANT: Ada Mae Johnson a/k/a Woofinden d/b/a Violet Blue a/k/a Violet a/k/a Violet Lust; Violet Blue Inc. | CASE NUMBER:<br>C .07 5370 |
| **PROOF OF SERVICE** | Ref. No. or File No.: |

1. I am over 18 years of age and not a party to this action.

2. Received by PaperChase Legal Support LLC to be served on Ada Mae Johnson A/K/A Violet Blue, 31 No. 4th St., Pacific Beach Wa..

3. **Personally Served** the within named person with a true copy of this **Summons in a Civil Case; Complain; Civil Cover Sheet; Certification on Interested Entities or Persons; Order Setting Initial Case Management Conference & ADR Deadlines;Notice of Availability of Magistrate Judge to Exercise Jurisdiction; Drop Box Filing Procedures;Information Handout** with the date and hour endorsed thereon by me, pursuant to State Statutes.

4. Date and Time of service: 10/23/2007 at 5:15 pm

5. My name, address, telephone number, and, if applicable, county of registration and number are:
Name: Jerry Nootenboom
Firm: PaperChase Legal Support LLC
Address: 700 W. McBryde, Montesano, WA 98563
Telephone number: (360) 249-6501
Registration Number: Process Server
County: All Areas
The fee for the service was: $76.00

6. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

Jerry Nootenboom
(TYPE OR PRINT NAME OF PERSON WHO SERVED THE PAPERS)                (SIGNATURE OF PERSON WHO SERVED THE PAPERS) Reg #19