**FILED**

NOV 1 3 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO

**VIOLET BLUE**

**CASE NO.**

**C 07 5370 MJJ**

**AN INDIVIDUAL**
**PLAINTIFF,**

**V.**

**A CALIFORNIA**
**CORPORATION**

individual d/b/a **VIOLET BLUE** a/k/a **VIOLET** a/k/a **VIOLET LUST; VIOLET BLUE, INC.,**

## RESPONSE

## I.PARTIES

1. Plaintiff Violet Blue (hereinafter referred to as "Plaintiff," "Blue," or "Plaintiff Blue") is an individual, residing and having her principal place of business in San Francisco, California, in the county of San Francisco.

PAGE 1-

1    2. Defendant Ada Mae Johnson, a/k/a Ada Woffinden, an individual d/b/a Violet Blue a/k/a Violet

2    a/k/a Violet Lust (hereinafter referred to as "Defendant Johnson")is not residing in Aberdeen

3    Washington, but in Pacific Beach Washington.

4

5    3. To the best of the Defendants knowledge, the corporation Violet Blue Inc. does not exist. When

6    the Defendants webmaster filled out the information to register the domain name violetblue.org,

7    he might have put Violet Blue Inc. instead of the defendants birth name to protect the Defendants

8    identity against stalkers. The principal place of business address: 11777 San Vicente Boulevard,

9    #747 in LosAngeles California is an address unknown to the defendant.

10

11    4. The only Defendant in this case is Ada Mae Woffinden.

12

13    **II. JURISDICTION AND VENUE**

14    5. The first and second claims for relief arise under the Lanham Trademark Act, 15 U.S.C. §§

15    1051, but in accordance with the act, (3)(d) the Plaintiff failed to acknowledge the Defendant and

16    her use of the stage name "Violet Blue" since on or before 12/20/00.

17

18    6. The venue is not proper in this district pursuant to 28 U.S.C. § 1391(b)(2) because the

19    Defendant lives in Washington state and does not regularly do business in San Francisco,

20    California. The Defendants website is based in Woodland Hills, California. All contracts for the

21    San Francisco based Exotic Erotic Ball were signed either at the Defendants previous residence in

22    Van Nuys, California or at the Defendants current residence in Pacific Beach, Washington.

PAGE 2-

1    The Defendant requests a change of venue, closer to the Defendants home in Grays Harbor County

2    because of financial hardship and liabilities to her family. Further, Defendant alleges that Plaintiff

3    Blue would have an unfair advantage in a jury trial based in San Francisco, as Plaintiff Blue's

4    primary area of literary influence is the San Francisco area, due to her work for SF Gate.

5

6                                              **III. FACTS**

7    A. PLAINTIFF'S BACKGROUND

8

9    7. The Defendant has never seen any proof of Plaintiff Blue's claim of using the name "Violet

10   Blue" before the Plaintiff's first book was published in November 2001.

11

12   8. Plaintiff Blue's name was Wendi Sullivan Blue prior to 2002.

13

14   B. DEFENDANTS' CONDUCT

15

16   9. Defendant Johnson is an American adult entertainment actress, as well as a mainstream actress,

17   who has used the name "Violet Blue" since before 12/20/00. Defendant Johnson uses the name

18   "Violet Blue" for acting, burlesque, signings,appearances, promotion work, modeling and all

19   business relating to her website www.violetblue.org, which the Defendant has owned since 2001.

20   In January 2002 the Defendant received the prestigious Adult Video News Best New Starlet

21   award. The Best New Starlett award is a cumulative award, for acting in adult entertainment

22   films. Only one award of this kind is given out by Adult Video News per year, and it is said to be

PAGE 3-

1   the most difficult award to achieve.

2

3   10. In the last 3 years the Defendant has been in very few films, no more than 6, due to the

4   Defendant living in Washington to care for her elderly parents. The Defendant continues to model

5   for her website violetblue.org on a regular basis from her home in Washington. To the best of the

6   Defendant's knowledge the film entitled "Romantic Desires" which came out in 2007 was a

7   compilation of vignettes and the scene which features the defendant was filmed prior to 2006.

8   The defendant has no ability to view the film in question but knows that she did not film a scene

9   for Playboy in 2007 due to her being pregnant and living in Washington State.

10

11  11. Some of the Defendants recordings occurred in the state of California. The Defendant has also

12  performed in films made in Washington, Florida, Texas and Nevada.

13

14  12. The Defendant's movies were never for sale through violetblue.org. Five Star Video

15  (www.fivestarfc.com) set up, ran and maintained the Defendant's online store

16  www.movies.violetblue.org. The Defendant has attempted to contact Five Star Video but they

17  have not responded.

18

19  13. The Defendants last visit to this judicial district was in October 2006 for the Exotic Erotic

20  Ball. The Defendant co-hosted and performed a burlesque stage performance at the Exotic Erotic

21  Ball. The Defendant also signed autographes for her fans at her booth at the Exotic Erotic Expo.

22  All contracts for the Exotic Erotic Ball were emailed to the Defendant. The Defandant then printed

PAGE 4-

1    out, signed and faxed them from her home to the Exotic Erotic Ball talent coordinator. The

2    Defendant does not regularly visit the judicial district of San Francisco.

3    14. Defendant Johnson registered the domain violetblue.org in 2001. Defendant Johnson did not

4    know there was another person using the name "Violet Blue" for commerce.

5

6    15. The Defendant was not involved with the founding of Defendant VBI, a California corporation

7    created to take the title to the domain name violetblue.org. The Defendant denies knowledge of a

8    corporation with the name Violet Blue Inc.

9

10   16. The Defendant objects on a moral ground to the plaintiff's characterization of the defendant's

11   film work as "obscene" while Plaintiff owes much of her alleged status as a "well-known and

12   respected personality in the field of human sexuality" to writing about the adult entertainment

13   films which actors and actresses like Defendant Johnson have appeared in. Sections on plaintiff's

14   website, www.tinynibbles.com, include "suck - lick - rim," "hot sex ed," and "find good porn." If

15   Plaintiff condemns Defendant Johnson's work as "obscene," Plaintiff's own body of work should

16   be considered in the same light.

17

18   17. The Defendant denies that the website violetblue.org is obscene. It is a paid subscription site

19   the features the Defendant as herself, the adult actress with the name Violet Blue. The hair style in

20   question (Exhibit D, center) was a wig, styled by Sabrina Model to look like Betty Page, hence the

21   term "betty bangs" and not "violet bangs", and not the Plaintiff. The picture (Exhibit D, center)

22   was taken from a photoshoot in Las Vegas Nevada by a company called Passion Productions in

PAGE 5-

1  January 2001, well before the defendant had any knowledge of the Plaintiff or her use of the name

2  Violet Blue. Attached is an affidavit from Sabrina Model stating she fashioned the photo shoot to

3  resemble Betty Page in January 2001 (Exhibit E).

4

5  18. It is unknown to the Defendant whether or not she receives revenue directly from residents

6  within San Francisco.

7

8  C. ALLEGED CONFUSION AND  DILUTION RESULTING FROM DEFENDANT'S USE OF

9  THE NAME "VIOLET BLUE"

10

11  19. The Defendant requested that the word "Pornstar" be presented next to the name "Violet Blue"

12  on the advertisements for the Exotic Erotic Ball so the public would not confuse her with the

13  Plaintiff. It is not known whether this request was granted by the promoters of the Exotic Erotic

14  Ball. The Defendant has no control over the promotion of the Exotic Erotic Ball.

15

16  20. The Defendant had not spoken to or seen "Dave Pounder" (a professional alias) in over 3

17  years. The Defendant contacted Dave Pounder and notified him of his mistake. He stated that he

18  regularly recieves google news updates related to adult entertainment, and when he saw the name

19  "Violet Blue" he instantly thought it was the Defendant, because they had worked together

20  previously. He had no knowledge of the Plaintiff Blue or the use of the name "Violet Blue" by the

21  Plaintiff.

22

PAGE 6-

21. The Defendant has been using the name Violet Blue since before 12/20/2000. (Exhibit F) The Defendant has never appeared in a film using the name Violet Blue with the Plaintiff's likeness of black hair and "betty" bangs. The Defendant states that it was difficult for her to find work in the modeling and adult film industry in the beginning of her career (April 2000) as an adult actress and model because of her "look" of black hair and "betty" bangs and was instructed by her agent at the time, Roy Garcia, to change her hair color to blond and grow out her bangs in order to get more work in films and photoshoots. The Defendant also states that at that time in 2000 she began growing out her hair and made the transition from black to blond over the course of many months.

D. DEFENDANT JOHNSON'S ALLEGED PROMISE TO CEASE AND DESIST.

22. The Defendant denies that she told the Plaintiff she would cease, desist and quit the use of the name Violet Blue. The letter wrote by the Defendant to the Plaintiff was in response to a posting on the Plaintiff's blog from www.tinynibbles.com stating that the Plaintiff was upset about the name Violet Blue appearing on the front of adult movies with titles like "Shut up and blow me". Attached is a copy of the emails exchanged in there entirety (Exhibit G).

23. The Defendant has never assured to the Plaintiff that she would stop using the name "Violet Blue". As seen in the email (Exhibit G) the Defendant said "You'll be happy to know that I'm finished doing Boy/Girl porn scenes, so your name will no longer be on the front of porn

PAGE 7-

1   boxcovers that say "Shut up and blow me" and the like". Again, the Defendant does not produce

2   or distribute her own films or videos. The Defendant's online store is ran by Five Star Video.

3   24. The Plaintiff has never demanded that the Defendant cease, desist, and quit the use of the

4   pseudonym "Violet Blue". The Defendant has never received a cease and desist letter from the

5   Plaintiff or any letter besides the email in response (Exhibit G) to the Plaintiff's blog after the

6   Defendant Johnson appoligized to Plaintiff Blue for any confusion. If the Defendant received such

7   a letter, and notification of the trademark in question, she would have immedatly changed her

8   name.

9

10              **FIRST CAUSE OF ACTION**

11                  (Trademark Infringement)

12  25. The Defendant began using the name "Violet Blue" exclusively before December 2000. At

13  that time the Defendant alleges that the Plaintiff was an unknown in her profession as a writer and

14  working at Good Vibrations, a retailstore specializing in adult related products in San Francisco.

15  Previous to theDefendant using the name Violet Blue, she used the name Violet and for one

16  movie the name Violet Lust. When the Defendant started using the name "Violet Blue" she had no

17  knowledge of the Plaintiff. It should be noted that the Plaintiff changed her birth name Wendi

18  Sullivan Blue to Violet Wendi Blue in 2002, well after the Defendant had established herself in

19  her career with the name "Violet Blue".

20

21  26. The Defendant has never attempted to create a likelihood of confusion. The Defendant has

22  attempted to make it as clear as possible that she was not the author Violet Blue by adding the

PAGE 8-

word "Pornstar" before her name whenever possible. The Defendant has also received emails confusing her with the Plaintiff and has redirected the persons writing the emails to the Plaintiff's website www.tinynibbles.com.

27. The Defandant denies violation of 15 U.S.C. § 1125.

28. The Defendant does not believe that her actions have damaged the Plaintiff's business. If anything, the Defendant alleges it has likely helped the Plaintiff sell her books. The books the Plaintiff has written are sex related. If people were led to believe that an award-winning adult entertainment actress was writing them, the Defendant alleges that they would sell more.

29. Upon notification of the name "Violet Blue" being trademarked, the Defendant changed her name to Violetta Blue to avoid confusion to the public as an act of good faith.

**SECOND CAUSE OF ACTION**

(Trademark Dilution)

30. The Defendant alleges she was famous with the name "Violet Blue" before the Plaintiff was widely known to the public. The Plaintiff knew this, but didn't report it when she applied for the trademark "Violet Blue".

31. The Defendant is not sure if the general populus would call the books the Plaintiff writes "wholesome". Here is a partal list of the books Plaintiff Blue has written. The Ultimate Guide to

Adult Videos: How to Watch Adult Videos and Make Your Sex Life Sizzle, The Smart Girl's Guide to Porn, The Ultimate Guide to Fellatio: How to Go Down on a Man and Give Him Mind-Blowing Pleasure. The Defendant alleges there are people in the world who would find the content of the Plaintiffs books obscene, offensive and pornographic.

32. The Defendant has never acted in bad faith towards the Plaintiff. However, the Plaintiff has slandered the Defendant numerous times on her online blog. The Plaintiff has also threatened physical harm to the Defendant through a mutual friend known to the Defendant as Satanica (stage name).

33. Up until the trademark "Violet Blue" was filed on 5/2/2007, over 6 years after both Plaintiff and Defendant had been using the name "Violet Blue" for commerce, the Defendant had just as much right to the name "Violet Blue". The Defendant had used the name before the Plaintiff was widely known or famous. The Defendant was famous with the name "Violet Blue" before the Plaintiff was famous with the name "Violet Blue". The Defendant's first notification of a trademark was this lawsuit. The Defendant then made contract with her webmaster and asked that the name Violet Blue be changed to Violetta Blue, as to avoid confusion.

34. The Defendant did not knowingly use the Plaintiff's name and likeness for commercial purposes. The Defendant has never attempted to look anything like the Plaintiff. The Defendant began using the name "Violet Blue" in December 2000, before there was any knowledge of the Plaintiff by the Defendant. By the time the Defendant found out about the Plaintiff, the Defendant

PAGE 10-

1    had already established herself in the adult film community with the name "Violet Blue". If

2    the Defendant would have changed her name at that time, it would have confused the entire adult

3    community and she would have lost work because of the change.

4    35. The trademark was unknown to the Defendant prior to the filing of this lawsuit. The Plaintiff

5    never notified the Defendant of a trademark of the name "Violet Blue".

6

7                                  **FOURTH CAUSE OF ACTION**

8                                       (Unfair Competition)

9    36. The Defendant is an Adult Actress. The Plaintiff is a blogger and author. The Defendant does

10   not understand how her using the name "Violet Blue" could be construed as unfair competition

11   under Claifornia common law.

12

13   37. The Defendant denies that there has been any irreparable injury to the Plaintiff because of the

14   Defendant's use of the name "Violet Blue".

15

16                  **PLEA FOR CONSIDERATION AND REQUEST FOR DISMISSAL**

17   WHEREFORE, The Defendant Johnson prays for judgement in her favor and against the Plaintiff

18   as follows:

19   1. Your Honor, I am a single mother who gave up my career as an adult actress to help care for my

20   elderly father. I live off what little money I receive from my website www.violetblue.org (please

21   see attached bank statements, Exhibit H). I get no residuals from the sale of the movies I've acted

22   in. I believe I have done no wrong to anyone and allege this lawsuit is a publicity stunt by the

PAGE 11-

1    Plaintiff to sell more books. People get me and the Plaintiff confused very rarely and only very

2    recently since the Plaintiff has began to get more famous. Its not my fault we used the same name

3    and I have attempted to resolve the situation by changing my name. I pray you do not award

4    Plaintiff Blue damages or attorney's fees or costs of this lawsuit.

5

6    2. I further pray the court does not allow any possible mistakes in formatting or style of this

7    document to reflect negatively upon me. I have been unable to afford a lawyer to help me defend

8    this case and have relied upon my own research to draft this response.

9

10   3. In consideration of all these points herein contained, I pray the court will recognize that I have

11   not acted in bad faith, I have not benefited in any way from any confusion arising between myself

12   and Plaintiff Blue, and I would not have the financial resources with which to pay Plaintiff

13   damages without my entire family enduring financial hardship, if Your Honor were to judge

14   against me.

15

16   4. Finally, I hereby humbly and frankly request a dismissal of this case.

17

Ada Mae Johnson
NOVEMBER 7, 2007

PAGE 12-

# Exhibit D

Violet Blue – Welcome to the World of Porn Star Video Que                                              10/19/07 1:13 PM



# Exhibit E

 **YAHOO!** MAIL



11/05/07

To Whom It May Concern:

I, Sabrina Model-Carlberg, attest to the fact that I was responsible for the conceptualization, styling, and costuming for a photo shoot featuring Violet Blue (Ada Woffinden). The shoot took place in Las Vegas in January 2001.

I styled one shoot, in particular, as an homage to Bettie Paige, the 1950's era pinup model. I chose Violet Blue to portray a modern-day Bettie Paige. I provided a black wig for Violet to wear so she would better resemble Ms. Paige.

Sincerely,

Sabrina Model-Carlberg

Sabrina Model-Carlberg

461 Cypress Ave

San Bruno, Ca

94066

sabrina@pacificanet.net

(650) 533-5849

# Exhibit
# F



Bitch    Adam & Eve PRODUCTIONS

a giant gatekeeper and magical guide. As a young man desperately searches for her in another time, she must face a host of demonic beings, including two gunfighters from hell and a bevy of sinful sensual creatures.

ADAM & EVE Productions presents
A SIMON WOLF Feature

Feature Length 138 Minutes

Starring Inari Vachs, Sydnee Steele, Kylie Ireland, Alexandra Silk, Shay Sweet, Nichole Sheridan, Violet Blue, Also Starring Dale Dabone, Joel Lawrence, Tyce Bune, Chris Cannon, Voodoo, Jason McCain, Seth Gecko and George Kaplan

Directed By Bud Lee

# Exhibit
# G

y.alo;  My  Yaool  Mail  Tutorials  More          **Make Y! your home page**    Welcome, violetblue418  Sign Out  My Account  Help

 **YAHOO!** MAIL

Search: [        ]    **Web Search**

 FREE COACH Purse   
*Participation required. See details.*

Mail | Contacts | Calendar | Notepad          Mail For Mobile - Mail Upgrades - Options

**Check Mail** | **Compose**          **Search Mail** | **Search the Web**

Attractive card for ugly credit

Previous | Next | Back to Messages

**Delete** | **Reply** ▾ | **Forward** ▾ | **Move...** ▾

**Folders**  [Add - Edit]

Inbox (8)
Draft
Sent
Bulk (1)  [Empty]
Trash  [Empty]

**My Folders**  [Hide]
Violet Blue Web... (1)

**Search Shortcuts**
My Photos
My Attachments

 Netflix Try for Free!
 Try Blockbuster Only $9.99/month
 Why refi is hot: 5.9% 30-yr.*
Flirt via email at Y! Personals

This message is not flagged. [ Flag Message - Mark as Unread ]          Printable View

**Date:**  Sat, 20 Jan 2007 21:30:56 -0800 (PST)
**From:**  "Violet Blue" <violetblue418@yahoo.com>  Add to Address Book  Add Mobile Alert
**Subject:**  Re: Happy Holidays
**To:**  "v i o l e t / b l u e" <violet@tinynibbles.com>

Hello Violet, Thanks for getting back to me. I thought for sure you never would so imagine my surprise! Hmmm, domain name. All I own is violetblue.org and my partner assassin would beat me silly if I got rid of it. I guess they're getting ready to launch a new look or something. Right now my website is my only form of income, and they're being great about trying to promote and drive traffic to it so I can make what little I do to eat off of. I just got an offer from an old friend to write a portion of a horror movie, so that might take me in yet another direction. Don't worry, if I start writing I'll be sure to use my real name! Thats sad and neat that you were one of the street kids. My boyfriend is also an old school street kid, but from Aberdeen and Portland. He did some travels in SF though and almost got stabbed by a punker while on acid by asking him for a spork as he was spanging. I found out I'm having a baby girl and I'm naming her Clover. YAY for weird names! I'll have Crimzen and Clover, over and over. Oh, did you see that your name was nominated for best actress in a video? Its funny, the one movie that I do and I get nominated LOL. I was soo hung over when we shot that film too, and my husband and me had beat the shit out of eachother the night before so I was all bruised up. Thank god for makeup artists! Well, the Unsolved Mysteries UFO's disk set that I rented is playing without me so I should get going. Nice mailing with you! Love, Ada

**v i o l e t / b l u e <violet@tinynibbles.com>** wrote:

Hi Ada,

My inbox has been a mess and I actually just found this email today. Thank you for taking the time to write this; it really clears up a lot, it means a lot and I can tell it was very intense to write. It is heartfelt, and deeply appreciated. You really opened up to me, and I know that's not easy. Thank you.

Good luck with the changes you're facing; life passing and new life, divorce and marriage, all at the same time, wow. Congratulations and warm wishes on all. Hair and makeup will be a blast, I'm sure -- I have friends doing both as career changes, and they really love their jobs.

Anyway, our communication and clearing it up has been a long time coming. Let's hope it's a sign of good changes ahead for both of us. And in the meantime, if you'd like, I'd love to see how much you'd sell me the violetblue domain name for.

I'm sure if you were interested in having me take it off your hands, we could also work out a transfer page to sit there for as long as needed to let people know where and how to find you in your new direction, if that's what you wanted.

best wishes, thanks, and warm thoughts from chilly San Fran,
Violet

ps, I think my parents were hippies. I am an only child, but they totally made my name up. the social security administration gave me a middle initial randomly. but none of it really mattered since I became homeless and orphaned around my 14th birthday. my name ended up fitting me as a homeless teen just fine, and by the time I got off the streets, what people thought of my name was the least of my worries. regardless, I have no family name to carry on as I never knew my family at all -- just my mom for almost 14 years. by the time I was 13, she was a crackhead on a downward spiral.

On 12/5/06, **Violet Blue** <violetblue418@yahoo.com> wrote:
Hello author Violet Blue,

You'll be happy to know that I'm finished doing Boy/Girl porn scenes, so your name will no longer be on the front of porn boxcovers that say "Shut up and blow me" and the like. I'm not living in Porn Valley. I'm in a small town near Aberdeen Washington. I moved up here 2 years ago to help take care of my 91 year old father. I'm getting married, in the process of a divorce and I'm 5 months pregnant.

I'd like to tell you that I'm sorry for accidentally using your name. Back when I first started I used just Violet as you know. Then after about 6 videos my agent told me I needed a last name and chose Lust for me without me liking it. I did one video with that horrible name, Violet Lust. I thought of Violet Blue, being that it was my favorite colored crayon by Crayola. I googled it, and nothing came up but flowers. I googled Violet Blue Porn and again nothing about you came up. So I didn't know you existed. I wish now that I would have because I never would have intentionally used your name. I don't like being confused with someone else. I'm just really glad I didn't keep my hair black with betty bangs like when I first started. THAT would have really made it difficult to tell us apart to fans.

I'm hurt that someone in the porn industry would claim that I'm taking your name in Vain. And that I'm trying to stay "Hip" by using it because my appeal has faded. The person obviously doesn't know that I'm living in BFE and can't work up here. I've only made 2 trips to LA in the last 2 years and both were to take my son up to see his daddy. I love it how you can move far away and everybody starts making up stories, thinking they know what happened to you. I'd still be working constantly if i was in LA. But like I said before, I've got a sick daddy and a baby on the way. Not only that but I'm finishing up school, so I will have a semi normal life doing hair and makeup under my real name, Ada. You know what sucks though, there's another makeup artist in LA with the name Ada. So I guess I'm going to have to stick to the Northwest.

Its kind of funny, but I was going to use my real name for porn when I first started, but everyone told me that would be a mistake because of obsessed fans and stalkers. I believed them. I sincerely hope that you haven't had any stalkers think that you are

me. How did you end up with such a peculiar name anyways? Overly creative parents? I named my son Crimzen. On the fliers for the EEB they did state under Violet Blue the fact that it was the porn performer. I know they didn't want people confusing the two of us. I'm not sure if I'll be working with them again though. I love co hosting and performing, I just won't be able to for at least a year and I'm sure they'll find someone else to take my place in that time. Perhaps someone younger, hip, and in style.

I hope that you write me back, at least to clarify everything that we've heard about eachother. I know I wrote you years ago asking you to come on my internet radio show. I was so excited to find out that there was someone else using the name Violet Blue. But I never got a response, so I'm not really expecting one now. Have a wonderful holiday season and a spankin New Year. Love, Ada

**Love,** Violet Blue

Need a quick answer? Get one in minutes from people who know. Ask your question on Yahoo! Answers .

--
this email is: [ ] bloggable   [ x ] ask first   [ ] lethal if repeated or forwarded

open + source + sex
http://www.tinynibbles.com
+ + + + + + +
contributor: http://www.fleshbot.com
listen: http://violetblue.libsyn.com
local is global: http://sf.metblogs.com
sf is sexy: http://www.sfgate.com/columnists/violetblue/

**Love,** Violet Blue ☺

Need Mail bonding?
Go to the Yahoo! Mail Q&A for great tips from Yahoo! Answers users.

| Delete | Reply ▽ | Forward ▽ | Move... ▽ |

Previous | Next | Back to Messages                                    Save Message Text | Full Headers

| Check Mail | Compose |                                    | Search Mail | Search the Web |

Copyright © 1994-2007 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy

# Exhibit H



**Bank of America**

## Checking – 8748: Account Activity

### Balance Summary

**$48.09**
Available Balance
as of 11/07/2007[1]

**View:**  Today(November 7, 2007)

### All transactions:

| Date ↓ | Record | Type | Status | Amount | Balance |
|---|---|---|---|---|---|
| Pending | CHECKCARD KFC # 79 HOQUIAN WA ON 11/06... | 🅳 | [P] | -$3.24 | $48.09 |
| Pending | CHECKCARD YOU & I MARK ET IN PACIFIC BEACH... | 🅳 | [P] | -$4.00 | $51.33 |
| Pending | CHECKCARD YOU & I MARK ET IN PACIFIC BEACH... | 🅳 | [P] | -$5.00 | $55.33 |
| Pending | CHECKCARD YOU & I MARK ET IN PACIFIC BEACH... | 🅳 | [P] | -$7.56 | $60.33 |
| Pending | CHECKCARD D & K GROCER Y PACIFIC BEACH WA ... | 🅳 | [P] | -$8.63 | $67.89 |
| Pending | CHECKCARD QUIZNOS SUBS #396 ABERDEEN WA ON... | 🅳 | [P] | -$15.23 | $76.52 |
| | *Statement Period as of 11/07/2007* | | | | |
| 11/06/2007 | ACCOUNT FEES | 🏦 | [C] | -$5.95 | $91.75 |
| 11/06/2007 | WAL-MART #2037 11-06 CUSTOMER 1275 PURCH... | 💳 | [C] | -$10.06 | $97.70 |
| 11/05/2007 | STAPLES 00105163 11/02 CARD #1275 PURCHASE... | 💳 | [C] | -$0.45 | $107.76 |
| 11/05/2007 | YOU & I MARKET IN 11-0 3 CUSTOMER 1275 PUR... | 💳 | [C] | -$4.50 | $108.21 |
| 11/05/2007 | PAYPAL DES:INST XFER ID:49M2232S5BY5N IN... | 💸 | [C] | -$7.15 | $112.71 |
| 11/05/2007 | PROG MAX INS CO DES:IN S PREM ID:66717999 ... | 💸 | [C] | -$105.19 | $119.86 |
| 11/05/2007 | CENTURYTEL Bill Payment | 📞 | [C] | -$150.00 | $225.05 |
| 11/01/2007 | SHELL OIL 57442294906 10/30 CARD #1275 PU... | 💳 | [C] | -$10.02 | $375.05 |
| 11/01/2007 | GROCERY OUTLET 10/30 CARD #1275 PURCHASE... | 💳 | [C] | -$36.41 | $385.07 |
| 10/31/2007 | D & K GROCERY 10/29 CARD #1275 PURCHASE... | 💳 | [C] | -$7.58 | $421.48 |
| 10/31/2007 | D & K GROCERY 10/29 CARD #1275 PURCHASE... | 💳 | [C] | -$12.86 | $429.06 |
| 10/30/2007 | WAL-MART #2037 10-30 CUSTOMER 1275 PURCH... | 💳 | [C] | -$14.34 | $441.92 |
| 10/30/2007 | DEPOSIT | 💰 | [C] | $100.00 | $456.26 |
| 10/30/2007 | DEPOSIT | 💰 | [C] | $200.00 | $356.26 |
| 10/29/2007 | YOU & I MARKET INC 10/26 CARD #1275 PU... | 💳 | [C] | -$6.46 | $156.26 |
| 10/29/2007 | SHELL OIL 93002566046 | | | -$10.03 | $162.72 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | 10/27 CARD #1275 PU... | 📄 | C |  |  |
| 10/29/2007 | YOU & I MARKET INC 10/28 CARD #1275 PU... | 📄 | C | -$17.88 | $172.75 |
| 10/29/2007 | Check 509: Edit Details | 🖋 | C | -$102.00 | $190.63 |
| 10/26/2007 | PARKS MINI MARKET 10-2 6 CUSTOMER 1275 PUR... | 📄 | C | -$5.35 | $292.63 |
| 10/26/2007 | WASH LQR CNTL BR 10-26 CUSTOMER 1275 PURCH... | 📄 | C | -$14.95 | $297.98 |
| 10/26/2007 | DEPOSIT | 💳 | C | $94.81 | $312.93 |
| 10/24/2007 | Staples, Inc. 10-24 CUSTOMER 1275 PURCH... | 📄 | C | -$4.08 | $218.12 |
| 10/24/2007 | YOU & I MARKET INC 10/23 CARD #1275 PU... | 📄 | C | -$11.86 | $222.20 |
| 10/24/2007 | DEPOSIT | 💳 | C | $158.14 | $234.06 |
| 10/23/2007 | MCDONALD'S F13181 10/2 2 CARD #1275 PURCHA... | 📄 | C | -$8.74 | $75.92 |
| 10/23/2007 | ALL THAT GLITTERS 10/2 1 CARD #1275 PURCHA... | 📄 | C | -$37.80 | $84.66 |
| 10/22/2007 | WAL-MART #2037 10-22 CUSTOMER 1275 PURCH... | 📄 | C | -$1.22 | $122.46 |
| 10/22/2007 | WAL-MART #2037 10-21 CUSTOMER 1275 PURCH... | 📄 | C | -$7.85 | $123.68 |
| 10/22/2007 | YOU & I MARKET INC 10/20 CARD #1275 PU... | 📄 | C | -$10.48 | $131.53 |
| 10/18/2007 | WAL-MART #2037 10-18 CUSTOMER 1275 PURCH... | 📄 | C | -$17.77 | $142.01 |
| 10/17/2007 | SWANSON'S FOODS # 10-1 7 CUSTOMER 1275 PUR... | 📄 | C | -$7.19 | $159.78 |
| 10/16/2007 | BKOFAMERICA ATM WITHDR WL 10-16 #005044 CU... | 💳 | C | -$100.00 | $166.97 |
| 10/16/2007 | SPRINT Bill Payment | 📞 | C | -$172.19 | $266.97 |
| 10/16/2007 | DEPOSIT | 💳 | C | $200.00 | $439.16 |
| 10/15/2007 | ARCO PAYPOINT 10-13 CUSTOMER 1275 PURCH... | 📄 | C | -$25.47 | $239.16 |
| 10/15/2007 | CNS IKEA - USA 10-13 CUSTOMER 1275 PURCH... | 📄 | C | -$184.04 | $264.63 |
| 10/12/2007 | YOU & I MARKET INC 10/10 CARD #1275 PU... | 📄 | C | -$5.18 | $448.67 |
| 10/12/2007 | PAYPAL DES:INST XFER ID:49M223242M8VU IN... | 🔄 | C | -$6.98 | $453.85 |
| 10/12/2007 | YOU & I MARKET INC 10/10 CARD #1275 PU... | 📄 | C | -$14.25 | $460.83 |
| 10/12/2007 | D & K GROCERY 10/11 CARD #1275 PURCHASE... | 📄 | C | -$34.57 | $475.08 |
| 10/10/2007 | WAL-MART #2037 10-10 CUSTOMER 1275 PURCH... | 📄 | C | -$5.95 | $509.65 |
| 10/10/2007 | ARCO PAYPOINT 10-10 CUSTOMER 1275 PURCH... | 📄 | C | -$10.62 | $515.60 |
| 10/10/2007 | ABERDEEN GROCERY 10-10 CUSTOMER 1275 PURCH... | 📄 | C | -$22.65 | $526.22 |
| 10/10/2007 | WAL-MART #2037 10-10 CUSTOMER 1275 PURCH... | 📄 | C | -$25.01 | $548.87 |

[1](includes amounts subject to any holds.)

[2](helps you plan your finances by tracking upcoming payments and deposits.)