RECEIVED

NOV 2 9 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

VIOLET BLUE, an individual,

Plaintiffs,

vs.

ADA MAE JOHNSON aka ADA MAE WOOFINDEN, an individual; VIOLET BLUE, INC., a California corporation,

Defendants.

Case No.: C 07-5370 MJJ

(~~Proposed~~)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Robert S. Apgood, an active member in good standing of the bar of the United States District Court for the Western District of Washington, whose business address and telephone number are:

2400 NW 80th Street #130
Seattle, WA 98117
Telephone: 206-624-2379

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Ada Mae Johnson aka Ada Mae Woofinden.

ORDER GRANTING APPLICATION FOR ADMISSION
OF ATTORNEY *PRO HAC VICE*   - 1

1   IT IS HEREBY ORDERED THAT the application is granted, subject to the
2   terms and conditions of Civil L.R. 11-3.  All papers filed by the attorney must
3   indicate appearance *pro hac vice*.  Service of papers upon and communication with
4   co-counsel designed in the application will constitute notice to the party.  All
5   future filings in this action are subject to the requirements contained in General
6   Order No. 45, *Electronic Case Filing*.

8   DATED THIS 5th day of December 2007.

            _____
            UNITED STATES ~~MAGISTRATE~~ JUDGE
                         DISTRICT

ORDER GRANTING APPLICATION FOR ADMISSION
OF ATTORNEY *PRO HAC VICE*  - 2