1  COLETTE VOGELE (SBN No. 192865)
   Email: colette@vogelelaw.com
2  BENJAMIN COSTA (SBN No. 245953)
   Email: ben@vogelelaw.com
3  **VOGELE & ASSOCIATES**
4  580 California Street, Suite 1600
   San Francisco, CA 94104
5  Tel: (415) 751-5737
   Fax: (415) 358-4975
6  Attorneys for Plaintiff
7  VIOLET BLUE

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11 | VIOLET BLUE, an Individual, | Case No. C 07-5370 MJJ
12 |         Plaintiff, | **DECLARATION OF COLETTE VOGELE IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT**
13 |   v. |
14 | ADA MAE JOHNSON a/k/a ADA WOOFINDEN, an individual d/b/a VIOLET BLUE a/k/a VIOLET a/k/a VIOLET LUST; VIOLET BLUE, INC., a California Corporation; and DOES 1-10, | Hon. Judge Jenkins
                                                                                                                                                                         Courtroom 11, 19th Floor
                                                                                                                                                                         450 Golden Gate Avenue
                                                                                                                                                                         San Francisco, CA 94102
17 |         Defendants. | **Hearing Date: January 29, 2008
                           Hearing Time: 9:00 a.m.**

19     I, Colette Vogele, declare as follows:

20     1.     I am a member of the State Bar of California, admitted to practice before this

21 Court, founding attorney of Vogele & Associates, and attorney of record for movant Violet Blue

22 herein.  The facts contained in this declaration are known personally to me and, if called as a

23 witness, I could and would testify competently thereto under oath.

24     2.     Attached hereto as Exhibit **1** is a true and correct copy of Plaintiff's Proposed

25 First Amended Complaint.

26     3.     Attached hereto as Exhibit **2** is a true and correct copy of a redline showing the

27 changes between Plaintiff's initial Complaint and the Proposed First Amended Complaint.

28

1       4.      On October 25, 2007, Defendant Johnson contacted me by telephone after Defendant Johnson received service of Plaintiff's Complaint. During the October 25 phone conversation, I cautioned Defendant Johnson to obtain counsel before responding to the Complaint and told her she had twenty days in which to file her response. . Defendant Johnson explained that she did not plan to hire an attorney. She also told me that "Violet Blue Inc." does not exist, Bill Fox "hosts" the www.violetblue.org website, Mr. Fox receives payment based on the sale of content from the www.violetblue.org website, and after Mr. Fox and a "webmaster" are paid, Defendant Johnson receives fifty percent (50%) of the remaining revenue. Finally, Defendant Johnson gave me her phone number for future contact.

        5.      Attached hereto as Exhibit **3** is a true and correct copy of the November 6, 2007, email correspondence between Defendant Johnson and me wherein I again informed Defendant Johnson that I represented the Plaintiff Violet Blue, and could not represent or advise Defendant Johnson. I also advised Defendant Johnson again that she should attempt to obtain counsel, informed her of resources for finding pro bono counsel in her area if she could not afford to pay for an attorney, and informed her she had until November 12, 2007, to file her response to the Complaint.

        6.      On the morning of November 9, 2007, I received a phone call from Robert Apgood, an attorney licensed in Washington State, informing me that he would be representing Defendant Johnson in this action. He asked for Plaintiff's consent to a motion and I indicated I needed to check with Plaintiff. In the early afternoon that same day, I left Mr. Apgood a voice message to which I never received a response.

        7.      Attached hereto as Exhibit **4** is a true and correct copy of the domain name registration for the internet domain name www.violetblue.org, which, at the time of the filing of the Complaint, provided "Violet Blue Inc." as the domain registrant.

        8.      Attached hereto as Exhibit **5** is a true and correct copy of an email message I received from Paul Miloknay, counsel for Violet Blue Inc., dated November 6, 2007, attaching a copy of his letter dated October 31, 2007, to Defendant Johnson. Mr. Miloknay's letter indicates

2

1  that Violet Blue Inc. has no involvement with Defendant Johnson's website,
2  www.VioletBlue.org, and requests that Defendant Johnson cease and desist all use of the name
3  Violet Blue Inc.

4      9.    Attached hereto as Exhibit **6** is a true and correct copy of the current domain
5  name registration information for the internet domain www.violetblue.org domain name
6  registration indicating that "David Claiborne" is now the registrant with an address of PO Box
7  171, Pacific Beach, Washington 98571.

8      10.    Attached hereto as Exhibit **7** is a printout dated December 18, 2007, from
9  ainews.com (http://ainews.com/story/12193/), the Adult Industry News website, which is an
10  article authored by Defendant Johnson using the name "Violet Blue" as her byline in which she
11  identifies her address as PO Box 171, Pacific Beach WA, 98571.

12      11.    On December 5, 2007, I spoke by telephone with Defendant Johnson's counsel,
13  Mr. Apgood. In that conversation, I informed him of Plaintiff's request for Defendant's consent
14  to amend the Complaint to add defendants identified in Defendant Johnson's answer and others.
15  Mr. Apgood refused to agree to the anticipated amendment.

16      12.    Attached hereto as Exhibit **8** is a true and correct copy of a printout dated
17  December 18, 2007, from AssassinPictures.com (http://www.assassinpictures.com/services/) that
18  describes internet services provided to users in setting up and operating commercial
19  pornographic websites.

20      13.    Attached hereto as Exhibit **9** is a true and correct copy of a printout dated
21  December 18, 2007, from AssassinCash.com (http://www.assassincash.com/) that describes
22  internet services provided to users in setting up and operating commercial pornographic
23  websites. This page also indicates that "VioletBlue.org" is one of AsassinCash.com's customers
24  ("our sites") which users can include in their AssassinCash.com websites to "begin cashing in
25  with some of the biggest names in the adult industry!"

26      14.    Attached hereto as Exhibit **10** is a true and correct copy of a printout of the front
27  page of VioletBlue.org (http://xxx.violetblue.org/) dated December 18, 2007, indicating that

28      3

1  VioletBlue.org operates using services provided by AssassinPictures.com and
2  AssassinCash.com.
3      15.   Attached hereto as Exhibit **11** is a true and correct copy of a printout dated
4  December 18, 2007, from AssassinPictures.com
5  (http://www.assassinpictures.com/about/clients.php) indicating Defendant Johnson, operating
6  under the performance name "Violet Blue," is a client that provides pornographic content.
7      16.   Attached hereto as Exhibit **12** is a true and correct copy of a printout dated
8  December 18, 2007, from AssassinCash.com (http://www.assassincash.com/banners.php)
9  providing "Assassin Cash Website Banners" that link to Defendant Johnson's website,
10 VioletBlue.org, for users setting up commercial pornographic websites.
11     17.   Attached hereto as Exhibit **13** is a true and correct copy of a printout dated
12 December 18, 2007, from FiveStarFC.com (http://www.fivestarfc.com/webmasters.asp)
13 indicating that Five Star is a distributor of adult movies and toys.
14     18.   Attached hereto as Exhibit **14** is a true and correct copy of a printout dated
15 December 18, 2007, from AssassinPictures.com (http://www.assassinpictures.com/contact/)
16 which provides Bill Fox as the sole contact person.
17     19.   Attached hereto as Exhibit **15** is a true and correct copy of a printout dated
18 December 18, 2007, from AssassinCash.com (http://www.assassincash.com/contact.php), which
19 provides Bill@AssassinPictures.com as a contact person.
20     20.   Attached hereto as Exhibit **16** is a true and correct copy of a printout dated
21 December 18, 2007, from VioletBlue.org (http://xxx.violetblue.org/2257.html) which provides
22 "Bill Fox" of "Assassin Pictures" as the contact person under 18 U.S.C. § 2257.
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28

4

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 21st day of December, 2007, at San Francisco, California.

                                                /S/ Colette Vogele

                                                Colette Vogele
                                                Attorneys for Plaintiff
                                                VIOLET BLUE