| | |
|---|---|
| From: | Colette Vogele <colette@vogelelaw.com> |
| Subject: | **Re: waiver of service of summons** |
| Date: | November 6, 2007 3:49:02 PM PST |
| To: | Violet Blue <violetblue418@gmail.com> |



Dear Ms. Woffinden:

Thank you for your message.

I need to remind you that I represent Violet Blue, the Plaintiff in the lawsuit that is pending against you. I cannot represent or advise you because I represent a party that is adverse to you. As I mentioned on the phone last week, I encourage you to find your own attorney who can represent you in this matter. There may be pro bono legal services available in your area, and you may seek such information from the Washington State Bar Association. Their website is located at http://www.wsba.org/.

That said, I understand you are representing yourself at this time in the pending lawsuit. My client, Ms. Blue, would like to work with you to find a way to resolve this matter through a settlement that includes (among other things) limited discovery and an agreed injunction. Are you available to discuss this possibility with me by telephone on Thursday or Friday this week? If it looks like we are able to work towards a settlement, we may be in a position to postpone the time for you to respond to the Complaint. Presently your response must be filed on or before November 12.

Finally, your email below and the question you left on my voice mail suggest that you believe you need to return the waiver of summons. You do not need to do that. You were personally served with the complaint on October 23, 2007, so there is no need to waive service of the summons. We will be filing the proof of service with the Court this week and I mail you a copy of that. For these purposes, what is your mailing address?

Again, I encourage you to seek out legal counsel to represent you in this litigation, and want it to be clear that you understand that I am not your attorney. I do, however, hope we can work together on resolving this dispute efficiently.

Sincerely,

Colette Vogele

~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~
Colette Vogele, Esq.
Vogele & Associates
580 California Street
Suite 1600
San Francisco, CA 94104
office  415.751.5737
email  colette@vogelelaw.com

On Oct 29, 2007, at 11:21 PM, Violet Blue wrote:

> Hello Colette, in the paperwork that was served to me the "Notice of Lawsuit and Request for Waiver of Service of Summons" was not filled out.  I also didn't receive an addressed and stamped envelope to send the "Waiver of Service of Summons" back to you.  There was also a "Return of Service" paper that wasn't filled out.  Could you get back to me on this?  Thanks!  Ada Woffinden case number C 07 5370