

Start a domain search: [          ] .com [GO!]   ► 24/7 Sales & Support: (480)505-8877   ► Today's Offers

Go Daddy.COM  Make a .com name with us!®

SPECIAL OFFER for RegisterFly.com™ Customers!

HOT SPOT  See our latest ads, photos, events & more!

LISTEN TO Life Online™ with BOB PARSONS TODAY!

►BobParsons.com
When Saigon fell.
A special message for Vietnam Vets.

| Domains | Hosting & Servers | Email | Site Builders | Business | SSL Certificates | Domain Auctions | Reseller Plans |

# WHOIS
## Search Results for:                    VIOLETBLUE.ORG

Search Again
? Enter a Domain Name to Check
[                    ] .com [GO]

Available TLDs
☐ VIOLETBLUE.BIZ          $7.99/yr
☐ VIOLETBLUE.US           $7.99/yr
☐ VIOLETBLUE.NAME         $7.99/yr
You might also consider:
☐ VIOLETBLUEONLINE.COM    $8.95/yr
☐ ONLINEVIOLETBLUE.COM    $8.95/yr
☐ VIOLETBLUEHOME.NET      $8.99/yr
☐ HOMEVIOLETBLUE.NET      $8.99/yr
☐ VIOLETBLUESITE.ORG      $8.99/yr
☐ SITEVIOLETBLUE.ORG      $8.99/yr
☐ VIOLETBLUEWEB.INFO      $1.99/yr SAVE!
☐ WEBVIOLETBLUE.INFO      $1.99/yr SAVE!
☐ VIOLETBLUELIVE.BIZ      $7.99/yr
☐ LIVEVIOLETBLUE.BIZ      $7.99/yr
☐ VIOLETBLUEBLOG.US       $7.99/yr

REGISTER NOW!

NOTICE: Access to .ORG WHOIS information is provided to assist persons in
determining the contents of a domain name registration record in the Public Interest Registry
registry database. The data in this record is provided by Public Interest Registry
for informational purposes only, and Public Interest Registry does not guarantee its
accuracy. This service is intended only for query-based access. You agree
that you will use this data only for lawful purposes and that, under no
circumstances will you use this data to: (a) allow, enable, or otherwise
support the transmission by e-mail, telephone, or facsimile of mass
unsolicited, commercial advertising or solicitations to entities other than
the data recipient's own existing customers; or (b) enable high volume,
automated, electronic processes that send queries or data to the systems of
Registry Operator or any ICANN-Accredited Registrar, except as reasonably
necessary to register domain names or modify existing registrations. All
rights reserved. Public Interest Registry reserves the right to modify these terms at any
time. By submitting this query, you agree to abide by this policy.

Domain ID:D80891318-LROR
Domain Name:VIOLETBLUE.ORG
Created On:08-Dec-2001 07:17:13 UTC
Last Updated On:23-Nov-2006 01:10:11 UTC
Expiration Date:08-Dec-2007 07:17:13 UTC
Sponsoring Registrar:Network Solutions LLC (R63-LROR)
Status:CLIENT TRANSFER PROHIBITED
Registrant ID:17571909-NSI
Registrant Name:Violet Blue Inc.
Registrant Organization:Violet Blue Inc.
Registrant Street1:15963 Sherman Way Suite 7
Registrant Street2:
Registrant Street3:
Registrant City:Van Nuys
Registrant State/Province:CA
Registrant Postal Code:91406
Registrant Country:US
Registrant Phone:+1.8189011857
Registrant Phone Ext.:
Registrant FAX:
Registrant FAX Ext.:
Registrant Email:nightmarehippigirl@yahoo.com
Admin ID:17571909-NSI
Admin Name:Violet Blue Inc.
Admin Organization:Violet Blue Inc.
Admin Street1:15963 Sherman Way Suite 7
Admin Street2:
Admin Street3:
Admin City:Van Nuys
Admin State/Province:CA
Admin Postal Code:91406
Admin Country:US
Admin Phone:+1.8189011857
Admin Phone Ext.:
Admin FAX:
Admin FAX Ext.:
Admin Email:nightmarehippigirl@yahoo.com
Tech ID:24629080-NSI
Tech Name:Skworm, Inc. Administrator
Tech Organization:Skworm, Inc.
Tech Street1:5699 Kanan Road, #152
Tech Street2:
Tech Street3:

Tech City:Agoura Hills
Tech State/Province:CA
Tech Postal Code:91301
Tech Country:US
Tech Phone:+1.310395217
Tech Phone Ext.:
Tech FAX:+1.310395219
Tech FAX Ext.:
Tech Email:administrator@skworm.net
Name Server:NS1.FOXXXHOLEPRO.COM
Name Server:NS2.FOXXXHOLEPRO.COM
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:

See Underlying Registry Data
Report Invalid Whois

▶24/7 Sales and Support: (480) 505-8877   ▶Billing Questions? Call (480)505-8855    Free Email Updates! Enter address    GO

Home | Contact Us | Catalog | Cart | How to Pay | Legal | Report Spam | Jobs | Site Index | Whois | Affiliates | Resellers | Link to Us

       

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2006

Copyright © 1999 - 2007 GoDaddy.com, Inc. All rights reserved.

