|  |  |
|---|---|
| From: | Paul Miloknay <pmm@rwmlawyers.com> |
| Subject: | **Violet Blue** |
| Date: | November 6, 2007 2:49:58 PM PST |
| To: | <colette@vogelelaw.com> |
| Cc: | Jill Tanner <jilltanner@earthlink.net> |

1 Attachment, 48.2 KB

Paul Miloknay
In Address Book

Dear Colette,

Attached please find a copy of the cease and desist letter I sent to Violet Blue the porn star last week.  Let me know if you have any questions.

Best,
Paul

--
Paul M. Miloknay
Rohner, Walerstein & Miloknay
11777 San Vicente Blvd., Suite 747
Los Angeles, CA 90049

Phone:  310-477-5001
Fax:    310-826-7227

=================================================

Important:

This e-mail transmission, including any previous messages or attachments to it, contains information that may be proprietary, confidential and/or privileged.  If you have received this transmission in error, please delete the original transmission without making copies, disclosing, distributing, saving or making use of it in any manner (all of which acts are strictly prohibited), and so notify the sender by reply e-mail pmm@rwmlawyers.com

=================================================

**ROHNER, WALERSTEIN & MILOKNAY**
A  L A W  C O R P O R A T I O N

October 31, 2007

Ada Mae Johnson
c/o Violet Blue, Inc.
15963 Sherman Way, Suite 7
Van Nuys, CA  91406

**RE:    Violet Blue, Inc.**

Dear Ms. Johnson:

      I represent Jill Tanner, president and owner of the California corporation Violet Blue, Inc.  It has come to our attention that you have an internet domain ("violetblue.org") that names Violet Blue, Inc. as the registrant.  Since the only Violet Blue, Inc. in California is the one owned by my client, your naming of Violet Blue, Inc. as the registrant of the domain is false, defamatory, and has already led to my client's corporation being improperly named in a lawsuit against you.  Accordingly, we hereby demand that you immediately cease and desist from using the corporate name "Violet Blue, Inc." in connection with any of your endeavors.

      Please remove all reference to Violet Blue, Inc. from all websites, blogs, audio-visual material, printed material and other material regarding your endeavors

immediately and provide written confirmation that you have complied with these demands. Failure to do so will force my client to pursue any and all remedies she may have against you, including but not limited to damages for defamation and harm to Ms. Tanner's business and reputation, the cost of responding to the Federal lawsuit in which my client was improperly named, and any other damages she may sustain as a result of your illegal and fraudulent use of Violet Blue, Inc.

    This letter is not a complete recitation of the facts and circumstances surrounding this matter, is not a waiver of anything, and all rights and remedies are hereby expressly reserved.

Sincerely,

Paul M. Miloknay

PMM:dp

cc:  Jill Tanner
      Administrator, Skworm, Inc.

11777 SAN VICENTE BOULEVARD, SUITE 747 LOS ANGELES, CALIFORNIA 90049
Phone: (310) 477-5001 Fax: (310) 826-7227

# ROHNER, WALERSTEIN & MILOKNAY
### A LAW CORPORATION

October 31, 2007

Ada Mae Johnson
c/o Violet Blue, Inc.
15963 Sherman Way, Suite 7
Van Nuys, CA 91406

**RE:    Violet Blue, Inc.**

Dear Ms. Johnson:

     I represent Jill Tanner, president and owner of the California corporation Violet Blue, Inc. It has come to our attention that you have an internet domain ("violetblue.org") that names Violet Blue, Inc. as the registrant. Since the only Violet Blue, Inc. in California is the one owned by my client, your naming of Violet Blue, Inc. as the registrant of the domain is false, defamatory, and has already led to my client's corporation being improperly named in a lawsuit against you. Accordingly, we hereby demand that you immediately cease and desist from using the corporate name "Violet Blue, Inc." in connection with any of your endeavors.

     Please remove all reference to Violet Blue, Inc. from all websites, blogs, audio-visual material, printed material and other material regarding your endeavors immediately and provide written confirmation that you have complied with these demands. Failure to do so will force my client to pursue any and all remedies she may have against you, including but not limited to damages for defamation and harm to Ms. Tanner's business and reputation, the cost of responding to the Federal lawsuit in which my client was improperly named, and any other damages she may sustain as a result of your illegal and fraudulent use of Violet Blue, Inc.

     This letter is not a complete recitation of the facts and circumstances surrounding this matter, is not a waiver of anything, and all rights and remedies are hereby expressly reserved.

Sincerely,

Paul M. Miloknay

PMM:dp

cc:    Jill Tanner
       Administrator, Skworm, Inc.