

**Start a domain search:** [ ] com [ GO! ]   Today's Offers SALE   **24/7 Sales & Support:** (480)505-8877

# WHOIS
## Search Results for:    VIOLETBLUE.ORG

**Search Again**
? Enter a Domain Name to Check
[ ] .com [ GO ]

NOTICE: Access to .ORG WHOIS information is provided to assist persons in determining the contents of a domain name registration record in the Public Interest Registry registry database. The data in this record is provided by Public Interest Registry for informational purposes only, and Public Interest Registry does not guarantee its accuracy. This service is intended only for query-based access. You agree that you will use this data only for lawful purposes and that, under no circumstances will you use this data to: (a) allow, enable, or otherwise support the transmission by e-mail, telephone, or facsimile of mass unsolicited, commercial advertising or solicitations to entities other than the data recipient's own existing customers; or (b) enable high volume, automated, electronic processes that send queries or data to the systems of Registry Operator or any ICANN-Accredited Registrar, except as reasonably necessary to register domain names or modify existing registrations. All rights reserved. Public Interest Registry reserves the right to modify these terms at any time. By submitting this query, you agree to abide by this policy.

Domain ID:D80891318-LROR
Domain Name:VIOLETBLUE.ORG
Created On:08-Dec-2001 07:17:13 UTC
Last Updated On:09-Dec-2007 01:22:55 UTC
Expiration Date:08-Dec-2008 07:17:13 UTC
Sponsoring Registrar:Network Solutions LLC (R63-LROR)
Status:CLIENT TRANSFER PROHIBITED
Registrant ID:17571909-NSI
Registrant Name:David Claiborne
Registrant Organization:violetblue.org
Registrant Street1:P.O. Box 171
Registrant Street2:
Registrant Street3:
Registrant City:Pacific Beach
Registrant State/Province:WA
Registrant Postal Code:98571
Registrant Country:US
Registrant Phone:+1.818231823
Registrant Phone Ext.:
Registrant FAX:+1.123123123
Registrant FAX Ext.:
Registrant Email:nightmarehippigirl@yahoo.com
Admin ID:17571908-NSI
Admin Name:Ada Johnson
Admin Street1:P.O. Box 171
Admin Street2:
Admin Street3:
Admin City:Pacific Beach
Admin State/Province:WA
Admin Postal Code:98571
Admin Country:US
Admin Phone:+1.818274155
Admin Phone Ext.:
Admin FAX:+1.123123123
Admin FAX Ext.:

? **Available TLDs**

| | |
|---|---|
| ☐ VIOLETBLUE.BIZ | $9.99/yr |
| ☐ VIOLETBLUE.US | $7.99/yr |
| ☐ VIOLETBLUE.NAME | $9.99/yr |

? **You might also consider:**

| | |
|---|---|
| ☐ VIOLETBLUEONLINE.COM | $9.99/yr |
| ☐ ONLINEVIOLETBLUE.COM | $9.99/yr |
| ☐ VIOLETBLUEHOME.NET | $9.99/yr |
| ☐ HOMEVIOLETBLUE.NET | $9.99/yr |
| ☐ VIOLETBLUESITE.ORG | $6.99/yr SAVE! |
| ☐ SITEVIOLETBLUE.ORG | $6.99/yr SAVE! |
| ☐ VIOLETBLUESHOP.INFO | $2.99/yr SAVE! |
| ☐ SHOPVIOLETBLUE.INFO | $2.99/yr SAVE! |
| ☐ VIOLETBLUELIVE.BIZ | $9.99/yr |
| ☐ LIVEVIOLETBLUE.BIZ | $9.99/yr |
| ☐ VIOLETBLUEBLOG.US | $7.99/yr |

**REGISTER NOW!**

Admin Email:nightmarehippigirl@punkass.com
Tech ID:17571908-NSI
Tech Name:Ada Johnson
Tech Street1:P.O. Box 171
Tech Street2:
Tech Street3:
Tech City:Pacific Beach
Tech State/Province:WA
Tech Postal Code:98571
Tech Country:US
Tech Phone:+1.818274155
Tech Phone Ext.:
Tech FAX:+1.123123123
Tech FAX Ext.:
Tech Email:nightmarehippigirl@punkass.com
Name Server:NS1.FOXXXHOLEPRO.COM
Name Server:NS2.FOXXXHOLEPRO.COM
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:

See Underlying Registry Data
Report Invalid Whois

---

24/7 Sales and Support: (480) 505-8877     Billing Questions? Call (480)505-8855     Free Email Updates! Enter address    GO

**Home** | **Contact Us** | **Product Advisor** | **Catalog** | **How to Pay** | **Legal** | **Site Index** | **Whois** | **Affiliates** | **Resellers** | **Link to Us**

**GoDaddyLive.com** | **BobParsons.com** | **GoDaddyGirls.info** | **WildWestDomains.com**

**DomainNameAftermarket.com** | **GoDaddyConnections.com**

       

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2006

Copyright © 1999 - 2007 GoDaddy.com, Inc. All rights reserved. **View offer Disclaimers**

