

**Want to Know?**
**Search AINews**
[    ] [Go]



- **Front Page**
- **Adult Film News**
- **Adult Media News**
- **Business News**
- **Club & Appearance News**
- **Freedom & the Law**
- **Internet News**
- **Lifestyles & Health News**
- ➡ **Letters to the Editor**
- **Columns**
- **Movie Reviews**
- **InnerViews**
- **AINews Site Map**
- **Free News Feed**
- **AINews Affiliate Store**
- **Star Pages**
- **Advertise With AINews**



July 31, 2007 03:12am
**Violet Blue Memorabilia Sale**
Source: Letters to the Editor
by: Violet Blue

Work is slow... So, I'm selling some of my stuff if anyone is interested. I have school girl skirts, panties and bra sets, shoes (my converse are already sold) and dildos that I've used in videos and photo shoots.

Soooo, if you have a favorite photo shoot of mine that you might like to have an item from, let me know and I'll check and see if I still have it. You can email me directly at violetblue418 at Yahoo dot com. No, I'm not selling my pentagram...

If you'd like an autographed picture, please send a SASE to:
Violet Blue
P.O. Box 171,
Pacific Beach, WA 98571

If you want a particular picture, you can email me that image and include $20. Otherwise you'll get what I've got stacked up, which are usually DVD inserts.

Violet Blue

 WWW.PAMELAPEAKSINTHEKITCHEN.COM "PAMELA PEAKS IN THE KITCHEN?!" TV SHOWS

| Related Stories |
|---|
| • **Flynt in Oprah** <br> • **Exotic Erotic Ball Announces Adult Entertainers** <br> • **Head Master 2 ~ Reviewer Rated** <br> • **Wonderland ~ Reviewer Rated** |

| Related Sites - WARNING! May lead to graphic content |
|---|



**Top Stories**

**Jana Jordan Featured in 3 More Magazines**

**Batman's Belfry: Blue Moon Bash Full of Flesh**

**Silver Reign Birthday Bash**



| content |
|---|
| • **Violet Blue's VioletBlue.org**<br>• **Movies with Violet Blue (Gamelink)**<br>• **Movies With Violet Blue (AINews)** |

**More Stories From<br>Letters to the Editor**

**Thanks For The Toys**

**Boobs For Payton**

**Pornstar Violet Blue Changes Name**

**Danger Peligro Gefahr**

**Bethany Sweet in LegWorld**

**Ange Venus in Dante's Inferno**

**Violet Blue Memorabilia Sale**

**Freaky Works for De'Nyle**

**Anjelica Lauren Available to Fans**

**Fred Salaff Needs Help**

**Still No Trial Date Set**

**Jade Feng at Portland Erotic Ball**

**Freaky By The Bay: Rory Zacher is a Spunky Man**

**NYE Bash Hollywood Hills Mansion**

**Midori & Kumi to Perform at Fetish Ball**

**Mallcom Gives Free Jenna Hot Trimmers**

**Rhyse & Rhylee Richards Host Vice XXXmas Party**

**Nikita Denise on Night Calls**

**Morgan Ray Available**

**Ashlynn Brooke Spreads Holiday Cheer for Club**

**Jesse Jane Covers FHM México**

**Monique Alexander NYC New Year's Eve Party**

**Black Market Release Party**

**Love Shack Celebrates Anniversary**

[Kelly Wells Loves Australia](#)

[Kelly 'Fn' Wells Blows Off Australia](#)

[Sydnee Steele's Book Deal Comments](#)

[Possible Booking Fraud Continues](#)

[Cleopatra's 2 Year Calendar](#)

[Asia Carrera's Husband Killed](#)

[Whitney Wonders Getting Married](#)

[SuicideGirls Content License Flap](#)

[Shay Lynn Parties at Playboy Mansion](#)

[Bogus Bookings Bait Talent](#)

[George DeLorenzo Hangs in Miami](#)

[Alicia Angel Corrects AINews](#)

[Cleopatra in Maxim Magazine](#)