

Home > Services

**Printing**
**Web Design and Hosting**
**Production**

We at Assassin pride ourselves on being a "one-stop shop" for the adult entertainment industry.

Whether you're an entrepeneur with a small company or representing one of the biggest names in the business, Assassin can handle your project quickly, efficiently, and at prices that are killing the competition!

For all your web, print, design, production and promotional needs, there's only one name you need to know - **Assassin**.

© Copyright 2006 Assassin Pictures, Inc