



# Are you ready to make a *killing* in the adult web business ?

- 50% Lifetime Commissions on All Referred Sales
- 28 High-Quality Pornstar and Niche Sites
- FREE Banners and Marketing Tools, Including Hosted Galleries!
- Prompt and Accurate Weekly Payouts
- Real-time Stats

Sign up NOW to begin cashing in with some of the biggest names in the adult industry!

## Our Sites:

**818 Sluts**
The hottest girls in Porn Valley show what makes the 818 the porn capitol of the world!

**BrookeHaven.com**
The official website of Brooke Haven.

**ClubJenaveve.com**
The official website of Jenaveve Jolie.

**ClubNadiaHilton.com**
The official website of Nadia Hilton.

**EnterNautica.com**
The official website of Nautica Thorn.

**EnterDaisy.com**
The official website of Daisy Marie.

**Erotica Boxing**

**EvaAngelinaOnline.com**

| | |
|---|---|
| Featured on Playboy TV's Sexcetera, Erotica Boxing is unlike anything you've ever seen! | The official website of Eva Angelina. |
| **FuckingAlisandra.com** | **GiannaLynn.com** |
| Alisandra fucks her friends and fans on film!! | The official website of Gianna Lynn. |
| **JennaPresley.com** | **KurtLockwood.com** |
| The official website of Jenna Presley. | The official website of Kurt Lockwood. |
| **LexiBardotXXX.com** | **LylaLeiXXX.com** |
| The official website of Lexi Bardot. | The official website of Lyla Lei. |
| **MichelleMaylene.com** | **OliviaOLovely.com** |
| The official website of Michelle Maylene. | The official website of Olivia O'Lovely. |
| **Porn Stars Garage** | **Porn Vixenz** |
| Nothing's better than hot women, fast cars, and crazy times in the Porn Stars Garage! | Porn's loveliest vixens do what they do best - fuck and suck for the camera! |
| **ReganReese.com** | **RitaFaltoyanoXXX.com** |
| The official website of Regan Reese. | The official website of Rita Faltoyano. |
| **ShaynaKnightXXX.com** | **StephanieTripp.com** |
| The official website of Shayna Knight. | The official website of Stephanie Tripp. |
| **Strapon-Toyz** | **SunnyLaneLive.com** |
| Power tools and pussy! This all-girl series is acclaimed by AVN, and features some of the hottest girls in the business. | The official website of Sunny Lane. |
| **SweetMikayla.com** | **TommyGunnXXX.com** |
| The official website of Mikayla. | The official website of Tommy Gunn. |
| **TylerFaith.com** *NEW* | **VioletBlue.org** |
| The official website of Tyler Faith. | The official website of Violet Blue. |

[ Home ]   [ Enroll ]   [ Stats ]   [ Banners ]   [ Galleries ]   [ Links ]   [ Resources ]   [ Contact ]

ASSASSIN CASH & UNITED CASH OF ASSASSINS IS COPYRIGHT 2006 ASSASSIN PICTURES. ALL RIGHTS RESERVED.