

Welcome. You are about to enter a hardcore website. All models on this site are 18 years old or older.
18 U.S.C. 2257 Record-Keeping Requirements Compliance Statement.

Duplication without written license is prohibited by federal laws.
VIEWING OF THIS WEB SITE BY MINORS IS FORBIDDEN BY LAW. You are entering an area of this site that contains nudity or sexually oriented material and is intended for adults only. Press ENTER if you are 18 or over. Press EXIT if you are under 18



LEAVE SITE                ENTER SITE