Assassin Pictures – Production – Videography – Photography – Editing – Authoring – Graphic Design – Printing – Promotional Services – Web Hosting       12/18/07 1:22 PM



Home > About Us > Client List

**Mission**
**Team Members**

What follows is our running list of clients, this will be updated periodically. The names on this list have contracted us for one or more of our services: web or print design, web programming, printing, promotion, or production assistance.

| | |
|---|---|
| Celestial Productions | Alana Evans |
| Damaged Pictures | Alexis Amore |
| Diamond International | Annie Cruz |
| Erotica Boxing | Brooke Haven |
| Extreme Associates | Carla Harvey |
| Foxxx Modeling | Carmen Luvana |
| Friday Productions | Chelsea Zinn |
| KSEXradio | Darien Ross |
| LA Direct Models | Eva Angelina |
| Latin Tits n Ass | Felicia Fox |
| Lethal Hardcore | Gauge |
| MeanBitches | Gia Paloma |
| Original Entertainment | Jack Lawrence |
| Pink Diamonds Gentleman's Club | Jenaveve Jolie |
| PornStarPerformance.com | Jenna Presley |
| Pure Play Media | Johnny Zinn |
| Rancid Productions, Inc. | Kurt Lockwood |
| Rockman Enterprises | Lady Armani |
| Twisted Pink | Lexi Lamour |
| Vicious Media, Inc. | Lisa Sparxxx |
| Wicked Pictures | Nadia Hilton |
| Vivid Entertainment | Nicki Hunter |
| Xotic Entertainment | Nyomi Marcela |
| | Olivia O'Lovely |
| | Pamela Peaks |
| | Rita Faltoyano |
| | Samantha Ryan |
| | Shayna Knight |
| | Shy Love |
| | Stephanie Tripp |
| | Stormy Daniels |
| | Sunny Lane |
| | Tommy Gunn |
| | Victoria Sin |
| | Violet Blue |
| | Yasmine Vega |

© Copyright 2006 Assassin Pictures, Inc