

# Assassin Cash Website Banners
(right-click and choose 'Save as')

## 818sluts.com



## BrookeHaven.com



## ClubJenaveve.com



## ClubNadiaHilton.com





## EnterDaisy.com



## EnterNautica.com



## EvaAngelinaOnline.com



## GiannaLynn.com



## JennaPresley.com





## LexiBardotXxX.com



## LylaLeiXxX.com





## MichelleMaylene.com



## 0livia0Lovely.com



## PornStarsGarage.com



## ReganReese.com



## RitaFaltoyanoXxX.com





## ShaynaKnightXxX.com



## StraponToyz.com





## StephanieTripp.com



## SweetMikayla.com





## TommyGunnXxX.com



## TylerFaith.com



## VioletBlue.org



[ **Home** ]   [ **Enroll** ]   [ **Stats** ]   [ **Banners** ]   [ **Galleries** ]   [ **Links** ]   [ **Resources** ]   [ **Contact** ]

ASSASSIN CASH & UNITED CASH OF ASSASSINS IS COPYRIGHT 2006 ASSASSIN PICTURES. ALL RIGHTS RESERVED.