

SIGN UP   LOGIN   WEBMASTERS   RESOURCES   FAQ   CONTACT US   LINKS

## Five Star Webmaster Program

**Order Fulfillment: Defined**
Every webmaster has had dreams of running an online store. The target market and sales potential for internet companies is mind-boggling. However, with any product-based business comes the hassle of warehousing inventory, order processing, billing, shipping, and the biggest of all--customer service. Five Star FC takes care of all these issues as well as server and database administration. With a few clicks, any webmaster can create a virtual store and watch the money begin to roll in while we handle all the rest.

**Commission Schedule**

| Price Tier Name | Commission | Price Mark-up |
|---|---|---|
| Competitive Pricing | 10% | None |
| Suggested Retail Pricing | 25% | 30% |
| Retail Mark-Up Pricing | 40% | 65% |

**Virtual Store Product Catalog**
Five Star FC offers over 20,000 adult DVD, VHS, and sex toys. We carry a wide selection of DVD titles from all the major production companies including Private, Hustler, Metro, Vivid, NuTech, Evil Angel, Evil Empire, Nymph, and many more. We offer just about every genre of adult film in order to satisfy any customer's tastes. Adult genres include Straight, Gay, All-Girl, Group Sex/Orgy, Anal, Bizarre/Freak, and much more. We carry sex toys from Adam & Eve, Doc Johnson, California Exotic, Topco, and more. Our line of sex toys include Vibrators, Dildos, Masturbators, Vaginas, Lotions/Lubes, Dolls, and more. Five Star FC's product offering has something for anyone looking for adult products.

**Management Tools**
Once you have created your virtual store, you need the ability to manage it. Five Star FC's Virtual Store Managment Tools do just that. Use the management tools to:
- Change the look of your virtual store
- Customize your product catalog
- Upload a graphic to be used as your store's logo
- Pick which titles to feature on your store's home page
- Change your pricing/commission rates
- View hits statistics
- View sales statistics

**Contact Us**
If you have any further questions regarding our virtual store program, please do not hesitate to email the Five Star FC Team

sign up   login   webmasters   faq   terms   contact us   links

© Copyright 1999-2007 Five Star Fulfillment
Custodian of Records (U.S.C. TITLE 18, SECTION 2257 Compliance)