Assassin Pictures – Production – Videography – Photography – Editing – Authoring – Graphic Design – Printing – Promotional Services – Web Hosting    12/18/07 1:54 PM

Case 3:07-cv-05370-SI    Document 10-15    Filed 12/21/2007    Page 1 of 1



Home > Contact Us

Assassin Pictures, Inc.
21110 Nordhoff St., Suite I
Chatsworth, CA 91311 Map it!

(818) 534.8289

info@assassinpictures.com

Please don't hesitate to contact us for any inquiry. Our office hours are 9am to 5pm, Monday through Friday.

For urgent after-hours contact, please call Bill Fox at (909) 208-0618. When using this number, please observe common courtesy in regards to late hours.

© Copyright 2006 Assassin Pictures, Inc