

# Contact Us

**Assassin Cash is a subsidiary of Assassin Pictures, Inc.**

Technical Questions? Contact **Johnny@AssassinPictures.com**
Marketing/Business Questions? Contact **Bill@AssassinPictures.com**

[ **Home** ]   [ **Enroll** ]   [ **Stats** ]   [ **Banners** ]   [ **Galleries** ]   [ **Links** ]   [ **Resources** ]   [ **Contact** ]

ASSASSIN CA$H & UNITED CA$H OF ASSASSINS IS COPYRIGHT 2006 ASSASSIN PICTURES. ALL RIGHTS RESERVED.