U.S.C. TITLE 18, SECTION 2257 COMPLIANCE

In compliance with United States Code, Title 18, Section 2257, all models, actors, actresses and other persons who appear in any visual depiction of sexually explicit conduct appearing or otherwise contained in or at VioletBlue.org were over the age of eighteen years at the time of the creation of such depictions.

Records required to be maintained pursuant to U.S.C. Title 18, Section 2257 are kept by the custodian of records at:

Bill Fox
Assassin Pictures
21110 Nordhoff St, Suite I
Chatsworth, CA 91311

violet@violetblue.org