1  COLETTE VOGELE (SBN No. 192865)
   Email: colette@vogelelaw.com
2  BENJAMIN COSTA (SBN No. 245953)
   Email: ben@vogelelaw.com
3  **VOGELE & ASSOCIATES**
   580 California Street, Suite 1600
4  San Francisco, CA 94104
   Tel: (415) 751-5737
5  Fax: (415) 358-4975

6  Attorneys for Plaintiff
   VIOLET BLUE

7

8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11 | VIOLET BLUE, an Individual,                  | Case No. C 07-5370 MJJ
12 |         Plaintiff,                           | **(PROPOSED) ORDER GRANTING MOTION TO AMEND**
13 |    v.                                        |
   |                                              | Hon. Judge Jenkins
14 | ADA MAE JOHNSON a/k/a ADA                    | Courtroom 11, 19th Floor
   | WOOFINDEN, an individual d/b/a               | 450 Golden Gate Avenue
15 | VIOLET BLUE a/k/a VIOLET a/k/a               | San Francisco, CA 94102
   | VIOLET LUST; VIOLET BLUE, INC., a            |
16 | California Corporation; and DOES 1-10,       | **Hearing Date: January 29, 2008**
   |                                              | **Hearing Time: 9:00 a.m.**
17 |         Defendants.                          |

18

19     Plaintiff VIOLET BLUE's Motion For Leave Pursuant To Fed. R. Civ. P. 15(a) To

20 Amend Complaint ("Motion") came on for hearing on January 29, 2008, before this Court, the

21 Honorable Judge Martin J. Jenkins presiding. All interested parties were represented by counsel

22 and given an opportunity to be heard.

23     The Court, having read and considered the papers submitted, and having heard the

24 argument of counsel, hereby ORDERS that Plaintiff's Motion is Granted. Plaintiff shall file the

25 First Amended Complaint within five (5) days of entry of this Order.

26  / / /

27  / / /

28

1   IT IS SO ORDERED.

2   Dated: January __, 2008

3   _____
    Hon. Judge Martin J. Jenkins
    UNITED STATES DISTRICT COURT

2

(PROPOSED) ORDER GRANTING PLAINTIFF'S            Case No. C 07-5370 MJJ
MOTION FOR LEAVE TO AMEND COMPLAINT