1  COLETTE VOGELE (SBN No. 192865)
   Email: colette@vogelelaw.com
2  BENJAMIN COSTA (SBN No. 245953)
   Email: ben@vogelelaw.com
3  **VOGELE & ASSOCIATES**
   580 California Street, Suite 1600
4  San Francisco, CA 94104
   Tel: (415) 751-5737
5  Fax: (415) 358-4975

6  Attorneys for Plaintiff
   VIOLET BLUE

7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11  VIOLET BLUE, an Individual,          Case No. C 07-5370 MJJ

12            Plaintiff,                 **PLAINTIFF'S CORRECTED NOTICE OF
                                         MOTION FOR LEAVE PURSUANT TO
13       v.                              FED. R. CIV. P. 15(a) TO AMEND
                                         COMPLAINT**
14  ADA MAE JOHNSON a/k/a ADA
    WOOFINDEN, an individual d/b/a       Hon. Judge Jenkins
15  VIOLET BLUE a/k/a VIOLET a/k/a       Courtroom 11, 19th Floor
    VIOLET LUST; VIOLET BLUE, INC., a    450 Golden Gate Avenue
16  California Corporation; and DOES 1-10, San Francisco, CA 94102

17            Defendants.                **Hearing Date: January 29, 2008
18                                       Corrected Hearing Time: 9:30 a.m.**

19

20               **CORRECTED NOTICE OF MOTION**

21       TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

22       PLEASE TAKE NOTICE that Plaintiff's Motion For Leave Pursuant To Fed. R. Civ. P.

23  15(a) To Amend Complaint was previously noticed for hearing on January 29, 2008, at 9:00 a.m.

24  [*See* Plaintiff's Motion For Leave Pursuant To Fed. R. Civ. P. 15(a) To Amend Complaint at 1,

25  and supporting documents, *filed* Dec. 21, 2007 (Docket Nos. 9, 10, 11) (hereinafter "Plaintiff's

26  Motion to Amend").]  Plaintiff hereby corrects the scheduled hearing time for Plaintiff's Motion

27  to Amend to **9:30 a.m.** or as soon thereafter as the matter may be heard by the above-entitled

28  Court, on the same date, January 29, 2008.

                                                        Case No. C 07-5370 MJJ

1   Dated:  January 2, 2008                    VOGELE & ASSOCIATES

2

3

4                                           By: /S/ Colette Vogele
                                                 Colette Vogele
5
                                            Attorneys for Plaintiff VIOLET BLUE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF'S CORRECTED NOTICE OF MOTION
FOR LEAVE TO AMEND COMPLAINT