COLETTE VOGELE (SBN No. 192865)
Email: colette@vogelelaw.com
BENJAMIN COSTA (SBN No. 245953)
Email: ben@vogelelaw.com
**VOGELE & ASSOCIATES**
580 California Street, Suite 1600
San Francisco, CA 94104
Tel: (415) 751-5737
Fax: (415) 358-4975

Attorneys for Plaintiff
VIOLET BLUE

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VIOLET BLUE, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>ADA MAE JOHNSON a/k/a ADA WOOFINDEN, an individual d/b/a VIOLET BLUE a/k/a VIOLET a/k/a VIOLET LUST; VIOLET BLUE, INC., a California Corporation; and DOES 1-10,<br><br>Defendants. | Case No. C 07-5370 MJJ<br><br>**NOTICE OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Violet Blue hereby dismisses Defendant Violet Blue, Inc., a California Corporation, without prejudice from the above-entitled action.

Dated:  January 2, 2008            VOGELE & ASSOCIATES


                                   By: /s/ Colette Vogele
                                        Colette Vogele

                                   Attorneys for Plaintiff VIOLET BLUE

NOTICE OF DISMISSAL OF
DEFENDANT VIOLET BLUE, INC.