UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

VIOLET BLUE, an Individual

                Plaintiff(s),

                v.

ADA MAE JOHNSON, an Individual a/k/a
ADA WOOFINDEN d/b/a VIOLET BLUE
a/k/a VIOLET a/k/a VIOLET LUST, et al.

                Defendant(s).
_____/

CASE NO. C 07-5370 MJJ

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

        have not yet reached an agreement to an ADR process

✓     request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference January 29, 2008 (2:00pm)

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Colette Vogele | Plaintiff, Violet Blue | 415.751.5737 | colette@vogelelaw.com |
| Robert Apgood | Defendant, Ada Mae Johnson | 206.624.2379 | rob@carpelaw.com |
|  |  |  |  |
|  |  |  |  |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 01/08/2008                                                    /Colette E. Vogele/
                                                                           Attorney for Plaintiff

Dated: 01/08/2008                                                   /Robert Apgood/
                                                  Attorney for Defendant

Rev 12.05