UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

VIOLET BLUE, an Inividual

                                Case No. C 07-5370 MJJ

        Plaintiff(s),

                                ADR CERTIFICATION BY PARTIES
                                AND COUNSEL

    v.

ADA MAE JOHNSON, an Individual
a/k/a ADA WOOFINDEN d/b/a VIOLET
        Defendant(s).
_____/

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

      **(3)** Considered whether this case might benefit from any of the available dispute resolution options.


Dated: 01/08/2008　　　　　　　　　　　　　　　　　　　/Violet Blue/
　　　　　　　　　　　　　　　　　　　　　　　　　　　　[Party]


Dated: 01/08/2008　　　　　　　　　　　　　　　　　　　/Colette Vogele/
　　　　　　　　　　　　　　　　　　　　　　　　　　　　[Counsel]