1  COLETTE VOGELE (SBN No. 192865)
   Email: colette@vogelelaw.com
2  BENJAMIN COSTA (SBN No. 245953)
   Email: ben@vogelelaw.com
3  **VOGELE & ASSOCIATES**
   580 California Street, Suite 1600
4  San Francisco, CA 94104
   Tel: (415) 751-5737
5  Fax: (415) 358-4975

6  Attorneys for Plaintiff
   VIOLET BLUE

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VIOLET BLUE, an Individual, | Case No. C 07-5370 MJJ |
| Plaintiff, | |
| v. | **NOTICE OF DISMISSAL** |
| ADA MAE JOHNSON a/k/a ADA WOOFINDEN, an individual d/b/a VIOLET BLUE a/k/a VIOLET a/k/a VIOLET LUST; VIOLET BLUE, INC., a California Corporation; and DOES 1-10, | AND ORDER |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Violet Blue hereby dismisses Defendant Violet Blue, Inc., a California Corporation, without prejudice from the above-entitled action.

Dated: January 2, 2008                                VOGELE & ASSOCIATES

                                                      By: /s/ Colette Vogele
                                                          Colette Vogele
                                                          Attorneys for Plaintiff VIOLET BLUE

1/8/2008

*IT IS SO ORDERED*
*Judge Martin J. Jenkins*

NOTICE OF DISMISSAL OF
DEFENDANT VIOLET BLUE, INC.