IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIOLET BLUE, | No. C07-05370 MJJ |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| ADA MAE JOHNSON, | |
| Defendant. | |

The Court has received no opposition or statement of non-opposition from Defendant Ada Mae Johnson to Plaintiff's **Motion for Leave to Amend Complaint** (Docket No. 9), which is scheduled for hearing on January 29, 2008. Under the Civil Local Rules, the opposition was due three weeks before the hearing date. The hearing date is hereby **VACATED**.

Defendant Johnson is hereby **ORDERED** to show good cause in writing, **by Tuesday, January 22, 2008**, why no opposition or statement of non-opposition has been filed to date, and why any tardy filing should be considered at this point given the guidelines of the Local Rules, as well as the Court's Standing Order for civil cases.

Defendant Johnson is further **ORDERED** to file an opposition or statement of non-opposition concurrently with the response to this order to show good cause. Plaintiff may file a reply one week after Defendant's opposition is filed. Failure to respond to this order shall result in the imposition of sanctions, which may include granting the motion.

**IT IS SO ORDERED.**

Dated: January 17, 2008

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE