IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**VIOLET BLUE,**

        Plaintiff(s),

v.

**ADA MAE JOHNSON**,

        Defendant(s),
_____/

No. **C07-05370 MJJ**

**Clerk's Notice**

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

YOU ARE NOTIFIED THAT the **Initial Case Management Conference** scheduled for **Tuesday, January 29, 2008,** before the Honorable Martin J. Jenkins is hereby **vacated.**

Dated: January 17, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By: _Monica Narcisse_ (signature)
Monica Narcisse
Courtroom Deputy

Please refer to Judge Jenkins' Standing Order located at www.cand.uscourts.gov for additional information.  Pursuant to the Standing Order, the rescheduling of a hearing date for a motion does not change the date on which an opposition brief or reply brief is due; any opposition brief remains due not less than 21 days prior to the date of the *originally noticed* hearing and any reply brief is due not less than 14 days prior to the *originally noticed* hearing date.