1  Robert S. Apgood
2  CarpeLaw PLLC
   2400 NW 80th Street #130
3  Seattle, WA 98117
   Telephone: 206-624-2379
4  Facsimile: 206-784-6305
5  rob@carpelaw.com

                                                    HON. MARTIN J. JENKINS

6

7

8               UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA

9

10

11  VIOLET BLUE, an individual,              **Case No.:  C 07-5370 MJJ**

12          Plaintiffs,

13      vs.                                  **DEFENDANT WOOFINDEN'S**
                                             **RESPONSE TO THE COURT'S**
14  ADA MAE JOHNSON aka ADA MAE              **ORDER TO SHOW CAUSE**
    WOOFINDEN, an individual; VIOLET
15  BLUE, INC., a California corporation,

16
            Defendants.
17

18      COMES NOW, the Defendant, Ada Woofinden, by and through her counsel

19  of record, Robert S. Apgood, and hereby provides this Response to the Court's

20  Order To Show Cause why no opposition, or statement of non-opposition, has been

21  filed to date in response to the plaintiff's Motion For Leave to File Amended

22  Complaint, and why any tardy filing should be considered at this point given the

23  guidelines of the Local Rules, as well as the Court's Standing Order for civil cases.

24      Counsel of record, Robert S. Apgood, was admitted *pro hac vice* to represent

25  the defendant, Ada Woofinden, on December 5, 2007.  *Declaration of Robert S.*

26  *Apgood in Support of Defendant Woofinden's Response to the Court's Order to*

DEFENDANT WOOFINDEN'S RESPONSE TO THE          **CARPELAW PLLC**
COURT'S ORDER TO SHOW CAUSE   - 1               2400 NW 80th Street #130
                                                Seattle, Washington 98117
                                                (206) 624-2379 - (206) 784-6305 (fax)

1  *Show Cause* ("Apgood Decl.") at ¶¶ 2-3.  Prior to being so admitted, Mr. Apgood

2  reviewed the Local Rules for the United States District Court, Northern District of

3  California. *Id.* at ¶ 4.  Prior to this matter, Mr. Apgood has never sought admission

4  to, nor been admitted to practice before the United States District Court, Northern

5  District of California.  *Id.* at ¶ 7.

6       Mr. Apgood is admitted to practice in the Western District of Washington,

7  Eastern District of Washington, District of Colorado, Southern District of Indiana,

8  and Middle District of Florida.  *Id.* at ¶ 5.  He has also been admitted *pro hac vice*

9  in the District of Arizona and Central District of California.  *Id.* at ¶ 6.  In none of

10  those districts is there a local rule compelling a filing of a notice of non-opposition

11  to a motion if a party does not intend to oppose that motion.  *Id.* at ¶ 8.  As such,

12  Mr. Apgood is not habituated to looking for such a rule.  *Id.*  Mr. Apgood offers

13  the foregoing information by way of explanation, and not as excuse for his

14  inaction.  *Id.*

15       Because Mr. Apgood is unaccustomed to a local rule requiring an

16  affirmative pleading for non-opposition to a motion, at the time he reviewed the

17  local rules, Local Rule 7-3(b), a single-sentence rule requiring the affirmative

18  pleading, did not make an inpression upon him that would bring it to mind when

19  his client does not intend to oppose a motion.  *Id.* at ¶ 9.

20       When the plaintiff filed her motion for leave to amend her complaint, after

21  obtaining and reviewing the motion and accompanying exhibits, and after

22  discussion with counsel, the defendant determined that an opposition was not

23  necessary to preserve her claims and defenses in the matter.  *Id.* at ¶¶ 10-12.

24       Based upon past experience in all other districts where Mr. Apgood has

25  practiced, and based upon accustomization and habituation, Mr. Apgood

26  unconsciously concluded that the motion would automatically be granted when the

DEFENDANT WOOFINDEN'S RESPONSE TO THE
COURT'S ORDER TO SHOW CAUSE   - 2

CARPELAW PLLC
2400 NW 80th Street #130
Seattle, Washington 98117
(206) 624-2379 - (206) 784-6305 (fax)

1    defendant did not file an opposition.  *Id.* at 13.  At no time did Mr. Apgood intend

2    to show disrespect to this Honorable Court, nor plaintiff nor plaintiff's counsel.

3    Consequently, Mr. Apgood extends his sincerest apologies to the Court, plaintiff

4    and plaintiff's counsel.  *Id.* at ¶¶ 15-16.  Mr. Apgood takes full responsibility for

5    his inaction and respectfully requests this Honorable Court to not allow his

6    oversight to prejudice the defendant, Ada Woofinden.  *Id.* at ¶ 16.

7         Mr. Apgood undertakes to hereafter be more diligent in scrutinizing the rules

8    and conforming his conduct to the local rules.  *Id.* at ¶ 17.

9         DATED THIS 21st day of January 2008.

10                      Respectfully submitted,

11

12        CARPELAW PLLC

13         */s/ Robert S. Apgood*

14        Robert S. Apgood, *Pro Hac Vice*
          WSBA #31023

15        Attorney for Defendant Ada Mae Woofinden
          CARPELAW PLLC

16        2400 NW 80th Street #130

17        Seattle, WA 98117-4449
          Telephone: (206) 624-2379

18        Facsimile: (206) 784-6305

19        Email: rob@carpelaw.com

20

21

22

23

24

25

26

DEFENDANT WOOFINDEN'S RESPONSE TO THE
COURT'S ORDER TO SHOW CAUSE   - 3

CARPELAW PLLC
2400 NW 80th Street #130
Seattle, Washington 98117
(206) 624-2379 - (206) 784-6305 (fax)

1

## DECLARATION OF SERVICE

2

3     I, Robert S. Apgood, hereby make the following Declaration from personal knowledge that on January 21, 2008, I electronically filed the foregoing

4

5     1.     Defendant Woofinden's Response to the Court's Order to Show Cause; and

6

7     2.     this certificate of Service

8     with the Clerk of the Court using the CM/ECF system. In accordance with their ECF registration agreement and the court's rules, the Clerk of the Court will send

9     e-mail notification of such filing to the following attorneys:

10

Collette Vogele

11    Benjamin Costa

Vogele & Associates

12    580 California Street

13    Suite 1600

San Francisco, CA 94104

14

15    I herby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

16

17    EXECUTED this 21st of January 2008 at Seattle, Washington.

18

CARPELAW PLLC

19

20    *s/ Robert S. Apgood*

WSBA # 31023

21    CARPELAW PLLC

2400 NW 80th Street #130

22    Seattle, WA 98117-4449

Telephone: (206) 624-2379

23    Facsimile: (206) 784-6305

E-mail: rob@carpelaw.com

24

25

26

---

DEFENDANT WOOFINDEN'S RESPONSE TO THE
COURT'S ORDER TO SHOW CAUSE   - 1

**CARPELAW PLLC**
2400 NW 80th Street #130
Seattle, Washington 98117
(206) 624-2379 - (206) 784-6305 (fax)