| | |
|---|---|
| Robert S. Apgood<br>CarpeLaw PLLC<br>2400 NW 80th Street #130<br>Seattle, WA 98117<br>Telephone: 206-624-2379<br>Facsimile: 206-784-6305<br>rob@carpelaw.com | HON. MARTIN J. JENKINS |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIOLET BLUE, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>ADA MAE JOHNSON aka ADA MAE WOOFINDEN, an individual; VIOLET BLUE, INC., a California corporation,<br><br>Defendants. | **Case No.:  C 07-5370 MJJ**<br><br>**DEFENDANT WOOFINDEN'S STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S MOTION TO FILE AMENDED COMPLAINT** |

COMES NOW the Defendant, Ada Woofinden, by and through her counsel of record, and hereby submits this Statement of Non-Opposition to Plaintiff's Motion to File Amended Complaint.

On December 21, 2007, Plaintiff Violet Blue submitted here Motion to File Amended Complaint.

Defendant Ada Woofinden has reviewed the motion and proposed Amended Complaint and does not and shall not oppose Plaintiff's motion.

//

//

//

1   DATED THIS 21st day of January 2008.  Signed at Seattle, Washington.

2                   Respectfully submitted,
                CARPELAW PLLC

3

4                   */s/ Robert S. Apgood*

5                   Robert S. Apgood, *Pro Hac Vice*
                WSBA #31023

6                   Attorney for Defendant Ada Mae Woofinden
                CARPELAW PLLC

7                   2400 NW 80th Street #130

8                   Seattle, WA 98117-4449
                Telephone: (206) 624-2379

9                   Facsimile: (206) 784-6305

10                  Email: rob@carpelaw.com

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DEFENDANT WOOFINDEN'S STATEMENT OF
NON-OPPOSITION TO PLAINTIFF'S MOTION TO
FILE AMENDED COMPLAINT  - 2

**CARPELAW PLLC**
2400 NW 80th Street #130
Seattle, Washington 98117
(206) 624-2379 - (206) 784-6305 (fax)

## DECLARATION OF SERVICE

I, Robert S. Apgood, hereby make the following Declaration from personal knowledge that on January 21, 2008, I electronically filed the foregoing

1. Defendant Woofinden's Statement of Non-Opposition to Plaintiff's Motion to File Amended Complaint; and

2. this certificate of Service

with the Clerk of the Court using the CM/ECF system. In accordance with their ECF registration agreement and the court's rules, the Clerk of the Court will send e-mail notification of such filing to the following attorneys:

Collette Vogele
Benjamin Costa
Vogele & Associates
580 California Street
Suite 1600
San Francisco, CA 94104

I herby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED this 21st of January 2008 at Seattle, Washington.

CARPELAW PLLC

*s/ Robert S. Apgood*
WSBA # 31023
CARPELAW PLLC
2400 NW 80th Street #130
Seattle, WA 98117-4449
Telephone: (206) 624-2379
Facsimile: (206) 784-6305
E-mail: rob@carpelaw.com
