IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VIOLET BLUE,

        Plaintiff,

   v.

ADA MAE JOHNSON,

        Defendant.

No. C07-05370 MJJ

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE PURSUANT TO FED. R. CIV. P. 15(a) TO AMEND COMPLAINT**

Before the Court is Plaintiff Violet Blue's ("Plaintiff") Motion for Leave Pursuant to Fed. R. Civ. P. 15(a) to Amend Complaint. ("Motion to Amend," Docket No. 9.)

Plaintiff originally filed the Motion on December 21, 2007 and noticed it for hearing on January 29, 2008. Defendant Ada Mae Johnson ("Defendant") failed to file a timely opposition or statement of non-opposition. On January 17, 2008, the Court vacated the hearing and issued an Order to Show Cause. On January 21, 2008, Defendant timely responded to the Order to Show Cause, and indicated that she does not oppose the Motion. As the Motion is unopposed, and good cause appearing therefor, the Court **GRANTS** the Motion. Plaintiff shall file the Amended Complaint within five (5) days of entry of this Order.

The Court further finds that the declaration submitted by Defendant's counsel sufficiently explains the circumstances that led to Defendant's failure to comply with the local rules and to timely respond to the Motion. The Court is persuaded that there is little risk that the problem will be repeated, and finds that sanctions are inappropriate.

**IT IS SO ORDERED.**

Dated: January 28, 2008

                                    MARTIN J. JENKINS
                                    UNITED STATES DISTRICT JUDGE