1  COLETTE VOGELE (SBN No. 192865)
   Email: colette@vogelelaw.com
2  BENJAMIN COSTA (SBN No. 245953)
   Email: ben@vogelelaw.com
3  **VOGELE & ASSOCIATES**
   580 California Street, Suite 1600
4  San Francisco, CA 94104
   Tel: (415) 751-5737
5  Fax: (415) 358-4975

6  Attorneys for Plaintiff
   VIOLET BLUE
7

8              UNITED STATES DISTRICT COURT FOR THE

9                 NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12 | VIOLET BLUE, an Individual,                          | Case No. C 07-5370 MJJ |
13 |                   Plaintiff,                         |                        |
14 |         v.                                           | **DECLARATION OF COLETTE VOGELE IN SUPPORT OF PLAINTIFF'S MOTION FOR SANCTIONS** |
15 | ADA MAE JOHNSON a/k/a ADA WOOFINDEN, an individual d/b/a | Hon. Judge Jenkins |
16 | VIOLET BLUE a/k/a VIOLET a/k/a VIOLET LUST; VIOLET BLUE, INC., a | Courtroom 11, 19th Floor |
17 | California Corporation; and DOES 1-10, | 450 Golden Gate Avenue |
                                             | San Francisco, CA 94102 |
18 |                   Defendants.                        | **Hearing Date: March 04 2008** |
                                                          | **Hearing Time: 9:00 a.m.** |
19

20       I, Colette Vogele, declare as follows:

21       1.      I am a member of the State Bar of California, admitted to practice before this

22 Court, founding attorney of Vogele & Associates, and attorney of record for Plaintiff and movant

23 Violet Blue ("Ms. Blue") herein.  The facts contained in this declaration are known personally to

24 me and, if called as a witness, I could and would testify competently thereto under oath.

25       2.      On December 5, 2007, I called Robert Apgood, counsel for Defendant Ada Mae

26 Johnson ("Defendant") by telephone. In that call, I requested a conference to discuss Plaintiff's

27 need to amend the Complaint filed in this action. I explained that Plaintiff wished to amend the

28 complaint to add additional defendants identified in Defendant's Answer, and asked for

Defendant's consent to the proposed amendment. In that conversation Mr. Apgood informed me that Defendant would not consent to Plaintiff's request and would oppose Plaintiff's motion for leave to amend.

3. Thereafter, my associates and I researched and prepared a motion for leave to amend the complaint, a declaration including 16 exhibits and a proposed order granting the motion. On December 21, 2008, I filed on behalf of Plaintiff, the Motion for Leave Pursuant To Fed. R. Civ. P. 51(a) To Amend Complaint (Docket No. 9) ("Motion To Amend"), my declaration in support of that Motion to Amend (Docket No. 10), and a proposed order (Docket No. 11). I would not have prepared or filed the Motion To Amend and supporting documents if Defendant had consented to Plaintiff's proposed amendment.

4. I am familiar with the hours worked and fees charged by attorneys at Vogele & Associates. I am also familiar with the copying and administrative costs billed by Vogele & Associates.

5. In this matter, drafting and filing of the Motion To Amend and supporting documents required 18.1 hours of associate time and 5.7 hours of my time. The total fees billed for the attorney time for the Motion To Amend and supporting documentation totaled $3,912. Plaintiff also incurred $211 in word processing and copying costs in preparing and filing the Motion To Amend and supporting documentation. In total, Plaintiff incurred attorneys' fees and costs totaling $4,123 in preparing and filing Plaintiff's Motion for Leave to Amend the Complaint and supporting documents.

6. Preparing this motion for sanctions also incurred time and expenses for Plaintiff. To date, this motion has required 6 hours of associate time and 1.8 hours of my time. These fees total $1,278. I further anticipate requiring approximately 2 hours of associate time and 1 hour of my time to prepare a reply brief, and 2 hours of my time to prepare and appear for any hearing on this motion. Accordingly, I estimate that the total attorneys fees for preparing this motion for sanctions will total $ 2,208.

/ / /

/ / /

1  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 29th day of January, 2008, at San Francisco, California.

      /S/
Colette Vogele