1  COLETTE VOGELE (SBN No. 192865)
   Email: colette@vogelelaw.com
2  BENJAMIN COSTA (SBN No. 245953)
   Email: ben@vogelelaw.com
3  **VOGELE & ASSOCIATES**
   12 Geary Street, Suite 701
4  San Francisco, CA 94108
   Tel: (415) 751-5737
5  Fax: (415) 358-4975

6  Attorneys for Plaintiff
   VIOLET BLUE

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VIOLET BLUE, an Individual,<br><br>　　　　　Plaintiff<br><br>　　v.<br><br>ADA MAE JOHNSON et al.,<br><br>　　　　　Defendants. | Case No. C 07-5370 MJJ<br><br>**NOTICE OF CHANGE OF ADDRESS** |

　　　　Pursuant to Local Civil Rule 3-11(a), Counsel for Plaintiff Violet Blue hereby notifies this Court and all parties herein of Counsel's change of address. The new address is:

> Vogele & Associates
> 12 Geary Street, Suite 701
> San Francisco, CA 94108
> Telephone: (415) 751-5737
> Facsimile:  (415) 358-4975

Dated:  February 11, 2998　　　　　　　　VOGELE & ASSOCIATES

　　　　　　　　　　　　　　　　　　　　By:  ____/s/Colette Vogele_____
　　　　　　　　　　　　　　　　　　　　　　　　Colette Vogele

　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff VIOLET BLUE