Robert S. Apgood
CarpeLaw PLLC
2400 NW 80th Street #130
Seattle, WA 98117
Telephone: 206-624-2379
Facsimile: 206-784-6305
rob@carpelaw.com

John Jeffrey Carter
329 Flume Street
Chico, CA 95927-3606
Telephone: 530-342-6196
Facsimile: 530-342-6195

Attorneys for Defendant Ada Mae Woffinden *nee* Johnson

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| VIOLET BLUE, an individual,<br><br>   Plaintiff/Counterclaim Defendant,<br><br>vs.<br><br>ADA MAE JOHNSON et al.,<br><br>   Defendant/Counterclaim Plaintiff. | **Case No.:  C 07-5370 MJJ**<br><br>**[PROPOSED]**<br>**ORDER DENYING PLAINTIFF'S MOTION FOR SANCTIONS AND GRANTING DEFENDANT'S MOTIONS TO STRIKE AND ORDERING DEFENDANT TO SUBMIT A BILL OF COSTS RELATED TO PLAINTIFF'S MOTION**<br><br>Hon. Martin J. Jenkins<br>Courtroom 11, 19th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA 94102<br><br>**Hearing Date:  March 04, 2008**<br>**Hearing Time: 9:00 AM** |

1    Plaintiff Violet Blue's Motion For Sanctions came on regularly before this Court on March 04,
2 2008. In her opposition to Plaintiff's motion, Defendant Ada Mae (Woffinden) Johnson lodged her
3 motions to strike, a motion sanctioning Plaintiff's counsel and a motion for this Court to find
4 Plaintiff's motion frivolous and ordering her to submit a Bill of Costs and Fees suffered as a result of
5 Plaintiff's motion. The Court considered the pleadings of the parties, the argument presented by
6 counsel, and the papers and file of this case and, for the reasons discussed below, DENIES Plaintiff's
7 motion and GRANTS Defendant's motion.

8    In Plaintiff's Motion, Plaintiff argues that Defendant's refusal to consent to Plaintiff's
9 amendment to the Complaint on the grounds that Defendant was going to oppose the amendment, and
10 subsequent filing of a Notice of Non-opposition amounts to an improper delay tactic. Defendant's
11 counsel avers that Defendant did not act as she did as an improper delay tactic. Defendant argues that
12 Plaintiff's allegations are legal conclusions for which Plaintiff provides no foundation, either by the
13 offer of tangible evidence, or by declaration. The Court agrees. Defendant has moved to strike all
14 references in Plaintiff's Motion that state that Defendant's filing of a Notice of Non-opposition is an
15 improper delay tactic. Defendant's motion is granted and all references in Plaintiff's motion that
16 Defendant's filing of a Notice of Non-opposition is an improper delay tactic are hereby ordered
17 stricken from Plaintiff's motion.

18    In Plaintiff's Motion, Plaintiff argues that Defendant's Notice of Non-opposition was filed in
19 bad faith. Defendant argues that Plaintiff's allegations are legal conclusions for which Plaintiff
20 provides no foundation, either by the offer of tangible evidence, or by declaration. The Court agrees.
21 Defendant has moved to strike all references in Plaintiff's Motion that state that Defendant's filing of a
22 Notice of Non-opposition was done in bad faith. Defendant's motion is granted and all references in
23 Plaintiff's motion that Defendant's Notice of Non-opposition was filed in bad faith are hereby ordered
24 stricken from Plaintiff's motion.

25    In Plaintiff's Motion, Plaintiff argues that Defendant's filing her Notice of Non-opposition was
26 gamesmanship. Defendant argues that Plaintiff's allegations are legal conclusions for which Plaintiff

provides no foundation, either by the offer of tangible evidence, or by declaration. The Court agrees. Defendant has moved to strike all references in Plaintiff's Motion that state that Defendant's filing of her Notice of Non-opposition was gamesmanship. Defendant's motion is granted and all references in Plaintiff's motion that Defendant's filing of her Notice of Non-opposition was gamesmanship are hereby ordered stricken from Plaintiff's motion.

In Plaintiff's Motion, Plaintiff argues that sanctions should be imposed on Defendant's counsel under 28 U.S.C. § 1927 for his refusal to consent to Plaintiff's amended complaint. In support of her argument, Plaintiff misstates the plain language of Fed. R. Civ. P. 15(a)(2). Defendant argues that Plaintiff's allegations are legal conclusions for which Plaintiff provides no foundation, either by the offer of tangible evidence, or by declaration. The Court agrees. Defendant has moved to strike all references in Plaintiff's Motion that state that Defendant's counsel's refusal to consent to Plaintiff's amended complaint violates Fed. R. Civ. P. 15 and that, as a result, Defendant's counsel is liable for sanctions under 28 U.S.C. § 1927. Defendant's motion is granted and all references in Plaintiff's motion that state that Defendant's counsel's refusal to consent to Plaintiff's amended complaint violates Fed. R. Civ. P. 15 and that, as a result, Defendant's counsel is liable for sanctions under 28 U.S.C. § 1927 are hereby ordered sticken from Plaintiff's motion.

In Plaintiff's Motion, Plaintiff argues that in refusing consent to agree to Plaintiff's filing of her amended complaint, Defendant's counsel acted with knowing and reckless disregard for Fed R. Civ. P. 1. Defendant argues that Plaintiff's allegations are legal conclusions for which Plaintiff provides no foundation, either by the offer of tangible evidence, or by declaration. The Court agrees. Defendant has moved to strike all references in Plaintiff's Motion that Defendant's counsel's refusal to consent to Plaintiff's amended complaint was a knowing and reckless disregard for Fed. R. Civ. P. 1. Defendant's motion is granted and all references in Plaintiff's motion that Defendant's counsel acted with knowing and reckless disregard for Fed R. Civ. P. 1 are hereby ordered stricken from Plaintiff's motion.

In Plaintiff's Motion, Plaintiff argues that Defendant's counsel acted in bad faith by

1  withholding consent to allow the filing of Plaintiff's First Amended Complaint and subsequently
2  submitting Defendant's Notice of Non-opposition, all for the purpose of harassing Plaintiff by
3  delaying litigation and increasing costs.  *Defendant argues that* Plaintiff's allegations are legal
4  conclusions for which Plaintiff provides no foundation, either by the offer of tangible evidence, or by
5  declaration.  The Court agrees.  Defendant has moved to strike all references in Plaintiff's Motion that
6  Defendant's counsel acted in bad faith by withholding consent to allow the filing of Plaintiff's First
7  Amended Complaint and subsequently submitting Defendant's Notice of Non-opposition, all for the
8  purpose of harassing Plaintiff by delaying litigation and increasing costs.  Defendant's motion is
9  granted and all references in Plaintiff's motion that Defendant's counsel acted in bad faith by
10 withholding consent to allow the filing of Plaintiff's First Amended Complaint and subsequently
11 submitting Defendant's Notice of Non-opposition, all for the purpose of harassing Plaintiff by
12 delaying litigation and increasing costs are hereby ordered stricken from Plaintiff's motion.

13 Defendant has moved the Court to find that it is Plaintiff's Motion For Sanctions that has
14 actually unreasonably and vexatiously multiplied the proceedings in this matter, and to issue an Order
15 appropriately sanctioning Plaintiff's counsel for her participation in the unreasonable and vexatious
16 multiplication of the proceedings, including such monetary sanctions as the Court deems just, to be
17 paid to a charitable organization of the Court's choosing.  Defendant's motion is granted and, pursuant
18 to 28 U.S.C. § 1927,  Plaintiff's counsel is hereby ordered to pay $_____ as sanctions for
19 her participation, said amount to be paid to that charitable organization known as
20 _____.

21 Defendant Ada Mae Johnson has also moved this Court to find that Plaintiff's Motion For
22 Sanctions is frivolous, and to issue an Order directing Defendant to submit to the Court a Bill of Costs
23 and Fees suffered in defending this Motion for consideration by this Honorable Court for an award
24 thereon.  Defendant's motion is granted, the Court finds that Plaintiff's motion is frivolous and
25 Defendant's counsel is hereby ordered to submit a Bill of Costs and Fees suffered by Defendant in
26 having to respond to Plaintiff's motion to the Court for consideration of an award thereon.

**ORDER DENYING PLAINTIFF'S MOTION AND GRANTING**                     Case No. C 07-5370 MJJ
**DEFENDANT'S MOTIONS**  - 4

1  Defendant's pleading shall be submitted for consideration no later than ten (10) judicial days following
2  the entry of this order.
3      Having now ordered the above material stricken from Plaintiff's motion, the Court finds that
4  Plaintiff's motion is unsubstantiated by factual support, and fails to state a basis upon which the Court
5  can award the sanctions sought by the Plaintiff.  Plaintiff's Motion For Sanctions is therefore denied.
6      IT IS SO ORDERED.
7      DONE IN OPEN COURT THIS _____ day of _____ 2008.

                                                                                                                                 _____
                                          Hon. Martin J. Jenkins
                                          UNITED STATES DISTRICT JUDGE

**ORDER DENYING PLAINTIFF'S MOTION AND GRANTING**        Case No. C 07-5370 MJJ
**DEFENDANT'S MOTIONS**  - 5