1  [Pursuant to Civ. L. R. 3-4(a)(1), a complete list of parties represented appears in the signature page of this document.]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| VIOLET BLUE, an individual,<br><br>    Plaintiff/Counterclaim Defendant,<br><br>vs.<br><br>ADA MAE JOHNSON et al.,<br><br>    Defendant/Counterclaim Plaintiff. | **Case No.: C 07-5370 MJJ**<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE ON PLAINTIFF'S MOTION FOR SANCTIONS**<br><br>Hon. Martin J. Jenkins<br>Courtroom 11, 19th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA 94102<br><br>**Hearing Date: March 04, 2008**<br>**Hearing Time: 9:30 AM** |

WHEREAS Plaintiff Violet Blue ("Plaintiff Blue") filed, on January 29, 2008, a Motion For Sanctions against Defendant Ada Mae Johnson and her counsel (Docket Nos. 23-25) noticing the hearing for March 4, 2008;

WHEREAS, on January 31, 2008, Defendant's counsel filed a Notice of Unavailability (Docket No. 26) and an Amended Notice of Unavailability (Docket No. 27), indicating that

---

**STIPULATION TO CONTINUE HEARING**                                             Case No. C 07-5370 MJJ
**DATE ON PLAINTIFF'S MOTION**
**FOR SANCTIONS**                                  1

1  Defendant's counsel is unavailable on the scheduled hearing date for Plaintiff's Motion for Sanctions;
2  and
3      WHEREAS Defendant's counsel has requested a new hearing date of March 18, 2008;
4      NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE and respectfully request the
5  Court to order as follows:
6      (1)    The hearing date of Plaintiff's Motion for Sanctions shall be continued from March 4,
7  2008, to March 18, 2008 at 9:30 a.m.
8      (2)    Notwithstanding the provisions of Local Civil Rule L.R. 7-7(d), Defendant's response
9  in opposition, if any, shall be filed and served on or before February 12, 2008, and the Plaintiff Blue's
10 reply, if any, shall be filed and served on or before February 19, 2008.
11     DATED THIS 11th day of February 2008.

12 Dated: February 11, 2008    VOGELE & ASSOCIATES

By:    /s/ Colette Vogele
    Colette Vogele
    Attorneys for Plaintiff VIOLET BLUE

COLETTE VOGELE (SBN No. 192865)
Email: colette@vogelelaw.com
BENJAMIN COSTA (SBN No. 245953)
Email: ben@vogelelaw.com
VOGELE & ASSOCIATES
580 California Street, Suite 1600
San Francisco, CA 94104
Tel: (415) 751-5737
Fax: (415) 358-4975

Dated: February 11, 2008    CARPELAW PLLC

By:    /s/Robert S. Apgood
    Robert Apgood
    Attorneys for Defendant ADA MAE JOHNSON
    a/k/a ADA WOOFINDEN, an individual d/b/a
    VIOLET BLUE a/k/a VIOLET a/k/a VIOLET
    LUST

**STIPULATION TO CONTINUE HEARING**    Case No. C 07-5370 MJJ
**DATE ON PLAINTIFF'S MOTION**
**FOR SANCTIONS**    2

Robert S Apgood
CarpeLaw PLLC
24000 NW 80th Street, #130
Seattle, WA 98117
Telephone: (206) 624-2379
Facsimile: (206) 784-6305

John Jeffrey Carter
329 Flume Street
Chico, CA 95927-3606
Telephone: (530) 342-6196
Facsimile: (530) 342-6195

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Robert Apgood.

Dated: February 11, 2008                    **VOGELE & ASSOCIATES**

                                            By:      /s/ Colette Vogele
                                                     Colette Vogele
                                            Attorneys for Plaintiff VIOLET BLUE

<u>PURSUANT TO STIPULATION, IT IS SO ORDERED.</u>

Dated:  February 13      , 2008             *[signature]*

                                            Hon. Judge Martin J. Jenkins
                                            UNITED STATES DISTRICT COURT

---

**STIPULATION TO CONTINUE HEARING**                          Case No. C 07-5370 MJJ
**DATE ON PLAINTIFF'S MOTION**
**FOR SANCTIONS**                      3