Robert S. Apgood
CarpeLaw PLLC
2400 NW 80th Street #130
Seattle, WA 98117
Telephone: 206-624-2379
Facsimile: 206-784-6305
rob@carpelaw.com

John Jeffrey Carter
329 Flume Street
Chico, CA 95927-3606
Telephone: 530-342-6196
Facsimile: 530 342-6195

Attorneys for Defendant Ada Mae Woffinden *nee* Johnson

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| VIOLET BLUE, an individual,<br><br>　　　Plaintiff/Counterclaim Defendant,<br><br>vs.<br><br>ADA MAE JOHNSON et al.,<br><br>　　　Defendant/Counterclaim Plaintiff. | **Case No.: C 07-5370 MJJ**<br><br>**SECOND AMENDED NOTICE OF UNAVAILABILITY OF ROBERT S. APGOOD, COUNSEL FOR DEFENDANT**<br><br>Hon. Martin J. Jenkins<br>Courtroom 11, 19th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |

　　　TO:　　CLERK OF THE COURT

　　　AND TO:　　PLAINTIFF AND ALL COUNSEL OF RECORD

　　　PLEASE TAKE NOTICE THAT Robert S. Apgood, counsel for Defendant, Ada Mae Woffinden *nee* Johnson, shall be unavailable on the following dates:

　　　Monday, February 18, 2008 through Tuesday, February 26, 2008; and

---

**SECOND AMENDED NOTICE OF UNAVAILABILITY OF ROBERT S. APGOOD, COUNSEL FOR DEFENDANT** - 1 　　　Case No. C 07-5370 MJJ

1 Tuesday, March 18, 2008 through Thursday, March 27, 2008.

2 The undersigned counsel requests that no motions be noted or proceedings be scheduled during
3 the above period of time.

4 DATED THIS 15th day of February 2008.

5                                      Respectfully submitted,

6                                      CARPELAW PLLC

7                                      */s/ Robert S. Apgood*
8                                      Robert S. Apgood, *Pro Hac Vice*
                                     WSBA #31023
9                                      Attorney for Defendant Ada Mae Woffinden
                                     CARPELAW PLLC
10                                      2400 NW 80th Street #130
                                     Seattle, WA 98117-4449
11                                      Telephone: (206) 624-2379
12                                      Facsimile: (206) 784-6305
                                     Email: rob@carpelaw.com

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**SECOND AMENDED NOTICE OF UNAVAILABILITY OF ROBERT S.**        Case No. C 07-5370 MJJ
**APGOOD, COUNSEL FOR DEFENDANT** - 2

# DECLARATION OF SERVICE

I, Robert S. Apgood, hereby make the following Declaration from personal knowledge that on February 15, 2008, I served the foregoing:

1. Second Amended Notice of Unavailability of Robert S. Apgood, Counsel For Defendant; and

2. this certificate of Service

by filing a copy thereof with Clerk of the Court via the Court's CM-ECF system. As a result of their agreement and the court's rule, the following will be notified of this filing and copies of the documents will be made available to them:

Colette Vogele
Benjamin Costa
Vogele & Associates
580 California Street
Suite 1600
San Francisco, CA 94104

I herby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED this 15th of Februaryy 2008 at Seattle, Washington.

          CARPELAW PLLC

          *s/ Robert S. Apgood*
          *Pro Hac Vice*
          WSBA # 31023
          CARPELAW PLLC
          2400 NW 80th Street #130
          Seattle, WA 98117-4449
          Telephone: (206) 624-2379
          Facsimile: (206) 784-6305
          E-mail: rob@carpelaw.com