[Pursuant to Civ. L. R. 3-4(a)(1), a complete list of parties represented appears in the signature page of this document.]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| VIOLET BLUE, an individual,<br><br>　　　　Plaintiff/Counterclaim Defendant,<br><br>vs.<br><br>ADA MAE JOHNSON et al.,<br><br>　　　　Defendant/Counterclaim Plaintiff. | **Case No.: C 07-5370 MJJ**<br><br>**SECOND STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE ON PLAINTIFF'S MOTION FOR SANCTIONS**<br><br>Hon. Martin J. Jenkins<br>Courtroom 11, 19th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA 94102<br><br>**Hearing Date: March 18, 2008**<br>**Hearing Time: 9:00 AM** |

　　WHEREAS Plaintiff Violet Blue ("Plaintiff Blue") filed, on January 29, 2008, a Motion For Sanctions against Defendant Ada Mae Johnson and her counsel (Docket Nos. 23-25) noticing the hearing for March 4, 2008;

　　WHEREAS, on January 31, 2008, Defendant's counsel filed a Notice of Unavailability (Docket No. 26) and an Amended Notice of Unavailability (Docket No. 27), indicating that Defendant's counsel is unavailable on the scheduled hearing date for Plaintiff's Motion for Sanctions;

1  WHEREAS, at the request of Defendant's counsel, the parties stipulated to continuing the hearing on the motion to March 18, 2008, which continuation was granted on February 13, 2008 (Docket No. 34);

4  WHEREAS, on February 14, 2008, Defendant's counsel has been ordered into trial commencing March 18, 2008, before Honorable Robert S. Lasnik, in the matter of *United States of America v. Impulse Media Group, Inc.*, Case No. 2:05-cv-1285, pending in the United States District Court for the Western District of Washington (a copy of which Minute Entry is attached hereto as Exhibit A), said trial previously scheduled to commence March 4, 2008;

9  WHEREAS Defendant's counsel has, as a result of Judge Lasnik's order, requested from Plaintiff to schedule a new hearing date of April 1, 2008; and

11  WHEREAS Plaintiff and her counsel do not object to this change of date under the circumstances represented by Defendant's counsel;

13  NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE and respectfully request the Court to order as follows:

15  (1)  The hearing date of Plaintiff's Motion for Sanctions shall be continued from March 18, 2008, to April 1, 2008 at 9:30 a.m.

17  (2)  Notwithstanding the provisions of Local Civil Rule L.R. 7-7(d), Defendant's response in opposition was filed and served on February 12, 2008, and Plaintiff Blue's reply, if any, shall be filed and served on or before February 19, 2008.

20  DATED THIS 15th day of February 2008.

21  Dated: February 15, 2008                    VOGELE & ASSOCIATES

By:     /s/ Colette Vogele
        Colette Vogele
        Attorneys for Plaintiff VIOLET BLUE

        COLETTE VOGELE (SBN No. 192865)
        Email: colette@vogelelaw.com
        BENJAMIN COSTA (SBN No. 245953)

---

**SECOND STIPULATION TO CONTINUE HEARING**                      Case No. C 07-5370 MJJ
**DATE ON PLAINTIFF'S MOTION**
**FOR SANCTIONS**                                2

Email: ben@vogelelaw.com
VOGELE & ASSOCIATES
580 California Street, Suite 1600
San Francisco, CA 94104
Tel: (415) 751-5737
Fax: (415) 358-4975

Dated: February 15, 2008                    CARPELAW PLLC


By:      /s/ Robert S. Apgood
         Robert Apgood
Attorneys for Defendant ADA MAE JOHNSON
a/k/a ADA MAE WOFFINDEN

Robert S Apgood
CarpeLaw PLLC
24000 NW 80th Street, #130
Seattle, WA 98117
Telephone: (206) 624-2379
Facsimile: (206) 784-6305

John Jeffrey Carter
329 Flume Street
Chico, CA 95927-3606
Telephone: (530) 342-6196
Facsimile: (530) 342-6195

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Colette Vogele.

Dated: February 15, 2008                    CARPELAW PLLC


By:      /s/ Robert S. Apgood
         Robert Apgood
Attorneys for Defendant ADA MAE
JOHNSON

**SECOND STIPULATION TO CONTINUE HEARING**                    Case No. C 07-5370 MJJ
**DATE ON PLAINTIFF'S MOTION**
**FOR SANCTIONS**                                3

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2008        _____
                                     Hon. Judge Martin J. Jenkins
                                     UNITED STATES DISTRICT JUDGE

EXHIBIT A

From: ECF@wawd.uscourts.gov
To: ECF@wawd.uscourts.gov
Subject: Activity in Case 2:05-cv-01285-RSL United States of America v. Impulse Media Group Inc Telephone Conference

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

### United States District Court for the Western District of Washington

### Notice of Electronic Filing

The following transaction was entered on 2/14/2008 at 12:17 PM PST and filed on 2/14/2008
**Case Name:** United States of America v. Impulse Media Group Inc
**Case Number:** 2:05-cv-1285
**Filer:**
**Document Number:** 61(No document attached)

**Docket Text:**
MINUTE ENTRY for proceedings held before Judge Robert S. Lasnik - Dep Clerk: *N/A*; Pla Counsel: *Lauren Hash*; Def Counsel: *Robert Apgood*; CR: *N/A*; Time of Hearing: *11:15 a.m.*; **Telephone Conference** held on 2/14/2008. Jury Trial is reset for 3/18/2008 at 9:00 AM before Hon Robert S. Lasnik. (KERR, )

**2:05-cv-1285 Notice has been electronically mailed to:**

Robert S Apgood   rob@carpelaw.com

Brian C Kipnis   Brian.Kipnis@usdoj.gov, ECF-Civ.USAWAW@usdoj.gov, christine.leininger@usdoj.gov, jing.xu@usdoj.gov

Jeffrey Steger   Jeffrey.Steger@usdoj.gov, Gina.Hosey@usdoj.gov, ocl.files@usdoj.gov

Lauren E Hash   Lauren.hash@usdoj.gov, ocl.files@usdoj.gov, stephanie.caccomo@usdoj.gov

**2:05-cv-1285 Notice will not be electronically mailed to:**