**VOGELE & ASSOCIATES**
Attorneys and Advisors

Colette Vogele, Esq.
colette@vogelelaw.com

November 20, 2007

*By Email (rob@carpelaw.com),*
*Fax (206-784-6305) & U.S. Mail*

Robert Apgood, Esq.
Carpelaw
2400 NW - 80th Street, Suite 130
Seattle, WA 98117

    *Re: Blue v. Johnson etc., N.D. Cal. Civil Case No. C-07-5370 MJJ*

Dear Mr. Apgood:

    You called me on the morning of November 9 to tell me you represent Defendant Ada Mae Johnson-Woffinden in the matter referenced above. You mentioned possibly filing a motion and asked for my client's consent. I called you back that afternoon and left you a voice message but I have not heard anything further from you in the twelve days since that message. You have not filed a notice of appearance nor have you filed any motion with the Court.

    If you are representing Ms. Johnson-Woffinden, please confirm that in writing without delay. Furthermore, if you are representing her, I would like to schedule a time to meet regarding discovery and case scheduling pursuant to Federal Rule of Civil Procedure 26(f), ADR L. R. 3-5, and pursuant to the Court's Order Setting Initial Case Management Conference and ADR Deadlines. I am available on November 27, 28, 29 (afternoon only), or 30th. Please let me know which of these dates would be best for you. I look forward to hearing from you soon.

                             Very truly yours,

                             Vogele & Associates

                             Colette Vogele

CEV/ma

*cc: A. Johnson-Woffinden (by email only: violetblue418@yahoo.com)*

# VOGELE & ASSOCIATES
Attorneys and Advisors

# FAX COVER SHEET



| Send to: | Robert Apgood | From: | Colette Vogele |
|---|---|---|---|
| Company: | Carpelaw | Date: | Nov. 20, 2007 |
| Fax Number: | (206) 784-6305 | Phone Number: | (206) 624-2379 |
| Pages (incl. cover) | 2 | | |

☐ URGENT    ☐ REPLY ASAP    ☐ PLEASE COMMENT    ☐ PLEASE REVIEW    ☐ FOR YOUR INFORMATION

Comments:

Attached please find letter dated November 20, 2007, from C. Vogele regarding Blue v. Johnson, N.D. Cal. Civil Case No. C-07-5370 MJJ.

The information in this fax is confidential and may be legally privileged. It is intended solely for the addressee. Access to this fax by anyone other than the intended recipient(s) is unauthorized. If you are not the intended addressee please contact the sender and destroy this fax immediately.

580 California Street, Suite 1600
San Francisco, California 94104
office 415.751.5737
fax 415.358.4975
http://www.vogelelaw.com

TRANSMISSION VERIFICATION REPORT

```
                                    TIME   : 11/20/2007 17:55
                                    NAME   : VOGELE&ASSOCIATES
                                    FAX    : 4157515737
                                    TEL    : 4157515737
                                    SER.#  : 000F5J169447
```

```
DATE,TIME              11/20  17:55
FAX NO./NAME           12067846305
DURATION               00:00:37
PAGE(S)                02
RESULT                 OK
MODE                   STANDARD
```