From: Colette Vogele <colette@vogelelaw.com>
Subject: **Blue v. Johnson (ND Cal. Case No. C-07-5370)**
Date: November 27, 2007 4:01:49 PM PST
To: Robert Apgood <rob@carpelaw.com>
1 Attachment, 72.5 KB



Dear Mr. Apgood,

Please see the attached correspondence, which we are also sending by fax this afternoon.

Regards,

~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~
Colette Vogele, Esq.
Vogele & Associates
580 California Street
Suite 1600
San Francisco, CA 94104
office 415.751.5737
email colette@vogelelaw.com

---

**VOGELE & ASSOCIATES**
Attorneys and Advisors

Colette Vogele, Esq.
colette@vogelelaw.com

November 27, 2007

By Email (rob@carpelaw.com),
Fax (206-784-6305)

Robert S. Apgood, Esq.
Carpelaw PLLC
2400 NW - 80th Street, Suite 130
Seattle, WA 98117

   Re: *Blue v. Johnson etc.*, N.D. Cal. Civil Case No. C-07-5370 MJJ

Dear Mr. Apgood:

   Thank you for your email of this morning. Just to clarify, you called me on the morning of November 9, not "last week" as your email states. Please be assured that I am fully aware of the Rules of Professional Conduct, and obtaining confirmation of your representation was exactly the purpose of my letter to you on November 20. Thank you for providing that confirmation.

   To answer your request for a stipulation, my client does not consent to "severance and removal" of the case to the Western District of Washington.

   Since Ms. Woffinden has already answered the Complaint, we seek to obtain dates to discuss the discovery schedule pursuant to the Federal Rule of Civil Procedure 26(f), ADR Local Rule 3-5, and pursuant to the Court's Order Setting Initial Case Management Conference and ADR Deadlines, as noted in my letter of November 20. Please let me know your availability as soon as possible. Furthermore, if Ms. Woffinden wishes to save time and money, she may want to consider responding to our request to her on November 6 to discuss resolving the matter through a settlement.

Very truly yours,

**Vogele & Associates**

/s/

Colette Vogele

CEV/ma

580 California Street, Suite 1600
San Francisco, California 94104
office 415.751.5737
fax 415.358.4975
http://www.vogelelaw.com