**From:** Robert Apgood <rob@carpelaw.com>
**Subject:** **Blue v. Johnson CAND CV07-537- MJJ**
**Date:** December 5, 2007 2:39:43 PM PST
**To:** colette@vogelelaw.com
▶ 2 Attachments, 44.7 KB

Colette:

Attached are copies of my application pro hac vice and the proposed order I filed with the court in the above-referenced matter.

Assuming that the court will grant my motion, upon his issuance of the order, I will be happy to enter into substantive settlement discussions with you on behalf of Ms. Woofinden.

Regards,

**Robert S. Apgood** <rob@carpelaw.com>
www.carpelaw.com
CarpeLaw PLLC
2400 NW 80th Street #130
Seattle, WA  98117-4449
206-624-2379 vox
206-784-6305 fax

Notice:  This message and the attachments hereto are provided subject to Fed. R. Evid. 408, except to the extent that this message and/or the documents affixed hereto are otherwise in the public domain.

7-1-PROP-P...pdf (16.2 KB)  7-ProHacApp.pdf (28.6 KB)