**From:** Colette Vogele <colette@vogelelaw.com>
**Subject:** **Blue v. Johnson (3:07-cv-05370-MJJ)**
**Date:** December 21, 2007 8:07:47 PM PST
**To:** Robert Apgood <rob@carpelaw.com>



Dear Robert:

I was able to meet with Violet Blue late yesterday to discuss settlement options. I had several matters come up that needed my attention today, so I was unable to call you to discuss it. I do hope we can find a time to meet, and acknowledge that my schedule has a bit of a hamper this past week.

This is also to let you know that I am going ahead and filing the motion to amend which is noticed for January 29, the same date as our case management conference. I am willing to consider taking the motion off calendar if we can resolve the case with your client, Ms. Woffinden, before then. Please also let me know if you need an electronic copy sent separately. I assume you're set up with ECF and now automatically will get copied on the filing through the court's procedures. If you do not get them, just let me know and I can email the motion to you directly.

Also, the court's schedule requires that we meet and confer regarding a discovery schedule on or before January 8. I had asked in our earlier correspondence for dates from you, but you were not yet admitted to this District, and you did not at that time wish to scheduling a date. Now that you're admitted, please let me know what dates between January 2nd and 7th are available for you. The only time that does not work for me is between 11 and 1 on January 3rd.

I will be generally out of the office next week, but I am checking email periodically. I would be happy to schedule a call to discuss my client's thoughts on settlement, if you have any availability on Monday morning, or on Thursday or Friday. My cell number is 415.205.5737.

Regards,

Colette

~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~
Colette Vogele, Esq.
Vogele & Associates
580 California Street
Suite 1600
San Francisco, CA 94104
office  415.751.5737
email  colette@vogelelaw.com