IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Judge Jenkin's Reassigned Cases

_____/    No. C      SI

**NOTICE**

To All Parties:

YOU ARE HEREBY NOTIFIED THAT a further case management conference has been scheduled to occur on Monday, March 10, 2008, at 2:00 p.m. for the cases indicated below. Counsel shall comply with the attached order when preparing for the conference.

C-00-3570 SEC v. GILBERTSON
C-01-3650 SEC v. LAPINE
C-01-3651 SEC v. SMERASKI
C-03-2603 sec V. McCALL

C-07-5984 GOLEZ v. KERRY INC.,

C-07-5370 BLUE v. JOHNSON

Please report to Courtroom #10, on the 19th Floor, 450 Golden Gate Ave., San Francisco, CA 94102

Dated: February 21, 2008                              RICHARD W. WIEKING, Clerk



Tracy Sutton
Deputy Clerk