COLETTE VOGELE (SBN No. 192865)
Email: colette@vogelelaw.com
BENJAMIN COSTA (SBN No. 245953)
Email: ben@vogelelaw.com
**VOGELE & ASSOCIATES**
12 Geary Street, Suite 701
San Francisco, CA 94108
Tel: (415) 391-3311
Fax: (415) 358-4975

Attorneys for Plaintiff
VIOLET BLUE

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VIOLET BLUE, an Individual, | Case No. C 07-5370 SI |
| Plaintiff, | **AMENDED NOTICE OF MOTION FOR SANCTIONS** |
| v. | |
| ADA MAE JOHNSON a/k/a ADA WOFFINDEN, an individual d/b/a VIOLET BLUE a/k/a VIOLET a/k/a VIOLET LUST; ASSASSIN PICTURES INC., a California Corporation; ASSASSINCASH.COM; BILL T. FOX, an individual, a/k/a BILL FOX; FIVE STAR VIDEO L.C., an Arizona Limited Liability Company a/k/a Five Star Video Distributors LLC d/b/a Five Star Fulfillment; and DOES 1-10 | Hon. Judge Illston<br>Courtroom 10, 19th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA 94102<br><br>Hearing Date: March 28, 2008<br>Hearing Time: 9:00 a.m. |
| Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff's Motion For Sanctions was previously noticed for hearing on March 18, 2008, at 9:00 a.m. [*See* Plf's Mot. for Sanctions; Decl. of C. Vogele In Support Of Plf's Mot. For Sanctions, [Proposed] Ord. Granting Sanctions Against Def., *filed* Jan. 29, 2008 (Docket Nos. 23, 24 and 25) (hereinafter "Plaintiff's Motion For Sanctions"); Stip. and Ord. to Continue H'g Date on Plf's Mot. For Sanctions, *filed* Feb. 13, 2008 (Re-scheduling

1  Hearing for March 18, 2008).] The parties have fully briefed the Motion for Sanctions. [*See* Plfs'
2  Mot. For Sanctions (Docket Nos. 23, 24, 25); Def. Woffinden's Response In Opp. to Plfs Mot.
3  For Sanctions and Related Mots., [Proposed] Order Denying Plfs Mot for Sanctions and
4  Granting Def's Mot to Strike, etc., Decl. of R. Apgood In Support Of Def. Woffinden's
5  Response in Opp. to Plfs Mot. For Sanctions, *filed* Feb. 12, 2008 (Docket Nos. 32, 32-2, 33);
6  Plfs. Reply Brief In Support of Mot. Of Sanctions, Decl. of C. Vogele In Support Of Plfs Reply
7  Brief To Defendant's Opp. To Mot. For Sanctions, *filed* Feb. 19. 2008 (Docket No. 38, 39).]

      On February 19, 2008, the parties received notice that this action has been reassigned from the Hon. Judge Jenkins to the Hon. Judge Illston and ordering all pending motions to be re-noticed before the Hon. Judge Illston. [Reassignment Order (Docket No. 37).] Accordingly, Plaintiff hereby re-notices her Motion For Sanctions to March 28, 2008, at 9:00 a.m., or as soon thereafter as the matter may be heard by the above-entitled Court.

Dated:  February 21, 2008

VOGELE & ASSOCIATES

By: _____/S/_____
Colette Vogele
Attorneys for Plaintiff VIOLET BLUE