COLETTE VOGELE (SBN No. 192865)
Email: colette@vogelelaw.com
BENJAMIN COSTA (SBN No. 245953)
Email: ben@vogelelaw.com
**VOGELE & ASSOCIATES**
12 Geary Street, Suite 701
San Francisco, CA 94108
Tel: (415) 391-3311
Fax: (415) 358-4975

Attorneys for Plaintiff and Counter-defendant
VIOLET BLUE

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VIOLET BLUE, an Individual,<br><br>Plaintiff and Counter-defendant,<br><br>v.<br><br>ADA MAE JOHNSON a/k/a ADA WOFFINDEN, an individual d/b/a VIOLET BLUE a/k/a VIOLET a/k/a VIOLET LUST; ASSASSIN PICTURES INC., a California Corporation; ASSASSINCASH.COM; BILL T. FOX, an individual, a/k/a BILL FOX; FIVE STAR VIDEO L.C., an Arizona Limited Liability Company a/k/a Five Star Video Distributors LLC d/b/a Five Star Fulfillment; and DOES 1-10<br><br>Defendants and Counter-claimants. | Case No. C 07-5370 SI<br><br>**DECLARATION OF COLETTE VOGELE IN SUPPORT OF PLAINTIFF VIOLET BLUE'S NOTICE OF MOTION AND (1) SPECIAL MOTION TO STRIKE FIFTH COUNTERCLAIM AS A MERITLESS S.L.A.P.P. PURSUANT TO CODE OF CIV. PROC. § 425.16; AND (2) MOTION TO DISMISS THIRD AND FOURTH COUNTERCLAIMS**<br><br>The Honorable Susan Illston<br>Courtroom 10, 19th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA 94102<br><br>Hearing Date: April 4, 2008<br>Hearing Time: 9:00 a.m. |

I, Colette Vogele, declare as follows:

1. I am a member of the State Bar of California, admitted to practice before this Court, founding attorney of Vogele & Associates, and attorney of record for Plaintiff and movant Violet Blue ("Blue") herein. The facts contained in this declaration are known personally to me and, if called as a witness, I could and would testify competently thereto under oath.

1        2.      Attached hereto as Exhibit A is a true and correct copy of a printout dated February 25, 2008, of an article entitled "Now Playing on Apple's iTunes: Adult-Oriented Podcasts", from the website of The Wall Street Journal (http://online.wsj.com/public/article/SB112199964473193071-wHD0jEWmn1XrxuhE5HgGCs4siD0_20060721.html?mod=tff_main_tff_top).

         3.      Attached hereto as Exhibit B is a true and correct copy of a printout of a webpage titled "In Pictures: The Web Celeb 25 – Forbes.com" dated February 25, 2008, from Forbes.com (http://www.forbes.com/2007/01/23/web-celeb-25-tech-media_cx_de_06webceleb_0123top_slides_26.html?thisSpeed=30000 ).

         4.      Attached hereto as Exhibit C is a true and correct copy pages 18, 186 and 187 of *O: the Oprah Magazine* for July 2007.

         5.      Attached hereto as Exhibit D is a true and correct copy of a printout dated February 25, 2008, from the International Movie Database website entry for "Violet Blue" (http://www.imdb.com/name/nm1013326/).

         6.      Attached hereto as Exhibit E is a true and correct copy of a printout dated February 25, 2008, from the website of the Exotic Erotic Ball (http://exoeroball.com/em/062306/) referencing the appearance of "Violet Blue" for the 2006 Exotic Erotic Ball.

         7.      Attached hereto as Exhibit F is a true and correct copy of a partial printout dated January 28. 2008, of an entry from Plaintiff Blue's website dated October 27, 2006 (http://www.tinynibbles.com/blogarchives/2006/10/i-am-teh-real-vb-i-am-all-the-violet-blue-youll-ever-need.html/). When printed, the wepage results in several leading pages of unformatted advertising. For ease of reference, I have omitted from the exhibit these leading pages (pages 1-6), and have included only the portion of this webpage that is relevant to Plaintiff's Motion (pages 7-10).

8. Attached hereto as Exhibit G is a true and correct copy of a printout dated February 25, 2008, from the website titled "The TWiT Netcast Network with Leo Laporte" and reflecting Episode 86 of the program "this WEEK in TECH" and the on-line notes relating to that program (http://twit.tv/86/).

9. Attached hereto as Exhibit H is a true and correct copy of a printout of a blog entry entitled "Violet Blue and the 'Moose Lodge'" dated February 25, 2008, from the website of the San Francisco Chronicle entitled "SFGate: Culture Blog! : Violet Blue and the 'Moose Lodge'" (http://www.sfgate.com/cgi-bin/blogs/sfgate/detail?blogid=3&entry_id=13187/).

10. Attached hereto as Exhibit I is a true and correct copy of a document bearing production number VB00096 which was produced to Defendant Johnson on January 17, 2008, with Plaintiff Blue's Rule 26(a)(1) initial disclosures.

11. Attached hereto as Exhibit J is a true and correct copy of a document bearing production numbers VB00213 through VB00220 which were produced to Defendant Johnson on January 17, 2008, with Plaintiff Blue's Rule 26(a)(1) initial disclosures.

12. Attached hereto as Exhibit K is a true and correct copy of a printout dated February 25, 2008, from another website of the Exotic Erotic Ball (http://www.exoticeroticball.com/ ) referencing the appearance of "Violet Blue" for the 2008 Exotic Erotic Ball

13. Attached hereto as Exhibit L is a true and correct copy of a printout dated February 25, 2008, of an article entitled "Violet Blue Gets Wild with Dave Pounder on KSEXradio.com", from the Adult Industry News website (http://ainews.com/Archives/Story3350.phtml).

14. Attached hereto as Exhibit M is a true and correct copy of a printout dated February 25, 2008, of an article entitled "Violet Blue Memorabilia Sale," from the Adult Industry News website (http://www.ainews.com/story/12193/).

15.     Attached hereto as Exhibit N is a true and correct copy of a printout dated February 25, 2008, of an article entitled "Legal Battle Ensues Between the Two Violet Blues", from the Adult Video News website (http://www.avn.com/index.cfm?objectID=d3d256ea-0408-6044-8a0880b3a36be003&slid=268442).

16.     Attached hereto as Exhibit O is a true and correct copy of a printout dated February 25, 2008, of an article entitled "Analysis: Violet Blue v. Violet Blue," from the Adult Video News website (http://www.avn.com/printFriendly.cfm?objectID=168F719A-9191-D4B0-87295A93B3801995&sitesection=law).

17.     Attached hereto as Exhibit P is a true and correct copy of a printout dated February 25, 2008, from the Eros Zine website (http://www.eros-london.com/articles/2007-10-30/newsbriefs103007/).

18.     Attached hereto as Exhibit Q is a true and correct copy of a printout dated February 25, 2008, of an article entitled "Sex Writer Violet Blue Sues Porn Star Violet Blue Over Name – Updated" posted at the Wired Blog Network website (http://blog.wired.com/27bstroke6/2007/10/sex-journo-viol.html/).

19.     Attached hereto as Exhibit R is a true and correct copy of a printout dated February 25, 2008, from an article entitled "Press: Sex Ed Blogger Violet Blue to Start TWaT, the All-Girl Tech Podcast?" from Gizmondo.com (http://gizmodo.com/gadgets/press/sex-ed-blogger-violet-blue-to-start-twat-the-all+girl-tech-podcast-233732.php?mail2=true /).

20.     Attached hereto as Exhibit S is a true and correct copy of a printout dated February 25, 2008, from the South By Southwest Interactive website (http://2008.sxsw.cohttp://2008.sxsw.com/blogs/ia.php/2007/10/).

21.     Attached hereto as Exhibit T is a true and correct copy of a printout dated February 25, 2008, of a blog entry entitled "Blue Monday: If Sex Educators Could Make A Living Wage, Would We Sue To Protect Our Brand?" from the website Sexerati.com (http://www.sexerati.com/2007/10/25/blue-monday-if-sex-educators-could-make-a-living-wage-would-we-sue-to-protect-our-brand/).

22. Attached hereto as Exhibit U is a true and correct copy of a printout dated February 25, 2008, of an entry entitled "Will the Real 'Violet Blue' Please Stand Up; Writer-Blogger Sues Porn Star Over Name Use" from the Blogonaut blog (http://blogonaut-blogonaut.blogspot.com/2007/10/will-real-violet-blue-please-stand-up.html).

23. Attached hereto as Exhibit V is a true and correct copy of a printout dated February 25, 2008, entitled "Pornstar Violet Blue Changes Name", from the Adult Industry News website (http://ainews.com/story/12515/).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 25th day of February, 2008, at San Francisco, California.

       /S/
Colette Vogele