

# Forbes.com
U.S.   EUROPE   ASIA

| HOME | BUSINESS | TECH | MARKETS | ENTREPRENEURS | LEADERSHIP | PERSONAL FINANCE | FORBESLIFE | LISTS | OPINIONS | Become a member Portfolio | Register |

CIO Network · Enterprise · Imaging · Internet · Internet Infrastructure · Personal Tech · Sciences · Security · Wireless

ADVERTISEMENT

**In Pictures: The Web Celeb 25**
Read the full story

 E-mail  Create Alerts      Speed



**RANK: 25**
NAME: Violet Blue
WHAT: Sex educator

**tinynibbles.com**

Sex educator Violet Blue is the best-selling, award-winning author of over a dozen books on sex and sexuality, as well as the sex columnist for *The San Francisco Chronicle*. She's also nearly omnipresent on the Web, whether she's writing for Metroblogging San Francisco, reporting for Geek Entertainment Television, contributing to Fleshbot.com or hosting Open Source Sex, one of the most Internet's most popular podcasts.

Courtesy of Tinynibbles.com

|  Baby Einsteins |  Laptops To Make A Gamer Drool |  Signs to Upgrade Your PC |

**Today on Forbes.com** - Fire Away - Thankee Bernanke - Zander To Depart Slumping Motorola - Alpha Kitty's Cyber-Shopping Cart - Last Day To Vote: Boost Your Business Contest: Final Round

---

**Alternative to Open Back Surgery**
Minimally invasive, corrects most spinal disorders, 21st century laser techniques, outpatient surgery.
www.laserspineinstitute.com

**Auto Insurance Quotes**
Over 50? Save hundreds with AARP & The Hartford. No Hassle Auto Ins Quotes
AARP.TheHartford.com

**Leading MBA Programs**
Earn your MBA degree online or on campus. Top Programs. Free Info.
www.gcu.edu

**What's Your Credit Score?**
View All 3 Credit Scores and Credit Reports Online Now. See it for $0.
FreeCreditReportsInstantly.com

**Your Free Credit Score**
See your updated 2008 credit report and score instantly and online.
www.FreeCreditReport.com

Buy a link here