

# MUSIC, DANCING, BURLESQUE, MASQUERADE
# THE EXOTIC, THE EROTIC, AND A BIT OF THE BIZARRE

exotic dancing, erotic poetry, latex fashions, aerial arts, sexy samba, twisted tangos, breakdancing, carnaval, cabaret, dungeons, fetish rooms, playful hijinks, sinister shenanigans, bad boy burlesque... and very naughty school girls!

## SATURDAY OCTOBER 28, 2006
### CowPalace, SF

**BUY VIP TIX**

**BUY GENERAL ADMISSION TIX**


### Unkle Paul
The Impresario, the Master of the Stage, sort of a degenerate Ed Sullivan.


### Violet Blue
Girl next door w a sweet body and a naughty mind


### Tera Patrick
Gorgeous and passionate, with the greatest body ever


### Thomas Dolby
Five-time Grammy winner, innovator, his show will be awesome


### George Clinton
Dr. Funkenstein together w friend Eric McFadden - may the funk be with us


### Tommy Lee
Our favorite rocker spins Big Ass Analog Bass, Breakbeat, and dirty ElectroHouse music


### Porcelain Twinz
Hot identical twins performing stylized fetish-burlesque - every man's fantasy

## VIP TICKET PRIVILEGES
- Special red carpet entrance so you don't have to wait in the long lines.
- Backstage access where you can mingle with the celebrities and porn-stars.
- Special VIP room with special entertainment and complimentary hors d'oeuvres.
- Special private cocktail party w/adult stars to kick-start the night.
- Free drink and special gifts & souvenirs.
- Plus a very special surprise!

### Get in on this Special!

**Don't miss our hottest year ever, at the best prices!**

See photos from last year: click here

# GET YOUR TICKETS NOW!

www.ExoticEroticBall.com   415-567-BALL

**THE 2006 EXOTIC EROTIC EXPO**
**FRI. & SAT. OCT 27-28**

Expo also open during the Ball for Ball attendees.
See Photos from last years Expo: click here

**EXHIBIT SPACE AND SPONSORSHIP OPPORTUNITIES ARE STILL AVAILABLE!**
**CALL  1-415-567-BALL**

Email Graphics and Design by: **WhiplashMedia.com**
Email management: **VIPList.us**
To add, remove or modify your name on the EEB mail delivery system goto **MODIFY**
or Postal to: Remove Me, 712 Bancroft Road #163, Walnut Creek, CA 94598-1531