

# this WEEK in TECH



January 29th, 2007

## TWiT 86: Web Celebs

**Hosts:** **Leo Laporte**, **Patrick Norton**, **Robert Heron**, and **John C. Dvorak**

Wikipedia woes, Forbes' Web Celebs, and classroom porn storms...

- Microsoft offered to pay an Australian blogger to **change** some articles on Wikipedia.
- There is a **list** of people who have been on TWiT and what episode numbers they have taken part in.
- **Citizendium** is an experimental new wiki project that will add a little "gentle expert oversight."
- The AACS licensing authority assured that the encryption was intact, but the **keys** used to unlock movies have been stolen.
- The government of Sealand has not been **responding** to emails, so The Pirate Bay has gone to a Plan B.
- A Chinese test missile **obliterated** a satellite.
- DL.TV viewers report that Netflix's **streaming** movie system is quite a pleasant experience.
- Patrick and Dvorak both want **Joost** invites.
- Leo is #17 on Forbes' list of **web celebs**.
- Vint Cerf says that one quarter of all computers are part of a **botnet**.
- A hacker has **nabbed** €800,000 from an online Swedish bank.
- Use the Zarate Labs **password generator**.
- Bill Gates is going to **appear** on the Daily Show for the Vista launch.
- A substitute teacher **faces** up to 40 years in prison due to a "porn storm" that popped up on the computer.
- Windows **Vista** launches on Tuesday, January 30.
- Vivid is bringing the **first** porn title to Blu-Ray.
- iTunes is now **illegal** in Norway.
- Leo's radio show has been **syndicated** by Premiere Radio Networks.

Thanks to **AOL Radio** for the bandwidth for this show.

Alternate Versions (courtesy **Cachefly** ):

- 32kbps MP3
- 16kbps MP3
- 64kbps AAC
- 64kbps Ogg Vorbis

**Running time:** 59:22
**Download MP3 file**

Subscribe...

BOOKMARK



