

violet blue <Redacted.@gmail.com>

# Hey Ada!

**Dave Pounder <davepounder@gmail.com>**	Sat, Oct 6, 2007 at 9:16 PM
To: violetblue@sfgate.com

Whats up, girl!  I see you are writing for SFgate.com now.... very interesting.  Whats new with you?

I live in Miami, FL now.  I produce my own content and I also direct and perform for BangBros.com here in Miami.  You can go to www.davepounder.com/bio.html if you want to read everything I have been up to.

I'll never forget you because you were my first scene ever (and yes, I failed miserably as most first timers do...lol)...

I hope all is well, and look me up when you are in Miami (Boca Raton).

xoxo,

-Dave Pounder

VB 00096