

- SFGATE HOME ▪ NEWS NEW! ▪ BUSINESS ▪ SPORTS ▪ ENTERTAINMENT ▪ TRAVEL
- CLASSIFIEDS ▪ JOBS ▪ REAL ESTATE ▪ CARS

Quick Search [  ] GO

« What's the best... | Main | Only You Can Help... »

### Violet Blue and the "Moose Lodge"

**Update:** Stand-up guy Leo LaPorte responds! See the update at the end of the post.

**Update:** Hell, yeah! The eternally rocking Patrick Norton agreed to let me quote his response email, head on down to the end of the post to see it.

Chronicle sex columnist Violet Blue makes a stir on the SFGate every Thursday (if you're not reading her, you should!), and yesterday's column was no exception. Even amidst the TourkGate mania that brought so much traffic that our site was limping along until late morning, Violet's column was solidly in our top ten for the day.



By Violet Blue
**Violet Blue and her "Blogger" tattoo**

So what did Violet say that could possibly be any hotter than an admitted affair between two attractive, powerful people? How about taking on notable web innovators John Dvorak, Leo LaPorte, Patrick Norton, and Robert Heron?

In LaPorte's this WEEK in TECH (TWiT) podcast, LaPorte and friends gently mock Forbes' The Web Celeb 25 list on which LaPorte is #17, and Violet Blue is #25.

From her column:

> TWiT's lineup this week of LaPorte, John Dvorak, Patrick Norton and Robert Heron had little nice to say about the list or about the women on it. The whole podcast has an old-techie Moose Lodge feel to it: They even spend a minute

**MAIN | ABOUT | BIOS | CONTACT**

**CATEGORIES**
American Idol (29)
Architecture (3)
Art (113)
Art Adventures (30)
Bars (4)
Bay Area (74)
Books (35)
Burning Man (38)
Celebrity (81)
Clubs (9)
Comedy (17)
Comics (12)
Dance (3)
Design (7)
Drink (8)
Events (101)
Fashion (84)
Food (36)
Games (1)
Gay & Lesbian (19)
Health (18)
Ideas (55)
Media (87)
Miscellaneous (70)
Movies (138)
Music (151)
Neighborhoods (25)
Outdoors (16)
Pets (7)
Politics (92)
Pop Culture (140)
Religion/Spirituality (35)
Sex (19)
SFIFF (4)

> making fun of one woman's name. But when John Dvorak asks, "Violet Blue, who's that?" Leo LaPorte answers, "She's that ... porn person." "Oh," Dvorak responds. "I ran into her once ... mumble, mumble, mumble."

Are we still saying "oh no he DIDN'T"? I'm thinking that we're not. But if we were...

Read Violet's column for more on why she's so pissed at these guys now, and check out (may not be safe for work, depending on the liberalism of your workplace) her blog for the responses she's received as a result.

Of course I emailed a link to her column to the TWiT guys. Hey, why not? I love a good fight. Dvorak's game for anything, and posted a reply on his blog.

> Anyway, Violet got personally bent out of shape, called us a bunch of pigs in a long-winded rant in SFGate (cited here) and I want to personally apologize for being too glib about her on TWiT. She does good work and I never said she was a bad person. So I'm sorry. That said, she still shouldn't be on the list. Let's be real.

While LaPorte responded to my email, he asked that he not be quoted. Of course, I'll respect that, though I'm totally dying to tell you not only about what he had to say (suffice it to say that he was not amused) but about Patrick Norton's gallant email defense* of Violet and her work. Sorry, folks, but unless they consent to being quoted, it's between me and my inbox. But, trust me, it's good stuff.

Then again, it's all good stuff, perfect to contemplate on a Gavin-fatigued Friday afternoon. So, take a look at Violet's column, Dvorak's response (ooh, and check out the comments there -- there are some good ones), and (probably NSFW) her blog. What do you think of her beef, and of the responses she's gotten? Let us know in the comments.

**\* Update:** Well, it's hard to get the complete context without LaPorte's email, but you can guess that he wasn't too conciliatory in tone in his response to me. Fellow TWiT podcast participant Patrick Norton then sent the following:

> Eve, I just re-read Leo's email, and I'd like to apologize on his behalf for still being so clueless about Violet's work. Misinformed on the spot during a live recording is one thing, but misinformed w/out a deadline is just embarrassing.
>
> Leo, 3 minutes on Google would have left you a lot less clueless about the actual content of the the woman's podcasts... not to mention the range of her work beyond 'reading erotica.'
>
> That's 3 minutes including time to make a halfhearted skim of the notes from her podcasts (try http://violetblue.libsyn.com/), along w/ a quick skim of her written work... Amazon.com does nicely... looks like her books on fellatio and cunnilingus are selling well... 789/1,176 out of all books. (I, for one, am all in favor of more folks improving those skills.)
>
> And attacking the name? How pathetic.
>
> I mean, beyond my Aunt Dorrie (http://www.houseochicks.com is the home of The Original Vulva Puppet and Vulva University!) and Dr. Ruth, what media savvy sex educator does use their real name? OK, Dr. Drew. Forgot him. Maybe Dan Savage? (I still say that's just too convenient a last name...) It's San Francisco... the town has a history of being all about reinventing yourself.

Shop (69)
Sports (19)
Street (11)
Tech (30)
Theater (6)
Tube Tops (8)
TV (122)
Volunteering (5)
Web (101)
Weird (33)

**RECENT ENTRIES**
It's a Wonderful Con
Academy Awards live blog -- final thoughts!
Oscars red carpet live blog!
The Oscars live blog is almost here!
Tube Tops
More »

**ARCHIVES**
« FEBRUARY 2008 »

| SUN | MON | TUE | WED | THU | FRI | SAT |
| --- | --- | --- | --- | --- | --- | --- |
|     |     |     |     |     | 1   | 2   |
| 3   | 4   | 5   | 6   | 7   | 8   | 9   |
| 10  | 11  | 12  | 13  | 14  | 15  | 16  |
| 17  | 18  | 19  | 20  | 21  | 22  | 23  |
| 24  | 25  | 26  | 27  | 28  | 29  |     |

Subscribe to Culture Blog:
MyFeeds   RSS
What is My Feeds?   All RSS Feeds

**BLOGROLL**

Sites
Arts Journal
Metacritic
Technorati
McSweeney's
Chowhound
Laughing Squid
Arts and Letters Daily
Plastic
SF Flavorpill
Smoking Gun
Fark
Fecal Face
Engadget
Tiny Mix Tapes

Group Blogs
Boingboing
Gawker
SFist

> *A few minutes of research might not have helped w/ the lack of tact in your response in front of Eve, but at least you wouldn't have been so woefully inaccurate in your knee-jerk dismissal.*
>
> *That was just rude, Leo. P*

**Update:** Leo Laporte responds to Patrick's email thusly (and kindly gave me permission to post it -- thank you, sir!):

> *My apologies - I did, in fact, confuse Violet Blue, podcaster, with Violet Blue, the porn star. Having taken Patrick's advice and done a little research I now see my mistake. I am sorry if I have offended Ms. Blue, please accept my apologies.*

Posted By: **Eve Batey** (Email) | February 02 2007 at 04:01 PM

Listed Under:  Tech  |  Comments (9)  :  Post Comment

---

Metroblogging SF
Bayosphere
The Beast
Low Culture
BBC Collective
Slashdot
Metafilter
Sepia Mutiny
Splendora

**Personal Blogs**

Defamer
LA Observed
Blogebrity
Aidin Vaziri
Alex Ross
Sacha Frere Jones
Margaret Cho
Romenesko
Moorish Girl
Moby Lives
Susie Bright
Kevin Kelly's Cool Tools
Reality TV News Digest
Terry Teachout
Jan Herman
PostSecret
Grocery Lists
Mundane Journeys
Wooster Collective
Jeff Chang
Poplicks
Stephen Elliot's Poker Report
Mark Cuban
Wil Wheaton
Jalapeno Girl

**Photo Blogs**

Bay Area Photobloggers
Fog Bay
toshikomi: an urban photoblog
While Seated
lackadaisical



Back To Top

© 2008 Hearst Communications Inc. | Privacy Policy | Feedback | RSS Feeds | FAQ | Site Index | Contact

HEARST *newspapers*