

**Want to Know?
Search AINews**

[search box] Go



- Front Page
- Adult Film News
- Adult Media News
- Business News
- Club & Appearance News
- Freedom & the Law
- Internet News
- Lifestyles, Health & Charity
- ➡ Letters to the Editor
- Columns
- Movie Reviews
- InnerViews
- AINews Site Map
- Free News Feed
- AINews Affiliate Store
- Star Pages
- Contact AINews
- Advertise With AINews



July 31, 2007 03:12am
Violet Blue Memorabilia Sale
Source: Letters to the Editor
by: Violet Blue



Work is slow... So, I'm selling some of my stuff if anyone is interested. I have school girl skirts, panties and bra sets, shoes (my converse are already sold) and dildos that I've used in videos and photo shoots.

Soooo, if you have a favorite photo shoot of mine that you might like to have an item from, let me know and I'll check and see if I still have it. You can email me directly at violetblue418 at Yahoo dot com. No, I'm not selling my pentagram...

If you'd like an autographed picture, please send a SASE to:
Violet Blue
P.O. Box 171,
Pacific Beach, WA 98571

If you want a particular picture, you can email me that image and include $20. Otherwise you'll get what I've got stacked up, which are usually DVD inserts.

Violet Blue



| **Related Stories** |
|---|
| • Flynt in Oprah |
| • Exotic Erotic Ball Announces Adult Entertainers |
| • Head Master 2 ~ Reviewer Rated |
| • Wonderland ~ Reviewer Rated |

| **Related Sites** - WARNING! May lead to graphic content |
|---|
| • Violet Blue's VioletBlue.org |
| • Movies with Violet Blue (Gamelink) |
| • Movies With Violet Blue (AINews) |

**Top Stories**

- Freaky's Lil' Freak In U Launches
- World Modeling Re-Opens
- Trashy Party at Playboy Club
- Stoya, Jennifer Dark on Last Call
- Karaoke Comes to Porn Valley
- Batman's Belfry at Bad Betties Party
- NRPW Returns with Bang
- First Ethnic Award Show
- A! Night at PSK
- Sex-Positive Journalism Awards
- Matt Zane Featured in



- Movies With Violet Blue (AINews)

**More Stories From [Letters to the Editor](#)**

[Sex-Positive Journalism Awards](#)

[Love Shack's Cornetta Comments on Fire](#)

[Anita Cannibal Roof Blown Off](#)

[Thanks For The Toys](#)

[Boobs For Payton](#)

[Pornstar Violet Blue Changes Name](#)

[Danger Peligro Gefahr](#)

[Bethany Sweet in LegWorld](#)

[Ange Venus in Dante's Inferno](#)

[Violet Blue Memorabilia Sale](#)

[Freaky Works for De'Nyle](#)

[Anjelica Lauren Available to Fans](#)

[Fred Salaff Needs Help](#)

[Bizarre](#)

[Jana Jordan Covers Penthouse Forum](#)

[Gina Lynn Recovers in Time for Stern](#)

[Porn Star Revolution Party](#)

[Allanah Starr Victory Party](#)

[MWA: Renee Perez, Cassidey, Brea Bennett](#)

[Part Two - FreakyTiki AVN Recap](#)

[MWA: Jana Jordan](#)

[February 2008 From the Trenches](#)

[Big Wet Tits 4 ~ Reviewer Rated](#)

- [Still No Trial Date Set](#)
- [Jade Feng at Portland Erotic Ball](#)
- [Kelly Wells Loves Australia](#)
- [Kelly 'Fn' Wells Blows Off Australia](#)
- [Sydnee Steele's Book Deal Comments](#)
- [Possible Booking Fraud Continues](#)
- [Cleopatra's 2 Year Calendar](#)
- [Asia Carrera's Husband Killed](#)
- [Whitney Wonders Getting Married](#)
- [SuicideGirls Content License Flap](#)
- [Shay Lynn Parties at Playboy Mansion](#)
- [Bogus Bookings Bait Talent](#)
- [George DeLorenzo Hangs in Miami](#)
- [Alicia Angel Corrects AINews](#)