

# Sex Writer Violet Blue Sues Porn Star Violet Blue Over Name - Updated

By Ryan Singel ✉    October 24, 2007 | 12:55:41 PM    Categories: Copyrights And Patents, Porn



Violet Blue, the well-known sex and sexuality writer and blogger, filed suit this week against Violet Blue, a porn actress using a stage name, alleging that Ada Mae Johnson adopted the writer's name and distinctive black, Bettie Page bangs for performances in films such as *Shut Up and Blow Me #29*, *Whore of the Rings* and *Who Violet Blew*.

Journalist Violet Blue, whose actual name is ~~appears to be~~ Violet Blue (pictured right), filed suit in a San Francisco federal court Monday, accusing Johnson of trademark violation and dilution, as well as unfair business practices. Blue wants the court to stop Johnson from using her name and to force her to pay Blue damages.

Journalist Blue writes a sex-focused column for SFGate, blogs at tinynibbles.com and was recently named one of the 25 most influential people on the web by *Forbes* magazine. She's also written and edited more than 15 books, ranging from *Best Women's Erotica 2008* to the *Ultimate Guide to Fellatio*.

Violet Blue the porn actress (pictured with both blond and black hair left) began making porn films in 2000, and won the emerging starlet awards from adult film industry trade mag AVN in 2002, according to the bio on her site.

The porn actress registered violetblue.org in 2001, and four years later, founded Violet Blue, Inc, which now runs the paid-subscription pornographic website on that domain, according to the lawsuit. An email request for comment sent to the Whois contact information for violetblue.org immediately bounced, and no one immediately replied to a voice message left for the company.

UPDATE: Johnson has this to say via email about her use of the name Violet Blue:

> I picked the name Violet because I liked it. I picked the last name Blue after my agent told me I needed a last name. That was in 2000.
>
> I googled Violet Blue to make sure no one was using it and the only thing that came up was websites about flowers. I didn't know there was another person using the name Violet Blue till I was working for KSex radio, well after I had established myself in the adult community, years after I won AVN's Best New Starlett in 2002. I invited her via email to come on my show, but she never responded.
>
> /UPDATE

Blue the journalist says Johnson's movies and her appearance at San Francisco's Annual Exotic Erotic Ball under the name Violet Blue have damaged her reputation and caused journalists and others to confuse her for the porn actress.

Sex Writer Violet Blue Sues Porn Star Violet Blue Over Name - Updated Threat Level from Wired.com
Case 3:07-cv-05370-SI    Document 44-15    Filed 02/25/2008    Page 2 of 5
2/25/08 8:51 PM

Even the porn industry got confused, Blue the journalist contends. In October 2007, she got an email from "Dave Pounder," a person who has perfomed in films with Johnson, through SFGate's feedback mechanism, congratulating her on her column.

> The email begins "What's up, girl! I see you are writing for SFGatge.com now.... very interesting." It continues with the plainly mistaken belief that Plaintiff Blue is in fact Defendant Johnson: "I'll never forget you because you were my first scene ever..."
>
> Plaintiff Blue has never met nor appeared in any film with "Dave Pounder."

Johnson has repeatedly told Blue she would quit using the name, but has not stopped, according to the suit.

Blue the journalist says she has been using the name Violet Blue in her writings since 1999, and she registered "Violet Blue" as a trademark in March, 2007.

See Also:

* Writer Violet Blue's first person account of the Violet Blue name controversy.

Update: The first graf originally used the term "nom de plume" to refer to the use of Violet Blue as a stage name for a porn actress. Given the former term usually applies to a pseudonym used by a writer, I switched the terms. Apologies if it confused anyone.

Photos: Right- Journalist Violet Blue by Joi Ito; Left: Screenshot of porn thespian Violet Blue from violetblue.org

  -1 points      2 diggs      StumbleUpon



Whoa! The likeness is eerie, not to say uncanny.
I can totally see why someone would confuse a blogger with delusions of grandeur with a superhot uberslutty pornstar.

Posted by: **Arne** | Oct 24, 2007 12:21:37 PM


If the porn actress registered violetblue.org in 2001, then blogger Vilolet Blue has a problem and probably shouldn't have been able to register the mark as it was not unique--not even unique in the sex industry--when she registered it.
This is not a cut and dried case in blogger Blue's favor.

Posted by: **scarper** | Oct 24, 2007 12:56:11 PM


Actually Scarper, Ms. Blue the blogger has been using the name for quite a bit longer, the recent 'trademark' acquisition was probably to stop Violet Blue Inc. from gaining any extra legal ground to the name. Violet Blue the author blogger has been writing professionally under the name prior to the actress having the 'nom de plume' in 2000 with her first film. While the idea of 'pior art' usually only applies itself to patent law, in general common sense terms, it could be very easily established here. Its a common practice for actors who have similar names to change to avoid confusion, Actor Michael Keaton of Batman Fame born as Michael John Douglas for example easily confused for Michael Douglas son of Kirk Douglas. It wouldn't be a problem so much if the two Blue's were involved in completely different realms

**Trust Flaw in Net**
**Ralph Nader's Bid for Presidency Meets with Negative Online Buzz**
**Clinton and Obama's Rhetoric Heats Up Over the Weekend**
**Spotlight on the Superdelegate System II**
**Youthful Hillary Clinton Supporters Strike Back at Obamamaniacs**

### CATEGORIES

Announcements (10)
Apple, iPhone (2)
BitTorrent (12)
Breaches (24)
California Fires (6)
CCC (20)
Censorship (30)
Copyrights and Patents (55)
Cover-Ups (26)
Crime (74)
Crypto (8)
Cybarmageddon! (16)
Cybersecurity (1)
DefCon (6)
Disasters (1)
E-Voting (47)
Election '08 (265)
Forensics (2)
Gists (3)
Glitches and Bugs (26)
Hacks and Cracks (99)
Hans Reiser Trial (56)
Hot Planet (24)
Identification (38)
Information Sharing (4)
Intellectual Property (6)
ISP Privacy Survey (10)
Kickbacks (7)
Mobile Phone Unlocking (1)
Network Neutrality (5)
NSA (105)
Online Political Campaigns (17)
Patents (1)
Politics (69)
Porn (9)
Privacy (97)
RFID (4)
RIAA Litigation (37)
Spam and Phishing (7)

of endeavor, as we all have heard of someone with the same name as someone famous. This suit is to establish the right to a professional name, of two people in the same industry... something that is more than simply an identifier but something with inherent value and reputation. Thus establishing its importance enough for a suit to be put forward.

Posted by: **TMF** | **Oct 24, 2007 1:45:27 PM**

ummm.. who the fuck cares?

Posted by: **chris** | **Oct 24, 2007 2:10:41 PM**

Have them fight it out in Jello for the rights to the name. :)

Posted by: **Mike** | **Oct 24, 2007 2:11:14 PM**

"... adopted the writer's name and distinctive black, Bettie Page bangs..."
So, she's using Betty Page's hairstyle and so is the blogger. Either they're both allowed to do that or neither one is. I'm sure the number of women in the sex industry that have Betty Page hairstyles is pretty high, so there's nothing "distinctive" about that.

Posted by: | **Oct 24, 2007 2:28:08 PM**

I agree with Chris, who the f**k indeed does care, I certainly don't ...
... though I'd like to see them both in the same film.

Posted by: **Rob** | **Oct 24, 2007 2:53:27 PM**

Ada Mae Johnson is not a porn name?
it bugs me that Violet Blue the writer in real life doesn't seem to look anything like the pic of her on sfgate. but i need to get a life...

Posted by: **erk** | **Oct 24, 2007 3:38:55 PM**

There's also a porn star named "Cindy Crawford" but she hasn't been sued by the more-famous model, as well as one named "Dru Berrymore". That's what porn stars do, adopt monikers similar to celebrities. I'm not sure porn star Violet Blue took her name to sound like Blogger Blue, but methinks Blogger Blue is blowing this out of proportion.

Posted by: **Danielle** | **Oct 24, 2007 8:12:22 PM**

Funny how blogger Violet Blue touts her site as "open source sex" and highlights how her online materials are DRM free.
Then she sues for the exclusive rights to use common words next to each other.
Go fuck yourself, blogger Violet. Go fuck yourself too, pornstar Violet.

Posted by: **Wack Attack** | **Oct 25, 2007 12:41:26 AM**

Uhm, isn't violet just a slightly different shade of blue? Can it really be quantified, really people?
And for the record, I trust someone who's a follower of Aleister Crowley more than someone who uses William Randolph Hearst's war-empire to sue in federal court for a case that's obviously iffy, at best...
Honest porn beats pretentious faux-porn any day of the week.

Posted by: **SPD** | **Oct 25, 2007 1:00:57 AM**

http://www.peoplefinders.com/Summary.asp?fn=violet+&mn=&ln=blue&city=&state=CA&vw=&Search=&Input=&age=&dobmm=&dobdd=&doby=&x=56&y=14

Posted by: **Not her real name** | **Oct 25, 2007 3:14:01 AM**

Yeah, well at least your name isn't Michael Bolton. There was nothing wrong with it... until I was about 12 years old and that no-talent ass clown became famous and started winning Grammys. Should I change my name? No way. Why should I change? He's the one who sucks.

Posted by: **Michael Bolton** | **Oct 25, 2007 6:44:57 AM**

The porn star is definitely hotter.
So much for Violet Blue the scribbler being cool.

Posted by: **Jen** | **Oct 25, 2007 12:33:32 PM**

---

Spooks Gone Wild (47)
Sunshine and Secrecy (71)
Surveillance (114)
Tech Companies in China (6)
The Courts (39)
The Ridiculous (3)
Threats (43)
ToorCon (8)
Virginia Tech shootings (32)
Watchlists (21)
Wikiwatch (3)
Yo Ho Ho (1)

**Stay connected with Wired Mobile**: Tech News, Gadget Reviews, and Special Offers - all delivered to your mobile device.

Add **Threat Level** to your favorite feed reader. Find more **Wired News** feeds, including web-based news reader feeds, **here**.

How sad. St. Jude would laugh in this lil "sex-positive" hipster's face for being such a priss. But hey -- she's added nothing but hype and windbaggery to the world, so frivolous lawsuits can hardly detract from her overall value to the planet.

Posted by: **Jack Parsons** | Oct 25, 2007 1:11:16 PM

Yawn. Damages? And isn't it interesting when one porn star vilifies another? After all, the writer Violet Blue is not trying to tell the world she's a serious journalist ala Leslie Stahl, she's a sex writer. So damages?
Sounds like a good attorney.

Posted by: **tom paine** | Oct 25, 2007 3:01:47 PM

I'm somewhat biased in the whole affair, because I saw porn-star VB's first film where her orgasms were totally real. After seeing that, and the glowing well-laid smile on her face afterward, I kinda have to side with her. I'm sure writer VB writes some nice stuff, but...you know...real orgasms...

Posted by: **Wing-helmed Viking Warrior** | Oct 25, 2007 4:38:45 PM

Dispute to be settled by winner take all wankoff.

Posted by: **reg** | Oct 25, 2007 5:24:57 PM

Aww...you two, just have sex and make up.
Maybe a mudwrestling fundraiser for breast cancer?

Posted by: **Indigo** | Oct 25, 2007 9:00:49 PM

What a cunt!

Posted by: **der** | Oct 25, 2007 10:42:34 PM

In 2000 Blogger Bloo was a mere unknown GoodVibes employee while Porn Star Blue already registered the domain. Damages? She's probably better off cashing in on the tatooed endorsement she has on her ankle for evil-empire-Google-owned Blogger.

Posted by: **Violet-Who** | Oct 25, 2007 10:47:36 PM

Ms. Wendi Sullivan Blue changed her name to Violet Blue well after Ms. Johnson's first "entry" into the porn world in 2000. Ms. Blue is a hypocrite! How is this "pro-sex"? It's "pro-ego"!

Posted by: **Violet Crumble** | Oct 26, 2007 4:23:41 PM

wonder if shes related to Roz

Posted by: **jimoer i ke** | Oct 29, 2007 1:28:09 PM

tres bon blog Bravo;)
www.lingerie-emotion.com

Posted by: **lea** | Nov 13, 2007 1:44:56 PM

shit

Posted by: **7800y** | Nov 23, 2007 2:25:39 AM

Posted by: | Dec 4, 2007 3:08:18 AM

Blogger Violet Blue is a rich, spoilt, bully.

Posted by: **KK** | Dec 11, 2007 9:01:25 PM

What's most galling about this is Blogger Blue's purloining of the term "open source", as in "Open Source Sex" (the title of her column for SFGage, ostensibly selected to earn cache with tech-savvy readers). Apparently it's "open source" and "copy left" until it affects the bottom line, and then it's "lawsuit". Suing the crap out of your opponents (for treble damages, no less) reminds me of the ham-fisted Goliath approach of corporate music copyright holders. At least Sony and BMG never pretended to be anything other than profit-centric purveyors of intellectual property.

Posted by: JS | Dec 22, 2007 5:52:14 PM

This will case will be ruled in Johnsons favor. She trade marked the name longgggggg after Ada was using it. There are more details, but its moot....Ada right, Blue wrong.

Posted by: pornstars | Feb 12, 2008 3:15:42 AM

**POST A COMMENT**

**Name:**

**Email Address: (Not Required, Not Published)**

**Comments:**

[Post]

See more Threat Level

Corrections | Contact Us | Wired Staff | Press Center | FAQ | Wired Insider | Sitemap

Subscription Questions | Renew Subscription | Give a Gift | International Subscriptions | Advertising | Media Kit | Careers

**Visit Our Sister Sites:** Concierge.com | Epicurious.com | Men.style.com | Style.com | Flip.com | Wired.com | Lipstick.com | NutritionData.com | YM.com | Allure | Architectural Digest | Brides | Cookie | Condé Nast Portfolio | Domino | Glamour | Gourmet | Lucky | Men's Vogue | Self | Teen Vogue | The New Yorker | Vanity Fair | W

[Subscribe to a magazine:]

© 2008 CondéNet, Inc. All rights reserved.
Use of this site constitutes acceptance of our User Agreement and Privacy Policy