| SEARCH BLOG | ¶FLAG BLOG | Next Blog»



# BLOGONAUT
## WE DON'T MAKE THIS STUFF UP—REALLY

**NEWS BITES**

- Obama "is on track to raise more than $50 million this month"
- Obama tied with Hillary in Texas: closing in Ohio
- No bounce from Wisconsin: Clinton, Obama in dead heat, new tracking poll says
- The Obama delusion
- Obama wins Wisconsin
- At last, Michelle Obama proud of America
- Lawyer takes 12 step honesty a step too far at bar hearing

## Will the Real "Violet Blue" Please Stand Up; Writer-Blogger Sues Porn Star Over Name Use



Ads by Google

**Join CREDO Mobile and**
Tell the Senate not to let AT&T off the hook for spying on you.
www.credomobile.com

**Violet Blue**
Huge selection, great deals on Violet Blue

**[From Wired.com]**

**Violet Blue, the well-known sex and sexuality writer and blogger (shown), filed suit this week against Violet Blue, the porn actress, alleging name and likeness infringement,** *Wired* **reports.**

**Journalist Violet Blue, whose** *legal name* **is Violet Blue, filed suit in San Francisco federal district court Monday, accusing Ada Mae Johnson—who uses 'Voilet Blue' as her movie**

items.
shopping.yahoo.com

### The Violet Barn
African violets, exotic houseplants 9-time winners, international show.
www.violetbarn.com

### Wordpress Blog
Get free domains with hosting! WordPress plugins. $0 setup.
www.EarthLink.net/WordPressHost

### African Violets
See 5 Sites: African Violets Cheap Prices and Massive Selection
www.challengethisdeal.com

## BLOG ARCHIVE

Blog Archive



stage name--of trademark violation and dilution, as well as unfair business practices. Blue wants the court to stop Johnson from using her name and to force her to pay Blue damages.

Johnson's movie credits include *Shut Up and Blow Me #29*, *Whore of the Rings* and *Who Violet Blew.*

Journalist Blue, who writes an on-line column for the San Francisco Chronicle, was recently **named** one of the 25 most influential people on the web by Forbes magazine.

The journalist has written and edited more than 15 books, ranging from *Best Women's Erotica 2008* to the *Ultimate Guide to Fellatio*.

Blue the journalist says she has been using the name Violet Blue in her writings since 1999, and she registered "Violet Blue" as a trademark in March, 2007, Wired reports.

## Read more

**POSTED BY BLOGONAUT AT 2:15 PM** 

### 0 COMMENTS:

**Post a Comment**

**Newer Post**           **Home**            **Older Post**

**Subscribe to:** **Post Comments (Atom)**