

**Want to Know?
Search AINews**

[Go]

Front Page

Adult Film News

Adult Media News

Business News

Club & Appearance News

Freedom & the Law

Internet News

Lifestyles, Health & Charity

Letters to the Editor

Columns

Movie Reviews

InnerViews

AINews Site Map

Free News Feed

AINews Affiliate Store

Star Pages

Contact AINews

Advertise With AINews

November 03, 2007 03:14am
Pornstar Violet Blue Changes Name
Source: Letters to the Editor
by: Violetta Blue

I'm offically changing my name to Violetta Blue, so as to not confuse the general public of me the Pornstar with the author Violet Blue.

I believe this is the right thing to do pending the lawsuit involved with the name "Violet Blue".

...Course its going to take a while to retrain my fingers!

Love,
Violetta Blue



| Related Stories |
|---|
| • Violet Blue Memorabilia Sale<br>• Flynt in Oprah<br>• Exotic Erotic Ball Announces Adult Entertainers<br>• Head Master 2 ~ Reviewer Rated<br>• Wonderland ~ Reviewer Rated |

| **Related Sites** - WARNING! May lead to graphic content |
|---|
| • Violet Blue's VioletBlue.org<br>• Movies With Violet Blue (AINews) |



**Top Stories**

Freaky's Lil' Freak In U Launches

World Modeling Re-Opens

Trashy Party at Playboy Club

Stoya, Jennifer Dark on Last Call

Karaoke Comes to Porn Valley

Batman's Belfry at Bad Betties Party

NRPW Returns with Bang

First Ethnic Award Show





| **More Stories From** [Letters to the Editor](#) |
|---|
| Sex-Positive Journalism Awards |
| Love Shack's Cornetta Comments on Fire |
| Anita Cannibal Roof Blown Off |
| Thanks For The Toys |
| Boobs For Payton |
| Pornstar Violet Blue Changes Name |
| Danger Peligro Gefahr |
| Bethany Sweet in LegWorld |

A! Night at PSK

Sex-Positive Journalism Awards

Matt Zane Featured in Bizarre

Jana Jordan Covers Penthouse Forum

Gina Lynn Recovers in Time for Stern

Porn Star Revolution Party

Allanah Starr Victory Party

MWA: Renee Perez, Cassidey, Brea Bennett

Part Two - FreakyTiki AVN Recap

MWA: Jana Jordan

February 2008 From the Trenches

Big Wet Tits 4 ~ Reviewer Rated

Ange Venus in Dante's Inferno

Violet Blue Memorabilia Sale

Freaky Works for De'Nyle

Anjelica Lauren Available to Fans

Fred Salaff Needs Help

Still No Trial Date Set

Jade Feng at Portland Erotic Ball

Kelly Wells Loves Australia

Kelly 'Fn' Wells Blows Off Australia

Sydnee Steele's Book Deal Comments

Possible Booking Fraud Continues

Cleopatra's 2 Year Calendar

Asia Carrera's Husband Killed

Whitney Wonders Getting Married

SuicideGirls Content License Flap

Shay Lynn Parties at Playboy Mansion



[Bogus Bookings Bait Talent](#)

[George DeLorenzo Hangs in Miami](#)

[Alicia Angel Corrects AINews](#)