COLETTE VOGELE (SBN No. 192865)
Email: colette@vogelelaw.com
BENJAMIN COSTA (SBN No. 245953)
Email: ben@vogelelaw.com
**VOGELE & ASSOCIATES**
12 Geary Street, Suite 701
San Francisco, CA 94108
Tel: (415) 391-3311
Fax: (415) 358-4975

Attorneys for Plaintiff and Counter-defendant
VIOLET BLUE

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VIOLET BLUE, an Individual, | Case No. C 07-5370 SI |
| Plaintiff and Counter-defendant, | **EXHIBITS I THROUGH K** |
| v. | **TO THE DECLARATION OF COLETTE VOGELE IN SUPPORT OF PLAINTIFF VIOLET BLUE'S NOTICE OF MOTION AND (1) SPECIAL MOTION TO STRIKE FIFTH COUNTERCLAIM AS A MERITLESS S.L.A.P.P. PURSUANT TO CODE OF CIV. PROC. § 425.16; AND (2) MOTION TO DISMISS THIRD AND FOURTH COUNTERCLAIMS** |
| ADA MAE JOHNSON a/k/a ADA WOFFINDEN, an individual d/b/a VIOLET BLUE a/k/a VIOLET a/k/a VIOLET LUST; ASSASSIN PICTURES INC., a California Corporation; ASSASSINCASH.COM; BILL T. FOX, an individual, a/k/a BILL FOX; FIVE STAR VIDEO L.C., an Arizona Limited Liability Company a/k/a Five Star Video Distributors LLC d/b/a Five Star Fulfillment; and DOES 1-10 | |
| Defendants and Counter-claimants. | The Honorable Susan Illston<br>Courtroom 10, 19th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA 94102<br><br>Hearing Date: April 4, 2008<br>Hearing Time: 9:00 a.m. |



violet blue <Redacted.@gmail.com>

# Hey Ada!

**Dave Pounder <davepounder@gmail.com>**  Sat, Oct 6, 2007 at 9:16 PM
To: violetblue@sfgate.com

Whats up, girl! I see you are writing for SFgate.com now.... very interesting. Whats new with you?

I live in Miami, FL now. I produce my own content and I also direct and perform for BangBros.com here in Miami. You can go to www.davepounder.com/bio.html if you want to read everything I have been up to.

I'll never forget you because you were my first scene ever (and yes, I failed miserably as most first timers do...lol)...

I hope all is well, and look me up when you are in Miami (Boca Raton).

xoxo,

-Dave Pounder

VB00096



VB00213

## IT'S THE ULTIMATE FANTASY, AND YOU'RE THE STAR

### IT'S PART MARDI GRAS, PART BURLESQUE, AND PART ROCK CONCERT. YET IT'S TOTALLY UNIQUE. THE EXOTIC EROTIC BALL IS A CELEBRATION OF HUMAN SEXUALITY AND FREEDOM OF EXPRESSION. IT'S A LINGERIE, FETISH, MASQUERADE AFFAIR.



Perry Mann          Louis Abolafia

### A NOTE FROM PERRY MANN, FOUNDER

It's now been 28 years since Louis Abolafia and I founded the Exotic Erotic Ball. Louis was best known for coining the phrase "Make Love, Not War", and we created the Ball as an extension of that philosophy. We are pleased that so many people come together to celebrate such a worthy concept.

Every year, we are challenged to make the Ball even more special, and this year I think we have outdone ourselves. Our talent lineup is very strong, and there are two things of which I am especially proud: First, we commissioned 6 notable artists to create original art depicting "Make Love Not War" and they all did masterful jobs. We'll be showcasing that art in the South Hall during the Expo and Ball.  Second, we've finally been able to book the fabulous Peaches, and when she performs as our closing act, she will be accompanied by Vau de Vire Society who has choreographed breathtaking acrobatics to her music.

On Friday night before the Ball, Snoop Dogg will perform a benefit concert for the Healing Circle. And our Exotic Erotic Expo has expanded again, and will be open Friday afternoon and evening, plus Saturday afternoon, and of course during the Ball. The Expo is a great place to shop for your outfit before the Ball.

Make Love, Not War - it was once was the battle cry of our entire youth culture, but given world events today, it's never been a truer, more appropriate message.  I miss Louis, and I can't wait to feel his spirit soar again, as I do every year at the Ball. I think he'll really be smiling this year.

PERRY MANN

### FREQUENTLY ASKED QUESTIONS ...

**How old do you need to be to go to the Exotic Erotic Ball and Expo?** For the Ball, 21 and over - with ID, please. For the Expo, it's 18 and over.

**If I buy a ticket to the Ball, does that also get me into the afternoon Expo?** No. the Expo on Friday and on Saturday afternoon is a separate ticket. But - the Expo will also be open during the Ball, for Ball ticketholders.

**Can I take still pictures?** Yes, you can take still pictures. Cameras are allowed.

**Can I shoot video?** Nope, sorry. not unless you work for the Ball or you are with an approved media outlet, with necessary credentials in advance.

**Do I need to dress up for the Ball and if so, in what fashion?** The dress-up is not a requirement, but it is a big part of the show. We highly recommend everyone dressing in lingerie, pajamas, fetish, masquerade or costume. Dress as sexy as you want. Our motto is: Everyone's A Star at the Exotic Erotic Ball. So dress like one! Side note: We will be holding our three famous contests - Ms. Exotic Erotic, Mr. Exotic Erotic and Best Costume. Everyone who attends is welcome to try and qualify.

**What should I wear to the Ball?** This question is so important, we asked it twice. Wear lingerie, fetish attire, masquerade, costume, pajamas or something that makes you look outrageously sexy!

**Is nudity allowed?** We post signs everywhere that say, No Nudity...but do people listen? We wish they did. **No public nudity, please**. Remember to carry your ID if you want to drink alcohol.

**Is groping allowed?** Dude, you just can't start groping people, not here, not anywhere. Would you want people indiscriminately groping you? We'll answer that for you - no, you would not. At the Exotic Erotic Ball, the operative word is respect. If you keep in mind that lots of people are feeling sexy and aroused, then you will realize that it is OK to ask someone if you can touch. Yes - it is OK to ask. But respect the answer. If it's not the answer you wanted, then ask someone else. Remember - if you grope, you leave. But - if it is consensual, then ... well, then it's not really groping, it's fondling.

**Is there an After Party this year?** Yes, it is at the Gold Club on Sunday October 29th, 1:30AM to 6AM. Enrique of Surreal SF joins us again to host the wildest and craziest after-party ever !

**What is the difference between a General Admission ticket and a VIP ticket to the Ball?** The General Admission ticket will allow you access everywhere in the 3 rooms, including the main stage with the musical acts & contests, plus the Burlesque Stage with the exotic & erotic performances, the Fetish Stage and S&M Dungeon, the Bling Bling electronic stage, and into the Expo featuring all the exhibits and the animation festival. The VIP ticket will allow you the following extras: priority entry into the Ball, and entry into the VIP room. The VIP room hosts a VIP reception with celebrities and porn stars from 9pm to 10:30pm , serves complimentary hors d'oeuvres, and features special performances, music, and interactive side shows. VIP's also get backstage access for mingling with the celebrities and adult stars, one free drink at the bar, a goodie bag, and special souvenirs.

**Can I buy a ticket at the door to the Ball or Expo?** Yes, tickets are sold at the door.

**Tell me more about the Exotic Erotic Expo and do I want to go to both that and the Ball?** Even if you cannot make it to the Ball, you do not want to miss the Expo. It is a great show at an incredible price. The Expo is open to the public Friday, from Noon to 6PM (only $20) and again from 7PM til 11PM ($35, includes Snoop benefit performance), and Saturday from Noon to 6pm (only $20). Visit www.exoticeroticexpo.com.

**Will there be a place for me to check my coat at the Ball?** Yes, there will be a coat check at the Ball.

**Is there a special place to park for the Expo or Ball?** There is lots of parking and this is provided by the venue, not by us. There are no in & outs from the Ball or with your car in the parking lot, or you have to pay again. But there are plenty of spots.

### PERRY MANN'S 28TH ANNUAL
### EXOTIC EROTIC BALL
SATURDAY, OCTOBER 27 COW PALACE, SF;  8PM TIL 2AM

BALL HOTLINE: 415-567-BALL
BALL WEBSITE: WWW.EXOTICEROTICBALL.COM

TICKETS AVAILABLE ONLINE THRU TICKETMASTER.COM,
AT ANY TICKETMASTER LOCATION, OR BY PHONE AT 415-421-TIXS.
TICKETS WILL ALSO BE AVAILABLE AT THE DOOR




















4 SF WEEKLY  EXOTIC EROTIC 2007  sfweekly.com

VB00216








sfweekly.com   EXOTIC EROTIC 2007   SF WEEKLY 5

# MUSIC, DANCING, BURLESQUE, MASQUERADE, AND A BIT OF THE BIZARRE

## ARENA STAGE
Presented by XFANZ




L to R: Peaches, Spyderz, Vau de Vire Society, Black Betty, MC Paul Nathan, The Unauthorized Rolling Stones

- 8:05pm: Doors open
- 8:05pm: Welcome
- 8:45pm: Erotic Dancers
- 8:50pm: Perry Mann Special Guest
- 8:55pm: Leonid The Magnificent
- 9:00pm: Spyderz
- 9:40pm: Lusty Ladies
- 9:45pm: Rebecca's Rubber Room
- 9:50pm: Club Jenna Girls
- 9:55pm: TBA
- 10:00pm: Black Betty
- 10:40pm: Lusty Ladies
- 10:45pm: Vau De Vire Society
- 10:50pm: Devinn Lane & Adult Stars
- 10:55pm: Leonid the Magnificent
- 11:05pm: Men of Exotica
- 11:10pm: Unauthorized Rolling Stones
- 12:00pm: Vau De Vire Society
- 12:05pm: Chippendales
- 12:10pm: Perry Mann
- 12:15pm: Contest
- 1:10pm: Peaches

### FRESH OYSTERS
TIKI TOM'S CATERING will be serving these little aphrodisiacs all thru the Expo, and at the Ball – shooter style!

### WASH IT DOWN WITH ...
LAGUNITAS – our favorite beer 5 years running. Love and Ice – our official cocktail, combining **JOHNNY LOVE'S VODKA** with **LIQUID ICE ENERGY DRINK** (the best tasting energy drink on the market by far). Or – for the more sophisticated palate – we have fine wine from **EROTIC CELLARS**. Its white wine is called ForPlay, truly a prelude to whatever comes next. And, its perfectly balanced Cabernet is crafted in precisely 69 barrels, no more, no less. We will be featuring wine tastings with our adult stars throughout the weekend.

## BLING BLING

Presented by Enrique and Surreal SF



L to R: Donald Glaude, Bubba Sparxxx, Charlie Brechtel Band, DJ Trevor Simpson, Enrique and The Surreal Devil Girls

- 8:45pm: Charlie Brechtel Band
- 9:45pm: Doxy
- 10:45pm: Mini Kiss
- 11:20pm: Live Breakdancing
- 11:30pm: Bubba Sparxxx
- 12:10pm: Bella Bling & the Surreal Devil Girls
- 12:15pm: DJ Trevor Simpson
- 12:40pm: DJ Ron Reeser
- 1:00am: DJ Donald Glaude

### ★ FETISH STAGE ★
Presented by Socialkink.com
We've got bondage, humiliation, and some flogging for good measure. Jean Bardot does the honors this year, and we're damn lucky to have her.

### THEATER
Presented by Clips4Sale.com
Clips4sale.com features real people doing real things. Sometimes, they are doing real nasty things. Once you download a clip, you keep it forever. Overall, we have to say that they are probably the hottest video site on the net. In addition to showing their clips, the theatre will also be featuring the Spike & Mike Sick and Twisted Festival of Animation.

**OVER $10,000 IN CASH AND PRIZES FOR BEST COSTUMES**

### AFTER PARTY
Join Enrique from Surreal SF, his smokin' hot Devil Girls after the Ball. The After Party keeps going til 7AM. After Party Tix at www.eventvibe.com.

### NEED TRANSPORT TO THE BALL?
Why drive? For limo service with a smile, contact our good friend Lorenzo at info@theviptransportation.com or 650-595-8629. Lincoln, stretch, SUV stretch, party buses, you name it. They'll get you there safely, swiftly, and in style.

## BURLESQUE STAGE
Presented by XBIZ



L to R: Chippendale's, Rebecca, Leonid The Magnificent, Fudgie Frottage

- 8:05pm: DJ Delachaux
- 8:45pm: Vau de Vire Society
- 9:00pm: Fudgie Frottage
- 9:05pm: Corey Shanks Hand Balancer
- 9:10pm: Exotic Erotic Dancers
- 9:15pm: TBA
- 9:20pm: TBA
- 9:30pm: Exotic Erotic Dancers
- 9:30pm: Doc Popular
- 9:35pm: Exotic Erotic Dancers
- 9:40pm: Fudgie Frottage
- 9:45pm: Xquisite Taste
- 10:00pm: Vau de Vire Society
- 10:05pm: Exotic Erotic Dancers
- 10:10pm: Chippendales
- 10:15pm: Exotic Erotic Dancers
- 10:30pm: Vau de Vire Society
- 10:35pm: Corey Shanks Hand Balancer
- 10:40pm: Fudgie Frottage
- 10:45pm: Rebecca's Rubber Room
- 10:55pm: Naughty School Girls
- 11:00pm: Vau de Vire Society
- 11:05pm: Chippendales
- 11:10pm: Xquisite Taste
- 11:25pm: Barely Legal: Time Warp
- 11:30pm: Exotic Erotic Dancers
- 11:35pm: Vau de Vire Society
- 11:40pm: Leonid the Magnificent
- 11:45pm: Doctor Popular
- 11:50pm: Rebecca's Rubber Room
- 12:00pm: Barely Legal: Time Warp
- 12:05pm: Xquisite Taste
- 12:20pm: Leonid the Magnificent
- 12:25pm: Men of Exotica
- 12:30pm: Rebecca's Rubber Room
- 12:35pm: Exotic Erotic Dancers
- 12:45pm: Gooferman
- 1:35pm: Parade

www.exoticeroticball.com

# THE EXOTIC EROTIC EXPO
## The HOTTEST /COOLEST SHOW IN THE BAY

FEATURING **EXOTIC FASHION, EROTIC ART, SEXY PRODUCTS, PLUS ADULT TOYS, GAMES, WEBSITES, & NOVELTIES**, live performances by LEONID THE MAGNIFICENT, REBECCA, JEAN BARDOT, ANCILLA TILIA, AND CHIPPENDALE'S, WITH SPIKE & MIKE'S SICK & TWISTED FESTIVAL OF ANIMATION AND FEATURING TOP ADULT STARS including TERA PATRICK, VIOLET BLUE, SUNNY LANE, DEVINN LANE, RAQUEL DEVINE, NIKKI BENZ, ALEXIS AMORE, SYDNEE STEELE, TRINA MICHAELS, LELA STAR, JOANNA ANGEL, LISA SPARXXX, RYDER SKYE, KIM CHAMBERS, HOLLIE STEVENS, SINNAMON LOVE, STEPHANIE SWIFT, ALEXIS MALONE, KENDALL BROOKS, HEATHER GATES, ROXXIE LEE, ROXY JEZEL, ANNMARIE RIOS, and many more...

Friday, Oct 26 from Noon to 6PM: $20
Friday, Oct 26 from 7PM til 11PM: $35*
Saturday, Oct 27 from Noon to 6PM: $20

*Fri Nite Expo includes live benefit performance by Snoop Dogg. Must be 18 years old with proper ID to attend the Expo.



### MAKE LOVE NOT WAR, an Exclusive Arts Installation

It's never been more relevant than it is today. In honor of this worthwhile sentiment we have commissioned 6 of our favorite artists to create original drawings and paintings, all entitled - Make Love Not War. Each piece will be showcased at the Expo, and at the Ball. We've put no restrictions on content. The results should be fascinating.

THE ARTISTS ARE:

**Jay Trembly** from Missouri, whose style is a classic, traditional pin-up, with the look of the modern day woman and her individual sensuality.
**Kevin Clark** from Arizona, who explores the ever-fascinating beauty and awe of the female form while giving us a glimpse into her soul.
**Andy Screen** from the United Kingdom, whose trashy urban style is rooted in the long standing artistic canon that 'sex sells', and who frequently combines traditional media with computer technology.
**Marco Guaglione** from Italy, a world class twenty-two year old illustrator from Roma who studies Vargas and Olivia and is passionate about his work.
**Erica Reis** from Illinois, who is at heart a storyteller who swoons for other-worldly tales of true love, juxtaposed with the unexpected.
**Steve Argyle** from Utah, whose impressive modern resume includes internship at Viewpoint Datalabs (which creates 3D models of some of the hottest films in Hollywood), the creation of short CG films, and special effects for live action films.



**SNOOP DOGG** performs live at the Expo on Friday night as part of a benefit performance for The Healing Circle and other Bay Area charities.

A customized Spike & Mike's Sick & Twisted Festival of Animation will be presented twice at each session of the Expo with Spike creating the all-star lineup for the occasion, mixing his favorite erotic classics with new never-before-seen shorts.

### FEATURED NEW WEBSITE: SOCIALKINK.COM

What a great day to be into fetish. Gaze reverently upon our logo. Let it sink its teeth into your flesh. You know you love it! SOCIAL KINK is a brand (spanking!) new social networking site for the fetish community. What makes this site Exotic Erotic worthy? Simple: Social Kink is similar to those other social networking sites (you know who we mean) but... it's designed specifically for the fetish crowd. You're neither marginalized, nor ancillary. You are the intended audience. Also, there's no Tom at Social Kink. There is Nikki. Tom can't tie shibari. Nikki can. Why tolerate Tom when you can submit to Nikki? Get thee to Socialkink.com, and create a profile. You'll find what you need. As Dracula said: "Welcome. Enter freely and of your own will." Or – as we like to say: "Welcome to the looking glass, Alice. Now roll over."



### FEATURED NEW PRODUCT: The ConstrictHer

The ConstrictHer by Casanova Wear is styled like a bustier with a lace-up back. But its special feature is a set of strategically placed straps that truly enhance any sexual position. The ConstrictHer is made of soft leather and fully lined...sexy and comfortable. The nylon stitching is tough in case you like it rough plus it comes complete with – can you guess - built in handcuffs. It comes in a gorgeous array of colors: casanovawear.com



The ConstrictHer

### COOLEST EXHIBIT: The Hot Tub Place, Santa Rosa

Mark is coming down from Santa Rosa, and he's setting up the latest from Softub. Lightweight, full-featured, cushioned, and portable – it's one of the coolest products we've ever had as an exhibit. The Hot Tub Place is at 1-800-924-7638 and everyone should have one of these.



### 2 for 1 Admission

Present this coupon at the entrance to the Exotic Erotic Expo on Oct. 26 or 27 between Noon and 6PM and receive 1 free admission with one paid admission.

**A $20 value!**

One coupon per customer; not valid with any other promotion. Not valid for Friday evening sessions. Purchase your ticket(s) at the door.

sfweekly.com  EXOTIC EROTIC 2007  SF WEEKLY 7

VB00219



VB00220









This is the home of the original, authentic, one-of-a-kind, spectacular, and unrivaled "party of all parties" … **Perry Mann's Exotic Erotic Ball!**

Holy **Halloween Weekend** - we did it again. Yup, it's true - our **28th Annual Exotic Erotic** was our greatest ever - a most memorable masterpiece featuring **flesh, fetish, and fantasy**, under the undulating umbrella of **love, freedom, and respect**.

It was an entire weekend of arousing amusement. The dates were **October 26th & October 27th, 2007**. It all started with the **Exotic Erotic Expo**, which opened at Noon on Friday October 26th, and it all ended with the Ball on Saturday Nite, October 27th.

**CLICK ON VIDEO FOR A 4-MINUTE "SAMPLING" OF THE BALL:**

**PERRY MANN, FLOUNDER ON HIGHEST RATED SHOW, BLIND DATE:**

**IT'S A BURLESQUE, FETISH, AND MASQUERADE AFFAIR**

## Live Performances by:
**PEACHES**
performing with
**VAU DE VIRE SOCIETY**,
**DONALD GLAUDE**,
**BUBBA SPARXXX**,
**THE SPYDERZ**

## Special Guest Appearances by:





**SNOOP DOGG,**
TERA PATRICK,
DANNY BONADUCE,

UNKLE PAUL, VIOLET BLUE, SUNNY LANE, MINI-KISS, CHIPPENDALE'S, THE SURREAL DEVIL GIRLS

**PORN STAR** HICKEYS,
**LESBIAN** FIRST KISS,
THE **WHEEL OF DEPRAVITY**

ANCILLA TILIA, JEAN BARDOT, LEONID THE MAGNIFICENT

TOP **BURLESQUE** ARTISTS,
**FETISH** MODELS,
AND **CIRCUS** ACTS

'MAKE LOVE, NOT WAR' ART EXHIBIT, THE MAXWELL MULTIPLE CLIMAX

**A Special Presentation by:**
**SPIKE & MIKE'S SICK AND TWISTED FESTIVAL OF ANIMATION**

**We've Got:**
OVER **60 LIVE PERFORMANCES** ON 5 STAGES

OVER **100 BOOTHS** WITH GAMES, TOYS, NOVELTIES, AND MORE

OVER **$10,000** IN CASH AND PRIZES FOR MS. EXOTIC EROTIC, MR. EXOTIC EROTIC, AND BEST COSTUME

Plus... HOT **STRIPPERS,**

| | |
|---|---|
| **HOTLINE** | |
| **415-567-BALL** | |
| **INFORMATION & QUESTIONS** | |
| info@exoticeroticball.com | |

**OFFICIAL AFTER-PARTY**
Details TBA

click here to see the 2007 details








**SEXY CONTORTIONISTS,
AND A HUMAN PETTING ZOO**

Please take your time, take a gander at galleries from past shows, and stay tuned to this site for updates. We will revise it relentlessly, going further, deeper, over and over, until the ultimate climax … the show itself.

**FOUR IMPORTANT THINGS**:

1. If you've never before attended the Ball, and want to find out the basics quickly and easily, please read the history, and the **FAQ**'s, click here

2. If you'd like to book a hotel room at one of our **Official Hotels**, where we have reserved entire floors at very special Exotic Erotic rates, click here

3. If you're a business **interested in exhibiting** at our Exotic Erotic Expo, click here

4. **Tickets to the Ball** are available now, and can be purchased online, right here, or at any TicketMaster outlet. So - when you are sufficiently piqued and/or aroused, click here for tickets

Should you spend time on this site and not get sufficiently piqued and/or aroused, please consult your physician.

**ON BEHALF OF PERRY MANN AND ALL OF US HERE AT THE BALL … WE'LL SEE YOU AT THE SHOW!!!**

---