1  COLETTE VOGELE (SBN No. 192865)
   Email: colette@vogelelaw.com
2  BENJAMIN COSTA (SBN No. 245953)
   Email: ben@vogelelaw.com
3  **VOGELE & ASSOCIATES**
   12 Geary Street, Suite 701
4  San Francisco, CA 94108
   Tel: (415) 391-3311
5  Fax: (415) 358-4975

6  Attorneys for Plaintiff and Counter-defendant
   VIOLET BLUE

7

8            UNITED STATES DISTRICT COURT FOR THE

9              NORTHERN DISTRICT OF CALIFORNIA

10                SAN FRANCISCO DIVISION

11

12  VIOLET BLUE, an Individual,              | Case No. C 07-5370 SI

13         Plaintiff and Counter-defendant,  | **EXHIBITS M THROUGH W-2**

14         v.                                | **TO THE DECLARATION OF
                                               COLETTEVOGELE IN SUPPORT OF
15  ADA MAE JOHNSON a/k/a ADA                  PLAINTIFF VIOLET BLUE'S
    WOFFINDEN, an individual d/b/a             NOTICE OF MOTION AND (1)
16  VIOLET BLUE a/k/a VIOLET a/k/a             SPECIAL MOTION TO STRIKE
    VIOLET LUST; ASSASSIN PICTURES             FIFTH COUNTERCLAIM AS A
17  INC., a California Corporation;            MERITLESS S.L.A.P.P. PURSUANT
    ASSASSINCASH.COM; BILL T. FOX,            TO CODE OF CIV. PROC. § 425.16;
18  an individual, a/k/a BILL FOX; FIVE        AND (2) MOTION TO DISMISS
    STAR VIDEO L.C., an Arizona Limited        THIRD AND FOURTH
19  Liability Company a/k/a Five Star Video         COUNTERCLAIMS
    Distributors LLC d/b/a Five Star**
20  Fulfillment; and DOES 1-10               | The Honorable Susan Illston
                                               Courtroom 10, 19th Floor
21         Defendants and Counter-claimants. | 450 Golden Gate Avenue
                                               San Francisco, CA 94102
22

23                                           | Hearing Date: April 4, 2008
                                             | Hearing Time: 9:00 a.m.

24

25

26

27

28



**Want to Know?**
**Search AINews**

[ ] Go



- Front Page
- Adult Film News
- Adult Media News
- Business News
- Club & Appearance News
- Freedom & the Law
- Internet News
- Lifestyles, Health & Charity
- ➡ Letters to the Editor
- Columns
- Movie Reviews
- InnerViews
- AINews Site Map
- Free News Feed
- AINews Affiliate Store
- Star Pages
- Contact AINews
- Advertise With AINews





July 31, 2007 03:12am
Violet Blue Memorabilia Sale
Source: Letters to the Editor
by: Violet Blue



Work is slow... So, I'm selling some of my stuff if anyone is interested. I have school girl skirts, panties and bra sets, shoes (my converse are already sold) and dildos that I've used in videos and photo shoots.

Soooo, if you have a favorite photo shoot of mine that you might like to have an item from, let me know and I'll check and see if I still have it. You can email me directly at violetblue418 at Yahoo dot com. No, I'm not selling my pentagram...

If you'd like an autographed picture, please send a SASE to:
Violet Blue
P.O. Box 171,
Pacific Beach, WA 98571

If you want a particular picture, you can email me that image and include $20. Otherwise you'll get what I've got stacked up, which are usually DVD inserts.

Violet Blue



**WWW.PAMELAPEAKSINTHEKITCHEN.COM**
**"PAMELA PEAKS IN THE KITCHEN?!" TV SHOWS**

**Related Stories**
- Flynt in Oprah
- Exotic Erotic Ball Announces Adult Entertainers
- Head Master 2 ~ Reviewer Rated
- Wonderland ~ Reviewer Rated

**Related Sites** - WARNING! May lead to graphic content
- Violet Blue's VioletBlue.org
- Movies with Violet Blue (Gamelink)
- Movies With Violet Blue (AINews)

**Top Stories**

A! Night at PSK

Karaoke Comes to Porn Valley

Batman's Belfry at Bad Betties Party

NRPW Returns with Bang

First Ethnic Award Show

Sex-Positive Journalism Awards

Matt Zane Featured in Bizarre

Jana Jordan Covers Penthouse Forum

Gina Lynn Recovers in Time for Stern

Porn Star Revolution Party



- Movies With Violet Blue (AINews)

**More Stories From** <span style="color:blue">Letters to the Editor</span>

Sex-Positive Journalism Awards

Love Shack's Cornetta Comments on Fire

Anita Cannibal Roof Blown Off

Thanks For The Toys

Boobs For Payton

Pornstar Violet Blue Changes Name

Danger Peligro Gefahr

Bethany Sweet in LegWorld

Ange Venus in Dante's Inferno

Violet Blue Memorabilia Sale

Freaky Works for De'Nyle

Anjelica Lauren Available to Fans

Fred Salaff Needs

Allanah Starr Victory Party

MWA: Renee Perez, Cassidey, Brea Bennett

Part Two - FreakyTiki AVN Recap

MWA: Jana Jordan

February 2008 From the Trenches

Big Wet Tits 4 ~ Reviewer Rated

Help

Still No Trial
Date Set

Jade Feng at
Portland Erotic
Ball

Kelly Wells
Loves Australia

Kelly 'Fn' Wells
Blows Off
Australia

Sydnee Steele's
Book Deal
Comments

Possible Booking
Fraud Continues

Cleopatra's 2
Year Calendar

Asia Carrera's
Husband Killed

Whitney
Wonders Getting
Married

SuicideGirls
Content License
Flap

Shay Lynn
Parties at Playboy
Mansion

Bogus Bookings
Bait Talent

George
DeLorenzo Hangs
in Miami

Alicia Angel
Corrects AINews



Paul Fishbein's Podcast
Sponsored by Evil ANGEL

[Hot Berkeley Girls]

| | |

NEWS + REVIEWS | CHARTS | AVN INSIDER | LEGAL | EVENTS | SUBSCRIBE | HOME

Advanced Search    [Submit]

**Legal**

HOME / LEGAL / LEGAL BATTLE ENSUES BETWEEN THE TWO VIOLET BLUES

**Articles**
Today's Headlines
News by Category

**Columns**
Ask Paul Cambria
Clyde DeWitt's Legal Angles
Diane Duke FSC Blog
Mark Kernes' Mental Floss

**AVN Magazine**
Digital Edition
Subscribe Now



### Legal Battle Ensues Between the Two Violet Blues
*The Writer Sues the Porn Star*

By [Peter Warren]

Posted: 2:03 PM PST Oct 24, 2007

**SAN FRANCISCO** - Violet Blue the sex columnist has filed suit against Violet Blue the porn actress in a San Francisco federal court for damages stemming from alleged trademark violation and dilution, as well as unfair business practices, according to *Wired*.

Blue the scribe appears to actually be using her legal name, the report said, and has had work published under that name since 1999, including over 15 books and internet columns for such outlets as SFGate, tinynibbles.com and Fleshbot.com.

Blue the performer, whose real name is Ada Mae Johnson, entered the adult industry in 2000, winning AVN's Best New Starlet trophy in 2002 and going on to found Violet Blue, Inc., which runs her pay site, violetblue.org.

According to the lawsuit, Blue has repeatedly asked Johnson to stop using the name, and though Johnson has agreed to do so, she still has not.

ADVERTISEMENT



Blue registered "Violet Blue" as a trademark in March, 2007. Her works include "Best Women's Erotica 2008" and "Ultimate Guide to Fellatio," and she was recently named one of the 25 most influential people on the web by *Forbes* magazine. In addition to causing confusion even within the porn industry, Blue claims that Johnson's use of the name has damaged her reputation amongst journalists and colleagues.

Neither Blue nor Johnson are offering comment on the case at this time.

MORE STORIES IN SEXUAL LIFESTYLE

   
PRINT  SHARE  RSS  DEL.ICIO.US

- Fattorosi Adds Prof. John Zelezny to AdultBizLaw Team
- What Happens In Bahrain Stays In Bahrain...Unless It's A Nail In Your Junk And You're There Illegally
- Internet Users Arrested Over Celeb Sex Photos in Hong Kong
- N.H. Town Cracks Down on Viewing Booths
- FSC Launches Consumer Advocacy Program
- *L.A. Times* Owner To Staff: Watch Porn At Your Desk, As Long As You're Productive
- Clyde DeWitt Leaves Longtime Law Firm
- Miami Club Stripped of Late-Night License
- Sex Worker Art Show Cataclysm Averted
- Memphis Clubs Challenge New Anti-Adult Ordinance

ADVERTORIAL

**Free Speech Coalition: Protecting the Rights of the Adult Industry**

By making a contribution or becoming a sponsor, you can help insure a positive future for your career, business, and the industry. Your contributions help fund 2257, Utah CPR litigation, and other issues affecting the industry. Every contribution counts, so please join us today.

ADVERTORIAL

ADVERTISEMENT



ORDER TODAY
INDUSTRY DIRECTORY

RELATED

**Related Profiles**
> Violet Blue

LEGAL TOP STORIES

**FCC Fines Fox Stations For 'Indecent' Broadcast**



On Friday, the FCC fined 13 Fox TV stations $7,000 each for the 2003 broadcast of an episode of "Married by America," that included pixilated scenes from bachelor and bachelorette parties.

Full Story

**Headline News**
Fattorosi Adds Prof. John Zelezny to AdultBizLaw Team
Love Shack Owner Undaunted by Court Order
Sex Toy Sales in Texas – Legal or Not…and for How Long?
**More Top Stories**
Supreme Court Of Japan: Mapplethorpe Photos Not Obscene
FCC Upholds 'NYPD Blue' Fines; ABC Appeals To 2nd Circuit Court
Alabama May Soon Be Last State to Ban Sex Toy Sales
Christian Right Pushes Preemptive Zoning Strikes
Supreme Court Denies Cert In Daytona Grand Case
War on Porn Comes to Rhode Island Schools
PAK Group Battles Piracy
N.Y. Town Rejects Zoning Amendment for Strip Club

**First Amendment and Adult Entertainment Law**

News, articles, cases, briefs and links from lawyers who advocate for the protection of expressive rights and liberties and the right to privacy, online and off.

PRIVACY POLICY    U2257 NOTICE    RSS FEEDS    CONTACT US    ADVERTISE WITH AVN

© COPYRIGHT 1995-2008 AVN PUBLICATIONS, INC.




PRINT

# Analysis: Violet Blue Vs. Violet Blue

**By Mark Kernes**

**SAN FRANCISCO –** Most people who have been in the adult video industry for a couple of years or more are aware of actress Violet Blue: The tiny brunette (formerly blonde) with the lustful attitude who won AVN's Best New Starlet award in 2001, and has since had multiple sex scene nominations until her retirement from performing (well, more or less) in 2005.

But there's another Violet Blue out there: A sex-positive writer living in the Bay area, with nine sexual how-to books to her credit, as well as having been the editor of several volumes of erotic short stories. This Violet Blue started out doing reviews of adult videos for the Good Vibrations catalog in the mid-'90s, and now has a weekly sex column in the San Francisco Chronicle, a podcast called "Open Source Sex," and has had her work published in a variety of magazines. Her website is www.tinynibbles.com – and apparently, this Violet Blue lusts after www.violetblue.org.

To that end, author Blue filed a lawsuit against actress Blue on Oct. 22 of this year, charging trademark infringement, trademark dilution, violation of right of publicity and unfair competition, claiming that actress Blue "created a likelihood of confusion as to sponsorship, connection, or authorization with Plaintiff Blue's valuable mark" by using her name and even adopting elements of author Blue's appearance, which she claims she's been using since 1999.

There's only one problem: Author Blue provides no proof in her lawsuit as to even the approximate date that she claims she became widely known as "Violet Blue," and the earliest date of publication listed in her Wikipedia entry is 2001, when she edited "Sweet Life: Erotic Fantasies for Couples" for Cleis Press. Moreover, she only received the trademark on her name in March of this year.

Contrast that with actress Violet Blue, who performed in More Dirty Debutantes 140 and 141 as well as There's Something About Jack 10, University Coeds 24, Virgin Stories 10, Sweet Treats 2 and Unnatural Sex 1; and essayed anal scenes in Lewd Conduct 8 and Real Sex Magazine 31, all of which were released in 2000, and before that, she made the rounds of the magazines with nude modeling gigs. So it would appear that actress Blue has the first real claim on the name. And while actress Blue believes that "Violet Blue" may be the author's given name at birth, another acquaintance of the author recalls that the author changed her name to "Violet Blue" sometime during her tenure at Good Vibrations.

Moreover, Wikipedia notes that, "This page is currently protected from editing until disputes have been resolved," suggesting that someone may have tried to change what's there in order to influence the pending lawsuit – although the site notes, "Protection is not an endorsement of the current version."

Other aspects of the lawsuit seem incredibly petty. For instance, paragraph 16 of the complaint reads, "A true and correct copy of a photograph of plaintiff Blue, depicting her longstanding public look including short 'betty' bangs, long, dark/black hair color, is attached hereto as Exhibit C." Actress Blue, on the other hand, claims that the "betty bangs" are a more recent look for the author, while actress Blue had them when she started her porn career.

What is certainly surprising are some of the damages author Blue claims to have suffered at the hands (or at least machinations) of actress Blue:

"On or about October 27, 2006, Plaintiff Blue received several communications from established journalists (including Justin Juul, writing for the San Francisco Bay Guardian) and acquaintances (including Fleshbot.com co-contributor Gram Ponante) expressing their surprise to learn that Plaintiff Blue was appearing at the 'Exotic Erotic Ball' to be held the weekend of October 28, 2006, in South San Francisco, California," reads paragraph 27 of the complaint. "Plaintiff Blue had no appearances scheduled for the Exotic Erotic Ball, but learned that Defendant [...] was scheduled to appear in her "Violet Blue" persona. Defendant['s] appearance was advertised and promoted as an appearance by 'Violet Blue'. The individuals who contacted Plaintiff Blue about the appearance were confused by advertisements for Defendant['s] planned appearance at the Exotic Erotic Ball."

It's unclear what author Blue's idea of her own persona is, but considering her chosen field of interest – sex – it seems strange that she would actually become upset at having been linked to the Exotic Erotic Ball, even if she weren't planning to attend personally. The author was also upset that a radio talk show host had mocked Forbes magazine's honoring of the author as a "Web Celeb," with the host later claiming that he had confused the author with the porn star. And then there's the fact that adult performer Dave Pounder emailed her and reminisced about their (alleged) sex scene together ...

But as humorous as the dispute may appear to outsiders, author Blue, at least, is deadly serious, and is seeking, through her attorney, "An award of monetary damages, including recovery of Defendants' profits and the damages sustained by Plaintiff, arising from the acts of Defendants complained of herein, according to proof"; "trebled monetary damages, according to proof"; "prejudgment interest from the date of each wrongful act"; "injunctive relief against Defendants,"; and, of course, "an award of Plaintiff's attorney's fees and costs" and "any and all further relief as may be deemed fit and proper."

Actress Blue, on the other hand, is currently living in Washington state with her husband and two children, spends most of her time taking care of her elderly parents, makes a few bucks cutting hair locally, but the bulk of her income – just a few hundred dollars per month – is derived from her website, www.violetblue.org.

"I've tried to contact lawyers both here and in San Francisco, and LA but I haven't been able to find one that will help me prepare the paperwork to answer the claim or one who would be willing to represent me in court," actress Blue writes. "Everyone keeps telling me this is going to cost me a lot of money, that I don't have. I'm just worried I'm going to get taken for all the money that I'll make in the next ten years cutting hair if I don't win this case!"

Actress Nina Hartley, who faced a similar situation when she was sued by manufacturer Nina Footwear for her domain name nina.com, but who fortunately had the resources to fight that suit, eventually won her battle, but it took several months for a settlement to be reached.

"I retained counsel and he fought successfully for my right to retain the use of my name, and I would recommend anyone in the same situation to do the same," Hartley told AVN.

But sadly, actress Blue doesn't have those resources, and although her case for retaining her domain name seems stronger than that of the author, without assistance of counsel, she may very well lose her rights to it.

So consider this a plea for any attorney familiar with copyright/trademark and domain name disputes, who is willing to offer his/her services for a very modest fee or even pro bono, to contact this author at AVN by calling (818) 718-5788 and he/she will be put in touch with the actress.

After all, how many chances do you get to do a favor for a popular retired porn star?

**Publish Date: November 6, 2007**

© Copyright 1995-2008 AVN Media Network, Inc.



News Briefs, 2257, Violet Blue, Abby Winters, Stormy, e-Sanctions, Desperate Housewives, Obscenity, Trademark, Misattribution, Trademark

Case 3:07-cv-05370-SI    Document 46    Filed 02/25/2008    Page 10 of 48

2/25/08 3:52 PM



● EROS CITIES ● **EROTICA / ZINE** ● MASTHEAD ● ADVERTISE

**EROTICA**
  fiction
  gallery

**LIFESTYLES**
  fetish
  bdsm
  queer/bi/trans
  swingers

**FEATURES**
  news briefs
  articles
  sexy spreads
  free speech x-press

**EROS BITS**
  sound off
  trivia
  sexfessions
  diva's debauchery
  sexual intelligence
  reviews

**EVENTS**
  london events calendar
  featured event
  featured club
  international calendar
  london nightlife

**EROS PHOTO
CLASSIFIED ADS**

**ABOUT EROS EZINE**

**SELECT DIFFERENT ZINE:**

  [ EROS ZINES ▾ ]

  [ SEARCH ZINE ]
  [ london only ▾ ]  [GO]





10-30-2007

# News Briefs

## 2257 Statute Ruled Unconstitutional

As reported on XBiz, Fleshbot and others, the US federal 6th Circuit Appeals Court ruled that the federal 2257 statute, which dictated record-keeping requirements for publication of photos and films depicting sexually explicit conduct, violates the First Amendment of the US Constitution.



Interestingly, the court's decision focused partially on the intent of Congress in passing the law, indicating that the constitutionality of the law could not be linked to the intent of the producer of said materials, as it was clearly meant to apply to all sexually explicit depictions.

Legal experts are quick to point out that the court's decision is likely to be appealed, and its applicability as precedent is only directly applicable in the 6th circuit court's own district, which includes Mississippi, Kentucky and Louisiana; adult webmasters tired of filing photocopies of performers IDs should *not* break out the shredder. As Q. Boyer writes in XBiz:

> Attorney Lawrence Walters told XBIZ that the court's opinion, while a very significant victory, is not the final word on the question of 2257's constitutionality and cautioned that adult webmasters should not view it as the end of their 2257 concerns.

> "Generally, you have to be very careful with reacting too rashly to any opinion," Walters said. "This is a panel ruling, and it is not final. The government could ask for an en banc rehearing by the full circuit, and they can appeal the decision."

## Writer Violet Blue Sues Porn Star Violet Blue



As reported in Wired and elsewhere, writer Violet Blue, who has written professionally since 1998 under her legal name, filed suit against Ada Mae Johnson, who has performed since 2000 under the name Violet Blue, for copyright infringement.

According to the Wired article, the filing alleges "that Ada Mae Johnson adopted the writer's name and distinctive black, Bettie Page bangs for performances in films such as Shut Up and Blow Me #29, Whore of the Rings and Who



eros guide

Photo Classifieds

**SPONSORED LINKS**

**Married Date Link**
Married But Looking
Personals. Meet Sexy
Married People

**FREE PORN DOWNLOADS**
We recommend getting
insanely good porn
from this site - 100%
FREE!

**FUCK SOMEONE TONIGHT**
Meet REAL people in
your area. FREE trial -
Join today!

**Free Porn JERK**
I may be a fucking
asshole, but I'll get
you the best FREE
PORN!

**THE BEST FREE PORN SITE**
All you need is an e-
mail address to join
MyFreePaysite.com!
(18+)

**FUCK A GIRL TONIGHT (18+)**
MEET OVER 10
MILLION GIRLS
SEEKING SEX
TONIGHT - 100% FREE
REVIEWS!! -

💲 YOUR AD HERE



Violet Blew."

Having been friends with Violet for a decade, having purchased one of her first professional articles (in 1998), and having taught classes with her with some frequency, I am far from neutral in this matter. Just sayin'.

Violet Blue

### Art Exhibition Traces History of Sex

The BBC reports on " Seduced: Art and Sex from Antiquity and Now," a new exhibition at the Barbican in Central London that explores the history of erotic art. According to the BBC:



Kate Bush, the Barbican's head of art, has spent five years putting the collection together.

"It's not about porn. It's a thoughtful exhibition, a celebration of what connects all human beings across time and cultures," says Ms Bush.

The aim of the show is to explore the history of what's accepted as art and to throw light on our current attitudes.

Image of Priapus from Pompeii. Courtesy of Wikipedia.

And certainly those attitudes have changed. The first exhibit is a cast of the bronze fig leaf which was made so that Queen Victoria would not be offended by the replica of Michelangelo's statue of David in London's Victoria and Albert Museum.

The visitor then passes a room of pottery showing the antics of Greek and Roman gods and goddesses, through the voluptuous bodies of the Renaissance to contemporary works such as the stylised satirical photographs by Jeff Koons poking fun at the porn industry.

The show runs at the Barbican through January 27, 2008.

### Digital Playground Says Goodbye Jana, Hello Stoya



XBiz reported that Digital Playground contract star, Jana Cova was leaving her contract with DP to focus on adult film projects in her native Czech Republic as well as her own website. The parting was reported to be amicable on both sides; "We love Jana" said Digital Playground Director of Marketing Adella O'Neal.

At the same time, DP announced the signing of a new contract star, 21-year-old porcelain-skinned brunette Stoya, a woman any mopey goth boy would gladly take in trade for his candy-apple fairy tale.

In fact, a DP press release described her thus: "With an



News Briefs, 2257, Violence in Adult Movies, JM Productions Obscenity Charges Dropped, Obscenity Trial, Los Angeles Production, Fire Alarm

Case 3:07-cv-05370-SI   Document 46   Filed 02/25/2008   Page 12 of 48

2/25/08 3:52 PM



Jana Cova in Jack's Big Ass Show courtesy of Digital Playground. Used with permission.

affliction for pain and suffering, Stoya defines herself only as an android from the future. She loves to make clothes, read good books and play with her cats. Truly unique and intensely passionate, Stoya takes pride in her nudity and general moody perception of the world."

Said company contract director Robby D: "[Stoya's] alternative appeal sets her apart from the rest of our stars and it's a pleasure to work with her on set." Stoya will be making her debut in Jack's POV 9, releasing in December. Stoya: Sexual Freak 7 will be released in January.

### All Obscenity Charges Dropped Against JM Productions and Five Star Video



According to XBiz, federal prosecutors dropped all federal obscenity charges against JM Productions, producers of the lucky-13th volume in the celebrated American Bukkake saga, which was written about quite famously by author Susannah Breslin, as well as *Filthy Things 6*, *Gag Factor 15* and *Gag Factor 18*.

JM Productions Tony Publicist said to XBiz: "The only official statement that we made was that charges were dropped; I don't have much detail; that's basically all we know or can talk about."

Just a few days later, the judge in the case dismissed the charges against Five Star Video's Ken Graham, reportedly over the strident objections of the prosecutor. The case remains pending against Five Star itself.

Photograph of Stoya courtesy of Digital Playground. Used with permission.

News Briefs - by Thomas S. Roche

Top of the Guide

Privacy | Terms & Conditions | About Eros | 2257 Exemption | DMCA | Contact | © 1997-2008 Darkside Productions, Inc.



WIRED
BLOG NETWORK

HOW-TO : SPOT A FAKE LISTING ON CRAIGSLIST AND EBAY

WIRED HOW-TO WIKI
READ, EDIT, CONTRIBUTE
GET STARTED NOW

THREAT LEVEL

PRIVACY, SECURITY, POLITICS AND CRIME ONLINE

HOME | SUBSCRIBE » | SECTIONS » | BLOGS » | READ MAGAZINE     Search [          ] [Top Stories ▼] [GO]

« Firsthand Reports From California Wildfires Pour Through Twitter | Main | In Disasters, Everyone, Not Just Bloggers, Should Use Twitter »

# Sex Writer Violet Blue Sues Porn Star Violet Blue Over Name - Updated

By Ryan Singel ✉    October 24, 2007 | 12:55:41 PM    Categories: Copyrights And Patents, Porn

Violet Blue, the well-known sex and sexuality writer and blogger, filed suit this week against Violet Blue, a porn actress using a stage name, alleging that Ada Mae Johnson adopted the writer's name and distinctive black, Bettie Page bangs for performances in films such as *Shut Up and Blow Me #29*, *Whore of the Rings* and *Who Violet Blew*.

Journalist Violet Blue, whose actual name is  Violet Blue (pictured right), filed suit in a San Francisco federal court Monday, accusing Johnson of trademark violation and dilution, as well as unfair business practices. Blue wants the court to stop Johnson from using her name and to force her to pay Blue damages.

Journalist Blue writes a sex-focused column for SFGate, blogs at tinynibbles.com and was recently named one of the 25 most influential people on the web by *Forbes* magazine. She's also written and edited more than 15 books, ranging from *Best Women's Erotica 2008* to the *Ultimate Guide to Fellatio*.

Violet Blue the porn actress (pictured with both blond and black hair left) began making porn films in 2000, and won the emerging starlet awards from adult film industry trade mag AVN in 2002, according to the bio on her site.

The porn actress registered violetblue.org in 2001, and four years later, founded Violet Blue, Inc, which now runs the paid-subscription pornographic website on that domain, according to the lawsuit. An email request for comment sent to the Whois contact information for violetblue.org immediately bounced, and no one immediately replied to a voice message left for the company.

UPDATE: Johnson has this to say via email about her use of the name Violet Blue:

I picked the name Violet because I liked it. I picked the last name Blue after my agent told me I needed a last name. That was in 2000.

I googled Violet Blue to make sure no one was using it and the only thing that came up was websites about flowers. I didn't know there was another person using the name Violet Blue till I was working for KSex radio, well after I had established myself in the adult community, years after I won AVN's Best New Starlett in 2002. I invited her via email to come on my show, but she never responded.

/UPDATE

Blue the journalist says Johnson's movies and her appearance at San Francisco's Annual Exotic Erotic Ball under the name Violet Blue have damaged her reputation and caused journalists and others to confuse her for the porn actress.

✉ SEND US A TIP!

DETAILS
LESS THAN $1 AN ISSUE!
SUBSCRIBE TO DETAILS & GET A FREE PDA!
CLICK HERE »



TEAM

**Ryan Singel** | e-mail
**Kevin Poulsen** | e-mail
**Sarah Lai Stirland** | e-mail
**Kim Zetter** | e-mail
**David Kravets** | e-mail

MOST RECENT ENTRIES

| February 2008 | | | | | | |
|---|---|---|---|---|---|---|
| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|  |  |  |  |  | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 |  |

MySpace Sued Over 2006 Teen Suicide

Lessig Won't Run for Congress After All

Pakistan's Accidental YouTube Re-Routing Exposes Trust Flaw in Net

Ralph Nader's Bid for Presidency Meets with Negative Online Buzz

Clinton and Obama's Rhetoric Heats Up Over the Weekend

Spotlight on the Superdelegate System II

Even the porn industry got confused, Blue the journalist contends. In October 2007, she got an email from "Dave Pounder," a person who has perfomed in films with Johnson, through SFGate's feedback mechanism, congratulating her on her column.

> The email begins "What's up, girl! I see you are writing for SFGatge.com now.... very interesting." It continues with the plainly mistaken belief that Plaintiff Blue is in fact Defendant Johnson: "I'll never forget you because you were my first scene ever..."
>
> Plaintiff Blue has never met nor appeared in any film with "Dave Pounder."

Johnson has repeatedly told Blue she would quit using the name, but has not stopped, according to the suit.

Blue the journalist says she has been using the name Violet Blue in her writings since 1999, and she registered "Violet Blue" as a trademark in March, 2007.

See Also:

* Writer Violet Blue's first person account of the Violet Blue name controversy.

Update: The first graf originally used the term "nom de plume" to refer to the use of Violet Blue as a stage name for a porn actress. Given the former term usually applies to a pseudonym used by a writer, I switched the terms. Apologies if it confused anyone.

Photos: Right- Journalist Violet Blue by Joi Ito; Left: Screenshot of porn thespian Violet Blue from violetblue.org

  2 diggs  



Whoa! The likeness is eerie, not to say uncanny.
I can totally see why someone would confuse a blogger with delusions of grandeur with a superhot uberslutty pornstar.

**Posted by: Arne | Oct 24, 2007 12:21:37 PM**

If the porn actress registered violetblue.org in 2001, then blogger Vilolet Blue has a problem and probably shouldn't have been able to register the mark as it was not unique--not even unique in the sex industry-- when she registered it.
This is not a cut and dried case in blogger Blue's favor.

**Posted by: scarper | Oct 24, 2007 12:56:11 PM**

Actually Scarper, Ms. Blue the blogger has been using the name for quite a bit longer, the recent 'trademark' acquisition was probably to stop Violet Blue Inc. from gaining any extra legal ground to the name. Violet Blue the author blogger has been writing professionally under the name prior to the actress having the 'nom de plume' in 2000 with her first film. While the idea of 'pior art' usually only applies itself to patent law, in general common sense terms, it could be very easily established here. Its a common practice for actors who have similar names to change to avoid confusion, Actor Michael Keaton of Batman Fame born as Michael John Douglas for example easily confused for Michael Douglas son of Kirk Douglas. It wouldn't be a problem so much if the two Blue's were involved in completely different realms of endeavor, as we all have heard of someone with the same name as someone famous. This suit is to

Youthful Hillary Clinton Supporters Strike Back at Obamamaniacs

How I Learned to Stop Worrying And Love Domestic Wiretapping

Judge Dismisses RIAA Racketeering Lawsuit

U.S. Spies Want to Find Terrorists in World of Warcraft

CATEGORIES

Announcements (10)
Apple, iPhone (2)
BitTorrent (12)
Breaches (24)
California Fires (6)
CCC (20)
Censorship (30)
Copyrights and Patents (55)
Cover-Ups (26)
Crime (74)
Crypto (8)
Cybarmageddon! (16)
Cybersecurity (1)
DefCon (6)
Disasters (1)
E-Voting (47)
Election '08 (264)
Forensics (2)
Gists (3)
Glitches and Bugs (26)
Hacks and Cracks (99)
Hans Reiser Trial (55)
Hot Planet (24)
Identification (38)
Information Sharing (4)
Intellectual Property (6)
ISP Privacy Survey (10)
Kickbacks (7)
Mobile Phone Unlocking (1)
Network Neutrality (5)
NSA (105)
Online Political Campaigns (17)
Patents (1)
Politics (69)
Porn (9)
Privacy (97)
RFID (4)
RIAA Litigation (37)
Spam and Phishing (7)
Spooks Gone Wild (47)

establish the right to a professional name, of two people in the same industry... something that is more than simply an identifier but something with inherent value and reputation. Thus establishing its importance enough for a suit to be put forward.

Posted by: **TMF** | **Oct 24, 2007 1:45:27 PM**

ummm.. who the fuck cares?

Posted by: **chris** | **Oct 24, 2007 2:10:41 PM**

Have them fight it out in Jello for the rights to the name. :)

Posted by: **Mike** | **Oct 24, 2007 2:11:14 PM**

"... adopted the writer's name and distinctive black, Bettie Page bangs..."
So, she's using Betty Page's hairstyle and so is the blogger. Either they're both allowed to do that or neither one is. I'm sure the number of women in the sex industry that have Betty Page hairstyles is pretty high, so there's nothing "distinctive" about that.

Posted by: | **Oct 24, 2007 2:28:08 PM**

I agree with Chris, who the f**k indeed does care, I certainly don't ...
... though I'd like to see them both in the same film.

Posted by: **Rob** | **Oct 24, 2007 2:53:27 PM**

Ada Mae Johnson is not a porn name?
it bugs me that Violet Blue the writer in real life doesn't seem to look anything like the pic of her on sfgate. but i need to get a life...

Posted by: **erk** | **Oct 24, 2007 3:38:55 PM**

There's also a porn star named "Cindy Crawford" but she hasn't been sued by the more-famous model, as well as one named "Dru Berrymore". That's what porn stars do, adopt monikers similar to celebrities. I'm not sure porn star Violet Blue took her name to sound like Blogger Blue, but methinks Blogger Blue is blowing this out of proportion.

Posted by: **Danielle** | **Oct 24, 2007 8:12:22 PM**

Funny how blogger Violet Blue touts her site as "open source sex" and highlights how her online materials are DRM free.
Then she sues for the exclusive rights to use common words next to each other.
Go fuck yourself, blogger Violet. Go fuck yourself too, pornstar Violet.

Posted by: **Wack Attack** | **Oct 25, 2007 12:41:26 AM**

Uhm, isn't violet just a slightly different shade of blue? Can it really be quantified, really people?
And for the record, I trust someone who's a follower of Aleister Crowley more than someone who uses William Randolph Hearst's war-empire to sue in federal court for a case that's obviously iffy, at best...
Honest porn beats pretentious faux-porn any day of the week.

Posted by: **SPD** | **Oct 25, 2007 1:00:57 AM**

http://www.peoplefinders.com/Summary.asp?
fn=violet+&mn=&ln=blue&city=&state=CA&vw=&Search=&Input=&age=&dobmm=&dobdd=&doby=&x=5
6&y=14

Posted by: **Not her real name** | **Oct 25, 2007 3:14:01 AM**

Yeah, well at least your name isn't Michael Bolton. There was nothing wrong with it... until I was about 12 years old and that no-talent ass clown became famous and started winning Grammys. Should I change my name? No way. Why should I change? He's the one who sucks.

Posted by: **Michael Bolton** | **Oct 25, 2007 6:44:57 AM**

The porn star is definitely hotter.
So much for Violet Blue the scribbler being cool.

Posted by: **Jen** | **Oct 25, 2007 12:33:32 PM**

**Sunshine and Secrecy** (71)

**Surveillance** (114)

**Tech Companies in China** (6)

**The Courts** (39)

**The Ridiculous** (3)

**Threats** (43)

**ToorCon** (8)

**Virginia Tech shootings** (32)

**Watchlists** (21)

**Wikiwatch** (3)

**Yo Ho Ho** (1)

☐ **Stay connected with Wired Mobile**: Tech News, Gadget Reviews, and Special Offers - all delivered to your mobile device.

🔶 Add **Threat Level** to your favorite feed reader. Find more **Wired** News feeds, including web-based news reader feeds, **here**.

How sad. St. Jude would laugh in this lil "sex-positive" hipster's face for being such a priss. But hey -- she's added nothing but hype and windbaggery to the world, so frivolous lawsuits can hardly detract from her overall value to the planet.

**Posted by: Jack Parsons | Oct 25, 2007 1:11:16 PM**


Yawn. Damages? And isn't it interesting when one porn star vilifies another? After all, the writer Violet Blue is not trying to tell the world she's a serious journalist ala Leslie Stahl, she's a sex writer. So damages?
Sounds like a good attorney.

**Posted by: tom paine | Oct 25, 2007 3:01:47 PM**


I'm somewhat biased in the whole affair, because I saw porn-star VB's first film where her orgasms were totally real. After seeing that, and the glowing well-laid smile on her face afterward, I kinda have to side with her. I'm sure writer VB writes some nice stuff, but...you know...real orgasms...

**Posted by: Wing-helmed Viking Warrior | Oct 25, 2007 4:38:45 PM**


Dispute to be settled by winner take all wankoff.

**Posted by: reg | Oct 25, 2007 5:24:57 PM**


Aww...you two, just have sex and make up.
Maybe a mudwrestling fundraiser for breast cancer?

**Posted by: Indigo | Oct 25, 2007 9:00:49 PM**


What a cunt!

**Posted by: der | Oct 25, 2007 10:42:34 PM**


In 2000 Blogger Bloo was a mere unknown GoodVibes employee while Porn Star Blue already registered the domain. Damages? She's probably better off cashing in on the tatooed endorsement she has on her ankle for evil-empire-Google-owned Blogger.

**Posted by: Violet-Who | Oct 25, 2007 10:47:36 PM**


Ms. Wendi Sullivan Blue changed her name to Violet Blue well after Ms. Johnson's first "entry" into the porn world in 2000. Ms. Blue is a hypocrite! How is this "pro-sex"? It's "pro-ego"!

**Posted by: Violet Crumble | Oct 26, 2007 4:23:41 PM**


wonder if shes related to Roz

**Posted by: jimoer i ke | Oct 29, 2007 1:28:09 PM**


tres bon blog Bravo;)
www.lingerie-emotion.com

**Posted by: lea | Nov 13, 2007 1:44:56 PM**


shit

**Posted by: 7800y | Nov 23, 2007 2:25:39 AM**


**Posted by: | Dec 4, 2007 3:08:18 AM**


Blogger Violet Blue is a rich, spoilt, bully.

**Posted by: KK | Dec 11, 2007 9:01:25 PM**


What's most galling about this is Blogger Blue's purloining of the term "open source", as in "Open Source Sex" (the title of her column for SFGage, ostensibly selected to earn cache with tech-savvy readers). Apparently it's "open source" and "copy left" until it affects the bottom line, and then it's "lawsuit". Suing the crap out of your opponents (for treble damages, no less) reminds me of the ham-fisted Goliath approach of corporate music copyright holders. At least Sony and BMG never pretended to be anything other than profit-centric purveyors of intellectual property.

Posted by: **JS** | **Dec 22, 2007 5:52:14 PM**


This will case will be ruled in Johnsons favor. She trade marked the name longgggggggg after Ada was using it. There are more details, but its moot....Ada right, Blue wrong.

Posted by: **pornstars** | **Feb 12, 2008 3:15:42 AM**



**POST A COMMENT**

**Name:**

**Email Address: (Not Required, Not Published)**

**Comments:**

[ Post ]

See more Threat Level

Corrections | Contact Us | Wired Staff | Press Center | FAQ | Wired Insider | Sitemap

Subscription Questions | Renew Subscription | Give a Gift | International Subscriptions | Advertising | Media Kit | Careers

**Visit Our Sister Sites:** Concierge.com | Epicurious.com | Men.style.com | Style.com | Flip.com | Wired.com | Lipstick.com | NutritionData.com | YM.com | Allure | Architectural Digest
Brides | Cookie | Condé Nast Portfolio | Domino | Glamour | Gourmet | Lucky | Men's Vogue | Self | Teen Vogue | The New Yorker | Vanity Fair | W

[ Subscribe to a magazine: ]

© 2008 CondéNet, Inc. All rights reserved.
Use of this site constitutes acceptance of our User Agreement and Privacy Policy



PRESS    LEO LAPORTE    VIOLET BLUE

GIZMODO

SO MUCH IN LOVE WITH SHINY NEW TOYS, IT'S UNNATURAL.
NEW YORK, 6:59 PM, MON FEB 25
43 POSTS IN THE LAST 24 HOURS | RSS
EDITED BY BRIAN LAM | TIPS@GIZMODO.COM

PRESS
## Sex Ed Blogger Violet Blue to Start TWaT, the All-Girl Tech Podcast?



When sex/tech blogger and educator Violet Blue was listed on the Forbes list of web celebs, she didn't expect to be publicly shit-talked by another finalist, who dismissed her as "some porn person."

That person was Leo Laporte, known for his polarized and biting rants on everything from Zune to Gizmodo amidst iPhone rumors. The comment was mentioned in the only tech podcast with a combined clubhouse age of over 150-years, TWiT. That's "This Week in Tech", the irreverent podcast where Laporte pretends he's Napoleon.

Violet, of course, isn't just a sex blogger. She's been written about in the WSJ, has authored Wired articles, and is columnist in the San Francisco Chronicle. Yesterday, she used her superior mainstream press ammo to address TWiT on SFgate.com, where she defended herself aptly. Her column was relatively politically correct, per the publication's standards. The real counter -- and threat -- comes from her uncensored personal blog, even if she doesn't recognize it as such.

So, fuck those guys. It's time for a new tech podcast —— let's start This Week About Tech (TWaT)

The joke to launch a competing, all-girl, podcast run by Blue should worry Laporte. Blue doesn't just write about sex. She knows tech, too, having been associated with the monster bot engineers over at Survival Research Lab for 10+ years, and lectures at Universities repping the EFF. Which do you think would be more successful in the long term? A tech podcast with the youthful Violet and company breathing life and charm into tech stories, or Laporte's weekly recap filled with hyperbole, and abrasive, outdated, good old boy attitudes?

My biased take: TWaT could reach the younger demographics of tech readers that don't feel like learning about the subject from someone who reminds them of their crazy grandfather. -BRIAN LAM

UPDATE: Violet writes to tell us that Leo has apologized, and we are glad to hear of the gentlemanly gesture.

My apologies – I did, in fact, confuse Violet Blue, podcaster, with Violet Blue, the porn star. Having taken Patrick's advice and done a little research I now see my mistake. I am sorry if I have offended Ms. Blue, please accept my apologies.

Good job doing the right thing, Leo!
V is for Vendetta [Violet Blue]

Disclaimer: Although I don't know Violet Blue personally, she writes for sister site Fleshbot. Also, I've taken a disliking to Laporte since I apologized to him personally by email, which he responded to by reading it on air with much mockery. After that, I lost much respect for the guy. These are my biases. That aside, I stand by my facts and analysis.

Read More:
- PCWorld's Test Center Director Remembered
- CES 2008: What You Missed So Far

Tagged:
LEO LAPORTE, PRESS, VIOLET BLUE

10:25 AM ON MON FEB 5 2007
BY BRIAN LAM
4,305 views
Comment

Send a link to this post '**Sex Ed Blogger Violet Blue to Start TWaT, the All-Girl Tech Podcast?**' via email:
**Your Name:**

**Your Email Address:**

**Recipient's Email Address:**

## Your Message:

Send Message

---

Archives  About  Advertising  Legal  Help

Consumerist  Deadspin  Defamer  Fleshbot  Gawker  Gizmodo  Gridskipper  Idolator  io9  Jalopnik  Jezebel  Kotaku  Lifehacker  Valleywag  Wonkette



Register to Attend    Book Your Hotel    Shopping Cart    Online Registrant Directory    Contact Us



**SXSW Interactive Conference and Festival**

- SXSW Interactive
- SXSW Film
- SXSW Music

- Register Now and Save

Interactive News

FAQ

IA General Schedule

Daytime Programming
- Opening Remarks
- Keynotes
- Panels Schedule
- Panels by Category
- Core Conversations
- Book Readings
- Confirmed Speakers
- Speaking Opportunities
- Panel Picker

ScreenBurn Gaming Fest

iF! Trade Show and Exhibition

Evening Events

Web Awards
- Finalists
- Ceremony
- Categories

Interactive Hub

Press
- Press FAQ
- Press Releases
- IA Press Credentials
- Photo Policy
- Best of Press 2007

Dewey Award
- Dewey Award Guidelines
- Winners

SXSW Tools
- Online Reg Directory
- SXSW SMS
- Gydget
- Facebook
- Opera Mini
- Utterz

*Want to get the latest on the SXSW Interactive Festival? Grab our Bits + Bytes Blog feed and sign up to receive our monthly e-mail newsletter jam-packed with timely information and giveaways.*

*Want to snag some SXSW gear? Looking to update your wardrobe? Check out SXSW's official merchandise.*

## Archives for: October 2007

### Happy Halloween from SXSW Interactive Festival



October 31 is here again. Good luck to all the trick or treaters, both young and old. And congrats to these recent Austin partygoers for celebrating everyone's favorite internet phenomenon! Speaking of treats, don't miss all the recent additions to the 2008 panel lineup.

Posted 10/31/07 in Latest News +

### Anil Dash Wonders if Apple Has Become a Bit Too Smug



More than two million units? Wow, the early sales figures on Leopard are pretty amazing. But not everyone is completely crazy with Apple's new operating system. Read the recent post by Anil Dash, who is less-than-impressed with the error message users receive when browsing machines that appear to be running Microsoft Windows. He writes: "The image here deliberately uses an aged-looking monitor and a crashed computer as the illustration of your other computers. The disdain here isn't for the unfortunate unwashed who have to suffer through Windows because they're so clueless – it's a snide shot at the other computers you own, or of your family's other machines around the house, or of the computers of the peers you work with. In short, the derision is likely aimed at people who care a hell of a lot more about you and your boundless Mac-enhanced creativity than, say, the OS X team does." In addition to organizing the Kickball tournament, Dash participated on the Blogging Showdown panel at the 2005 SXSW Interactive Festival.

Posted 10/31/07 in Speakers in the News +

### Jim Butler Preaches SXSW Interactive to Robert Scoble



Our favorite City of Austin administrator is Jim Butler, who always brings us plenty of good news and good tidings. Watch the amusing video in which he and uber-geek Robert Scoble talk about why Central Texas is such a fun place to be in March. Hey Jim, no fair telling all of the blogosphere about our favorite BBQ hotspots!

Posted 10/30/07 in Latest News +

SXSW 2008 is proudly sponsored by...









*Thanks to our Radio Partner...*



## SXSW Marketing: Buy Before November 16 And Save!

At the 2007 SXSW Interactive Festival, a well-planned marketing campaign helped Twitter create an international following of dedicated users. Doesn't your emerging technology company want to leverage the 2008 event to build the same kind of buzz?
From Trade Show booths to print advertising to unique after-hour events, SXSW Interactive has the perfect promotional package to get you where you need to go – and get there within your budget. E-mail Katie King for complete details about all 2008 marketing opportunities. Hurry! If you purchase by the end of the day Friday, November 16, then you will save receive a 10% pre-payment discount.



Posted 10/30/07 in **Latest News +**

## 2008 Programming: More Titles Added to the Panel Page

We have added a dozen or so new titles to the list of confirmed panels for the 2008 SXSW Interactive Festival. This list now includes eight gaming-related sessions that will occur as part of the ScreenBurn Gaming Festival (admission to these gaming-related sessions is included with your Interactive, Gold or Platinum badge). Be sure to check back to the confirmed panel page frequently for more updates on programming for next spring – this list still only represents about half of the total panel content scheduled for the 2008 event.

Posted 10/30/07 in **Latest News +**

## What an Amazing Weekend! Maker Faire Austin Remembered






Congrats to the crew at Make Magazine for all their hard work in making the first-ever Maker Faire Austin such an incredible event. We spent a lot of time at the show – and still we were only able to scratch the surface of all the cool stuff that they amassed at the Travis County Expo Center. In other words, we are already counting the days until the event returns in 2008 – that will be Saturday, October 18 and Sunday, October 19. *Photos of Maker Faire Austin 2007 courtesy of Jennifer Watts.*

Posted 10/29/07 in **Latest News +**

## More Ways to Win: Subscribe to the SXSW Monthly Listserve

Look for the next edition of the SXSW Interactive Festival monthly listserve to mail on Wednesday, October 31. This easy-to-read mailing contains tons of useful information about all things SXSW. Additionally, the listserve includes a trivia question related to the event. All you have to do is provide the correct answer to this trivia question – and your name will be entered in a drawing to win a free registration for SXSW Interactive 2008. Subscribe here and get ready for the fun to begin!

Posted 10/29/07 in **Latest News +**

### Win a FREE SXSW Registration at DMC Celebration Tonight



Austin-area geeks are invited to the Digital Media Council Celebration from 5:30-8:00 pm on Monday evening, October 29 at Stubbs (801 Red River). The DMC fosters partnerships between industry and educators to promote the economic growth of creative technology and design industries in Central Texas. From their annual summer institutes for high school teachers to coordinating Beta testing for leading game companies; from placing industry leaders in the classroom to advocating for digital media support from policy makers; from engaging university leaders about digital media education needs to helping employers improve their talent pool, the DMC is there. Additionally, the Digital Media Council sponsors really cool things, such as the Dorkbot event that took place at the 2007 SXSW Interactive Festival.

Aside from the great networking opportunities, do you need more incentives to attend the event tonight? SXSW will be donating one 2008 Interactive badge and one 2008 Film badge as door prizes. Why pay for a registration when you can win one for free!

Posted 10/29/07 in **Latest News +**

### Joel Spolsky Advocates the Joys of Unfocused Workspots



You are a small office that tackles a lot of different projects, usually all at the same time. This is a feature to be celebrated, not a flaw to be fixed says Joel Spolsky in "How Hard Could It Be? Unfocused and Unabashed," his inaugural column for Inc Magazine. He explains, "The good news is, we have no outside investors, so I don't have to justify crazy projects to anyone. And here's the thing: Building the shipping station was probably the most fun I had all year. Isn't that a good enough reason to do it? Frankly, the main reason I had to start this company was to have fun at work. Working at Fog Creek is intentionally designed to be pleasant. We started the business because we wanted a great place to work, to spend our daylight hours. And we have a disturbing tendency to try to do a lot of things ourselves, especially if it's going to be fun or if we think we can do a better job. It takes us a little longer that way, but I figure the journey is the reward." Spolsky spoke on the "Sink or Swim: The Five Most Important Startup Decisions" panel at the 2006 SXSW Interactive Festival.

Posted 10/27/07 in **Speakers in the News +**

### Violet Blue Sues Violet Blue

The voice behind tinynibbles, Violet Blue is a prolific Bay Area writer whose usual focus is sex and sexuality-related issues. She is definitely not, however, a porn star. Hence her lawsuit against an adult actress who has adopted the same name. As reported in Wired earlier this week, "Journalist Violet Blue, whose actual name is appears to be Violet Blue filed suit in a San Francisco federal court Monday, accusing Johnson of trademark violation and dilution, as well as unfair business practices. Blue wants the court to stop Johnson from using her name and to force her to pay Blue damages . . Violet Blue the porn actress (pictured with both blond and black hair left) began making porn films in 2000, and won the emerging starlet awards from adult film industry trade mag AVN in 2002, according to the bio on her site." Blue (the journalist) will likely delve into similar issues at the 2008 SXSW Interactive Festival, where she is scheduled to lead the "Sexual Privacy Online" panel.



Posted 10/27/07 in **Speakers in the News +**

### Party Recap: Strong Turnout for First-Ever London Mixer

Thanks to all the digital creatives who turned out for the inaugural SXSW London Mixer. The Tuesday evening event drew about 100 people to the ultra-hip Departure Bar in the Aldgate neighborhood. Attendees enjoyed chill tunes while making solid networking connections with fellow new media experts from the UK,

the United States and Canada. Special thanks to the Virtual Worlds Forum for helping organize this successful party. Also, congrats to Thomas Bidaux of NCsoft Europe Ltd, whose name was selected at random from all the attendees at the Tuesday night event. As a reward for his good luck, Thomas wins a FREE registration to the 2008 SXSW Interactive Festival in Austin.



Attendees enjoyed great networking opportunities with select indie tunes from DJ The Boy.



Left to right: Paul, Andy and Rob of Preloaded. Preloaded took home the Film/TV Web Award at the 2007 event for Time Trumpet.



Jon and Kat from Brighton's Great Escape Festival.



Industry experts from companies such as WeeWorld and Mind Candy packed the Departure Bar from the start of the party until close.

Stay tuned to this website for more information on the next round of mixers for the SXSW Interactive Festival, which are scheduled for January 2008 in various US cities (Austin, Chicago, Dallas, New York, San Francisco, and Seattle). Or, keep posted on these mixers by subscribing to the information-packed SXSW Interactive listserve, which is delivered to inboxes at the beginning of each new month.

Posted 10/25/07 in Latest News +

## SXSW Alum Tim Westergren Makes Cover of Inc Magazine



"Pandora's Long Strange Trip" is the cover story of the October issue of Inc Magazine. Much of this report focuses on the energy, drive and vision of Tim Westergren, the founder of this popular music service. Writes Stephanie Clifford:



"Somehow Westergren has managed to amass more than eight million very enthusiastic listeners, advertisers like Microsoft and Lexus, and a database of some 500,000 songs. Over the years, he's raised more than $30 million in funding, most recently an undisclosed amount from Hearst Interactive Media, the media company's venture capital arm, in 2006. 'I've got to give Tim the all-time award for persistence. I probably turned him down at least three or four times,' says Peter Gotcher, a venture capitalist who eventually participated in a $12 million round in 2005. 'I liked his passion and entrepreneurial spirit.' Call it passion, spirit, an obstinate refusal to quit. It's kept Pandora alive." At the 2005 SXSW Interactive Festival, Westergren participated on the "Future of Radio" panel.

Posted 10/25/07 in **Speakers in the News** +

### The Three Bs of Austin: Bats, Barton Springs and Blogging

What should people think of when they think of Austin? Maybe the bats on the Town Lake bridge. Maybe the cold and clear waters of Barton Springs. Or, maybe the popularity of personal publishing here. According to a report by Scarborough Research (and re-posted on Wired), Austin leads the nation in terms of adults who read or write blogs. The report finds that 15% of those living in A-town have read or contributed to a blog in the last 30 days. Other North American metropolitan areas that love online content are Portland (14%), San Francisco / Oakland / San Jose (14%) and Seattle / Tacoma (13%).



Posted 10/25/07 in **Latest News** +

### London Rocks: SXSW Mixer at Departure Bar Tonight



The SXSW Interactive crew has safely made it to the other side of the Atlantic! Everything looks great for the Mixer tonight (October 23) at Departure Bar (2 Crutched Friars, Aldgate, London from 7-9 pm. While the guest list is pretty full, we can probably squeeze a few more names onto the thing. So, if you want to attend, be sure to RSVP if you haven't already. Tonight's event is a great opportunity to mingle with other digital creatives from the UK. Moreover, the Texas contingency can answer all your questions about SXSW 2008. We can't wait!

Posted 10/23/07 in **Latest News** +

### Preliminary List of 2008 SXSW Programming Released



Last March, the SXSW Interactive Festival hosted more than 140 panel sessions featuring the wisdom and creativity of more than 450 industry experts. For 2008, we expect similar numbers – with compelling. programming that covers everything from content to marketing to gaming to programming. While the full schedule is not yet ready for release (check back here around November 2), we think that you will enjoy reading through our preliminary list of confirmed panel sessions and speakers. Titles are posted alphabetically – and the name of the organizer of the session is listed in parenthesis. Also, please don't forget the Opening Remarks by Henry Jenkins, scheduled for Saturday, March 8 at 2:00 pm. *Photo of Alternate Reality Game Panel at 2007 event by John Swords.*

Programming selections largely based on results of the Panel Picker voting. Special thanks to the 2008 SXSW Advisory Board for their help in analyzing and vetting all the data from this online application.

Read more...

Posted 10/19/07 in **Latest News** +

### Maker Faire Austin this Weekend at Travis County Expo Center

We are way geeked about Maker Faire Austin, which begins Saturday morning at 10 am at the Travis County Expo Center. The show promises lots of amazing technology-related events, as well as dozens of DIY arts and crafts activities. Also, for all of the out-of-towners who are visiting Central Texas for Maker Faire, be sure to read this week's Austin Chronicle to be part of the way-cool SXSW promotion. Be there or bee square! 

Posted 10/19/07 in **Latest News** +

### October 23 Mixer: Your Chance to Meet the SXSW Organizers

 We still have a few spots open on the Guest List for the SXSW Mixer from 7-9 pm on Tuesday, October 23 in London. Featuring complimentary drinks and chill tunes, this event allows you to talk with the organizers of the SXSW Interactive Festival as well as other new media innovators such as yourself. The fun takes place at Departure Bar, one of the hottest new nightspots in Aldgate. Also, if you like SXSW Interactive, then we think that you will enjoy the Virtual Worlds Forum, which is co-hosting the October 23 mixer. VWF is a four-day conference focusing on how brands, corporations and not-for-profits are taking the business possibilities of virtual worlds seriously.

Posted 10/18/07 in **Latest News** +

### SXSW Podcast Page: Debating the Future of Book Publishing

 What happens to the book publishing industry as more and more consumers become more comfortable getting more content online? This question served as much of the focus of a session from the 2007 SXSW Interactive Festival titled "The Future of the Book: Dead or Alive." This panel hosted an all-start lineup of speakers including Terri Ducay (Cheskin), Eileen Gittins (Blurb), Brewster Kahle (Internet Archive) and Peter Merholz (Adaptive Path). Complete audio of the session is now available on the ever-expanding SXSW Podcast Page.

If books are not your thing, then check out some of the other outstanding new content that was recently added to this site. Other new additions include "Austin, Massively Multiplayer Games Development Capital of the West?," "Browser Wars Retrospective: Past, Present and Future Battlefields," "Finding the Next Billion Internet Users," "The Future of Television: Super-Modality," "The Global Microbrand: Are Blogs, Suits, and Wine the New Sex, Drugs and Rock & Roll," "The New Business of Collectivism," "Mystery Science Web 3000: Combinatorial Media as Self-Expression," "Pervasive Electronic Games," and "Preserving Our Digital Legacy and the Individual Collector."

Wow – so much new stuff to listen to! The book industry may be hurting, but audio is exploding!

Posted 10/18/07 in **Latest News** +

### Contact Katie to Capitalize on the SXSW Interactive Buzz

Does your company, product or service need to get its message to the cutting-edge digital creatives who come to SXSW Interactive Festival every spring? Of course it does! So why haven't you considered the wide range of marketing opportunities available for next spring. From Trade Show booths to print advertising to unique after-hour events, we can tailor a promotional package to meet your needs – and your budget. Contact Katie King for complete details about 

all the ways you can leverage SXSW Interactive.

Posted 10/18/07 in **Latest News** +

### ABJ Reports that Google Will Soon Open an Austin Office



According to a story posted on the Austin Business Journal website, Google will soon sign a lease for office space in downtown Austin. The publication reports that the tech giant "is close to signing a lease for 25,000 square feet at the Scarbrough Building downtown. For months the Mountain View, Calif.-based search engine giant has been scouting out options for funky, nontraditional space in the Central Business District. The company reportedly will use the space to establish a software development satellite office that would employ about 100 engineers and support staff. Sources say Google (Nasdaq: GOOG) will take the entire second floor of Scarbrough, or roughly 25,000 square feet. Troy Holme, with CB Richard Ellis Inc. who represents the building's owner, would not comment on any pending deals. A representative with Google says the company is always looking for quality engineering talent, but declined to talk specifically about any Austin plans." We are officially intrigued.

Posted 10/18/07 in **Latest News** +

### Christopher Schmitt Interviews Chime.TV's Taylor McKnight



Christoper Schmitt (pictured at left), who led the "Unleashing CSS: How I Learned to Stop Worrying and Love Internet Explorer 7" session at the 2007 SXSW Interactive Festival, has posted an interview with Taylor McKnight of ChimeTV. Asked what innovations need to occur for the web of today to evolve to the Web of tomorrow, McKnight tells Schmitt: "Overall, I'd say more aggregators like Chime.TV and Hype Machine to help filter out all the noise that inevitably comes with everything becoming cheaper/easier/common like making your own music or videos or blog, etc. Maybe even super aggregators for the aggregators. Music on the Web needs to find a legal way to better cope/compete with things like bittorrent and album leaks. Things like pre-release album orders when music leaks and the ability to actually get everything in one place."

Posted 10/18/07 in **Speakers in the News** +

### Maker Faire Austin: Three More Days Until Geek Christmas



The buzz is building for Maker Faire Austin this weekend at the Travis Country Expo Center. We encourage you to read the Austin Chronicle to learn about the special SXSW Interactive promotion at the event. We also encourage you to read GeekDad's report about the event on Wired.com. Writes John Baichtal, "The convention will feature such attractions as the Swap-O-Rama-Rama recycled fashion show, King of the Fling catapult-building contest, electic musical performances, Food Maker ("Edible Austin"), a magnetic mini-submersible, RoboSpinArt, Bigger Better Hula Hoops, a Diet Coke & Mentos fountain show, daily rocket launches sponsored by Estes-Cox, countless circuit bending and robotics projects, and a million other things to do and see and make. While many if not most activities might appeal to the average GeekKid, one especially jumped out at me: "Engineering Activities for Kids" put on by the ASCE. Also, now-legendary GeekKid and iPhone-hacker George Hotz will be in attendance." See you there!

Posted 10/17/07 in **Latest News** +

### Let the Games Begin: E for All Starts Tomorrow in Los Angeles



Video game fans are excited about the first-ever E for All Expo, which runs Thursday, October 18 through Sunday, October 21 at the Los Angeles Convention Center. E for All offers

**POWER UP & PLAY** consumers unprecedented access to the video game industry through opportunities to see, try and buy some of the hottest new technologies before they are available on store shelves. Show attendees will also be able to sample a wide variety of lifestyle events such as gaming tournaments, the "Into the Pixel" video game art exhibition, a Gamer Lounge and the acclaimed Video Games Live concert. If you love video games and you can't make it to Southern California, then be sure to attend the ScreenBurn portion of the SXSW Interactive Festival next March.

Posted 10/17/07 in Latest News, **ScreenBurn News** +

### Who Knew? Will Wright Was a Cross-Country Street Racer



The under-the-radar escapades of SPORE game developer Will Wright are detailed in a recent post on Wired.com. According to the story filed by Susan Arendt, "In 1980, Wright and a his co-driver loaded up a Mazda RX-7 to race the U.S. Express, a wild cross-country race with just one rule: Cross the finish line first, whatever it takes. 'It was a very time-warping experience,' recalls Wright, talking by phone from his office. 'We'd get off the freeway after going 120 for hours and hours, and so then you're driving 60 and it feels like you're going at a crawl.' The U.S. Express was the successor to The Cannonball Run, an illegal cross-continental dash that was run throughout the 1970s until its organizer, Brock Yates, made a deal to create the movie of the same name." Long after he gave up auto-racing, Wright served as the keynote speaker for the ScreenBurn portion of the 2007 SXSW Interactive Festival. Hear audio of his highly engaging speech on the SXSW Podcast Page.

Posted 10/16/07 in **Speakers in the News** +

### Molly Holzschlag Asks if Web World is Changing Seasons

"It's autumn here in the US," writes frequent SXSW Interactive panelist Molly Holzschlag in an October 15 entry on her blog. "Time for pumpkins and Halloween and a different season. The seasons are changing. I can smell it on the Web wind. I feel there's a major shift in our industry. It concerns me so I want to chat about it with you. The latest Dot.Com boom is declining as far as I can tell. Are we on the edge of another Dot.Bomb? What do we do? What's changing for you?" Her questions have brought about some intriguing analysis, including responses from other SXSW speaker alums such as James Craig, Kevin Lawver, Jeff Croft and Ian Lloyd.



Posted 10/16/07 in **Speakers in the News** +

### Pretis and Torrone Film the Future for Maker Faire Promo



Watch "Adventures in Time", starring former SXSW Interactive speakers Bre Pettis and Phil Torrone. The old-look film promotes all the futuristic fun at Maker Faire Austin, which occurs Saturday, October 20 and Sunday, October 21 at the Travis County Expo Center. And if you live in Central Texas, be sure to read the Austin Chronicle to learn about all the stealth stuff that SXSW Interactive is doing at this way-cool event.

Posted 10/15/07 in **Speakers in the News** +

### London Calling: SXSW Mixer on October 23 at Departure Bar



Digital creatives in the United Kingdom are invited to the SXSW Mixer from 7-9 pm on Tuesday evening, October 23 at the fashionable Departure Bar in London. Our first-ever networking event outside of the United States, this event allows you to meet

SXSW Interactive organizers as well as other British-based web designers, game developers and tech entrepreneurs. Many of the attendees at the October 23 mixer will be attending the Virtual Worlds Forum, a conference designed to help you understand why brands, corporations and not-for-profits are taking the business possibilities of virtual worlds seriously. If you would like to attend, please RSVP immediately. Hurry, space on the guest list is limited!

Posted 10/15/07 in **Latest News +**

### Lawrence Lessig Posts Alpha of Anti-Corruption Lecture Online

 Earlier this year, Lawrence Lessig announced that the bulk of his work would now be focused on ending the ongoing scourge of political corruption. But Creative Commons is certainly not far from his heart. True to the philosophies behind the copyleft advocacy group that he helped launch, Lessig has posted an audio draft of his first lecture on this topic on his website. He explains that the strategy behind this move is to get as much user feedback as possible before he goes public with the talk: "As promised, here's the first lecture on corruption. It is an alpha version. I'm eager for comments and feedback. My first written feedback came from Aaron Swartz, with whom I had conspired last winter about making this move. I'll post his comments and some replies later today. I've also set up a page on the wiki where I will collect significant versions of the argument. Summary and criticism there would be helpful." Lessig was a feature speaker at the 2003 SXSW Interactive Festival.

Posted 10/15/07 in **Speakers in the News +**

### Greening Cyberspace: Monday, October 15 is Blog Action Day

 Today has been designated as Blog Action Day, a chance for the virtual world to help make a difference with the physical world.. As explained by the website, "bloggers around the web will unite to put a single important issue on everyone's mind - the environment. Every blogger will post about the environment in their own way and relating to their own topic. Our aim is to get everyone talking towards a better future." Want to get involved? The group suggests that you post anything on your blog related to the environment. It also recommends that you donate your earnings for the day to a green-related charity. And, of course, please help spread the word about Blog Action Day throughout the web.

Posted 10/15/07 in **Latest News +**

### Jordan Stone Amongst SXSW Alums at FITC Hollywood

The elusive Jordan Stone, purveyor of the strangely intoxicating design portal wefail.com, is one of many former SXSW Interactive Festival speakers lending their expertise to  FITC Hollywood 2007, scheduled October 22-23 at the Hilton Los Angeles / Universal City. Over the past six years, FITC Hollywood is the first conference to bridge this gap, helping to foster an already exploding nexus of creativity in Southern California, and laying the groundwork for the future in which digital interactive interfaces surround us. Other past SXSW panelists speaking at the event include Martin Hughes and Craig Swann.

Posted 10/12/07 in **Speakers in the News +**

### SXSW Podcast Page: Customer Service is Your Best Marketing

 A newly-launched social network where people are encouraged to talk about the products and services they like and dislike, Satisfaction has been getting lots of buzz in the online world in the last few weeks. Satisfaction co-founder Thor Muller spoke about some of the philosophies behind this company at the "Customer Service is the New Marketing" panel at the 2007 SXSW Interactive Festival. The audio recording of this session is now available on the SXSW Podcast Page.

Other free panel content recently uploaded includes "Design Aesthetic of the Indie Developer" and "How to Easily Attract Your Ideal Clients." The SXSW Podcast Page is updated frequently, so check back every week to hear even more outstanding audio recordings from last spring's event. Better still, browse the archives for more captivating content that you may have missed.

Posted 10/12/07 in **Latest News +**

### Tech, Crafts and Fun: Maker Faire Austin is Next Weekend!!



On Saturday, October 20 and Sunday, October 21, the first-ever Maker Faire Austin comes to the Travis County Expo Center & Fairgrounds. From the King of Fling Catapult Competition to the Swap-o-Rama-Rama, there is so much cool stuff planned for this event. Also, SXSW Interactive is very proud to serve as a Maker Faire media sponsor – read the Austin Chronicle for more information about all the fun stuff that we will be doing onsite. Buy your ticket online and we will see you at the Expo Center next weekend!

Posted 10/12/07 in **Latest News +**

### Fresh New Gaming Content on the ScreenBurn Website



Video games are hot – and with every passing month, they become more and more a part of mainstream culture. Keep up with the latest trends in this quickly changing world by reading reading the ScreenBurn blog. Better yet, make plans now to attend ScreenBurn 2008, which is the part of the SXSW Interactive Festival that focuses on video games. ScreenBurn panels run March 7-11 – attend these sessions by registering for SXSW Interactive. Meanwhile, the two-day ScreenBurn Arcade encourages attendees as well as the Austin community to play with the latest gaming technologies. Game on or what!

Posted 10/10/07 in **Latest News +**

### Mark Dery Bemoans That We Are Drowning in the Online Yak



R.U. Sirius puts together a nice essay for the e-zine 10 Zen Monkeys based on the question "Is the Net Good for Writers?". Amongst those responding is Mark Dery, who opines: "The net has also open-sourced the cultural criticism business, a signal development that on one hand destratifies cultural hierarchies and makes space for astonishing voices like the people behind bOING bOING and BLDGBLOG and Ballardian. Skimming reader comments on Amazon, I never cease to be amazed by the arcane expertise lurking in the crowd; somebody, somewhere, knows everything about something, no matter how mind-twistingly obscure. But this sea change — and it's an extraordinary one — is counterbalanced by the unhappy fact that off-the-shelf blogware and the comment thread make everyone a critic or, more accurately, make everyone think they're a critic, to a minus effect. We're drowning in yak, and it's getting harder and harder to hear the insightful voices through all the media cacophony." Dery lent his insights to the 1996 SXSW Interactive Festival (in those days, the event was known as the SXSW Multimedia Festival).

Posted 10/10/07 in **Speakers in the News +**

### October Listserve: Sarah Tan Wins FREE 2008 SXSW Interactive Registration



Congratulations to Sarah Tan, a web designer at Harvard University in Cambridge, Ma. Her name was randomly selected from the dozens of people who correctly answered the trivia question that was associated with the October 2007 monthly listserve. Specifically, Tan knew that Ze Frank (pictured at left) was the emcee for the 2007 SXSW Web

 Awards Ceremony. Speaking of the Web Awards, early entry deadline is 11:59 pm on Friday, October 19 – have you submitted your amazing new Internet creation yet?

For providing the correct answer to the October trivia question, Tan wins a FREE registration to next year's SXSW Interactive Festival (scheduled March 7-11, 2008 at the Austin Convention Center). We will be giving away another free registration as part of the November listserve – and will continue this practice with each succeeding monthly listserve through next March. Sign up here to receive these information-packed e-mail updates that will keep you up to date on all things SXSW Interactive.

Posted 10/09/07 in **Latest News +**

### Two Weeks Until October 23 SXSW Mixer in London

The SXSW Interactive Festival hosts its first-ever networking event outside the United States from 7-9 pm on Tuesday evening, October 23. Join the Texas crew at the sleek new Departure Bar in London's Aldgate neighborhood for complimentary drinks, a smooth DJ and great conversation. The October 23 mixer occurs in conjunction with the Virtual Worlds Forum, a conference designed to help you understand why brands, corporations and not-for-profits are taking the business possibilities of virtual worlds seriously. Capacity at Departure Bar is limited, so please RSVP now to reserve your spot on the guest list. 

Posted 10/09/07 in **Latest News +**

### Mike Linksvayer Introduces Map Look for Creative Commons

 Help support our friends at Creative Commons, which unveiled a new site design last week to kick off their newest pledge drive. In an intro page for this move, CC Vice President (and former SXSW speaker) Mike Linksvayer wrote, "Last week we launched the Creative Commons annual fall fundraising campaign. Goal: US$500,000. We also launched a redesigned creativecommons.org site and now have matching campaign buttons. Get one for your site or blog! As you might guess from the buttons above, a map theme runs throughout the campaign, including on the super cool campaign t-shirts." Linksvayer was part of the "Digital Preservation and Blogs" discussion at the 2006 SXSW Interactive Festival.

Posted 10/09/07 in **Speakers in the News +**

### Marilyn Martin Wins Free Registration at Bootstrap Event

Congrats to Marilyn Martin of Austin, who won a FREE registration to the 2008 SXSW Interactive Festival by going to the "Bootstrap Your Book" event at Book People on Sunday, October 7. This event drew about 30 total attendees, and also featured giveaways of two books self-published by former SXSW Interactive speakers – "The Human Fabric" (Bijoy Goswami) and "Some Assembly Required" (Thom Singer). 

Look for more bootstrap-related content at the 2008 SXSW Interactive Festival. Also, stay tuned to this website for more opportunities to win free registrations to the event next spring!

Posted 10/07/07 in **Latest News +**

### SXSW Podcast Page: Debating the Perils of Bust 2.0

 Yes, the web economy is booming at present. But, how long will the current robust market last? Are there any signs of decline? And what

happens when these signs turn into a full-fledged trend? Questions such as these were the focus of the "After Bust 2.0: Ten Years Later, Where Will We Be?" panel at the 2007 SXSW Interactive Festival, one of many sessions now available for free on the Podcast Page.

Other 2007 panel content recently posted includes "Data Shrapnel," "How to Make Search Engine Optimization and Usability Work Together," "Net Politics: The Internet Can Make You President, " "NPO 2.0: 'Widgets for Good' Challenge," "Journalism in the Blogosphere: A Legal Guide to Internet Press," "Open Knowledge vs. Controlled Knowledge," and "WaSP Annual Meeting: Takin' It to the Street." Be sure to check this Podcast Page frequently as new audio is added every week!

Posted 10/07/07 in **Latest News +**

### Win FREE 2008 SXSW Registration at October 7 Bootstrap Event



Bootstrapping is a simple / revolutionary way to approach financing your next entrepreneurial project. According to Bijoy Goswami (pictured at left) of the Bootstrap Network, this way of thinking goes against the traditional notions of business plans and venture capital – instead, it is about "taking the right action at the right time." Bootstrapping focuses much more on what you have to offer right now, as opposed to what you can potentially do when you obtain some other intangible element. Hear more about this zen approach to business at the the "Bootstrap Your Book: Real Life Advice on How and Why to Self-Publish" event at 5:00 pm on Sunday afternoon, October 7 at BookPeople in Austin (603 N Lamar). One lucky attendee at this presentation will win a FREE registration to the 2008 SXSW Interactive Festival. Be there and be prepared to win!!

Posted 10/05/07 in **Latest News +**

### Web Awards Update: Early Entry Deadline Is Friday, Oct 19



Are you creating the best and most innovative online destinations? Then don't miss your premier opportunity to showcase your latest work to the web industry and win big in the 11th Annual SXSW Web Awards. Focusing on sites that launched in 2007, this year's international competition sees the return of the "Mobile" and "Games" categories, as well as the addition of an "Activism" category (that replaces the "Business: Green/Non-Profit" category).

Take advantage of the early entry deadline and submit your work before midnight on Friday, October 19.

Above: Emcee Ze Frank presents the "Best of Show" Web Award to the crew from AgencyNet/OwnYourC.com at the 10th Annual SXSW Web Awards Ceremony last March. *Photo by Jay West.*

Posted 10/04/07 in **Web Awards +**

### SXSWorld: Friday is the Deadline to Get Your Free Advertisement

Published each November, February, March and May, SXSWorld is the official magazine of the SXSW Conferences & Festivals. These four issues allow you to globally position your brand and communicate your message directly to all SXSW registrants. And with an average pass along of 2.5 readers, you will be seen by more than 35,000 professionals from three key entertainment industries. Get a free ad with a



4x advertising contract now through October 8. E-mail Katie King for details.



Posted 10/03/07 in **Latest News +**

### Panel Programming for 2008: Announcements Coming Soon!



Voting for the 2008 Panel Picker has closed – many thanks to the thousands and thousands of people from the online community who participated in this project. The SXSW staff is currently analyzing this data, as well as processing the input of the Advisory Board. If all goes as planned, the first batch of panel titles and speaker names for the 2008 event will be released on Friday, October 19. Stay tuned to this site for complete details. Also, if you submitted an idea to the Panel Picker, you will hear from us shortly before this information is posted online. Please don't hesitate to contact us if you are confused on how any of this stuff works.

Posted 10/03/07 in **Latest News +**

### Showcase Your Gaming Company to SXSW Attendees at the 2008 ScreenBurn Arcade



Launched in March 2007, the ScreenBurn Arcade is a hands-on playspace where SXSW registrants interact with the hottest new gaming technologies. Highlights of last year's event included a booth where attendees could challenge the Frag Dolls, the intense ongoing action of the Evo Championship series, plus virtual world wizardry from the Electric Sheep Company. So if your gaming company wants to get in front of this cutting-edge crowd, then the 2008 ScreenBurn Arcade (March 8 & 9) is the place for you. Contact Lindsay Muse for complete details on how to get involved.

Posted 10/02/07 in **ScreenBurn News +**

### Clearleft's Andy Budd Covers the Basics of Client Contracts



The current issue of Digital Web Magazine contains "Contract Killers," an article by Andy Budd about the best ways to formalize your new media business arrangements. Explains this former SXSW speaker: "At Clearleft, most of our work is of the fixed-budget variety. A start-up will come to us with an interesting concept, a modest amount of seed funding, and the desire to create something special. While not an agile company per se, we try to work in as agile a way as possible . . .During this process, the project will always change—concepts will be refined, user-flows will morph, and features will be added or dropped. So instead of using a fixed-price, fixed-scope process, or a time-and-materials process, we favor a target-scope process." Budd led the "How to Bluff Your Way in Web 2.0" presentation at SXSW Interactive last spring.

Posted 10/02/07 in **Speakers in the News +**

### More Ways to Win: Subscribe to the SXSW Listserve



On Wednesday, October 3, we will mail out the next edition of the SXSW Interactive Festival monthly listserve. This fun-to-read newsletter contains tons of useful information about the event. Additionally, the listserve includes a trivia question related SXSW Interactive. Provide the correct answer to this trivia question and your name will be in the running to win a free registration for next spring's festivities. Subscribe here and get ready to win!

Posted 10/01/07 in **Latest News +**

### Doug Rushkoff Tells Companies to Stop Creating Mythologies

Read the compelling interview with Douglas Rushkoff on



Worldchanging. Asked about his thoughts on marketing, this noted author and teacher replies: "My whole pitch on marketing and communications is for companies to stop creating mythologies and persuasion campaigns around the products that they're disconnected with, and to start getting involved in some aspect of the thing they're selling. The easiest tactic is to become involved in at least one area of the design or manufacturing of the product you're selling. So, if you're making shoes, you should have someone on the staff who is connected not only with the shoe industry, but with the particular shoes you're selling. Ideally, your company actually designs and makes the shoes. This way, instead of creating a marketing myth (our shoes are made by elves who live in a hollow tree) you can actually develop a culture around the shoe itself. The employees and customers end up becoming part of the same culture of shoe design, manufacture, and appreciation." Rushkoff spoke at the 1999 SXSW Interactive Festival. Meanwhile, the interview is conducted by frequent SXSW Interactive panelist Jon Lebkowsky.

Posted 10/01/07 in **ScreenBurn News** +

» Archives
» Even More Archives (2007)
» Back to Interactive News

Technology Partner      Hosting By 

**ScreenBurnFest.com | SXSWclick.com | SXSW Presents | SXSWnetworks.com**
**© 1995–2008 South by Southwest, Inc | Privacy Policy**

Sexerati – Blue Monday: If Sex Educators Could Make a Living Wage, Would We Sue to Protect Our Brand?

Case 3:07-cv-05370-SI Document 46 Filed 02/25/2008 Page 35 of 48

2/25/08 4:13 PM

Sexerati: Smart Sex.

Erotic intelligence for a hotter tomorrow, by Melissa Gira.

## OCTOBER 25, 2007

## Blue Monday: If Sex Educators Could Make a Living Wage, Would We Sue to Protect Our Brand?

In the "Power, Corruption, and Lies" Department: on Monday, October 22, San Francisco based sex educator & author Violet Blue filed suit against porn star Violet Blue, seeking damages for violation of the the trademark "Violet Blue", filed in March 2007, and to block the porn star from doing business as Violet Blue Inc.

As reported at Wired's "Threat Level" blog, Violet Blue TM alleges unfair business practices over Violet Blue Inc.'s adoption of her name and her "distinctive, black Bettie Page-style bangs." How many women involved in sex & sexuality education sport these bangs is beside the point, but really. There are quite a few. What's at stake for Violet Blue TM is brand dilution; that is, as she wrote in 2006, that journalists would confuse the two Violet Blues, or that Violet Blue Inc.'s brand would be conflated with Violet Blue TM.

Is it damaging that a porn star chose the name of someone else working in sex as her stage name? Or is what's really telling about the case that, unlike supermodels and actresses whose names are often repurposed in smut, an indie sex writer & educator's likeliest route of recourse is to file a lawsuit seeking financial renumeration? It's clear that the press have been confused by the multiple Violet's in porn question, but then, the press are more or less a mess when it comes to sex at all.

But if *the ability of the press to discern the reality of the sex culture*, and who is who within it, when such information is so easily searchable, *is our measure of how valuable our brand is*, **then a lot of us sex educators and writers are pretty fucked.** How often do they get basic sexual health information wrong? How many times have we had to pitch in substantial research ourselves? (And don't get me started on the time I was told in an interview that I invented sex work.)

Sexerati – Blue Monday: If sex educators could make a living wage, would we sue to protect our brand?

Case 3:07-cv-05871-SI    Document 46    Filed 02/25/2008    Page 36 of 48

2/25/08 4:13 PM

Are our brands so easily watered down, so vulnerable to being tarnished? Is our work of so little value to the mass culture that we have to defend it in court? The total fail here lies not with Violet Blue Inc. being stubborn and/or clueless, or with the media who can't figure out the difference between a porn star and a porn reviewer, but with the brokenness (and brokeness) in being an independent sex educator, how difficult it is for us to support one another, and how delicate a career built on sex really still is.

← Previous                                         Next →

Subscribe via RSS / powered by WordPress tumblelog



SEARCH BLOG | ⚑FLAG BLOG | Next Blog»



# BLOGONAUT

## WE DON'T MAKE THIS STUFF UP—REALLY

### NEWS BITES

**Obama "is on track to raise more than $50 million this month"**

**Obama tied with Hillary in Texas: closing in Ohio**

**No bounce from Wisconsin: Clinton, Obama in dead heat, new tracking poll says**

**The Obama delusion**

**Obama wins Wisconsin**

**At last, Michelle Obama proud of America**

**Lawyer takes 12 step honesty a step too far at bar hearing**

Ads by Google

**CREDO Says No to Spying**
We fight laws that make it easier for the government to spy on you.
www.credomobile.com

**Hillary for President**
Help Make History! Paid

## Will the Real "Violet Blue" Please Stand Up; Writer-Blogger Sues Porn Star Over Name Use



**[From Wired.com]**

**Violet Blue, the well-known sex and sexuality writer and blogger (shown), filed suit this week against Violet Blue, the porn actress, alleging name and likeness infringement,** *Wired* **reports.**

**Journalist Violet Blue, whose** *legal name* **is Violet Blue, filed suit in San Francisco federal district court Monday, accusing Ada Mae Johnson—who uses 'Voilet Blue' as her movie**

President.
www.HillaryClinton.com

**Violet Blue**
Everything to do with
Violet items.
shopping.yahoo.com

**The Violet Barn**
African violets, exotic
houseplants 9-time
winners, international
show.
www.violetbarn.com

**Hillary Or Obama?**
See What Others Think.
Make Your Own
Predictions. Join Now!
www.Predicto.com

stage name--of trademark violation and dilution, as well as
unfair business practices. Blue wants the court to stop
Johnson from using her name and to force her to pay Blue
damages.

Johnson's movie credits include *Shut Up and Blow Me #29,
Whore of the Rings* and *Who Violet Blew.*

Journalist Blue, who writes an on-line column for the San
Francisco Chronicle, was recently <span style="color:red">named</span> one of the 25 most
influential people on the web by Forbes magazine.

The journalist has written and edited more than 15 books,
ranging from *Best Women's Erotica 2008* to the *Ultimate
Guide to Fellatio.*

Blue the journalist says she has been using the name Violet
Blue in her writings since 1999, and she registered "Violet
Blue" as a trademark in March, 2007, Wired reports.

# Read more

**POSTED BY BLOGONAUT AT 2:15 PM** 

**0 COMMENTS:**

**Post a Comment**

**Newer Post**                      **Home**                      **Older Post**
Subscribe to: **Post Comments (Atom)**

**BLOG ARCHIVE**


Blog Archive ⇕





**Want to Know?**
**Search AINews**

[ ] Go

# Adult Industry News



Front Page

Adult Film News

Adult Media News

Business News

Club & Appearance News

Freedom & the Law

Internet News

Lifestyles, Health & Charity

➡ Letters to the Editor

Columns

Movie Reviews

InnerViews

AINews Site Map

Free News Feed

AINews Affiliate Store

Star Pages

Contact AINews

Advertise With AINews

November 03, 2007 03:14am
## Pornstar Violet Blue Changes Name
Source: Letters to the Editor
by: Violetta Blue

I'm offically changing my name to Violetta Blue, so as to not confuse the general public of me the Pornstar with the author Violet Blue.



I believe this is the right thing to do pending the lawsuit involved with the name "Violet Blue".

...Course its going to take a while to retrain my fingers!

Love,
Violetta Blue

WWW.PAMELAPEAKSSPEAKS.COM
"PAMELA PEAKS SPEAKS" TV SHOWS

### Related Stories
- Violet Blue Memorabilia Sale
- Flynt in Oprah
- Exotic Erotic Ball Announces Adult Entertainers
- Head Master 2 ~ Reviewer Rated
- Wonderland ~ Reviewer Rated

### Related Sites - WARNING! May lead to graphic content
- Violet Blue's VioletBlue.org
- Movies With Violet Blue (AINews)



Pamela Peaks PRODUCTIONS

**Top Stories**

Stoya, Jennifer Dark on Last Call

Karaoke Comes to Porn Valley

Batman's Belfry at Bad Betties Party

NRPW Returns with Bang

First Ethnic Award Show

A! Night at PSK

Sex-Positive Journalism Awards

Matt Zane Featured in Bizarre





**More Stories From**
[Letters to the Editor](#)

Sex-Positive Journalism Awards

Love Shack's Cornetta Comments on Fire

Anita Cannibal Roof Blown Off

Thanks For The Toys

Boobs For Payton

Pornstar Violet Blue Changes Name

Danger Peligro Gefahr

Bethany Sweet in LegWorld

Jana Jordan Covers Penthouse Forum

Gina Lynn Recovers in Time for Stern

Porn Star Revolution Party

Allanah Starr Victory Party

MWA: Renee Perez, Cassidey, Brea Bennett

Part Two - FreakyTiki AVN Recap

MWA: Jana Jordan

February 2008 From the Trenches

Big Wet Tits 4 ~ Reviewer Rated

Ange Venus in
Dante's Inferno

Violet Blue
Memorabilia Sale

Freaky Works for
De'Nyle

Anjelica Lauren
Available to Fans

Fred Salaff Needs
Help

Still No Trial
Date Set

Jade Feng at
Portland Erotic
Ball

Kelly Wells
Loves Australia

Kelly 'Fn' Wells
Blows Off
Australia

Sydnee Steele's
Book Deal
Comments

Possible Booking
Fraud Continues

Cleopatra's 2
Year Calendar

Asia Carrera's
Husband Killed

Whitney
Wonders Getting
Married

SuicideGirls
Content License
Flap

Shay Lynn
Parties at Playboy
Mansion



[Bogus Bookings Bait Talent](#)

[George DeLorenzo Hangs in Miami](#)

[Alicia Angel Corrects AINews](#)

# Revision history of Violet Blue (author)

**From Wikipedia, the free encyclopedia**
**View logs for this page**
**(Latest | Earliest) View (newer 50) (older 50) (20 | 50 | 100 | 250 | 500)**
**For any version listed below, click on its date to view it.**
**For more help, see Help:Page history and Help:Edit summary.**
**(cur) = difference from current version, (last) = difference from preceding version,**
** m = minor edit, → = section edit, ← = automatic edit summary**

Compare selected versions

- **(cur) (last)** ⊙ **21:37, 13 February 2008 Fredb001 (Talk | contribs) m (8,150 bytes) (→Other activities) (undo)**
- **(cur) (last)** ⊙ **21:24, 6 February 2008 DumZiBoT (Talk | contribs) m (8,151 bytes) (Bot: Converting bare references) (undo)**
- **(cur) (last)** ○ **04:49, 30 January 2008 Tabercil (Talk | contribs) m (8,069 bytes) (Reverted edits by 63.231.16.186 (talk) to last version by El bot de la dieta) (undo)**
- **(cur) (last)** ○ **04:03, 30 January 2008 63.231.16.186 (Talk) (8,042 bytes) (undo)**
- **(cur) (last)** ○ **03:48, 29 January 2008 El bot de la dieta (Talk | contribs) m (8,069 bytes) (robot Adding: es:Violet Blue) (undo)**
- **(cur) (last)** ○ **00:13, 27 January 2008 88.106.246.66 (Talk) (8,050 bytes) (undo)**
- **(cur) (last)** ○ **00:12, 23 January 2008 77.54.108.134 (Talk) (8,045 bytes) (Undid revision 186235551 by 77.54.108.134 (talk)) (undo)**
- **(cur) (last)** ○ **00:11, 23 January 2008 77.54.108.134 (Talk) (8,045 bytes) (undo)**
- **(cur) (last)** ○ **01:14, 18 January 2008 64.81.65.120 (Talk) (8,045 bytes) (Undid revision 184414015 by Brianhe (talk) Not link spam it is true.) (undo)**
- **(cur) (last)** ○ **06:45, 17 January 2008 81.182.18.45 (Talk) (7,945 bytes) (Undid revision 184921832 by 69.202.64.143 (talk)) (undo)**
- **(cur) (last)** ○ **06:13, 17 January 2008 69.202.64.143 (Talk) (7,941 bytes) (lmao) (undo)**
- **(cur) (last)** ○ **04:01, 15 January 2008 Brianhe (Talk | contribs) m (7,945 bytes) (→Books (author): rv linkspam (?)) (undo)**
- **(cur) (last)** ○ **04:00, 15 January 2008 Brianhe (Talk | contribs) m (8,045 bytes) (→Other activities: ty) (undo)**
- **(cur) (last)** ○ **21:50, 10 January 2008 CmdrObot (Talk | contribs) m (8,046 bytes) (Compact Amazon URLs (3)) (undo)**
- **(cur) (last)** ○ **07:51, 6 January 2008 70.112.185.154 (Talk) (8,119 bytes) (→Other activities: While carefully avoiding the long talk page SRL debate, added two words to note that SRL isn't just any performance art group.) (undo)**
- **(cur) (last)** ○ **08:36, 27 December 2007 Species5618 (Talk | contribs) (8,100 bytes) (undo)**
- **(cur) (last)** ○ **12:46, 14 December 2007 Photouploaded (Talk | contribs) m (8,066 bytes) (→Other activities) (undo)**
- **(cur) (last)** ○ **12:45, 14 December 2007 Photouploaded (Talk | contribs) m (8,065 bytes) (→Other activities: collapse) (undo)**

- **(cur) (last)** ◯ **12:45, 14 December 2007** Photouploaded (Talk | contribs) m (8,068 bytes) (links) (undo)
- **(cur) (last)** ◯ **15:03, 12 December 2007** Photouploaded (Talk | contribs) m (8,082 bytes) (lawsuit) (undo)
- **(cur) (last)** ◯ **19:24, 11 December 2007** Photouploaded (Talk | contribs) (8,067 bytes) (update description of lawsuit) (undo)
- **(cur) (last)** ◯ **22:47, 10 December 2007** Photouploaded (Talk | contribs) m (7,761 bytes) (dab, cleanup) (undo)
- **(cur) (last)** ◯ **21:43, 10 December 2007** Photouploaded (Talk | contribs) m (7,739 bytes) (name change per trademark infringement) (undo)
- **(cur) (last)** ◯ **20:32, 6 December 2007** KathrynA (Talk | contribs) (7,769 bytes) (→Books (author): added IPPY award) (undo)
- **(cur) (last)** ◯ **20:31, 6 December 2007** KathrynA (Talk | contribs) (7,670 bytes) (→Books (editor): fixed out of date link and added additional award) (undo)
- **(cur) (last)** ◯ **20:19, 6 December 2007** KathrynA (Talk | contribs) (7,579 bytes) (→Digital Releases: added addl Kindle releases and cleaned up Amazon links) (undo)
- **(cur) (last)** ◯ **20:10, 6 December 2007** KathrynA (Talk | contribs) (7,413 bytes) (added digital releases section) (undo)
- **(cur) (last)** ◯ **19:53, 6 December 2007** KathrynA (Talk | contribs) (6,618 bytes) (→Other Notable Activities: added Digita Publications) (undo)
- **(cur) (last)** ◯ **22:11, 4 December 2007** Chunky Rice (Talk | contribs) (6,392 bytes) (add German interwikilink) (undo)
- **(cur) (last)** ◯ **19:06, 4 December 2007** Chunky Rice (Talk | contribs) (6,362 bytes) (unprotected) (undo)
- **(cur) (last)** ◯ **19:06, 4 December 2007** Chunky Rice (Talk | contribs) m (Unprotected Violet Blue (author): edit warring seems to have died down) (undo)
- **(cur) (last)** ◯ **12:45, 31 October 2007** Xaosflux (Talk | contribs) m (Changed protection level for "Violet Blue (author)": Cleanup of indef protected pages on Special:Protectedpages, setting an expiration date [edit=sysop:move=sysop] (expires 2008-10-31T12:45:01 (UTC))) (undo)
- **(cur) (last)** ◯ **21:10, 27 October 2007** Cbrown1023 (Talk | contribs) (6,376 bytes) (protected) (undo)
- **(cur) (last)** ◯ **21:10, 27 October 2007** Cbrown1023 (Talk | contribs) m (Protected Violet Blue (author): edit warring, possible BLP concerns (with no reliable sources) [edit=sysop:move=sysop]) (undo)
- **(cur) (last)** ◯ **19:10, 27 October 2007** Wikiwikimoore (Talk | contribs) (6,362 bytes) (This update is incorect and from a non a WP:SOURCES source) (undo)
- **(cur) (last)** ◯ **18:08, 27 October 2007** EscalanteXP (Talk | contribs) (6,563 bytes) (Updated SRL alumni status per Ms. Blue's blog post) (undo)
- **(cur) (last)** ◯ **17:53, 27 October 2007** EscalanteXP (Talk | contribs) (6,453 bytes) (Undid revision 167373953 by Ms. Blue's boyfriend Wikiwikimoore - other articles cite PeopleFinder. absent information to the contrary, this is the best info available) (undo)
- **(cur) (last)** ◯ **05:55, 27 October 2007** Wikiwikimoore (Talk | contribs) (6,252 bytes) (This information is incorrect. People finder is in no way athoritive. Undid revision 167316197 by Takeshiito (talk)) (undo)
- **(cur) (last)** ◯ **23:25, 26 October 2007** Takeshiito (Talk | contribs) (6,453 bytes) (→Other

Notable Activities: fixed NPOV) (undo)

- (cur) (last) ◯  23:17, 26 October 2007 Takeshiito (Talk | contribs) (6,449 bytes) (Updated biographical info) (undo)
- (cur) (last) ◯  18:43, 25 October 2007 Nemissimo (Talk | contribs) (6,248 bytes) (→Books (author)) (undo)
- (cur) (last) ◯  18:32, 25 October 2007 Nemissimo (Talk | contribs) (5,972 bytes) (→Books (editor)) (undo)
- (cur) (last) ◯  04:03, 25 October 2007 William Graham (Talk | contribs) m (5,660 bytes) (→Other Notable Activities) (undo)
- (cur) (last) ◯  02:57, 25 October 2007 Tabercil (Talk | contribs) (5,659 bytes) (add and cite) (undo)
- (cur) (last) ◯  22:20, 12 October 2007 Wikiwikimoore (Talk | contribs) (5,138 bytes) (Undid revision 164141992 by 67.114.166.165 (talk) incorrect and unsited) (undo)
- (cur) (last) ◯  21:52, 12 October 2007 67.114.166.165 (Talk) (5,144 bytes) (undo)
- (cur) (last) ◯  11:30, 26 September 2007 SmackBot (Talk | contribs) (5,138 bytes) (Set up birth date/death date template and/or general fixes) (undo)
- (cur) (last) ◯  21:47, 20 August 2007 KathrynA (Talk | contribs) (5,125 bytes) (→Sex-related Writing and Activities: Changed wording of Oprah article to be more clear about subject) (undo)
- (cur) (last) ◯  20:46, 20 August 2007 KathrynA (Talk | contribs) (5,126 bytes) (Time-sensitive claims can't be verified -Replacing iTunes ranking from July with reference to Guardian article.) (undo)
- (cur) (last) ◯  20:22, 20 August 2007 KathrynA (Talk | contribs) (5,069 bytes) (cleaned up headers for consistency) (undo)

[ Compare selected versions ]

(Latest | Earliest) View (newer 50) (older 50) (20 | 50 | 100 | 250 | 500)
Retrieved from "http://en.wikipedia.org/wiki/Violet_Blue_%28author%29"

# Revision history of Violet Blue (pornographic actress)

**From Wikipedia, the free encyclopedia**
**View logs for this page**
**(Latest | Earliest) View (newer 50) (older 50) (20 | 50 | 100 | 250 | 500)**
**For any version listed below, click on its date to view it.**
**For more help, see Help:Page history and Help:Edit summary.**
**(cur) = difference from current version, (last) = difference from preceding version,**
** m = minor edit, → = section edit, ← = automatic edit summary**

[ Compare selected versions ]

- (cur) (last) ◉ **23:48, 19 February 2008** Good Olfactory (Talk | contribs) (7,023 bytes) (placed in subcategory) (undo)
- (cur) (last) ◉ **16:46, 14 February 2008** 75.3.119.78 (Talk) (7,014 bytes) (→Career as stripper and porn star) (undo)
- (cur) (last) ○ **17:05, 9 February 2008** Philippe (Talk | contribs) m (moved Violetta Blue to Violet Blue (pornographic actress): [OTRS Ticket#2008012910002991] - BLP subject informs us of name change.) (undo)
- (cur) (last) ○ **16:21, 1 February 2008** King Willan Bot (Talk | contribs) m (7,017 bytes) (robot Modifying: fi:Violetta Blue) (undo)
- (cur) (last) ○ **17:22, 30 January 2008** 63.231.16.186 (Talk) (7,015 bytes) (undo)
- (cur) (last) ○ **17:05, 30 January 2008** 63.231.16.186 (Talk) (7,017 bytes) (undo)
- (cur) (last) ○ **13:15, 30 January 2008** 213.155.231.26 (Talk) (7,161 bytes) (IW fix DE) (undo)
- (cur) (last) ○ **06:28, 30 January 2008** 207.118.2.19 (Talk) (7,159 bytes) (→Return to Washington state) (undo)
- (cur) (last) ○ **06:26, 30 January 2008** 207.118.2.19 (Talk) (7,184 bytes) (→Alleged trademark infringement) (undo)
- (cur) (last) ○ **06:25, 30 January 2008** 207.118.2.19 (Talk) (7,591 bytes) (undo)
- (cur) (last) ○ **06:22, 30 January 2008** 207.118.2.19 (Talk) (7,821 bytes) (→External links) (undo)
- (cur) (last) ○ **06:20, 30 January 2008** 207.118.2.19 (Talk) (7,833 bytes) (→Alleged trademark infringement) (undo)
- (cur) (last) ○ **06:17, 30 January 2008** 207.118.2.19 (Talk) (7,753 bytes) (→Career as stripper and porn star) (undo)
- (cur) (last) ○ **06:00, 30 January 2008** 207.118.2.19 (Talk) (7,138 bytes) (→Career as stripper and porn star) (undo)
- (cur) (last) ○ **04:47, 30 January 2008** Tabercil (Talk | contribs) (7,326 bytes) (rv unsourced edit) (undo)
- (cur) (last) ○ **04:20, 30 January 2008** 63.231.16.186 (Talk) (6,900 bytes) (Revised at the direction of Ada Mae Johnson (actress "Violet Blue")) (undo)
- (cur) (last) ○ **03:55, 30 January 2008** 63.231.16.186 (Talk) (7,679 bytes) (Changed at the

direction of Ada Mae Johnson) (undo)

- (cur) (last) ◯        23:28, 8 January 2008 HTurtle (Talk | contribs) m (7,326 bytes) (changed or-tag to fact as it didn't sound like OR but unverified; polished refs; disambiguation; unlinked years (and few others); some grammar & spelling) (undo)
- (cur) (last) ◯        19:33, 27 December 2007 SmackBot (Talk | contribs) m (7,269 bytes) (Date/fix the maintenance tags or gen fixes using AWB) (undo)
- (cur) (last) ◯        19:08, 27 December 2007 Vinh1313 (Talk | contribs) (7,236 bytes) (lots of statements about her personal life without sources) (undo)
- (cur) (last) ◯        19:07, 27 December 2007 Vinh1313 (Talk | contribs) (7,215 bytes) (→Return to Washington state) (undo)
- (cur) (last) ◯        03:04, 22 December 2007 OKBot (Talk | contribs) m (7,209 bytes) (robot Modifying: fr:Ada Mae Johnson) (undo)
- (cur) (last) ◯        22:19, 21 December 2007 Photouploaded (Talk | contribs) (7,205 bytes) (boyfriend) (undo)
- (cur) (last) ◯        22:15, 21 December 2007 Photouploaded (Talk | contribs) m (7,192 bytes) (→Return to Washington state) (undo)
- (cur) (last) ◯        22:13, 21 December 2007 Photouploaded (Talk | contribs) m (7,182 bytes) (→Return to Washington state: daughter's name) (undo)
- (cur) (last) ◯        21:22, 21 December 2007 Photouploaded (Talk | contribs) m (7,164 bytes) (→External links: re-order) (undo)
- (cur) (last) ◯        21:22, 21 December 2007 Photouploaded (Talk | contribs) (7,165 bytes) (add myspace, contradiction between announcement and use of name on web pages) (undo)
- (cur) (last) ◯        14:27, 16 December 2007 Photouploaded (Talk | contribs) m (6,819 bytes) (sv) (undo)
- (cur) (last) ◯        14:19, 16 December 2007 Photouploaded (Talk | contribs) m (6,815 bytes) (babel) (undo)
- (cur) (last) ◯        16:38, 14 December 2007 Photouploaded (Talk | contribs) m (6,815 bytes) (fr) (undo)
- (cur) (last) ◯        16:37, 14 December 2007 Photouploaded (Talk | contribs) m (6,796 bytes) (iw) (undo)
- (cur) (last) ◯        15:08, 14 December 2007 Photouploaded (Talk | contribs) m (6,794 bytes) (iw) (undo)
- (cur) (last) ◯        12:09, 14 December 2007 Photouploaded (Talk | contribs) m (6,790 bytes) (iw) (undo)
- (cur) (last) ◯        20:08, 11 December 2007 LabFox (Talk | contribs) m (6,786 bytes) (→References: interwiki-fix) (undo)
- (cur) (last) ◯        19:15, 11 December 2007 Photouploaded (Talk | contribs) (6,784 bytes) (fix grammar, add wikilinks) (undo)
- (cur) (last) ◯        18:51, 11 December 2007 Photouploaded (Talk | contribs) m (6,679 bytes) (arrange refs) (undo)
- (cur) (last) ◯        17:23, 11 December 2007 Photouploaded (Talk | contribs) (6,697 bytes) (→Return to Washington state: clarify) (undo)
- (cur) (last) ◯        17:22, 11 December 2007 Photouploaded (Talk | contribs) m (6,693 bytes) (→Early life: wikilink) (undo)
- (cur) (last) ◯        17:22, 11 December 2007 Photouploaded (Talk | contribs) (6,684 bytes) (cite

source) (undo)
- (cur) (last) ◯     **17:20, 11 December 2007** Photouploaded (Talk | contribs) m (6,666 bytes) (fix ref) (undo)
- (cur) (last) ◯     **17:20, 11 December 2007** Photouploaded (Talk | contribs) (6,666 bytes) (add DVD ref, remove from EL, remove EL) (undo)
- (cur) (last) ◯     **17:11, 11 December 2007** Photouploaded (Talk | contribs) m (6,512 bytes) (→External links: rm links used as references) (undo)
- (cur) (last) ◯     **17:10, 11 December 2007** Photouploaded (Talk | contribs) (6,720 bytes) (add sourced info on initial sexual experiences) (undo)
- (cur) (last) ◯     **16:49, 11 December 2007** Photouploaded (Talk | contribs) (6,271 bytes) (Weight and measurements change. She has had two children.) (undo)
- (cur) (last) ◯     **16:46, 11 December 2007** Photouploaded (Talk | contribs) m (6,323 bytes) (→Return to Washington state: minor cleanup) (undo)
- (cur) (last) ◯     **16:45, 11 December 2007** Photouploaded (Talk | contribs) m (6,323 bytes) (→Return to Washington state: pronoun usage) (undo)
- (cur) (last) ◯     **16:44, 11 December 2007** Photouploaded (Talk | contribs) m (6,324 bytes) (→Return to Washington state: Add mention of 2007 "memorabilia sale") (undo)
- (cur) (last) ◯     **16:32, 11 December 2007** Photouploaded (Talk | contribs) m (6,063 bytes) (combine two sentences) (undo)
- (cur) (last) ◯     **16:27, 11 December 2007** Photouploaded (Talk | contribs) m (6,058 bytes) (header) (undo)
- (cur) (last) ◯     **16:26, 11 December 2007** Photouploaded (Talk | contribs) (6,040 bytes) (Change lede, see Talk) (undo)

[ Compare selected versions ]

**(Latest | Earliest) View (newer 50) (older 50) (20 | 50 | 100 | 250 | 500)**
**Retrieved from "http://en.wikipedia.org/wiki/Violet_Blue_%28pornographic_actress%29"**