1  COLETTE VOGELE (SBN No. 192865)
   Email: colette@vogelelaw.com
2  BENJAMIN COSTA (SBN No. 245953)
   Email: ben@vogelelaw.com
3  **VOGELE & ASSOCIATES**
   12 Geary Street, Suite 701
4  San Francisco, CA 94108
   Tel: (415) 391-3311
5  Fax: (415) 358-4975

6  Attorneys for Plaintiff and Counter-defendant
   VIOLET BLUE

7

8              UNITED STATES DISTRICT COURT FOR THE

9                 NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11

12  VIOLET BLUE, an Individual,              Case No. C 07-5370 SI

13        Plaintiff and Counter-defendant,   **[PROPOSED] ORDER STRIKING
                                             FIFTH COUNTERCLAIM AS A
14  v.                                       S.L.A.P.P. PURSUANT TO CAL.
                                             CODE OF CIV. P. § 425.16; AND
15  ADA MAE JOHNSON a/k/a ADA                DISMISSING THE THIRD AND
    WOFFINDEN, an individual d/b/a           FOURTH COUNTERCLAIMS**
16  VIOLET BLUE a/k/a VIOLET a/k/a
    VIOLET LUST; ASSASSIN PICTURES   The Honorable Susan Illston
17  INC., a California Corporation;          Courtroom 10, 19th Floor
    ASSASSINCASH.COM; BILL T. FOX,   450 Golden Gate Avenue
18  an individual, a/k/a BILL FOX; FIVE      San Francisco, CA 94102
    STAR VIDEO L.C., an Arizona Limited
19  Liability Company a/k/a Five Star Video  Hearing Date: April 4, 2008
    Distributors LLC d/b/a Five Star         Hearing Time: 9:00 a.m.
20  Fulfillment; and DOES 1-10

21        Defendants and Counter-claimants.

22

23        Plaintiff VIOLET BLUE's ("Blue") Motion to Strike the Fifth Counterclaim as a

24  Strategic Lawsuit Against Public Participation and Motion To Dismiss the Third and Fourth

25  Counterclaims came on for hearing on April 4, 2008, before this Court, the Honorable Susan

26  Illston presiding. All interested parties were represented by counsel and were given an

27  opportunity to be heard.

28

1
2
3
4
5
6

    The Court, having read and considered the papers submitted, and having heard the
argument of counsel, hereby ORDERS that Blue's Motions are Granted. Defendant Ada Mae
Johnson's (a/k/a Woffinden) fifth counterclaim is struck as a meritless Strategic Lawsuit Against
Public Participation under California Code Of Civil Procedure section 425.16, and Defendant's
third and fourth counterclaims are dismissed without leave to amend. Blue is awarded her
attorney fees and costs.

7      IT IS HEREBY ORDERED.

8      Dated:  April ____, 2008

9
10

_____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28