COLETTE VOGELE (SBN No. 192865)
Email: colette@vogelelaw.com
BENJAMIN COSTA (SBN No. 245953)
Email: ben@vogelelaw.com
**VOGELE & ASSOCIATES**
12 Geary Street, Suite 701
San Francisco, CA 94108
Tel: (415) 391-3311
Fax: (415) 358-4975

Attorneys for Plaintiff and Counter-defendant
VIOLET BLUE

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VIOLET BLUE, an Individual, | Case No. C 07-5370 SI |
| Plaintiff and Counter-defendant, | **CORRECTED DECLARATION OF COLETTE VOGELE IN SUPPORT OF PLAINTIFF VIOLET BLUE'S NOTICE OF MOTION AND (1) SPECIAL MOTION TO STRIKE FIFTH COUNTERCLAIM AS A MERITLESS S.L.A.P.P. PURSUANT TO CODE OF CIV. PROC. § 425.16; AND (2) MOTION TO DISMISS THIRD AND FOURTH COUNTERCLAIMS** |
| v. | |
| ADA MAE JOHNSON a/k/a ADA WOFFINDEN, an individual d/b/a VIOLET BLUE a/k/a VIOLET a/k/a VIOLET LUST; ASSASSIN PICTURES INC., a California Corporation; ASSASSINCASH.COM; BILL T. FOX, an individual, a/k/a BILL FOX; FIVE STAR VIDEO L.C., an Arizona Limited Liability Company a/k/a Five Star Video Distributors LLC d/b/a Five Star Fulfillment; and DOES 1-10 | |
| | The Honorable Susan Illston
Courtroom 10, 19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102 |
| Defendants and Counter-claimants. | Hearing Date: April 4, 2008
Hearing Time: 9:00 a.m. |

I, Colette Vogele, declare as follows:

1. I am a member of the State Bar of California, admitted to practice before this Court, founding attorney of Vogele & Associates, and attorney of record for Plaintiff and movant Violet Blue ("Blue") herein. The facts contained in this declaration are known personally to me and, if called as a witness, I could and would testify competently thereto under oath.

1    2.    My declaration on file with this Court as Docket 43 was filed erroneously. This declaration is the correct version, and there are no substantive changes other than revised exhibit references and one deletion. Specifically, paragraph 13 of the original declaration is deleted in this version. Further, the print date of Exhibit F was erroneously cited as February 25, 2008, and the correct date is January 28, 2008 (see para. 8). The second sentence of paragraph 7 of the original declaration is deleted. The reference to "International Movie Database" in the original declaration has been corrected to "Internet Movie Database" (see para. 6). The reference to "Gizmondo" in the original declaration has been corrected to "Gizmodo" (see para. 19). Lastly, Exhibits W-1 and W-2 have been added by new paragraphs 24 and 25.

3.    Attached hereto as Exhibit A is a true and correct copy of a printout dated February 25, 2008, of an article entitled "Now Playing on Apple's iTunes: Adult-Oriented Podcasts", from the website of The Wall Street Journal (http://online.wsj.com/public/article/SB112199964473193071-wHD0jEWmn1XrxuhE5HgGCs4siD0_20060721.html?mod=tff_main_tff_top).

4.    Attached hereto as Exhibit B is a true and correct copy of a printout of a webpage titled "In Pictures: The Web Celeb 25 – Forbes.com" dated February 25, 2008, from Forbes.com (http://www.forbes.com/2007/01/23/web-celeb-25-techmedia_ cx_de_06webceleb_0123top_slides_26.html?thisSpeed=30000).

5.    Attached hereto as Exhibit C is a true and correct copy pages 18, 186 and 187 of *O: the Oprah Magazine* for July 2007.

6.    Attached hereto as Exhibit D is a true and correct copy of a printout dated February 25, 2008, from the Internet Movie Database website entry for "Violet Blue" (http://www.imdb.com/name/nm1013326/).

7.    Attached hereto as Exhibit E is a true and correct copy of a printout dated February 25, 2008, from the website of the Exotic Erotic Ball (http://exoeroball.com/em/062306/) referencing the appearance of "Violet Blue" for the 2006 Exotic Erotic Ball.

1        8.      Attached hereto as Exhibit F is a true and correct copy of a partial printout dated January 28, 2008, of an entry from Plaintiff Blue's website dated October 27, 2006 (http://www.tinynibbles.com/blogarchives/2006/10/i-am-teh-real-vb-i-am-all-the-violet-blueyoull-ever-need.html/).

9.      Attached hereto as Exhibit G is a true and correct copy of a printout dated February 25, 2008, from the website titled "The TWiT Netcast Network with Leo Laporte" and reflecting Episode 86 of the program "this WEEK in TECH" and the on-line notes relating to that program (http://twit.tv/86/).

10.    Attached hereto as Exhibit H is a true and correct copy of a printout of a blog entry entitled "Violet Blue and the 'Moose Lodge'" dated February 25, 2008, from the website of the San Francisco Chronicle entitled "SFGate: Culture Blog! : Violet Blue and the 'Moose Lodge'" (http://www.sfgate.com/cgi-bin/blogs/sfgate/detail?blogid=3&entry_id=13187/).

11.    Attached hereto as Exhibit I is a true and correct copy of a document bearing production number VB00096 which was produced to Defendant Johnson on January 17, 2008, with Plaintiff Blue's Rule 26(a)(1) initial disclosures.

12.    Attached hereto as Exhibit J is a true and correct copy of a document bearing production numbers VB00213 through VB00220 which were produced to Defendant Johnson on January 17, 2008, with Plaintiff Blue's Rule 26(a)(1) initial disclosures.

13.    Attached hereto as Exhibit K is a true and correct copy of a printout dated February 25, 2008, from another website of the Exotic Erotic Ball (http://www.exoticeroticball.com/) referencing the appearance of "Violet Blue" for the 2008 Exotic Erotic Ball.

14.    Attached hereto as Exhibit M is a true and correct copy of a printout dated February 25, 2008, of an article entitled "Violet Blue Memorabilia Sale," from the Adult Industry News website (http://www.ainews.com/story/12193/).

/ / /

/ / /

15. Attached hereto as Exhibit N is a true and correct copy of a printout dated February 25, 2008, of an article entitled "Legal Battle Ensues Between the Two Violet Blues", from the Adult Video News website (http://www.avn.com/index.cfm?objectID=d3d256ea-0408-6044-8a0880b3a36be003&slid=268442).

16. Attached hereto as Exhibit O is a true and correct copy of a printout dated February 25, 2008, of an article entitled "Analysis: Violet Blue v. Violet Blue," from the Adult Video News website (http://www.avn.com/printFriendly.cfm?objectID=168F719A-9191-D4B0-87295A93B3801995&sitesection=law).

17. Attached hereto as Exhibit P is a true and correct copy of a printout dated February 25, 2008, from the ErosZine website (http://www.eros-london.com/articles/2007-10-30/newsbriefs103007/).

18. Attached hereto as Exhibit Q is a true and correct copy of a printout dated February 25, 2008, of an article entitled "Sex Writer Violet Blue Sues Porn Star Violet Blue Over Name – Updated" posted at the Wired Blog Network website (http://blog.wired.com/27bstroke6/2007/10/sex-journo-viol.html/).

19. Attached hereto as Exhibit R is a true and correct copy of a printout dated February 25, 2008, from an article entitled "Press: Sex Ed Blogger Violet Blue to Start TWaT, the All-Girl Tech Podcast?" from Gizmodo.com (http://gizmodo.com/gadgets/press/sex-edblogger-violet-blue-to-start-twat-the-all+girl-tech-podcast-233732.php?mail2=true ).

20. Attached hereto as Exhibit S is a true and correct copy of a printout dated February 25, 2008, from the South By Southwest Interactive website (http://2008.sxsw.cohttp://2008.sxsw.com/blogs/ia.php/2007/10/).

21. Attached hereto as Exhibit T is a true and correct copy of a printout dated February 25, 2008, of a blog entry entitled "Blue Monday: If Sex Educators Could Make A Living Wage, Would We Sue To Protect Our Brand?" from the website Sexerati.com (http://www.sexerati.com/2007/10/25/blue-monday-if-sex-educators-could-make-a-living-wagewould-we-sue-to-protect-our-brand/).

22. Attached hereto as Exhibit U is a true and correct copy of a printout dated February 25, 2008, of an entry entitled "Will the Real 'Violet Blue' Please Stand Up; Writer-Blogger Sues Porn Star Over Name Use" from the Blogonaut blog (http://blogonautblogonaut.blogspot.com/2007/10/will-real-violet-blue-please-stand-up.html).

23. Attached hereto as Exhibit V is a true and correct copy of a printout dated February 25, 2008, entitled "Pornstar Violet Blue Changes Name", from the Adult Industry News website (http://ainews.com/story/12515/).

24. Attached hereto as Exhibit W-1 is a true and correct copy of a printout dated February 25, 2008, of the Wikipedia "Revision history of Violet Blue (author)" (http://en.wikipedia.org/w/index.php?title=Violet_Blue_%28author%29&action=history).

25. Attached hereto as Exhibit W-2 is a true and correct copy of a printout dated February 25, 2008, of the Wikipedia "Revision history of Violet Blue (pornographic actress)" (http://en.wikipedia.org/w/index.php?title=Violet_Blue_%28pornographic_actress%29&action=history).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 26th day of February, 2008, at San Francisco, California.

/S/
Colette Vogele