

*Now Playing* *Movie/TV News* *My Movies* *DVD New Releases* *IMDbTV* *Message Boards* *Showtimes & Tickets* *IMDbPro* *IMDb Resume*

Login | Register

Home | Top Movies | Photos | Independent Film | GameBase | Browse | Help
search

[ All ▼ ] [         ] [go] more | tips



**IMDb** > **Violet Blue**

SHOP *VIOLET BLUE*
amazon.com  DVD  VHS  CD

# Violet Blue

photos  board  add    contact  details

### Overview

| | |
|---|---|
| Date of Birth: | 27 March 1977, Aberdeen, Washington, USA  more ▸ |
| Mini Biography: | Violet Blue was born in Aberdeen, Washington. A former cheerleader, she...  more ▸ |
| Awards: | 1 win  more ▸ |
| Alternate Names: | Ada Mae Johnson / Violet Lust / Violet |



### Filmography

Jump to filmography as: **Actress**, **Thanks**, **Self**

**Actress:**

| | | |
|---|---|---|
| 2000s | 1. | Barefoot Confidential 48 (2007) (V) |
| 1990s | 2. | Substitute Teacher (2007) (V) |
| | 3. | Kick Ass Chicks 35: Pigtails (2006) (V) |
| | 4. | 3-Way Divas (2006) (V) |
| | 5. | Ass Angels 5 (2006) (V) |
| | 6. | Ass Lovers 1 (2006) (V) |
| | 7. | Bang My White Tight Ass 26 (2006) (V) |
| | 8. | Fantastic 4 on the Floor (2006) (V) |
| | 9. | Group Sex 5 (2006) (V) |
| | 10. | Head Master 2 (2006) (V) |
| | 11. | Playgirl: Deep Indulgence (2006) (V) |
| | 12. | Playgirl: Romantic Desires (2006) (V) |

**Quicklinks**
[ categorized ▼ ]

**Top Links**
- biography
- by votes
- awards
- news articles
- message board

**Filmographies**
- categorized
- by type
- by year
- by ratings
- by votes
- by TV series
- awards
- titles for sale
- by genre
- by keyword
- power search
- credited with
- tv schedule

**Biographical**
- biography
- other works
- publicity
- contact
- photo gallery
- resume

- news articles
- message board

**External Links**
- official sites
- miscellaneous
- photographs
- sound clips
- video clips

**Sponsored Links**

**Eliminate Cellulite**
2008 Cellulite Breakthrough. As Seen on Oprah and CNN.
CaptivaSkinc…

**Thomas Edison State College**
Complete your degree. Flexible schedules. Online courses.
www.tesc.edu

**Alternative To Open Back Surgery**
World Leader of Arthroscopic Procedures for Back and Neck Conditions!
www.laserspi…

Get listed here

13. Playgirl: Stripped (2006) (V)
14. Blondes 90210 (2005) (V)
15. F.I.L.T.H. Hunters (2005) (V) …. Sophia
16. Anal Haven (2005) (V)
17. Balls Deep 9 (2005) (V)
18. Barefoot Confidential 34 (2005) (V)
19. Black Balled 3 (2005) (V)
20. Black in White 2 (2005) (V)
21. Brooke's Bitches (2005) (V)
22. Cum Gums 3 (2005) (V)
23. Guide to Threesomes: Two Guys & a Girl (2005) (V)
    … aka Nina Hartley's Guide to Threesomes: Two Guys & a Girl (USA: complete title)
24. Here's the Thing About Young Chicks (2005) (V)
25. Home Party Fantasies (2005) (V)
26. Honey We Blew Up Your Pussy (2005) (V)
27. Hot Blondes Rock My Cock (2005) (V)
28. Playgirl: Erotic Encounters (2005) (V)
29. Pop 3 (2005) (V)
30. Prisoner (2005) (V)
31. Pussy Party 12: Anal Mimosas (2005) (V)
32. Sex on Demand (2005) (V)
33. Shameless (2005) (V)
34. She Sucks! (2005) (V)
35. Signature Series 14: Violet Blue (2005) (V)
36. Strap-on Bitches: In Training (2005) (V)
37. Wild in Vegas (2005) (V)
38. Wonderland (2005) (V)
39. XXX on Demand (2005) (V)
40. Attack of the Virgin Mummies (2004) (V) (as Ada Mae Johnson)
    …. Ananka
41. 100% Blowjobs 30 (2004) (V)
42. The 8th Sin (2004) (V)
43. Absolutely Adorable (2004) (V) …. Assassin
    … aka (Kylie Wilde Is) Absolutely Adorable (USA)
44. The Art of Anal 1 (2004) (V)
45. Babysitters Gone Bad (2004) (V)
46. Bang My White Tight Ass 17 (2004) (V)
47. Barely Legal All Stars 1 (2004) (V)
48. Broken In (2004) (V)
49. Camera Club (2004) (V)
50. Chasing Destiny (2004) (V)
51. Chasing Reality (2004) (V)
52. Cheeks 14 (2004) (V)
53. Cherry Poppers the College Years 13 (2004) (V)
54. Dirty Little Devils 1 (2004) (V)
55. Erotica XXX 8 (2004) (V)
56. Every Man's Fantasy (2004) (V)
57. Eye Candy 3 (2004) (V)
58. Group Sex 4: Bottoms Up (2004) (V)
59. Inseminated by 2 Black Men (2004) (V)
60. I Survived a Rodney Blast 3 (2004) (V)
61. Jerky Girls 3 (2004) (V)
62. Jerky Girls 6 (2004) (V)
63. Lonely Housewives (2004) (V)
64. M.I.L.F. Money 7 (2004) (V)
65. Nuttin' Hunnies (2004) (V)
66. Only the Best Teen (2004) (V)
67. Playgirl: Burning Lust (2004) (V)
68. Porking with Pride (2004) (V)
69. Reality Sucks (2004) (V)
70. Sex Trainer (2004) (V)
71. Star Quality (2004) (V)
72. Stop! My Ass Is on Fire 11 (2004) (V)
73. Sugar Daddy 24 (2004) (V)
    … aka Dirty Dave's Sugar Daddy 24 (USA: complete title)
74. Tell Me What You Want 3 (2004) (V)

75. Tight & Fresh 2 (2004) (V)
76. Ultimate DP Gangbang (2004) (V)
77. Wet Brunettes 2 (2004) (V)
78. Wild Things on the Run (2004) (V)
79. The Word Man Does Pornstars (2004) (V)
80. Fast Times at Deep Crack High 13 (2003) (V)
81. Cheerleader School (2003) (V)
    ... aka Jim Holliday's Cheerleader School (International: English title: long title)
82. 5 Guy Cream Pie 3 (2003) (V)
83. Summer Camp Sun Bunnies (2003) (V)
84. Kelly the Coed 13 (2003) (V)
85. 100% Blowjobs 22 (2003) (V)
86. 2 Freaky 4 U 2 (2003) (V)
87. The Alley (2003/II) (V)
88. Anal Trainer 2 (2003) (V)
89. Ass Lickers (2003) (V)
90. Being Porn Again (2003) (V)
91. Bigg Z and the Beauties (2003) (V)
92. Blow Me Sandwich 3 (2003) (V)
93. Charm School Brats (2003) (V)
94. Cheerleader Pink (2003) (V)
95. Cumstains 2 (2003) (V)
96. Deep in Cream (2003) (V)
97. Deep Pink (2003) (V)
98. Double Dippin' (2003) (V)
99. Droppin' Loads 1 (2003) (V)
100. Eternal Virgins (2003) (V)
101. Extreme Behavior 2 (2003) (V)
102. The Fans Have Spoken 4 (2003) (V)
103. Gorgeous Tails (2003) (V)
104. Guide to Younger Women Older Men Sex (2003) (V)
     ... aka Nina Hartley's Guide to Younger Women Older Men Sex (USA: complete title)
105. International Tushy (2003) (V)
106. In the Garden of Shadows (2003) (V)
107. Naked Hollywood 19: Happy Birthday, Baby (2003) (V)
108. Naughty Little Nymphs (2003) (V)
109. Open Up and Say Ahhh (2003) (V)
110. Post Modern Love (2003) (V)
111. Six Degrees of Penetration (2003) (V)
112. Smokin' in the Girls Room 3 (2003) (V)
113. Sodomania 41 (2003) (V)
114. Soloerotica 4 (2003) (V)
115. The Sopornos 6 (2003) (V)
116. Sportf*cking (2003) (V)
117. Teen Sensations 4 (2003) (V)
118. Total Exposure (2003) (V)
119. Train My White Ass 5 (2003) (V)
120. Twisted Minds (2003) (V)
121. Who's Your Daddy? 3 (2003) (V)
122. Women in Uniform (2003) (V)
123. Your Time Is Up (2002) (V)
124. The Fear of Speed (2002) (V) (as Ada Mae Johnson) .... Brittany Sears
     ... aka Tachophobia: The Fear of Speed (USA)
     ... aka The Ultimate Fear of Speed (USA: cut version)
125. Filthy Little Cocksuckers (2002) (V) .... Violet
126. Floss (2002) (V)
     ... aka Jim Holliday's Floss (USA: complete title)
127. Anal Addicts 9 (2002) (V)
128. Assficianado 2 (2002) (V)
129. Behind the Scenes of 'Dripping Wet Sex' (2002) (V)
130. Blowjob Fantasies 14 (2002) (V)
131. Dripping Wet Sex 3 (2002) (V)
132. Flash Flood 6 (2002) (V)
133. Kick Ass Chicks 3: Violet Blue (2002) (V)

134. Kung Fu Girls 2 (2002) (V)
135. Legal Skin 3 (2002) (V)
136. Naughty Bedtime Stories (2002) (V)
137. Pussyman's Teenland (2002) (V)
138. Pussy Whipped (2002) (V)
139. Shane's World 28: Devil's Punchbowl (2002) (V) .... Violet
140. Sweatin' It 2 (2002) (V)
141. Too Many Blonde Moments (2002) (V)
142. The Younger the Berry the Sweeter the Juice 2 (2002) (V) .... Girl In Parking Lot (Violet)
143. Young Sluts, Inc. 6 (2002) (V)
144. Teachers Pet (2001) (V) .... Girl With Apple
145. Magic Touch 3 (2001) (V) .... Lila
146. Try a Teen 4 (2001) (V)
147. Amateur Angels 1 (2001) (V)
148. Barefoot Confidential 14 (2001) (V)
149. Barefoot Confidential 15 (2001) (V)
150. Barely Legal 11 (2001) (V)
151. Beauty & the Bitch (2001) (V)
152. Bend Over and Say Ahh 4 (2001) (V)
153. Extreme Teen 14 (2001) (V)
154. Grrl Power! 5 (2001) (V)
155. Gutter Mouths 21 (2001) (V)
156. I've Never Done That Before (2001) (V)
157. Liquid Gold 7 (2001) (V)
158. Naughty Little Nymphos 7 (2001) (V)
159. North Pole #23 (2001)
160. White Trash Whore 22 (2001) (V)
161. Whore of the Rings (2001) (V)
162. Young and Anal 23 (2001) (V)
163. Un-Natural Sex (2000) (V)
164. Bottom Feeders 3 (2000) (V)
165. Liquid Gold 4 (2000) (V)
166. Specs Appeal (2000) (V)

167. S.M.U.T. 14 (1999) (V)

**Thanks:**

1. Abbey of Thelema (2007) (special thanks)

**Self:**

1. "Cathouse: The Series" (2005) TV series .... Herself (unknown episodes)
2. "Pornucopia: Going Down in the Valley" .... Herself (1 episode, 2004)
   ... aka Pornucopia (short title)
   - Questions, Anyone? (2004) TV episode .... Herself
3. "Howard Stern" .... Herself (1 episode, 2003)
   - Episode dated 1 December 2003 (2003) TV episode .... Herself
4. A.T. (2002) (V) .... Herself
5. Adult Video News Awards 2002 (2002) (V) .... Herself
6. Caution: Your Azz Is in Danger 2 (2001) (V) .... Herself (Violet Blue)
   ... aka Michael Stefano's Caution: Your Azz Is in Danger! #2 (USA: complete title)

## Additional Details

**Publicity Listings:** 3 Pictorials  more▸

**Genres:** Adult / Comedy / Documentary  more▸

**Plot Keywords:** Sex / Hardcore / Female Nudity / Nudity  more▸

**STARmeter:** ❓   ▼ **24%** since last week  **why?**

## Message Boards

Discuss this name with other users on [IMDb message board for Violet Blue](#)

**Ads by Google**

**Inside the Oscars®**
The Drama, The Dresses, The Parties The Oscars® Are Finally Here!
www.InsideEdition.com

**Catch The Top Premieres**
Get HBO & Receive Cinemax at No Additional Cost for 12 months!
www.yourTWC.com/getHBO

**Actor Biography**
Actors Wanted - LA Casting Calls Apply To Casting Directors Online
www.StarNow.com/Actors-Wanted/LA

**Find where Violet Blue is credited alongside another name**

Violet Blue & [____] go

You may report errors and omissions on this page to the IMDb database managers. They will be examined and if approved will be included in a future update. Clicking the 'Update' button will take you through a step-by-step process.

With our Resume service you can add photos and build a complete resume to help you achieve the best possible presentation on the IMDb.
**Click here to add your resume and/or your photos to IMDb.**

Home | Search | Now Playing | News | My Movies | Games | Boards | Help | US Movie Showtimes |
Top 250 | Register | Recommendations | Widgets
Box Office | Index | Trailers | Jobs | **IMDbPro.com - Free Trial** | **IMDb Resume**

Copyright © 1990-2008 IMDb.com, Inc.
Terms and Privacy Policy under which this service is provided to you.
An amazon.com company. Advertise on IMDb. License our content.