1    COLETTE VOGELE (SBN No. 192865)
     Email: colette@vogelelaw.com
2    BENJAMIN COSTA (SBN No. 245953)
     Email: ben@vogelelaw.com
3    **VOGELE & ASSOCIATES**
     12 Geary Street, Suite 701
4    San Francisco, CA 94108
     Tel: (415) 391-3311
5    Fax: (415) 358-4975

6    Attorneys for Plaintiff and Counter-defendant
     VIOLET BLUE

7

8           UNITED STATES DISTRICT COURT FOR THE

9             NORTHERN DISTRICT OF CALIFORNIA

10              SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12   VIOLET BLUE, an Individual, | Case No. C 07-5370 SI |
| 13       Plaintiff and Counter-defendant, | **EXHIBITS J-N** |
| 14       v. | **TO THE <u>CORRECTED</u> DECLARATION OF COLETTE VOGELE IN SUPPORT OF PLAINTIFF VIOLET BLUE'S NOTICE OF MOTION AND (1) SPECIAL MOTION TO STRIKE FIFTH COUNTERCLAIM AS A MERITLESS S.L.A.P.P. PURSUANT TO CODE OF CIV. PROC. § 425.16; AND (2) MOTION TO DISMISS THIRD AND FOURTH COUNTERCLAIMS** |
| 15   ADA MAE JOHNSON a/k/a ADA WOFFINDEN, an individual d/b/a | |
| 16   VIOLET BLUE a/k/a VIOLET a/k/a VIOLET LUST; ASSASSIN PICTURES | |
| 17   INC., a California Corporation; ASSASSINCASH.COM; BILL T. FOX, | |
| 18   an individual, a/k/a BILL FOX; FIVE STAR VIDEO L.C., an Arizona Limited | |
| 19   Liability Company a/k/a Five Star Video Distributors LLC d/b/a Five Star | |
| 20   Fulfillment; and DOES 1-10 | The Honorable Susan Illston Courtroom 10, 19th Floor 450 Golden Gate Avenue San Francisco, CA 94102 |
| 21       Defendants and Counter-claimants. | |
| 22 | |
| 23 | Hearing Date: April 4, 2008 Hearing Time: 9:00 a.m. |

24

25

26

27

28