

VB00213

## IT'S THE ULTIMATE FANTASY, AND YOU'RE THE STAR

## IT'S PART MARDI GRAS, PART BURLESQUE, AND PART ROCK CONCERT. YET IT'S TOTALLY UNIQUE. THE EXOTIC EROTIC BALL IS A CELEBRATION OF HUMAN SEXUALITY AND FREEDOM OF EXPRESSION. IT'S A LINGERIE, FETISH, MASQUERADE AFFAIR.



Perry Mann          Louis Abolafia

### A NOTE FROM PERRY MANN, FOUNDER

It's now been 28 years since Louis Abolafia and I founded the Exotic Erotic Ball. Louis was best known for coining the phrase "Make Love, Not War", and we created the Ball as an extension of that philosophy. We are pleased that so many people come together to celebrate such a worthy concept.

Every year, we are challenged to make the Ball even more special, and this year I think we have outdone ourselves. Our talent lineup is very strong, and there are two things of which I am especially proud: First, we commissioned 6 notable artists to create original art depicting "Make Love Not War" and they all did masterful jobs. We'll be showcasing that art in the South Hall during the Expo and Ball.   Second, we've finally been able to book the fabulous Peaches, and when she performs as our closing act, she will be accompanied by Vau de Vire Society who has choreographed breathtaking acrobatics to her music.

On Friday night before the Ball, Snoop Dogg will perform a benefit concert for the Healing Circle. And our Exotic Erotic Expo has expanded again, and will be open Friday afternoon and evening, plus Saturday afternoon, and of course during the Ball. The Expo is a great place to shop for your outfit before the Ball.

Make Love, Not War - it was once was the battle cry of our entire youth culture, but given world events today, it's never been a truer, more appropriate message.  I miss Louis, and I can't wait to feel his spirit soar again, as I do every year at the Ball. I think he'll really be smiling this year.

PERRY MANN

### FREQUENTLY ASKED QUESTIONS ...

**How old do you need to be to go to the Exotic Erotic Ball and Expo?** For the Ball, 21 over - with ID, please. For the Expo, it's 18 and over.

**If I buy a ticket to the Ball, does that also get me into the afternoon Expo?** No, the Expo on Friday and on Saturday afternoon is a separate ticket. But – the Expo will also be open during the Ball, for Ball ticketholders.

**Can I take still pictures?** Yes, you can take still pictures. Cameras are allowed.

**Can I shoot video?** Nope, sorry, not unless you work for the Ball or you are with an approved media outlet, with necessary credentials in advance.

**Do I need to dress up for the Ball and if so, in what fashion?** The dress-up is not a requirement, but it is a big part of the show. We highly recommend everyone dressing in lingerie, pajamas, fetish, masquerade or costume. Dress as sexy as you want. Our motto is: Everyone's A Star at the Exotic Erotic Ball.  So dress like one! Side note, We will be holding our three famous contests - Ms. Exotic Erotic, Mr. Exotic Erotic and Best Costume. Everyone who attends is welcome to try and qualify.

**What should I wear to the Ball?** This question is so important, we asked it twice. Wear lingerie, fetish attire, masquerade, costume, pajamas or something that makes you look outrageously sexy!

**Is nudity allowed?** We post signs everywhere that say, No Nudity...but do people listen? We wish they did. **No public nudity, please** . Remember to carry your ID if you want to drink alcohol.

**Is groping allowed?** Dude, you just can't start groping people, not here, not anywhere. Would you want people indiscriminately groping you? We'll answer that for you - no, you would no! At the Exotic Erotic Ball, the operative word is respect. If you keep in mind that lots of people are feeling sexy and aroused, then you will realize that it is OK to ask someone if you can touch. Yes - it is OK to ask. But respect the answer. If it's not the answer you wanted, then ask someone else. Remember - if you grope, you leave. But - if it is consensual, then ... well, then it's not really groping, it's fondling.

**Is there an After Party this year?** Yes, it is at the Gold Club on Sunday October 29th, 1:30AM to 6AM. Enrique of Surreal SF joins us again to host the wildest and craziest after-party ever !

**What is the difference between a General Admission ticket and a VIP ticket to the Ball?** The General Admission ticket will allow you access everywhere in the 3 rooms, including the main stage with the musical acts & contests, plus Burlesque Stage with the exotic & erotic performances, the Fetish Stage and S&M Dungeon, the Bling Bling electronic stage, and into the Expo featuring all the exhibits and the animation festival. The VIP ticket will allow you the following extras: priority entry into the Ball, and entry into the VIP room. The VIP room hosts a VIP reception with celebrities and porn stars from 9pm to 10:30pm , serves complimentary hors d'oeuvres, and features special performances, music, and interactive side shows. VIP's also get backstage access for mingling with the celebrities and adult stars, one free drink at the bar, a goodie bag, and special souvenirs.

**Can I buy a ticket at the door to the Ball or Expo?** Yes, tickets are sold at the door.

**Tell me more about the Exotic Erotic Expo and do I want to go to both that and the Ball?** Even if you cannot make it to the Ball, you do not want to miss the Expo. It is a great show at an incredible price. The Expo is open to the public Friday, from Noon to 6PM (only $20) and again from 7PM til 11PM ($35, includes Snoop benefit performance), and Saturday from Noon to 6pm (only $20). Visit www.exoticeroticexpo.com.

**Will there be a place for me to check my coat at the Ball?** Yes, there will be a coat check at the Ball.

**Is there a special place to park for the Ball or Expo?** There is lots of parking and this is provided by the venue, not by us. There are no in & outs from the Ball or with your car in the parking lot, or you have to pay again. But there are plenty of spots.

---

### PERRY MANN'S 28TH ANNUAL
## EXOTIC EROTIC BALL
### SATURDAY, OCTOBER 27 COW PALACE, SF; 8PM TIL 2AM

**BALL HOTLINE: 415-567-BALL**
**BALL WEBSITE: WWW.EXOTICEROTICBALL.COM**

**TICKETS AVAILABLE ONLINE THRU TICKETMASTER.COM,**
**AT ANY TICKETMASTER LOCATION, OR BY PHONE AT 415-421-TIXS.**
**TICKETS WILL ALSO BE AVAILABLE AT THE DOOR**



VB00215



*FIND*
*FRIENDLY*
*PUSS*

**backpage.com**
**APTS/JOBS/STUFF**

FREE ONLINE CLASSIFIEDS FROM THE SF WEEKLY

# KINK.COM
## MODEL CALL

Attractive/Fit Ages 18-35 for
Adult Productions in the Bay Area

**Females:**
• g/g sexual wrestling (no male contact)
• solo masturbation
• bondage & light S&M Male/Female Contact
• female exclusive sites

**TS Women:**
• TS Women to dominate male subs sexually

**Males:**
• Submissive men dommed
  by women
• Submissive bi-curious
  men dommed by TS Women



*Apply Online at: www.kink.com/modelcall*



VISIT THE NEW
# eros.com™
ALL THINGS EROTIC™

*Celebrating our 10th year!*

EROS-GUIDE.COM: Contact Info and Photos for Escorts, Massage,
BDSM, Fetish, Transsexuals, Tantra, Dancers and more.
Covering the United States, Canada and the UK.

EROS-ZINE.COM: Interviews, Galleries, Reviews, Commentary,
Pictorials, Events, the Politics of Sex and more.

**PROUD SPONSORS OF THE 28th**
**EXOTIC EROTIC BALL '07**
**SAT, OCT 27, COW PALACE**

eros.com EXOTIC
EROS  ZINE  EROTIC
STORMY LEATHER  BALL '07

Stockroom.com
VARIATIONS  Gartique

BEST OF THE BAY
1999-2007

2  SF WEEKLY  EXOTIC EROTIC 2007  sfweekly.com

VB00214
















4  SF WEEKLY  EXOTIC EROTIC 2007  sfweekly.com













VB00217

## MUSIC, DANCING, BURLESQUE, MASQUERADE, AND A BIT OF THE BIZARRE

### ARENA STAGE

Presented by XFANZ





L to R: Peaches, Spyderz, Vau de Vire Society, Black Betty, MC
Paul Nathan, The Unauthorized Rolling Stones

8:05pm: Doors open
8:05pm: Welcome
8:45pm: Erotic Dancers
6:50pm: Perry Mann Special Guest
8:55pm: Leonid The Magnificent
9:00pm: Spyderz
9:40pm: Lusty Ladies
9:45pm: Rebecca's Rubber Room
9:50pm: Club Jenna Girls
9:55pm: TBA
10:00pm: Black Betty
10:40pm: Lusty Ladies
10:45pm: Vau De Vire Society
10:50pm: Devinn Lane & Adult Stars
10:55pm: Leonid the Magnificent
11:05pm: Men of Exotica
11:10pm: Unauthorized Rolling Stones
12:00pm: Vau De Vire Society
12:05pm: Chippendales
12:10pm: Perry Mann
12:15pm: Contest
1:10pm: Peaches

#### FRESH OYSTERS

TIKI TOM'S CATERING will be serving these little aphrodisiacs all thru the Expo, and at the Ball – shooter style!

#### WASH IT DOWN WITH...

LAGUNITAS – our favorite beer 5 years running. Love and Ice – our official cocktail, combining JOHNNY LOVE'S VODKA with LIQUID ICE ENERGY DRINK (the best tasting energy drink on the market by far). Or – for the more sophisticated palate – we have fine wine from EROTIC CELLARS. Its white wine is called ForPlay, truly a prelude to whatever comes next. And, its perfectly balanced Cabernet is crafted in precisely 69 barrels, no more, no less. We will be featuring wine tastings with our adult stars throughout the weekend.

### BLING BLING

Presented by Enrique and Surreal SF





L to R: Donald Glaude, Bubba Sparxxx, Charlie Brechtel Band, DJ Trevor Simpson, Enrique and The Surreal Devil Girls

8:45pm: Charlie Brechtel Band
9:45pm: Doxy
10:45pm: Mini Kiss
11:20pm: Live Breakdancing
11:30pm: Bubba Sparxxx
12:10pm: Bella Bling & the Surreal Devil Girls
12:15pm: DJ Trevor Simpson
12:40pm: DJ Ron Reeser
1:00am: DJ Donald Glaude

### ★ FETISH STAGE ★

Presented by Socialkink.com

We've got bondage, humiliation, and some flogging for good measure. Jean Bardot does the honors this year, and we're damn lucky to have her.

### THEATER

Presented by Clips4Sale.com

Clips4sale.com features real people doing real things. Sometimes, they are doing real nasty things. Once you download a clip, you keep it forever. Overall, we have to say that they are probably the hottest video site on the net. In addition to showing their clips, the theatre will also be featuring the Spike & Mike Sick and Twisted Festival of Animation.

### OVER $10,000 IN CASH AND PRIZES FOR BEST COSTUMES

### AFTER PARTY

Join Enrique from Surreal SF, his smokin' hot Devil Girls after the Ball. The After Party keeps going til 7AM. After Party Tix at www.eventvibe.com.

### NEED TRANSPORT TO THE BALL?

Why drive? For limo service with a smile, contact our good friend Lorenzo at info@thevlptransportation.com or 650-595-8629. Lincoln, stretch, SUV stretch, party buses, you name it. They'll get you there safely, swiftly, and in style.

### BURLESQUE STAGE

Presented by XBIZ



L to R: Chippendales & Rebecca, Leonid The Magnificent, Fudgie Frottage

8:05pm: DJ Delachaux
8:45pm: Vau de Vire Society
9:00pm: Fudgie Frottage
9:05pm: Corey Shanks Hand Balancer
9:10pm: Exotic Erotic Dancers
9:15pm: TBA
9:20pm: TBA
9:30pm: Exotic Erotic Dancers
9:30pm: Doc Popular
9:35pm: Exotic Erotic Dancers
9:40pm: Fudgie Frottage
9:45pm: Xquisite Taste
10:00pm: Vau de Vire Society
10:05pm: Exotic Erotic Dancers
10:10pm: Chippendales
10:15pm: Exotic Erotic Dancers
10:30pm: Vau de Vire Society
10:35pm: Corey Shanks Hand Balancer
10:40pm: Fudgie Frottage
10:45pm: Rebecca's Rubber Room
10:55pm: Naughty School Girls
11:00pm: Vau de Vire Society
11:05pm: Chippendales
11:10pm: Xquisite Taste
11:25pm: Barely Legal: Time Warp
11:30pm: Exotic Erotic Dancers
11:35pm: Vau de Vire Society
11:40pm: Leonid the Magnificent
11:45pm: Doctor Popular
11:50pm: Rebecca's Rubber Room
12:00pm: Barely Legal: Time Warp
12:05pm: Xquisite Taste
12:20pm: Leonid the Magnificent
12:25pm: Men of Exotica
12:30pm: Rebecca's Rubber Room
12:35pm: Exotic Erotic Dancers
12:45pm: Gooferman
1:35pm: Parade

www.exoticeroticball.com

VB00218

# THE EXOTIC EROTIC EXPO
## The HOTTEST /COOLEST SHOW IN THE BAY

FEATURING EXOTIC FASHION, EROTIC ART, SEXY PRODUCTS, PLUS ADULT TOYS, GAMES, WEBSITES, & NOVELTIES, live performances by LEONID THE MAGNIFICENT, REBECCA, JEAN BARDOT, ANCILLA TILIA, AND CHIPPENDALE'S, WITH SPIKE & MIKE'S SICK & TWISTED FESTIVAL OF ANIMATION AND FEATURING TOP ADULT STARS including TERA PATRICK, VIOLET BLUE, SUNNY LANE, DEVINN LANE, RAQUEL DEVINE, NIKKI BENZ, ALEXIS AMORE, SYDNEE STEELE, TRINA MICHAELS, LELA STAR, JOANNA ANGEL, LISA SPARXXX, RYDER SKYE, KIM CHAMBERS, HOLLIE STEVENS, SINNAMON LOVE, STEPHANIE SWIFT, ALEXIS MALONE, KENDALL BROOKS, HEATHER GATES, ROXXIE LEE, ROXY JEZEL, ANNMARIE RIOS, and many more...



### MAKE LOVE NOT WAR, an Exclusive Arts Installation

It's never been more relevant than it is today. In honor of this worthwhile sentiment we have commissioned 6 of our favorite artists to create original drawings and paintings, all entitled - Make Love Not War. Each piece will be showcased at the Expo, and at the Ball. We've put no restrictions on content. The results should be fascinating.

THE ARTISTS ARE:

**Jay Trembly** from Missouri, whose style is a classic, traditional pin-up, with the look of the modern day woman and her individual sensuality.

**Kevin Clark** from Arizona, who explores the ever-fascinating beauty and awe of the female form while giving us a glimpse into her soul.

**Andy Screen** from the United Kingdom, whose trashy urban style is rooted in the long standing artistic credo that 'sex sells', and who frequently combines traditional media with computer technology.

**Marco Guaglione** from Italy, a world class twenty-two year old illustrator from Roma who studies Vargas and Olivia and is passionate about his work.

**Erica Reis** from Illinois, who is at heart a storyteller who swoons for other-wordly tales of true love, juxtaposed with the unexpected.

**Steve Argyle** from Utah, whose impressive modern resume includes internship at Viewpoint Datalabs (which creates 3D models of some of the hottest films in Hollywood), the creation of short CG films, and special effects for live action films.

**Friday, Oct 26 from Noon to 6PM: $20**
**Friday, Oct 26 from 7PM til 11PM: $35***
**Saturday, Oct 27 from Noon to 6PM: $20**
*Fri Nite Expo includes live benefit performance by Snoop Dogg. Must be 18 years old with proper I.D. to attend the Expo



**SNOOP DOGG** performs live at the Expo on Friday night as part of a benefit performance for The Healing Circle and other Bay Area charities.

**SPIKE & MIKE'S SICK & TWISTED COLLECTION**

A customized Spike & Mike's Sick & Twisted Festival of Animation will be presented twice at each session of the Expo with Spike creating the all-star lineup for the occasion mixing his favorite erotic classics with new never-before-seen shorts.

### FEATURED NEW WEBSITE: SOCIALKINK.COM

What a great day to be into fetish. Gaze reverently upon our logo. Let it sink its teeth into your flesh. You know you love it - SOCIAL KINK is a brand (spanking!) new social networking site for the fetish community. What makes this site Exotic Erotic worthy? Simple. Social Kink is similar to those other social networking sites (you know who we mean) but, it's designed specifically for the fetish crowd. You're neither marginalized, nor ancillary. You are the intended audience. Also, there's no Tom at Social Kink. There is Nikki. Tom can't tie shibari. Nikki can. Why tolerate Tom, when you can submit to Nikki? Get thee to Socialkink.com and create a profile. You'll find what you need. As Dracula said, "Welcome. Enter freely and of your own will." Or – as we like to say - "Welcome to the looking glass, Alice. Now rok over!"



### FEATURED NEW PRODUCT: The ConstrictHer

The ConstrictHer by Casanova Wear is styled like a bustier with a lace-up back. But its special feature is a set of strategically placed straps that truly enhance any sexual position. The ConstrictHer is made of soft leather and fully lined...sexy and comfortable. The nylon stitching is tough in case you like it rough plus it comes complete with – can you guess - built in handcuffs. It comes in a gorgeous array of colors: casanovawear.com



The ConstrictHer

### COOLEST EXHIBIT: The Hot Tub Place, Santa Rosa

Mark is coming down from Santa Rosa, and he's setting up the latest from Softub. Lightweight, full-featured, cushioned, and portable - it's one of the coolest products we've ever had as an exhibit. The Hot Tub Place is at 1-800-924-7638 and everyone should have one of these.



### 2 for 1 Admission

Present this coupon at the entrance to the Exotic Erotic Expo on Oct. 26 or 27 between Noon and 6PM and receive 1 free admission with one paid admission.

**A $20 value!**

One coupon per customer, not valid with any other promotion. Not valid for Friday evening event. Purchase your ticket(s) at the door.

sfweekly.com    EXOTIC EROTIC 2007    SF WEEKLY 7

VB00219







VB00220