









This is the home of the original, authentic, one-of-a-kind, spectacular, and unrivaled "party of all parties" … **Perry Mann's Exotic Erotic Ball!**

Holy **Halloween Weekend** - we did it again. Yup, it's true - our **28th Annual Exotic Erotic** was our greatest ever - a most memorable masterpiece featuring **flesh, fetish, and fantasy**, under the undulating umbrella of **love, freedom, and respect**.

It was an entire weekend of arousing amusement. The dates were **October 26th & October 27th, 2007**. It all started with the **Exotic Erotic Expo**, which opened at Noon on Friday October 26th, and it all ended with the Ball on Saturday Nite, October 27th.

**CLICK ON VIDEO FOR A 4-MINUTE "SAMPLING" OF THE BALL:**

**PERRY MANN, FLOUNDER ON HIGHEST RATED SHOW, BLIND DATE:**

IT'S A BURLESQUE, FETISH, AND MASQUERADE AFFAIR

## Live Performances by:
**PEACHES**
performing with
**VAU DE VIRE SOCIETY**,
**DONALD GLAUDE**,
**BUBBA SPARXXX**,
**THE SPYDERZ**

## Special Guest Appearances by:





**SNOOP DOGG**,
TERA PATRICK,
DANNY BONADUCE,

UNKLE PAUL, VIOLET BLUE, SUNNY LANE, MINI-KISS, CHIPPENDALE'S, THE SURREAL DEVIL GIRLS

**PORN STAR** HICKEYS,
**LESBIAN** FIRST KISS,
THE **WHEEL OF DEPRAVITY**

ANCILLA TILIA, JEAN BARDOT, LEONID THE MAGNIFICENT

TOP **BURLESQUE** ARTISTS,
**FETISH** MODELS,
AND **CIRCUS** ACTS

'MAKE LOVE, NOT WAR' ART EXHIBIT, THE MAXWELL MULTIPLE CLIMAX

**A Special Presentation by:**
**SPIKE & MIKE'S SICK AND TWISTED FESTIVAL OF ANIMATION**

**We've Got:**
OVER **60 LIVE PERFORMANCES** ON 5 STAGES

OVER **100 BOOTHS** WITH GAMES, TOYS, NOVELTIES, AND MORE

OVER **$10,000** IN CASH AND PRIZES FOR MS. EXOTIC EROTIC, MR. EXOTIC EROTIC, AND BEST COSTUME

**Plus...** HOT **STRIPPERS**,



| HOTLINE |
| --- |
| 415-567-BALL |

| INFORMATION & QUESTIONS |
| --- |
| info@exoticeroticball.com |

**OFFICIAL AFTER-PARTY**
Details TBA

click here to see the 2007 details



 

**SEXY CONTORTIONISTS,
AND A HUMAN PETTING ZOO**

Please take your time, take a gander at galleries from past shows, and stay tuned to this site for updates. We will revise it relentlessly, going further, deeper, over and over, until the ultimate climax … the show itself.

**FOUR IMPORTANT THINGS**:

1. If you've never before attended the Ball, and want to find out the basics quickly and easily, please read the history, and the **FAQ**'s, click here

2. If you'd like to book a hotel room at one of our **Official Hotels**, where we have reserved entire floors at very special Exotic Erotic rates, click here

3. If you're a business **interested in exhibiting** at our Exotic Erotic Expo, click here

4. **Tickets to the Ball** are available now, and can be purchased online, right here, or at any TicketMaster outlet. So - when you are sufficiently piqued and/or aroused, click here for tickets

Should you spend time on this site and not get sufficiently piqued and/or aroused, please consult your physician.

**ON BEHALF OF PERRY MANN AND ALL OF US HERE AT THE BALL … WE'LL SEE YOU AT THE SHOW!!!**

---

HOME | ABOUT THE BALL | PHOTO GALLERIES | VIDEO GALLERIES | CONTACT THE BALL | JOIN MAILING LIST
WANT TO LINK TO US? LOOKING FOR SOME IMAGES TO USE? CLICK HERE
© 2007, Exotic Erotic Ball, EEB Productions, All Rights Reserved. Terms of Use | Privacy Statement
Website built by: ARTbullet