

**Want to Know?
Search AINews**

[ ] Go

- [Front Page](#)
- [Adult Film News](#)
- [Adult Media News](#)
- [Business News](#)
- [Club & Appearance News](#)
- [Freedom & the Law](#)
- [Internet News](#)
- [Lifestyles, Health & Charity](#)
- ➡ [Letters to the Editor](#)
- [Columns](#)
- [Movie Reviews](#)
- [InnerViews](#)
- [AINews Site Map](#)
- [Free News Feed](#)
- [AINews Affiliate Store](#)
- [Star Pages](#)
- [Contact AINews](#)
- [Advertise With AINews](#)



# Adult Industry News



July 31, 2007 03:12am
Violet Blue Memorabilia Sale
Source: Letters to the Editor
by: Violet Blue



Work is slow... So, I'm selling some of my stuff if anyone is interested. I have school girl skirts, panties and bra sets, shoes (my converse are already sold) and dildos that I've used in videos and photo shoots.

Soooo, if you have a favorite photo shoot of mine that you might like to have an item from, let me know and I'll check and see if I still have it. You can email me directly at violetblue418 at Yahoo dot com. No, I'm not selling my pentagram...

If you'd like an autographed picture, please send a SASE to:
Violet Blue
P.O. Box 171,
Pacific Beach, WA 98571

If you want a particular picture, you can email me that image and include $20. Otherwise you'll get what I've got stacked up, which are usually DVD inserts.

Violet Blue



| **Related Stories** |
|---|
| • Flynt in Oprah<br>• Exotic Erotic Ball Announces Adult Entertainers<br>• Head Master 2 ~ Reviewer Rated<br>• Wonderland ~ Reviewer Rated |

| **Related Sites** - WARNING! May lead to graphic content |
|---|
| • Violet Blue's VioletBlue.org<br>• Movies with Violet Blue (Gamelink)<br>• Movies With Violet Blue (AINews) |

### Top Stories

- [A! Night at PSK](#)
- [Karaoke Comes to Porn Valley](#)
- [Batman's Belfry at Bad Betties Party](#)
- [NRPW Returns with Bang](#)
- [First Ethnic Award Show](#)
- [Sex-Positive Journalism Awards](#)
- [Matt Zane Featured in Bizarre](#)
- [Jana Jordan Covers Penthouse Forum](#)
- [Gina Lynn Recovers in Time for Stern](#)
- [Porn Star Revolution Party](#)



- Movies With Violet Blue (AINews)

**More Stories From [Letters to the Editor](#)**

[Sex-Positive Journalism Awards](#)

[Love Shack's Cornetta Comments on Fire](#)

[Anita Cannibal Roof Blown Off](#)

[Thanks For The Toys](#)

[Boobs For Payton](#)

[Pornstar Violet Blue Changes Name](#)

[Danger Peligro Gefahr](#)

[Bethany Sweet in LegWorld](#)

[Ange Venus in Dante's Inferno](#)

[Violet Blue Memorabilia Sale](#)

[Freaky Works for De'Nyle](#)

[Anjelica Lauren Available to Fans](#)

[Fred Salaff Needs](#)

[Allanah Starr Victory Party](#)

[MWA: Renee Perez, Cassidey, Brea Bennett](#)

[Part Two - FreakyTiki AVN Recap](#)

[MWA: Jana Jordan](#)

[February 2008 From the Trenches](#)

[Big Wet Tits 4 ~ Reviewer Rated](#)

[Help](#)

[Still No Trial Date Set](#)

[Jade Feng at Portland Erotic Ball](#)

[Kelly Wells Loves Australia](#)

[Kelly 'Fn' Wells Blows Off Australia](#)

[Sydnee Steele's Book Deal Comments](#)

[Possible Booking Fraud Continues](#)

[Cleopatra's 2 Year Calendar](#)

[Asia Carrera's Husband Killed](#)

[Whitney Wonders Getting Married](#)

[SuicideGirls Content License Flap](#)

[Shay Lynn Parties at Playboy Mansion](#)

[Bogus Bookings Bait Talent](#)

[George DeLorenzo Hangs in Miami](#)

[Alicia Angel Corrects AINews](#)