



**Hot Berkeley Girls**

| NEWS + REVIEWS | CHARTS | AVN INSIDER | LEGAL | EVENTS | SUBSCRIBE | HOME |

### Legal

**Articles**
- Today's Headlines
- News by Category

**Columns**
- Ask Paul Cambria
- Clyde DeWitt's Legal Angles
- Diane Duke FSC Blog
- Mark Kernes' Mental Floss

**AVN Magazine**
- Digital Edition
- Subscribe Now

HOME / LEGAL / LEGAL BATTLE ENSUES BETWEEN THE TWO VIOLET BLUES



## Legal Battle Ensues Between the Two Violet Blues
*The Writer Sues the Porn Star*

**By Peter Warren**
Posted: 2:03 PM PST Oct 24, 2007

**SAN FRANCISCO** - Violet Blue the sex columnist has filed suit against Violet Blue the porn actress in a San Francisco federal court for damages stemming from alleged trademark violation and dilution, as well as unfair business practices, according to *Wired*.

Blue the scribe appears to actually be using her legal name, the report said, and has had work published under that name since 1999, including over 15 books and internet columns for such outlets as SFGate, tinynibbles.com and Fleshbot.com.

Blue the performer, whose real name is Ada Mae Johnson, entered the adult industry in 2000, winning AVN's Best New Starlet trophy in 2002 and going on to found Violet Blue, Inc., which runs her pay site, violetblue.org.

According to the lawsuit, Blue has repeatedly asked Johnson to stop using the name, and though Johnson has agreed to do so, she still has not.

ADVERTISEMENT



Blue registered "Violet Blue" as a trademark in March, 2007. Her works include "Best Women's Erotica 2008" and "Ultimate Guide to Fellatio," and she was recently named one of the 25 most influential people on the web by *Forbes* magazine. In addition to causing confusion even within the porn industry, Blue claims that Johnson's use of the name has damaged her reputation amongst journalists and colleagues.

Neither Blue nor Johnson are offering comment on the case at this time.

MORE STORIES IN SEXUAL LIFESTYLE
- Fattorosi Adds Prof. John Zelezny to AdultBizLaw Team
- What Happens In Bahrain Stays In Bahrain...Unless It's A Nail In Your Junk And You're There Illegally
- Internet Users Arrested Over Celeb Sex Photos in Hong Kong
- N.H. Town Cracks Down on Viewing Booths
- FSC Launches Consumer Advocacy Program
- *L.A. Times* Owner To Staff: Watch Porn At Your Desk, As Long As You're Productive
- Clyde DeWitt Leaves Longtime Law Firm
- Miami Club Stripped of Late-Night License
- Sex Worker Art Show Cataclysm Averted
- Memphis Clubs Challenge New Anti-Adult Ordinance

   

ADVERTISEMENT

**RELATED**

Related Profiles
- Violet Blue

**LEGAL TOP STORIES**

**FCC Fines Fox Stations For 'Indecent' Broadcast**



On Friday, the FCC fined 13 Fox TV stations $7,000 each for the 2003 broadcast of an episode of "Married by America," that included pixilated scenes from bachelor and bachelorette parties.

Full Story

**Headline News**
- Fattorosi Adds Prof. John Zelezny to AdultBizLaw Team
- Love Shack Owner Undaunted by Court Order
- Sex Toy Sales in Texas – Legal or Not…and for How Long?

**More Top Stories**
- Supreme Court Of Japan: Mapplethorpe Photos Not Obscene
- FCC Upholds 'NYPD Blue' Fines; ABC Appeals To 2nd Circuit Court
- Alabama May Soon Be Last State to Ban Sex Toy Sales
- Christian Right Pushes Preemptive Zoning Strikes
- Supreme Court Denies Cert In Daytona Grand Case
- War on Porn Comes to Rhode Island Schools
- PAK Group Battles Piracy
- N.Y. Town Rejects Zoning Amendment for Strip Club

ADVERTORIAL
### Free Speech Coalition: Protecting the Rights of the Adult Industry
By making a contribution or becoming a sponsor, you can help insure a positive future for your career, business, and the industry. Your contributions help fund 2257, Utah CPR litigation, and other issues affecting the industry. Every contribution counts, so please join us today.
ADVERTORIAL

**First Amendment and Adult Entertainment Law**

News, articles, cases, briefs and links from lawyers who advocate for the protection of expressive rights and liberties and the right to privacy, online and off.

PRIVACY POLICY    U2257 NOTICE    RSS FEEDS    CONTACT US    ADVERTISE WITH AVN

© COPYRIGHT 1995-2008 AVN PUBLICATIONS, INC.