1  COLETTE VOGELE (SBN No. 192865)
   Email: colette@vogelelaw.com
2  BENJAMIN COSTA (SBN No. 245953)
   Email: ben@vogelelaw.com
3  **VOGELE & ASSOCIATES**
   12 Geary Street, Suite 701
4  San Francisco, CA 94108
   Tel: (415) 391-3311
5  Fax: (415) 358-4975

6  Attorneys for Plaintiff and Counter-defendant
   VIOLET BLUE

7

8              UNITED STATES DISTRICT COURT FOR THE

9                 NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11

12  VIOLET BLUE, an Individual,              Case No. C 07-5370 SI

13        Plaintiff and Counter-defendant,   **EXHIBITS O THROUGH W-2**

14        v.                                 **TO THE CORRECTED
                                             DECLARATION OF COLETTE
15  ADA MAE JOHNSON a/k/a ADA                VOGELE IN SUPPORT OF
    WOFFINDEN, an individual d/b/a           PLAINTIFF VIOLET BLUE'S
16  VIOLET BLUE a/k/a VIOLET a/k/a           NOTICE OF MOTION AND (1)
    VIOLET LUST; ASSASSIN PICTURES           SPECIAL MOTION TO STRIKE
17  INC., a California Corporation;          FIFTH COUNTERCLAIM AS A
    ASSASSINCASH.COM; BILL T. FOX,           MERITLESS S.L.A.P.P. PURSUANT
18  an individual, a/k/a BILL FOX; FIVE      TO CODE OF CIV. PROC. § 425.16;
    STAR VIDEO L.C., an Arizona Limited      AND (2) MOTION TO DISMISS
19  Liability Company a/k/a Five Star Video  THIRD AND FOURTH
    Distributors LLC d/b/a Five Star         COUNTERCLAIMS
20  Fulfillment; and DOES 1-10

21        Defendants and Counter-claimants.  The Honorable Susan Illston
                                             Courtroom 10, 19th Floor
22                                           450 Golden Gate Avenue
                                             San Francisco, CA 94102
23
                                             Hearing Date:  April 4, 2008
24                                           Hearing Time: 9:00 a.m.

25

26

27

28

EXHS O THROUGH W-2 TO THE CORRECTED VOGELE DECL ISO PLAINTIFF BLUE'S        Case No. 02-05370 SI
ANTI-SLAPP MTN TO STRIKE 5TH COUNTERCLAIM AND MTN TO DISMISS THE 3RD & 4TH COUNTERCLAIMS