News Briefs, 2257, Violet Blue v. Digital Playground, BT Productions Privacy Raid, Obscenity, London Erotica Expo 2008, the Padded...
Case 3:07-cv-05370-SI    Document 50-3    Filed 02/26/2008    Page 1 of 3
2/25/08 3:52 PM



- EROS CITIES  • EROTICA / ZINE  • MASTHEAD  • ADVERTISE

**EROTICA**
  fiction
  gallery

**LIFESTYLES**
  fetish
  bdsm
  queer/bi/trans
  swingers

**FEATURES**
  news briefs
  articles
  sexy spreads
  free speech x-press

**EROS BITS**
  sound off
  trivia
  sexfessions
  diva's debauchery
  sexual intelligence
  reviews

**EVENTS**
  london events calendar
  featured event
  featured club
  international calendar
  london nightlife

**EROS PHOTO CLASSIFIED ADS**

**ABOUT EROS EZINE**

**SELECT DIFFERENT ZINE:**
[EROS ZINES]

[SEARCH ZINE]
[london only] [GO]





10-30-2007

# News Briefs

## 2257 Statute Ruled Unconstitutional

As reported on XBiz, Fleshbot and others, the US federal 6th Circuit Appeals Court ruled that the federal 2257 statute, which dictated record-keeping requirements for publication of photos and films depicting sexually explicit conduct, violates the First Amendment of the US Constitution.

Interestingly, the court's decision focused partially on the intent of Congress in passing the law, indicating that the constitutionality of the law could not be linked to the intent of the producer of said materials, as it was clearly meant to apply to all sexually explicit depictions.



Legal experts are quick to point out that the court's decision is likely to be appealed, and its applicability as precedent is only directly applicable in the 6th circuit court's own district, which includes Mississippi, Kentucky and Louisiana; adult webmasters tired of filing photocopies of performers IDs should *not* break out the shredder. As Q. Boyer writes in XBiz:

> Attorney Lawrence Walters told XBIZ that the court's opinion, while a very significant victory, is not the final word on the question of 2257's constitutionality and cautioned that adult webmasters should not view it as the end of their 2257 concerns.
>
> "Generally, you have to be very careful with reacting too rashly to any opinion," Walters said. "This is a panel ruling, and it is not final. The government could ask for an en banc rehearing by the full circuit, and they can appeal the decision."

## Writer Violet Blue Sues Porn Star Violet Blue



As reported in Wired and elsewhere, writer Violet Blue, who has written professionally since 1998 under her legal name, filed suit against Ada Mae Johnson, who has performed since 2000 under the name Violet Blue, for copyright infringement.

According to the Wired article, the filing alleges "that Ada Mae Johnson adopted the writer's name and distinctive black, Bettie Page bangs for performances in films such as Shut Up and Blow Me #29, Whore of the Rings and Who

News Briefs, 2257, Violet Blue, Digital Playground, DJV Productions, Vice, Sun Media, obscenity, London eroti... | Eros London, the P... 2/25/08 3:52 PM

Case 3:07-cv-05370-SI    Document 50-3    Filed 02/26/2008    Page 2 of 3



**SPONSORED LINKS**

**Married Date Link**
Married But Looking Personals. Meet Sexy Married People

**FREE PORN DOWNLOADS**
We recommend getting insanely good porn from this site - 100% FREE!

**FUCK SOMEONE TONIGHT**
Meet REAL people in your area. FREE trial - Join today!

**Free Porn JERK**
I may be a fucking asshole, but I'll get you the best FREE PORN!

**THE BEST FREE PORN SITE**
All you need is an e-mail address to join MyFreePaysite.com! (18+)

**FUCK A GIRL TONIGHT (18+)**
MEET OVER 10 MILLION GIRLS SEEKING SEX TONIGHT - 100% FREE REVIEWS!! -


Violet Blue

Violet Blew."

Having been friends with Violet for a decade, having purchased one of her first professional articles (in 1998), and having taught classes with her with some frequency, I am far from neutral in this matter. Just sayin'.

### Art Exhibition Traces History of Sex

The BBC reports on "Seduced: Art and Sex from Antiquity and Now," a new exhibition at the Barbican in Central London that explores the history of erotic art. According to the BBC:

> Kate Bush, the Barbican's head of art, has spent five years putting the collection together.
>
> "It's not about porn. It's a thoughtful exhibition, a celebration of what connects all human beings across time and cultures," says Ms Bush.
>
> The aim of the show is to explore the history of what's accepted as art and to throw light on our current attitudes.
>
> And certainly those attitudes have changed. The first exhibit is a cast of the bronze fig leaf which was made so that Queen Victoria would not be offended by the replica of Michelangelo's statue of David in London's Victoria and Albert Museum.
>
> The visitor then passes a room of pottery showing the antics of Greek and Roman gods and goddesses, through the voluptuous bodies of the Renaissance to contemporary works such as the stylised satirical photographs by Jeff Koons poking fun at the porn industry.


Image of Priapus from Pompeii. Courtesy of Wikipedia.

The show runs at the Barbican through January 27, 2008.

### Digital Playground Says Goodbye Jana, Hello Stoya



XBiz reported that Digital Playground contract star, Jana Cova was leaving her contract with DP to focus on adult film projects in her native Czech Republic as well as her own website. The parting was reported to be amicable on both sides; "We love Jana" said Digital Playground Director of Marketing Adella O'Neal.

At the same time, DP announced the signing of a new contract star, 21-year-old porcelain-skinned brunette Stoya, a woman any mopey goth boy would gladly take in trade for his candy-apple fairy tale.

In fact, a DP press release described her thus: "With an





Jana Cova in Jack's Big Ass Show courtesy of Digital Playground. Used with permission.

affliction for pain and suffering, Stoya defines herself only as an android from the future. She loves to make clothes, read good books and play with her cats. Truly unique and intensely passionate, Stoya takes pride in her nudity and general moody perception of the world."

Said company contract director Robby D: "[Stoya's] alternative appeal sets her apart from the rest of our stars and it's a pleasure to work with her on set." Stoya will be making her debut in Jack's POV 9, releasing in December. Stoya: Sexual Freak 7 will be released in January.

Photograph of Stoya courtesy of Digital Playground Used with permission.

### All Obscenity Charges Dropped Against JM Productions and Five Star Video



According to XBiz, federal prosecutors dropped all federal obscenity charges against JM Productions, producers of the lucky-13th volume in the celebrated American Bukkake saga, which was written about quite famously by author Susannah Breslin, as well as *Filthy Things 6*, *Gag Factor 15* and *Gag Factor 18*.

JM Productions Tony Publicist said to XBiz: "The only official statement that we made was that charges were dropped; I don't have much detail; that's basically all we know or can talk about."

Just a few days later, the judge in the case dismissed the charges against Five Star Video's Ken Graham, reportedly over the strident objections of the prosecutor. The case remains pending against Five Star itself.

News Briefs - by Thomas S. Roche                         Top of the Guide