

# Gizmodo

SO MUCH IN LOVE WITH SHINY NEW TOYS, IT'S UNNATURAL.

NEW YORK, 6:59 PM, MON FEB 25
43 POSTS IN THE LAST 24 HOURS | RSS
EDITED BY BRIAN LAM | TIPS@GIZMODO.COM

PRESS    LEO LAPORTE    VIOLET BLUE

PRESS
## Sex Ed Blogger Violet Blue to Start TWaT, the All-Girl Tech Podcast?



When sex/tech blogger and educator Violet Blue was listed on the Forbes list of web celebs, she didn't expect to be publicly shit-talked by another finalist, who dismissed her as "some porn person."

That person was Leo Laporte, known for his polarized and biting rants on everything from Zune to Gizmodo amidst iPhone rumors. The comment was mentioned in the only tech podcast with a combined clubhouse age of over 150-years, TWiT. That's "This Week in Tech", the irreverent podcast where Laporte pretends he's Napoleon.

Violet, of course, isn't just a sex blogger. She's been written about in the WSJ, has authored Wired articles, and is columnist in the San Francisco Chronicle. Yesterday, she used her superior mainstream press ammo to address TWiT on SFgate.com, where she defended herself aptly. Her column was relatively politically correct, per the publication's standards. The real counter -- and threat -- comes from her uncensored personal blog, even if she doesn't recognize it as such.

> So, fuck those guys. It's time for a new tech podcast -- let's start This Week About Tech (TWaT)

The joke to launch a competing, all-girl, podcast run by Blue should worry Laporte. Blue doesn't just write about sex. She knows tech, too, having been associated with the monster bot engineers over at Survival Research Lab for 10+ years, and lectures at Universities repping the EFF. Which do you think would be more successful in the long term? A tech podcast with the youthful Violet and company breathing life and charm into tech stories, or Laporte's weekly recap filled with hyperbole, and abrasive, outdated, good old boy attitudes?

My biased take: TWaT could reach the younger demographics of tech readers that don't feel like learning about the subject from someone who reminds them of their crazy grandfather.–BRIAN LAM

UPDATE: Violet writes to tell us that Leo has apologized, and we are glad to hear of the gentlemanly gesture.

> My apologies - I did, in fact, confuse Violet Blue, podcaster, with Violet Blue, the porn star. Having taken Patrick's advice and done a little research I now see my mistake. I am sorry if I have offended Ms. Blue, please accept my apologies.

Good job doing the right thing, Leo!
V is for Vendetta [Violet Blue]

Disclaimer: Althought I don't know Violet Blue personally, she writes for sister site Fleshbot. Also, I've taken a disliking to Laporte since I apologized to him personally by email, which he responded to by reading it on air with much mockery. After that, I lost much respect for the guy. These are my biases. That aside, I stand by my facts and analysis.

Read More:
- PCWorld's Test Center Director Remembered
- CES 2008: What You Missed So Far

Tagged:
LEO LAPORTE, PRESS, VIOLET BLUE

10:25 AM ON MON FEB 5 2007
BY BRIAN LAM
4,305 views

Comment

Send a link to this post 'Sex Ed Blogger Violet Blue to Start TWaT, the All-Girl Tech Podcast?' via email:
**Your Name:**

**Your Email Address:**

**Recipient's Email Address:**

**Your Message:**

[Send Message]

Archives   About   Advertising   Legal   Help

Consumerist   Deadspin   Defamer   Fleshbot   Gawker   Gizmodo   Gridskipper   Idolator   io9   Jalopnik   Jezebel   Kotaku   Lifehacker   Valleywag   Wonkette