Register to Attend | Book Your Hotel | Shopping Cart | Online Registrant Directory | Contact Us

  



**SXSW Interactive Conference and Festival**

- SXSW Interactive
- SXSW Film
- SXSW Music
- Register Now and Save

**Interactive News**
**FAQ**
**IA General Schedule**
**Daytime Programming**
- Opening Remarks
- Keynotes
- Panels Schedule
- Panels by Category
- Core Conversations
- Book Readings
- Confirmed Speakers
- Speaking Opportunities
- Panel Picker

**ScreenBurn Gaming Fest**
**iF! Trade Show and Exhibition**
**Evening Events**
**Web Awards**
- Finalists
- Ceremony
- Categories

**Interactive Hub**
**Press**
- Press FAQ
- Press Releases
- IA Press Credentials
- Photo Policy
- Best of Press 2007

**Dewey Award**
- Dewey Award Guidelines
- Winners

**SXSW Tools**
- Online Reg Directory
- SXSW SMS
- Gydget
- Facebook
- Opera Mini
- Utterz

*Want to get the latest on the SXSW Interactive Festival? Grab our* ***Bits + Bytes Blog feed*** *and sign up to receive our* ***monthly e-mail newsletter*** *jam-packed with timely information and giveaways.*

*Want to snag some SXSW gear? Looking to update your wardrobe? Check out* ***SXSW's official merchandise***.

## Archives for: October 2007

### Happy Halloween from SXSW Interactive Festival



October 31 is here again. Good luck to all the trick or treaters, both young and old. And congrats to these recent Austin partygoers for celebrating everyone's favorite internet phenomenon! Speaking of treats, don't miss all the recent additions to the 2008 panel lineup.

Posted 10/31/07 in **Latest News** +

### Anil Dash Wonders if Apple Has Become a Bit Too Smug

 More than two million units? Wow, the early sales figures on Leopard are pretty amazing. But not everyone is completely crazy with Apple's new operating system. Read the recent post by Anil Dash, who is less-than-impressed with the error message users receive when browsing machines that appear to be running Microsoft Windows. He writes: "The image here deliberately uses an aged-looking monitor and a crashed computer as the illustration of your other computers. The disdain here isn't for the unfortunate unwashed who have to suffer through Windows because they're so clueless – it's a snide shot at the other computers you own, or of your family's other machines around the house, or of the computers of the peers you work with. In short, the derision is likely aimed at people who care a hell of a lot more about you and your boundless Mac-enhanced creativity than, say, the OS X team does." In addition to organizing the Kickball tournament, Dash participated on the Blogging Showdown panel at the 2005 SXSW Interactive Festival.

Posted 10/31/07 in **Speakers in the News** +

### Jim Butler Preaches SXSW Interactive to Robert Scoble

 Our favorite City of Austin administrator is Jim Butler, who always brings us plenty of good news and good tidings. Watch this amusing video in which he and uber-geek Robert Scoble talk about why Central Texas is such a fun place to be in March. Hey Jim, no fair telling all of the blogosphere about our favorite BBQ hotspots!

Posted 10/30/07 in **Latest News** +

SXSW 2008 is proudly sponsored by…









*Thanks to our Radio Partner...*



### SXSW Marketing: Buy Before November 16 And Save!

At the 2007 SXSW Interactive Festival, a well-planned marketing campaign helped Twitter create an international following of dedicated users. Doesn't your emerging technology company want to leverage the 2008 event to build the same kind of buzz?
From Trade Show booths to print advertising to unique after-hour events, SXSW Interactive has the perfect promotional package to get you where you need to go – and get there within your budget. E-mail Katie King for complete details about all 2008 marketing opportunities.
Hurry! If you purchase by the end of the day Friday, November 16, then you will save receive a 10% pre-payment discount.

Posted 10/30/07 in **Latest News** +

### 2008 Programming: More Titles Added to the Panel Page

We have added a dozen or so new titles to the list of confirmed panels for the 2008 SXSW Interactive Festival. This list now includes eight gaming-related sessions that will occur as part of the ScreenBurn Gaming Festival (admission to these gaming-related sessions is included with your Interactive, Gold or Platinum badge). Be sure to check back to the confirmed panel page frequently for more updates on programming for next spring – this list still only represents about half of the total panel content scheduled for the 2008 event.

Posted 10/30/07 in **Latest News** +

### What an Amazing Weekend! Maker Faire Austin Remembered






Congrats to the crew at Make Magazine for all their hard work in making the first-ever Maker Faire Austin such an incredible event. We spent a lot of time at the show – and still we were only able to scratch the surface of all the cool stuff that they amassed at the Travis County Expo Center. In other words, we are already counting the days until the event returns in 2008 – that will be Saturday, October 18 and Sunday, October 19. *Photos of Maker Faire Austin 2007 courtesy of Jennifer Watts.*

Posted 10/29/07 in **Latest News** +

### More Ways to Win: Subscribe to the SXSW Monthly Listserve

Look for the next edition of the SXSW Interactive Festival monthly listserve to mail on Wednesday, October 31. This easy-to-read mailing contains tons of useful information about all things SXSW. Additionally, the listserve includes a trivia question related to the event. All you have to do is provide the correct answer to this trivia question – and your name will be entered in a drawing to win a free registration for SXSW Interactive 2008. Subscribe here and get ready for the fun to begin!

Posted 10/29/07 in **Latest News** +

### Win a FREE SXSW Registration at DMC Celebration Tonight



Austin-area geeks are invited to the Digital Media Council Celebration from 5:30-8:00 pm on Monday evening, October 29 at Stubbs (801 Red River). The DMC fosters partnerships between industry and educators to promote the economic growth of creative technology and design industries in Central Texas. From their annual summer institutes for high school teachers to coordinating Beta testing for leading game companies; from placing industry leaders in the classroom to advocating for digital media support from policy makers; from engaging university leaders about digital media education needs to helping employers improve their talent pool, the DMC is there. Additionally, the Digital Media Council sponsors really cool things, such as the Dorkbot event that took place at the 2007 SXSW Interactive Festival.

Aside from the great networking opportunities, do you need more incentives to attend the event tonight? SXSW will be donating one 2008 Interactive badge and one 2008 Film badge as door prizes. Why pay for a registration when you can win one for free!

Posted 10/29/07 in **Latest News** +

### Joel Spolsky Advocates the Joys of Unfocused Workspots



You are a small office that tackles a lot of different projects, usually all at the same time. This is a feature to be celebrated, not a flaw to be fixed says Joel Spolsky in "How Hard Could It Be? Unfocused and Unabashed," his inaugural column for Inc Magazine. He explains, "The good news is, we have no outside investors, so I don't have to justify crazy projects to anyone. And here's the thing: Building the shipping station was probably the most fun I had all year. Isn't that a good enough reason to do it? Frankly, the main reason I had to start this company was to have fun at work. Working at Fog Creek is intentionally designed to be pleasant. We started the business because we wanted a great place to work, to spend our daylight hours. And we have a disturbing tendency to try to do a lot of things ourselves, especially if it's going to be fun or if we think we can do a better job. It takes us a little longer that way, but I figure the journey is the reward." Spolsky spoke on the "Sink or Swim: The Five Most Important Startup Decisions" panel at the 2006 SXSW Interactive Festival.

Posted 10/27/07 in **Speakers in the News** +

### Violet Blue Sues Violet Blue



The voice behind tinynibbles, Violet Blue is a prolific Bay Area writer whose usual focus is sex and sexuality-related issues. She is definitely not, however, a porn star. Hence her lawsuit against an adult actress who has adopted the same name. As reported in Wired earlier this week, "Journalist Violet Blue, whose actual name is appears to be Violet Blue filed suit in a San Francisco federal court Monday, accusing Johnson of trademark violation and dilution, as well as unfair business practices. Blue wants the court to stop Johnson from using her name and to force her to pay Blue damages . . Violet Blue the porn actress (pictured with both blond and black hair left) began making porn films in 2000, and won the emerging starlet awards from adult film industry trade mag AVN in 2002, according to the bio on her site." Blue (the journalist) will likely delve into similar issues at the 2008 SXSW Interactive Festival, where she is scheduled to lead the "Sexual Privacy Online" panel.

Posted 10/27/07 in **Speakers in the News** +

### Party Recap: Strong Turnout for First-Ever London Mixer

Thanks to all the digital creatives who turned out for the inaugural SXSW London Mixer. The Tuesday evening event drew about 100 people to the ultra-hip Departure Bar in the Aldgate neighborhood. Attendees enjoyed chill tunes while making solid networking connections with fellow new media experts from the UK,

the United States and Canada. Special thanks to the Virtual Worlds Forum for helping organize this successful party. Also, congrats to Thomas Bidaux of NCsoft Europe Ltd, whose name was selected at random from all the attendees at the Tuesday night event. As a reward for his good luck, Thomas wins a FREE registration to the 2008 SXSW Interactive Festival in Austin.



Attendees enjoyed great networking opportunities with select indie tunes from DJ The Boy.



Left to right: Paul, Andy and Rob of Preloaded. Preloaded took home the Film/TV Web Award at the 2007 event for Time Trumpet.



Jon and Kat from Brighton's Great Escape Festival.



Industry experts from companies such as WeeWorld and Mind Candy packed the Departure Bar from the start of the party until close.

Stay tuned to this website for more information on the next round of mixers for the SXSW Interactive Festival, which are scheduled for January 2008 in various US cities (Austin, Chicago, Dallas, New York, San Francisco, and Seattle). Or, keep posted on these mixers by subscribing to the information-packed SXSW Interactive listserve, which is delivered to inboxes at the beginning of each new month.

Posted 10/25/07 in Latest News +

### SXSW Alum Tim Westergren Makes Cover of Inc Magazine



"Pandora's Long Strange Trip" is the cover story of the October issue of Inc Magazine. Much of this report focuses on the energy, drive and vision of Tim Westergren, the founder of this popular music service. Writes Stephanie Clifford:



"Somehow Westergren has managed to amass more than eight million very enthusiastic listeners, advertisers like Microsoft and Lexus, and a database of some 500,000 songs. Over the years, he's raised more than $30 million in funding, most recently an undisclosed amount from Hearst Interactive Media, the media company's venture capital arm, in 2006. 'I've got to give Tim the all-time award for persistence. I probably turned him down at least three or four times,' says Peter Gotcher, a venture capitalist who eventually participated in a $12 million round in 2005. 'I liked his passion and entrepreneurial spirit.' Call it passion, spirit, an obstinate refusal to quit. It's kept Pandora alive." At the 2005 SXSW Interactive Festival, Westergren participated on the "Future of Radio" panel.

Posted 10/25/07 in **Speakers in the News** +

### The Three Bs of Austin: Bats, Barton Springs and Blogging



What should people think of when they think of Austin? Maybe the bats on the Town Lake bridge. Maybe the cold and clear waters of Barton Springs. Or, maybe the popularity of personal publishing here. According to a report by Scarborough Research (and re-posted on Wired), Austin leads the nation in terms of adults who read or write blogs. The report finds that 15% of those living in A-town have read or contributed to a blog in the last 30 days. Other North American metropolitan areas that love online content are Portland (14%), San Francisco / Oakland / San Jose (14%) and Seattle / Tacoma (13%).

Posted 10/25/07 in **Latest News** +

### London Rocks: SXSW Mixer at Departure Bar Tonight



The SXSW Interactive crew has safely made it to the other side of the Atlantic! Everything looks great for the Mixer tonight (October 23) at Departure Bar (2 Crutched Friars, Aldgate, London from 7-9 pm. While the guest list is pretty full, we can probably squeeze a few more names onto the thing. So, if you want to attend, be sure to RSVP if you haven't already. Tonight's event is a great opportunity to mingle with other digital creatives from the UK. Moreover, the Texas contingency can answer all your questions about SXSW 2008. We can't wait!

Posted 10/23/07 in **Latest News** +

### Preliminary List of 2008 SXSW Programming Released



Last March, the SXSW Interactive Festival hosted more than 140 panel sessions featuring the wisdom and creativity of more than 450 industry experts. For 2008, we expect similar numbers – with compelling. programming that covers everything from content to marketing to gaming to programming. While the full schedule is not yet ready for release (check back here around November 2), we think that you will enjoy reading through our preliminary list of confirmed panel sessions and speakers. Titles are posted alphabetically – and the name of the organizer of the session is listed in parenthesis. Also, please don't forget the Opening Remarks by Henry Jenkins, scheduled for Saturday, March 8 at 2:00 pm. *Photo of Alternate Reality Game Panel at 2007 event by John Swords.*

Programming selections largely based on results of the Panel Picker voting. Special thanks to the 2008 SXSW Advisory Board for their help in analyzing and vetting all the data from this online application.

Read more...

Posted 10/19/07 in **Latest News** +

### Maker Faire Austin this Weekend at Travis County Expo Center

We are way geeked about Maker Faire Austin, which begins Saturday morning at 10 am at the Travis County Expo Center. The show promises lots of amazing technology-related events, as well as dozens of DIY arts and crafts activities. Also, for all of the out-of-towners who are visiting Central Texas for Maker Faire, be sure to read this week's Austin Chronicle to be part of the way-cool SXSW promotion. Be there or bee square!



Posted 10/19/07 in **Latest News** +

### October 23 Mixer: Your Chance to Meet the SXSW Organizers



We still have a few spots open on the Guest List for the SXSW Mixer from 7-9 pm on Tuesday, October 23 in London. Featuring complimentary drinks and chill tunes, this event allows you to talk with the organizers of the SXSW Interactive Festival as well as other new media innovators such as yourself. The fun takes place at Departure Bar, one of the hottest new nightspots in Aldgate. Also, if you like SXSW Interactive, then we think that you will enjoy the Virtual Worlds Forum, which is co-hosting the October 23 mixer. VWF is a four-day conference focusing on how brands, corporations and not-for-profits are taking the business possibilities of virtual worlds seriously.

Posted 10/18/07 in **Latest News** +

### SXSW Podcast Page: Debating the Future of Book Publishing


What happens to the book publishing industry as more and more consumers become more comfortable getting more content online? This question served as much of the focus of a session from the 2007 SXSW Interactive Festival titled "The Future of the Book: Dead or Alive." This panel hosted an all-start lineup of speakers including Terri Ducay (Cheskin), Eileen Gittins (Blurb), Brewster Kahle (Internet Archive) and Peter Merholz (Adaptive Path). Complete audio of the session is now available on the ever-expanding SXSW Podcast Page.

If books are not your thing, then check out some of the other outstanding new content that was recently added to this site. Other new additions include "Austin, Massively Multiplayer Games Development Capital of the West?," "Browser Wars Retrospective: Past, Present and Future Battlefields," "Finding the Next Billion Internet Users," "The Future of Television: Super-Modality," "The Global Microbrand: Are Blogs, Suits, and Wine the New Sex, Drugs and Rock & Roll," "The New Business of Collectivism," "Mystery Science Web 3000: Combinatorial Media as Self-Expression," "Pervasive Electronic Games," and "Preserving Our Digital Legacy and the Individual Collector."

Wow – so much new stuff to listen to! The book industry may be hurting, but audio is exploding!

Posted 10/18/07 in **Latest News** +

### Contact Katie to Capitalize on the SXSW Interactive Buzz

Does your company, product or service need to get its message to the cutting-edge digital creatives who come to SXSW Interactive Festival every spring? Of course it does! So why haven't you considered the wide range of marketing opportunities available for next spring. From Trade Show booths to print advertising to unique after-hour events, we can tailor a promotional package to meet your needs – and your budget. Contact Katie King for complete details about



all the ways you can leverage SXSW Interactive.

Posted 10/18/07 in **Latest News** +

### ABJ Reports that Google Will Soon Open an Austin Office


According to a story posted on the Austin Business Journal website, Google will soon sign a lease for office space in downtown Austin. The publication reports that the tech giant "is close to signing a lease for 25,000 square feet at the Scarbrough Building downtown. For months the Mountain View, Calif.-based search engine giant has been scouting out options for funky, nontraditional space in the Central Business District. The company reportedly will use the space to establish a software development satellite office that would employ about 100 engineers and support staff. Sources say Google (Nasdaq: GOOG) will take the entire second floor of Scarbrough, or roughly 25,000 square feet. Troy Holme, with CB Richard Ellis Inc. who represents the building's owner, would not comment on any pending deals. A representative with Google says the company is always looking for quality engineering talent, but declined to talk specifically about any Austin plans." We are officially intrigued.

Posted 10/18/07 in **Latest News** +

### Christopher Schmitt Interviews Chime.TV's Taylor McKnight


Christoper Schmitt (pictured at left), who led the "Unleashing CSS: How I Learned to Stop Worrying and Love Internet Explorer 7" session at the 2007 SXSW Interactive Festival, has posted an interview with Taylor McKnight of ChimeTV. Asked what innovations need to occur for the web of today to evolve to the Web of tomorrow, McKnight tells Schmitt: "Overall, I'd say more aggregators like Chime.TV and Hype Machine to help filter out all the noise that inevitably comes with everything becoming cheaper/easier/common like making your own music or videos or blog, etc. Maybe even super aggregators for the aggregators. Music on the Web needs to find a legal way to better cope/compete with things like bittorrent and album leaks. Things like pre-release album orders when music leaks and the ability to actually get everything in one place."

Posted 10/18/07 in **Speakers in the News** +

### Maker Faire Austin: Three More Days Until Geek Christmas


The buzz is building for Maker Faire Austin this weekend at the Travis Country Expo Center. We encourage you to read the Austin Chronicle to learn about the special SXSW Interactive promotion at the event. We also encourage you to read GeekDad's report about the event on Wired.com. Writes John Baichtal, "The convention will feature such attractions as the Swap-O-Rama-Rama recycled fashion show, King of the Fling catapult-building contest, electic musical performances, Food Maker ("Edible Austin"), a magnetic mini-submersible, RoboSpinArt, Bigger Better Hula Hoops, a Diet Coke & Mentos fountain show, daily rocket launches sponsored by Estes-Cox, countless circuit bending and robotics projects, and a million other things to do and see and make. While many if not most activities might appeal to the average GeekKid, one especially jumped out at me: "Engineering Activities for Kids" put on by the ASCE. Also, now-legendary GeekKid and iPhone-hacker George Hotz will be in attendance." See you there!

Posted 10/17/07 in **Latest News** +

### Let the Games Begin: E for All Starts Tomorrow in Los Angeles


Video game fans are excited about the first-ever E for All Expo, which runs Thursday, October 18 through Sunday, October 21 at the Los Angeles Covention Center. E for All offers

 consumers unprecedented access to the video game industry through opportunities to see, try and buy some of the hottest new technologies before they are available on store shelves. Show attendees will also be able to sample a wide variety of lifestyle events such as gaming tournaments, the "Into the Pixel" video game art exhibition, a Gamer Lounge and the acclaimed Video Games Live concert. If you love video games and you can't make it to Southern California, then be sure to attend the ScreenBurn portion of the SXSW Interactive Festival next March.

Posted 10/17/07 in Latest News, ScreenBurn News +

### Who Knew? Will Wright Was a Cross-Country Street Racer

The under-the-radar escapades of SPORE game developer Will Wright are detailed in a recent post on Wired.com. According to the story filed by Susan Arendt, "In 1980, Wright and a his co-driver loaded up a Mazda RX-7 to race the U.S. Express, a wild cross-country race with just one rule: Cross the finish line first, whatever it takes. 'It was a very time-warping experience,' recalls Wright, talking by phone from his office. 'We'd get off the freeway after going 120 for hours and hours, and so then you're driving 60 and it feels like you're going at a crawl.' The U.S. Express was the successor to The Cannonball Run, an illegal cross-continental dash that was run throughout the 1970s until its organizer, Brock Yates, made a deal to create the movie of the same name." Long after he gave up auto-racing, Wright served as the keynote speaker for the ScreenBurn portion of the 2007 SXSW Interactive Festival. Hear audio of his highly engaging speech on the SXSW Podcast Page.

Posted 10/16/07 in Speakers in the News +

### Molly Holzschlag Asks if Web World is Changing Seasons

"It's autumn here in the US," writes frequent SXSW Interactive panelist Molly Holzschlag in an October 15 entry on her blog. "Time for pumpkins and Halloween and a different season. The seasons are changing. I can smell it on the Web wind. I feel there's a major shift in our industry. It concerns me so I want to chat about it with you. The latest Dot.Com boom is declining as far as I can tell. Are we on the edge of another Dot.Bomb? What do we do? What's changing  for you?" Her questions have brought about some intriguing analysis, including responses from other SXSW speaker alums such as James Craig, Kevin Lawver, Jeff Croft and Ian Lloyd.

Posted 10/16/07 in Speakers in the News +

### Pretis and Torrone Film the Future for Maker Faire Promo

 Watch "Adventures in Time", starring former SXSW Interactive speakers Bre Pettis and Phil Torrone. The old-look film promotes all the futuristic fun at Maker Faire Austin, which occurs Saturday, October 20 and Sunday, October 21 at the Travis County Expo Center. And if you live in Central Texas, be sure to read the Austin Chronicle to learn about all the stealth stuff that SXSW Interactive is doing at this way-cool event.

Posted 10/15/07 in Speakers in the News +

### London Calling: SXSW Mixer on October 23 at Departure Bar

 Digital creatives in the United Kingdom are invited to the SXSW Mixer from 7-9 pm on Tuesday evening, October 23 at the fashionable Departure Bar in London. Our first-ever networking event outside of the United States, this event allows you to meet

SXSW Interactive organizers as well as other British-based web designers, game developers and tech entrepreneurs. Many of the attendees at the October 23 mixer will be attending the Virtual Worlds Forum, a conference designed to help you understand why brands, corporations and not-for-profits are taking the business possibilities of virtual worlds seriously. If you would like to attend, please RSVP immediately. Hurry, space on the guest list is limited!

Posted 10/15/07 in **Latest News** +

### Lawrence Lessig Posts Alpha of Anti-Corruption Lecture Online



Earlier this year, Lawrence Lessig announced that the bulk of his work would now be focused on ending the ongoing scourge of political corruption. But Creative Commons is certainly not far from his heart. True to the philosophies behind the copyleft advocacy group that he helped launch, Lessig has posted an audio draft of his first lecture on this topic on his website. He explains that the strategy behind this move is to get as much user feedback as possible before he goes public with the talk: "As promised, here's the first lecture on corruption. It is an alpha version. I'm eager for comments and feedback. My first written feedback came from Aaron Swartz, with whom I had conspired last winter about making this move. I'll post his comments and some replies later today. I've also set up a page on the wiki where I will collect significant versions of the argument. Summary and criticism there would be helpful." Lessig was a feature speaker at the 2003 SXSW Interactive Festival.

Posted 10/15/07 in **Speakers in the News** +

### Greening Cyberspace: Monday, October 15 is Blog Action Day



Today has been designated as Blog Action Day, a chance for the virtual world to help make a difference with the physical world.. As explained by the website, "bloggers around the web will unite to put a single important issue on everyone's mind - the environment. Every blogger will post about the environment in their own way and relating to their own topic. Our aim is to get everyone talking towards a better future." Want to get involved? The group suggests that you post anything on your blog related to the environment. It also recommends that you donate your earnings for the day to a green-related charity. And, of course, please help spread the word about Blog Action Day throughout the web.

Posted 10/15/07 in **Latest News** +

### Jordan Stone Amongst SXSW Alums at FITC Hollywood

The elusive Jordan Stone, purveyor of the strangely intoxicating design portal wefail.com, is one of many former SXSW Interactive Festival speakers lending their expertise to FITC Hollywood 2007, scheduled October 22-23 at the Hilton Los Angeles / Universal City. Over the past six years, FITC Hollywood is the first conference to bridge this gap, helping to foster an already exploding nexus of creativity in Southern California, and laying the groundwork for the future in which digital interactive interfaces surround us. Other past SXSW panelists speaking at the event include Martin Hughes and Craig Swann.



Posted 10/12/07 in **Speakers in the News** +

### SXSW Podcast Page: Customer Service is Your Best Marketing



A newly-launched social network where people are encouraged to talk about the products and services they like and dislike, Satisfaction has been getting lots of buzz in the online world in the last few weeks. Satisfaction co-founder Thor Muller spoke about some of the philosophies behind this company at the "Customer Service is the New Marketing" panel at the 2007 SXSW Interactive Festival. The audio recording of this session is now available on the SXSW Podcast Page.

Other free panel content recently uploaded includes "Design Aesthetic of the Indie Developer" and "How to Easily Attract Your Ideal Clients." The SXSW Podcast Page is updated frequently, so check back every week to hear even more outstanding audio recordings from last spring's event. Better still, browse the archives for more captivating content that you may have missed.

Posted 10/12/07 in **Latest News** +

### Tech, Crafts and Fun: Maker Faire Austin is Next Weekend!!



On Saturday, October 20 and Sunday, October 21, the first-ever Maker Faire Austin comes to the Travis County Expo Center & Fairgrounds. From the King of Fling Catapult Competition to the Swap-o-Rama-Rama, there is so much cool stuff planned for this event. Also, SXSW Interactive is very proud to serve as a Maker Faire media sponsor – read the Austin Chronicle for more information about all the fun stuff that we will be doing onsite. Buy your ticket online and we will see you at the Expo Center next weekend!

Posted 10/12/07 in **Latest News** +

### Fresh New Gaming Content on the ScreenBurn Website



Video games are hot – and with every passing month, they become more and more a part of mainstream culture. Keep up with the latest trends in this quickly changing world by reading reading the ScreenBurn blog. Better yet, make plans now to attend ScreenBurn 2008, which is the part of the SXSW Interactive Festival that focuses on video games. ScreenBurn panels run March 7-11 – attend these sessions by registering for SXSW Interactive. Meanwhile, the two-day ScreenBurn Arcade encourages attendees as well as the Austin community to play with the latest gaming technologies. Game on or what!

Posted 10/10/07 in **Latest News** +

### Mark Dery Bemoans That We Are Drowning in the Online Yak



R.U. Sirius puts together a nice essay for the e-zine 10 Zen Monkeys based on the question "Is the Net Good for Writers?". Amongst those responding is Mark Dery, who opines: "The net has also open-sourced the cultural criticism business, a signal development that on one hand destratifies cultural hierarchies and makes space for astonishing voices like the people behind bOING bOING and BLDGBLOG and Ballardian. Skimming reader comments on Amazon, I never cease to be amazed by the arcane expertise lurking in the crowd; somebody, somewhere, knows everything about something, no matter how mind-twistingly obscure. But this sea change — and it's an extraordinary one — is counterbalanced by the unhappy fact that off-the-shelf blogware and the comment thread make everyone a critic or, more accurately, make everyone think they're a critic, to a minus effect. We're drowning in yak, and it's getting harder and harder to hear the insightful voices through all the media cacophony." Dery lent his insights to the 1996 SXSW Interactive Festival (in those days, the event was known as the SXSW Multimedia Festival).

Posted 10/10/07 in **Speakers in the News** +

### October Listserve: Sarah Tan Wins FREE 2008 SXSW Interactive Registration



Congratulations to Sarah Tan, a web designer at Harvard University in Cambridge, Ma. Her name was randomly selected from the dozens of people who correctly answered the trivia question that was associated with the October 2007 monthly listserve. Specifically, Tan knew that Ze Frank (pictured at left) was the emcee for the 2007 SXSW Web


Awards Ceremony. Speaking of the Web Awards, early entry deadline is 11:59 pm on Friday, October 19 – have you submitted your amazing new Internet creation yet?

For providing the correct answer to the October trivia question, Tan wins a FREE registration to next year's SXSW Interactive Festival (scheduled March 7-11, 2008 at the Austin Convention Center). We will be giving away another free registration as part of the November listserve – and will continue this practice with each succeeding monthly listserve through next March. Sign up here to receive these information-packed e-mail updates that will keep you up to date on all things SXSW Interactive.

Posted 10/09/07 in **Latest News** +

### Two Weeks Until October 23 SXSW Mixer in London


The SXSW Interactive Festival hosts its first-ever networking event outside the United States from 7-9 pm on Tuesday evening, October 23. Join the Texas crew at the sleek new Departure Bar in London's Aldgate neighborhood for complimentary drinks, a smooth DJ and great conversation. The October 23 mixer occurs in conjunction with the Virtual Worlds Forum, a conference designed to help you understand why brands, corporations and not-for-profits are taking the business possibilities of virtual worlds seriously. Capacity at Departure Bar is limited, so please RSVP now to reserve your spot on the guest list.

Posted 10/09/07 in **Latest News** +

### Mike Linksvayer Introduces Map Look for Creative Commons

Help support our friends at Creative Commons, which unveiled a new site design last week to kick off their newest pledge drive. In an intro page for this move, CC Vice President (and former SXSW speaker) Mike Linksvayer wrote, "Last week we launched the Creative Commons annual fall fundraising campaign. Goal: US$500,000. We also launched a redesigned creativecommons.org site and now have matching campaign buttons. Get one for your site or blog! As you might guess from the buttons above, a map theme runs throughout the campaign, including on the super cool campaign t-shirts." Linksvayer was part of the "Digital Preservation and Blogs" discussion at the 2006 SXSW Interactive Festival.

Posted 10/09/07 in **Speakers in the News** +

### Marilyn Martin Wins Free Registration at Bootstrap Event


Congrats to Marilyn Martin of Austin, who won a FREE registration to the 2008 SXSW Interactive Festival by going to the "Bootstrap Your Book" event at Book People on Sunday, October 7. This event drew about 30 total attendees, and also featured giveaways of two books self-published by former SXSW Interactive speakers – "The Human Fabric" (Bijoy Goswami) and "Some Assembly Required" (Thom Singer).

Look for more bootstrap-related content at the 2008 SXSW Interactive Festival. Also, stay tuned to this website for more opportunities to win free registrations to the event next spring!

Posted 10/07/07 in **Latest News** +

### SXSW Podcast Page: Debating the Perils of Bust 2.0


Yes, the web economy is booming at present. But, how long will the current robust market last? Are there any signs of decline? And what

 happens when these signs turn into a full-fledged trend? Questions such as these were the focus of the "After Bust 2.0: Ten Years Later, Where Will We Be?" panel at the 2007 SXSW Interactive Festival, one of many sessions now available for free on the Podcast Page.

Other 2007 panel content recently posted includes "Data Shrapnel," "How to Make Search Engine Optimization and Usability Work Together," "Net Politics: The Internet Can Make You President, " "NPO 2.0: 'Widgets for Good' Challenge," "Journalism in the Blogosphere: A Legal Guide to Internet Press," "Open Knowledge vs. Controlled Knowledge," and "WaSP Annual Meeting: Takin' It to the Street." Be sure to check this Podcast Page frequently as new audio is added every week!

Posted 10/07/07 in **Latest News** +

### Win FREE 2008 SXSW Registration at October 7 Bootstrap Event

 Bootstrapping is a simple / revolutionary way to approach financing your next entrepreneurial project. According to Bijoy Goswami (pictured at left) of the Bootstrap Network, this way of thinking goes against the traditional notions of business plans and venture capital – instead, it is about "taking the right action at the right time." Bootstrapping focuses much more on what you have to offer right now, as opposed to what you can potentially do when you obtain some other intangible element. Hear more about this zen approach to business at the the "Bootstrap Your Book: Real Life Advice on How and Why to Self-Publish" event at 5:00 pm on Sunday afternoon, October 7 at BookPeople in Austin (603 N Lamar). One lucky attendee at this presentation will win a FREE registration to the 2008 SXSW Interactive Festival. Be there and be prepared to win!!

Posted 10/05/07 in **Latest News** +

### Web Awards Update: Early Entry Deadline Is Friday, Oct 19

Are you creating the best and most innovative online destinations? Then don't miss your premier opportunity to showcase your latest work to the web industry and win big in the 11th Annual SXSW Web Awards. Focusing on sites that launched in 2007, this year's international competition sees the return of the "Mobile" and "Games" categories, as well as the addition of an "Activism" category (that replaces the "Business: Green/Non-Profit" category).

Take advantage of the early entry deadline and submit your work before midnight on Friday, October 19.

Above: Emcee Ze Frank presents the "Best of Show" Web Award to the crew from AgencyNet/OwnYourC.com at the 10th Annual SXSW Web Awards Ceremony last March. *Photo by Jay West*.

Posted 10/04/07 in **Web Awards** +

### SXSWorld: Friday is the Deadline to Get Your Free Advertisement

Published each November, February, March and May, SXSWorld is the official magazine of the SXSW Conferences & Festivals. These four issues allow you to globally position your brand and communicate your message directly to all SXSW registrants. And with an average pass along of 2.5 readers, you will be seen by more than 35,000 professionals from three key entertainment industries. Get a free ad with a 

4x advertising contract now through October 8. E-mail Katie King for details.



Posted 10/03/07 in **Latest News** +

### Panel Programming for 2008: Announcements Coming Soon!



Voting for the 2008 Panel Picker has closed – many thanks to the thousands and thousands of people from the online community who participated in this project. The SXSW staff is currently analyzing this data, as well as processing the input of the Advisory Board. If all goes as planned, the first batch of panel titles and speaker names for the 2008 event will be released on Friday, October 19. Stay tuned to this site for complete details. Also, if you submitted an idea to the Panel Picker, you will hear from us shortly before this information is posted online. Please don't hesitate to contact us if you are confused on how any of this stuff works.

Posted 10/03/07 in **Latest News** +

### Showcase Your Gaming Company to SXSW Attendees at the 2008 ScreenBurn Arcade

Launched in March 2007, the ScreenBurn Arcade is a hands-on playspace where SXSW registrants interact with the hottest new gaming technologies. Highlights of last year's event included a booth where attendees could challenge the Frag Dolls, the intense ongoing action of the Evo Championship series, plus virtual world wizardry from the Electric Sheep Company. So if your gaming company wants to get in front of this cutting-edge crowd, then the 2008 ScreenBurn Arcade (March 8 & 9) is the place for you. Contact Lindsay Muse for complete details on how to get involved.



Posted 10/02/07 in **ScreenBurn News** +

### Clearleft's Andy Budd Covers the Basics of Client Contracts



The current issue of Digital Web Magazine contains "Contract Killers," an article by Andy Budd about the best ways to formalize your new media business arrangements. Explains this former SXSW speaker: "At Clearleft, most of our work is of the fixed-budget variety. A start-up will come to us with an interesting concept, a modest amount of seed funding, and the desire to create something special. While not an agile company per se, we try to work in as agile a way as possible . . . .During this process, the project will always change—concepts will be refined, user-flows will morph, and features will be added or dropped. So instead of using a fixed-price, fixed-scope process, or a time-and-materials process, we favor a target-scope process." Budd led the "How to Bluff Your Way in Web 2.0" presentation at SXSW Interactive last spring.

Posted 10/02/07 in **Speakers in the News** +

### More Ways to Win: Subscribe to the SXSW Listserve

On Wednesday, October 3, we will mail out the next edition of the SXSW Interactive Festival monthly listserve. This fun-to-read newsletter contains tons of useful information about the event. Additionally, the listserve includes a trivia question related SXSW Interactive. Provide the correct answer to this trivia question and your name will be in the running to win a free registration for next spring's festivities. Subscribe here and get ready to win!



Posted 10/01/07 in **Latest News** +

### Doug Rushkoff Tells Companies to Stop Creating Mythologies

Read the compelling interview with Douglas Rushkoff on



Worldchanging. Asked about his thoughts on marketing, this noted author and teacher replies: "My whole pitch on marketing and communications is for companies to stop creating mythologies and persuasion campaigns around the products that they're disconnected with, and to start getting involved in some aspect of the thing they're selling. The easiest tactic is to become involved in at least one area of the design or manufacturing of the product you're selling. So, if you're making shoes, you should have someone on the staff who is connected not only with the shoe industry, but with the particular shoes you're selling. Ideally, your company actually designs and makes the shoes. This way, instead of creating a marketing myth (our shoes are made by elves who live in a hollow tree) you can actually develop a culture around the shoe itself. The employees and customers end up becoming part of the same culture of shoe design, manufacture, and appreciation." Rushkoff spoke at the 1999 SXSW Interactive Festival. Meanwhile, the interview is conducted by frequent SXSW Interactive panelist Jon Lebkowsky.

Posted 10/01/07 in **ScreenBurn News** +

» Archives
» Even More Archives (2007)
» Back to Interactive News

Technology Partner    Hosting By