

[SEARCH BLOG] [⚑FLAG BLOG] Next Blog»



# BLOGONAUT

#### WE DON'T MAKE THIS STUFF UP—REALLY

## NEWS BITES

**Obama "is on track to raise more than $50 million this month"**

**Obama tied with Hillary in Texas: closing in Ohio**

**No bounce from Wisconsin: Clinton, Obama in dead heat, new tracking poll says**

**The Obama delusion**

**Obama wins Wisconsin**

**At last, Michelle Obama proud of America**

**Lawyer takes 12 step honesty a step too far at bar hearing**

---

Ads by Google

**CREDO Says No to Spying**
We fight laws that make it easier for the government to spy on you.
www.credomobile.com

**Hillary for President**
Help Make History! Paid

# Will the Real "Violet Blue" Please Stand Up; Writer-Blogger Sues Porn Star Over Name Use



[From **Wired.com**]

**Violet Blue, the well-known sex and sexuality writer and blogger (shown), filed suit this week against Violet Blue, the porn actress, alleging name and likeness infringement,** *Wired* **reports.**

**Journalist Violet Blue, whose** *legal name* **is Violet Blue, filed suit in San Francisco federal district court Monday, accusing Ada Mae Johnson—who uses 'Voilet Blue' as her movie**

President.
www.HillaryClinton.com

stage name--of trademark violation and dilution, as well as unfair business practices. Blue wants the court to stop Johnson from using her name and to force her to pay Blue damages.

Johnson's movie credits include *Shut Up and Blow Me #29*, *Whore of the Rings* and *Who Violet Blew*.

**Violet Blue**
Everything to do with Violet items.
shopping.yahoo.com

Journalist Blue, who writes an on-line column for the San Francisco Chronicle, was recently **named** one of the 25 most influential people on the web by Forbes magazine.

**The Violet Barn**
African violets, exotic houseplants 9-time winners, international show.
www.violetbarn.com

The journalist has written and edited more than 15 books, ranging from *Best Women's Erotica 2008* to the *Ultimate Guide to Fellatio*.

Blue the journalist says she has been using the name Violet Blue in her writings since 1999, and she registered "Violet Blue" as a trademark in March, 2007, Wired reports.

**Hillary Or Obama?**
See What Others Think. Make Your Own Predictions. Join Now!
www.Predicto.com

## Read more

POSTED BY BLOGONAUT AT 2:15 PM 

### BLOG ARCHIVE

[ Blog Archive ⇅ ]

**0 COMMENTS:**

**Post a Comment**

**Newer Post**            **Home**            **Older Post**

Subscribe to: **Post Comments (Atom)**


www.esurance.com