

## Want to Know?
## Search AINews

[ ] [ Go ]



Front Page

Adult Film News

Adult Media News

Business News

Club & Appearance News

Freedom & the Law

Internet News

Lifestyles, Health & Charity

➡ Letters to the Editor

Columns

Movie Reviews

InnerViews

AINews Site Map

Free News Feed

AINews Affiliate Store

Star Pages

Contact AINews

Advertise With AINews



November 03, 2007 03:14am
## Pornstar Violet Blue Changes Name
Source: Letters to the Editor
by: Violetta Blue

I'm offically changing my name to Violetta Blue, so as to not confuse the general public of me the Pornstar with the author Violet Blue.



I believe this is the right thing to do pending the lawsuit involved with the name "Violet Blue".

...Course its going to take a while to retrain my fingers!

Love,
Violetta Blue

WWW.PAMELAPEAKSSPEAKS.COM
"PAMELA PEAKS SPEAKS" TV SHOWS

### Related Stories
- Violet Blue Memorabilia Sale
- Flynt in Oprah
- Exotic Erotic Ball Announces Adult Entertainers
- Head Master 2 ~ Reviewer Rated
- Wonderland ~ Reviewer Rated

### Related Sites - WARNING! May lead to graphic content
- Violet Blue's VioletBlue.org
- Movies With Violet Blue (AINews)

## Top Stories

Stoya, Jennifer Dark on Last Call

Karaoke Comes to Porn Valley

Batman's Belfry at Bad Betties Party

NRPW Returns with Bang

First Ethnic Award Show

A! Night at PSK

Sex-Positive Journalism Awards

Matt Zane Featured in Bizarre





**More Stories From**
[Letters to the Editor](#)

[Sex-Positive Journalism Awards](#)

[Love Shack's Cornetta Comments on Fire](#)

[Anita Cannibal Roof Blown Off](#)

[Thanks For The Toys](#)

[Boobs For Payton](#)

[Pornstar Violet Blue Changes Name](#)

[Danger Peligro Gefahr](#)

[Bethany Sweet in LegWorld](#)

[Jana Jordan Covers Penthouse Forum](#)

[Gina Lynn Recovers in Time for Stern](#)

[Porn Star Revolution Party](#)

[Allanah Starr Victory Party](#)

[MWA: Renee Perez, Cassidey, Brea Bennett](#)

[Part Two - FreakyTiki AVN Recap](#)

[MWA: Jana Jordan](#)

[February 2008 From the Trenches](#)

[Big Wet Tits 4 ~ Reviewer Rated](#)

Ange Venus in
Dante's Inferno

Violet Blue
Memorabilia Sale

Freaky Works for
De'Nyle

Anjelica Lauren
Available to Fans

Fred Salaff Needs
Help

Still No Trial
Date Set

Jade Feng at
Portland Erotic
Ball

Kelly Wells
Loves Australia

Kelly 'Fn' Wells
Blows Off
Australia

Sydnee Steele's
Book Deal
Comments

Possible Booking
Fraud Continues

Cleopatra's 2
Year Calendar

Asia Carrera's
Husband Killed

Whitney
Wonders Getting
Married

SuicideGirls
Content License
Flap

Shay Lynn
Parties at Playboy
Mansion



[Bogus Bookings Bait Talent](#)

[George DeLorenzo Hangs in Miami](#)

[Alicia Angel Corrects AINews](#)