# Revision history of Violet Blue (author)

From Wikipedia, the free encyclopedia
View logs for this page
(Latest | Earliest) View (newer 50) (older 50) (20 | 50 | 100 | 250 | 500)
For any version listed below, click on its date to view it.
For more help, see Help:Page history and Help:Edit summary.
(cur) = difference from current version, (last) = difference from preceding version,
 m = minor edit, → = section edit, ← = automatic edit summary

Compare selected versions

- (cur) (last)     ⦿ 21:37, 13 February 2008 Fredb001 (Talk | contribs) m (8,150 bytes) (→Other activities) (undo)
- (cur) (last) ⦾     21:24, 6 February 2008 DumZiBoT (Talk | contribs) m (8,151 bytes) (Bot: Converting bare references) (undo)
- (cur) (last) ○     04:49, 30 January 2008 Tabercil (Talk | contribs) m (8,069 bytes) (Reverted edits by 63.231.16.186 (talk) to last version by El bot de la dieta) (undo)
- (cur) (last) ○     04:03, 30 January 2008 63.231.16.186 (Talk) (8,042 bytes) (undo)
- (cur) (last) ○     03:48, 29 January 2008 El bot de la dieta (Talk | contribs) m (8,069 bytes) (robot Adding: es:Violet Blue) (undo)
- (cur) (last) ○     00:13, 27 January 2008 88.106.246.66 (Talk) (8,050 bytes) (undo)
- (cur) (last) ○     00:12, 23 January 2008 77.54.108.134 (Talk) (8,045 bytes) (Undid revision 186235551 by 77.54.108.134 (talk)) (undo)
- (cur) (last) ○     00:11, 23 January 2008 77.54.108.134 (Talk) (8,045 bytes) (undo)
- (cur) (last) ○     01:14, 18 January 2008 64.81.65.120 (Talk) (8,045 bytes) (Undid revision 184414015 by Brianhe (talk) Not link spam it is true.) (undo)
- (cur) (last) ○     06:45, 17 January 2008 81.182.18.45 (Talk) (7,945 bytes) (Undid revision 184921832 by 69.202.64.143 (talk)) (undo)
- (cur) (last) ○     06:13, 17 January 2008 69.202.64.143 (Talk) (7,941 bytes) (lmao) (undo)
- (cur) (last) ○     04:01, 15 January 2008 Brianhe (Talk | contribs) m (7,945 bytes) (→Books (author): rv linkspam (?)) (undo)
- (cur) (last) ○     04:00, 15 January 2008 Brianhe (Talk | contribs) m (8,045 bytes) (→Other activities: ty) (undo)
- (cur) (last) ○     21:50, 10 January 2008 CmdrObot (Talk | contribs) m (8,046 bytes) (Compact Amazon URLs (3)) (undo)
- (cur) (last) ○     07:51, 6 January 2008 70.112.185.154 (Talk) (8,119 bytes) (→Other activities: While carefully avoiding the long talk page SRL debate, added two words to note that SRL isn't just any performance art group.) (undo)
- (cur) (last) ○     08:36, 27 December 2007 Species5618 (Talk | contribs) (8,100 bytes) (undo)
- (cur) (last) ○     12:46, 14 December 2007 Photouploaded (Talk | contribs) m (8,066 bytes) (→Other activities) (undo)
- (cur) (last) ○     12:45, 14 December 2007 Photouploaded (Talk | contribs) m (8,065 bytes) (→Other activities: collapse) (undo)

- (cur) (last) ◯ 12:45, 14 December 2007 Photouploaded (Talk | contribs) m (8,068 bytes) (links) (undo)
- (cur) (last) ◯ 15:03, 12 December 2007 Photouploaded (Talk | contribs) m (8,082 bytes) (lawsuit) (undo)
- (cur) (last) ◯ 19:24, 11 December 2007 Photouploaded (Talk | contribs) (8,067 bytes) (update description of lawsuit) (undo)
- (cur) (last) ◯ 22:47, 10 December 2007 Photouploaded (Talk | contribs) m (7,761 bytes) (dab, cleanup) (undo)
- (cur) (last) ◯ 21:43, 10 December 2007 Photouploaded (Talk | contribs) m (7,739 bytes) (name change per trademark infringement) (undo)
- (cur) (last) ◯ 20:32, 6 December 2007 KathrynA (Talk | contribs) (7,769 bytes) (→Books (author): added IPPY award) (undo)
- (cur) (last) ◯ 20:31, 6 December 2007 KathrynA (Talk | contribs) (7,670 bytes) (→Books (editor): fixed out of date link and added additional award) (undo)
- (cur) (last) ◯ 20:19, 6 December 2007 KathrynA (Talk | contribs) (7,579 bytes) (→Digital Releases: added addl Kindle releases and cleaned up Amazon links) (undo)
- (cur) (last) ◯ 20:10, 6 December 2007 KathrynA (Talk | contribs) (7,413 bytes) (added digital releases section) (undo)
- (cur) (last) ◯ 19:53, 6 December 2007 KathrynA (Talk | contribs) (6,618 bytes) (→Other Notable Activities: added Digita Publications) (undo)
- (cur) (last) ◯ 22:11, 4 December 2007 Chunky Rice (Talk | contribs) (6,392 bytes) (add German interwikilink) (undo)
- (cur) (last) ◯ 19:06, 4 December 2007 Chunky Rice (Talk | contribs) (6,362 bytes) (unprotected) (undo)
- (cur) (last) ◯ 19:06, 4 December 2007 Chunky Rice (Talk | contribs) m (Unprotected Violet Blue (author): edit warring seems to have died down) (undo)
- (cur) (last) ◯ 12:45, 31 October 2007 Xaosflux (Talk | contribs) m (Changed protection level for "Violet Blue (author)": Cleanup of indef protected pages on Special:Protectedpages, setting an expiration date [edit=sysop:move=sysop] (expires 2008-10-31T12:45:01 (UTC))) (undo)
- (cur) (last) ◯ 21:10, 27 October 2007 Cbrown1023 (Talk | contribs) (6,376 bytes) (protected) (undo)
- (cur) (last) ◯ 21:10, 27 October 2007 Cbrown1023 (Talk | contribs) m (Protected Violet Blue (author): edit warring, possible BLP concerns (with no reliable sources) [edit=sysop:move=sysop]) (undo)
- (cur) (last) ◯ 19:10, 27 October 2007 Wikiwikimoore (Talk | contribs) (6,362 bytes) (This update is incorect and from a non a WP:SOURCES source) (undo)
- (cur) (last) ◯ 18:08, 27 October 2007 EscalanteXP (Talk | contribs) (6,563 bytes) (Updated SRL alumni status per Ms. Blue's blog post) (undo)
- (cur) (last) ◯ 17:53, 27 October 2007 EscalanteXP (Talk | contribs) (6,453 bytes) (Undid revision 167373953 by Ms. Blue's boyfriend Wikiwikimoore - other articles cite PeopleFinder. absent information to the contrary, this is the best info available) (undo)
- (cur) (last) ◯ 05:55, 27 October 2007 Wikiwikimoore (Talk | contribs) (6,252 bytes) (This information is incorrect. People finder is in no way athoritive. Undid revision 167316197 by Takeshiito (talk)) (undo)
- (cur) (last) ◯ 23:25, 26 October 2007 Takeshiito (Talk | contribs) (6,453 bytes) (→Other

- Notable Activities: fixed NPOV) (undo)
- (cur) (last) ○   23:17, 26 October 2007 Takeshiito (Talk | contribs) (6,449 bytes) (Updated biographical info) (undo)
- (cur) (last) ○   18:43, 25 October 2007 Nemissimo (Talk | contribs) (6,248 bytes) (→Books (author)) (undo)
- (cur) (last) ○   18:32, 25 October 2007 Nemissimo (Talk | contribs) (5,972 bytes) (→Books (editor)) (undo)
- (cur) (last) ○   04:03, 25 October 2007 William Graham (Talk | contribs) m (5,660 bytes) (→Other Notable Activities) (undo)
- (cur) (last) ○   02:57, 25 October 2007 Tabercil (Talk | contribs) (5,659 bytes) (add and cite) (undo)
- (cur) (last) ○   22:20, 12 October 2007 Wikiwikimoore (Talk | contribs) (5,138 bytes) (Undid revision 164141992 by 67.114.166.165 (talk) incorrect and unsited) (undo)
- (cur) (last) ○   21:52, 12 October 2007 67.114.166.165 (Talk) (5,144 bytes) (undo)
- (cur) (last) ○   11:30, 26 September 2007 SmackBot (Talk | contribs) (5,138 bytes) (Set up birth date/death date template and/or general fixes) (undo)
- (cur) (last) ○   21:47, 20 August 2007 KathrynA (Talk | contribs) (5,125 bytes) (→Sex-related Writing and Activities: Changed wording of Oprah article to be more clear about subject) (undo)
- (cur) (last) ○   20:46, 20 August 2007 KathrynA (Talk | contribs) (5,126 bytes) (Time-sensitive claims can't be verified -Replacing iTunes ranking from July with reference to Guardian article.) (undo)
- (cur) (last) ○   20:22, 20 August 2007 KathrynA (Talk | contribs) (5,069 bytes) (cleaned up headers for consistency) (undo)

[ Compare selected versions ]

(Latest | Earliest) View (newer 50) (older 50) (20 | 50 | 100 | 250 | 500)
Retrieved from "http://en.wikipedia.org/wiki/Violet_Blue_%28author%29"