# Revision history of Violet Blue (pornographic actress)

From Wikipedia, the free encyclopedia
View logs for this page
(Latest | Earliest) View (newer 50) (older 50) (20 | 50 | 100 | 250 | 500)
For any version listed below, click on its date to view it.
For more help, see Help:Page history and Help:Edit summary.
(cur) = difference from current version, (last) = difference from preceding version,
 m = minor edit, → = section edit, ← = automatic edit summary

Compare selected versions

- (cur) (last)      ⦿     23:48, 19 February 2008 Good Olfactory (Talk | contribs) (7,023 bytes) (placed in subcategory) (undo)
- (cur) (last)    ⦿       16:46, 14 February 2008 75.3.119.78 (Talk) (7,014 bytes) (→Career as stripper and porn star) (undo)
- (cur) (last) ◯       17:05, 9 February 2008 Philippe (Talk | contribs) m (moved Violetta Blue to Violet Blue (pornographic actress): [OTRS Ticket#2008012910002991] - BLP subject informs us of name change.) (undo)
- (cur) (last) ◯       16:21, 1 February 2008 King Willan Bot (Talk | contribs) m (7,017 bytes) (robot Modifying: fi:Violetta Blue) (undo)
- (cur) (last) ◯       17:22, 30 January 2008 63.231.16.186 (Talk) (7,015 bytes) (undo)
- (cur) (last) ◯       17:05, 30 January 2008 63.231.16.186 (Talk) (7,017 bytes) (undo)
- (cur) (last) ◯       13:15, 30 January 2008 213.155.231.26 (Talk) (7,161 bytes) (IW fix DE) (undo)
- (cur) (last) ◯       06:28, 30 January 2008 207.118.2.19 (Talk) (7,159 bytes) (→Return to Washington state) (undo)
- (cur) (last) ◯       06:26, 30 January 2008 207.118.2.19 (Talk) (7,184 bytes) (→Alleged trademark infringement) (undo)
- (cur) (last) ◯       06:25, 30 January 2008 207.118.2.19 (Talk) (7,591 bytes) (undo)
- (cur) (last) ◯       06:22, 30 January 2008 207.118.2.19 (Talk) (7,821 bytes) (→External links) (undo)
- (cur) (last) ◯       06:20, 30 January 2008 207.118.2.19 (Talk) (7,833 bytes) (→Alleged trademark infringement) (undo)
- (cur) (last) ◯       06:17, 30 January 2008 207.118.2.19 (Talk) (7,753 bytes) (→Career as stripper and porn star) (undo)
- (cur) (last) ◯       06:00, 30 January 2008 207.118.2.19 (Talk) (7,138 bytes) (→Career as stripper and porn star) (undo)
- (cur) (last) ◯       04:47, 30 January 2008 Tabercil (Talk | contribs) (7,326 bytes) (rv unsourced edit) (undo)
- (cur) (last) ◯       04:20, 30 January 2008 63.231.16.186 (Talk) (6,900 bytes) (Revised at the direction of Ada Mae Johnson (actress "Violet Blue")) (undo)
- (cur) (last) ◯       03:55, 30 January 2008 63.231.16.186 (Talk) (7,679 bytes) (Changed at the

- (cur) (last) ○ direction of Ada Mae Johnson) (undo)
- (cur) (last) ○ 23:28, 8 January 2008 HTurtle (Talk | contribs) m (7,326 bytes) (changed or-tag to fact as it didn't sound like OR but unverified; polished refs; disambiguation; unlinked years (and few others); some grammar & spelling) (undo)
- (cur) (last) ○ 19:33, 27 December 2007 SmackBot (Talk | contribs) m (7,269 bytes) (Date/fix the maintenance tags or gen fixes using AWB) (undo)
- (cur) (last) ○ 19:08, 27 December 2007 Vinh1313 (Talk | contribs) (7,236 bytes) (lots of statements about her personal life without sources) (undo)
- (cur) (last) ○ 19:07, 27 December 2007 Vinh1313 (Talk | contribs) (7,215 bytes) (→Return to Washington state) (undo)
- (cur) (last) ○ 03:04, 22 December 2007 OKBot (Talk | contribs) m (7,209 bytes) (robot Modifying: fr:Ada Mae Johnson) (undo)
- (cur) (last) ○ 22:19, 21 December 2007 Photouploaded (Talk | contribs) (7,205 bytes) (boyfriend) (undo)
- (cur) (last) ○ 22:15, 21 December 2007 Photouploaded (Talk | contribs) m (7,192 bytes) (→Return to Washington state) (undo)
- (cur) (last) ○ 22:13, 21 December 2007 Photouploaded (Talk | contribs) m (7,182 bytes) (→Return to Washington state: daughter's name) (undo)
- (cur) (last) ○ 21:22, 21 December 2007 Photouploaded (Talk | contribs) m (7,164 bytes) (→External links: re-order) (undo)
- (cur) (last) ○ 21:22, 21 December 2007 Photouploaded (Talk | contribs) (7,165 bytes) (add myspace, contradiction between announcement and use of name on web pages) (undo)
- (cur) (last) ○ 14:27, 16 December 2007 Photouploaded (Talk | contribs) m (6,819 bytes) (sv) (undo)
- (cur) (last) ○ 14:19, 16 December 2007 Photouploaded (Talk | contribs) m (6,815 bytes) (babel) (undo)
- (cur) (last) ○ 16:38, 14 December 2007 Photouploaded (Talk | contribs) m (6,815 bytes) (fr) (undo)
- (cur) (last) ○ 16:37, 14 December 2007 Photouploaded (Talk | contribs) m (6,796 bytes) (iw) (undo)
- (cur) (last) ○ 15:08, 14 December 2007 Photouploaded (Talk | contribs) m (6,794 bytes) (iw) (undo)
- (cur) (last) ○ 12:09, 14 December 2007 Photouploaded (Talk | contribs) m (6,790 bytes) (iw) (undo)
- (cur) (last) ○ 20:08, 11 December 2007 LabFox (Talk | contribs) m (6,786 bytes) (→References: interwiki-fix) (undo)
- (cur) (last) ○ 19:15, 11 December 2007 Photouploaded (Talk | contribs) (6,784 bytes) (fix grammar, add wikilinks) (undo)
- (cur) (last) ○ 18:51, 11 December 2007 Photouploaded (Talk | contribs) m (6,679 bytes) (arrange refs) (undo)
- (cur) (last) ○ 17:23, 11 December 2007 Photouploaded (Talk | contribs) m (6,697 bytes) (→Return to Washington state: clarify) (undo)
- (cur) (last) ○ 17:22, 11 December 2007 Photouploaded (Talk | contribs) m (6,693 bytes) (→Early life: wikilink) (undo)
- (cur) (last) ○ 17:22, 11 December 2007 Photouploaded (Talk | contribs) (6,684 bytes) (cite

- (cur) (last) ○ source) (undo)
- (cur) (last) ○ 17:20, 11 December 2007 Photouploaded (Talk | contribs) m (6,666 bytes) (fix ref) (undo)
- (cur) (last) ○ 17:20, 11 December 2007 Photouploaded (Talk | contribs) (6,666 bytes) (add DVD ref, remove from EL, remove EL) (undo)
- (cur) (last) ○ 17:11, 11 December 2007 Photouploaded (Talk | contribs) m (6,512 bytes) (→External links: rm links used as references) (undo)
- (cur) (last) ○ 17:10, 11 December 2007 Photouploaded (Talk | contribs) (6,720 bytes) (add sourced info on initial sexual experiences) (undo)
- (cur) (last) ○ 16:49, 11 December 2007 Photouploaded (Talk | contribs) (6,271 bytes) (Weight and measurements change. She has had two children.) (undo)
- (cur) (last) ○ 16:46, 11 December 2007 Photouploaded (Talk | contribs) m (6,323 bytes) (→Return to Washington state: minor cleanup) (undo)
- (cur) (last) ○ 16:45, 11 December 2007 Photouploaded (Talk | contribs) m (6,323 bytes) (→Return to Washington state: pronoun usage) (undo)
- (cur) (last) ○ 16:44, 11 December 2007 Photouploaded (Talk | contribs) (6,324 bytes) (→Return to Washington state: Add mention of 2007 "memorabilia sale") (undo)
- (cur) (last) ○ 16:32, 11 December 2007 Photouploaded (Talk | contribs) m (6,063 bytes) (combine two sentences) (undo)
- (cur) (last) ○ 16:27, 11 December 2007 Photouploaded (Talk | contribs) m (6,058 bytes) (header) (undo)
- (cur) (last) ○ 16:26, 11 December 2007 Photouploaded (Talk | contribs) (6,040 bytes) (Change lede, see Talk) (undo)

[ Compare selected versions ]

(Latest | Earliest) View (newer 50) (older 50) (20 | 50 | 100 | 250 | 500)
Retrieved from "http://en.wikipedia.org/wiki/Violet_Blue_%28pornographic_actress%29"