1  [Pursuant to Civ. L. R. 3-4(a)(1), a complete list of parties represented appears in the signature page of this document.]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| VIOLET BLUE, an individual,<br><br>        Plaintiff/Counterclaim Defendant,<br><br>vs.<br><br>ADA MAE JOHNSON et al.,<br><br>        Defendant/Counterclaim Plaintiff. | **Case No.: C 07-5370 SI**<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Hon. Susan Illston<br>Courtroom 10, 19th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA 94102<br><br>**Current CMC Date: March 11, 2008**<br>**Current Time: 2:00 p.m.** |

    WHEREAS on January 19, 2008, Plaintiff Violet Blue ("Plaintiff Blue") and Defendant Ada Mae Johnson ("Defendant Johnson") received notice that this matter was reassigned to the calendar of the Honorable Judge Susan Illston;

    WHEREAS on January 21, 2008, the Honorable Judge Susan Illston issued a notice scheduling a Case Management Conference in this matter for March 10, 2008;

1  WHEREAS Plaintiff Blue is unavailable to attend the conference due to a prior, out of state, speaking engagement, and Plaintiff Blue very much wishes to personally attend the Case Management Conference;

2  WHEREAS Plaintiff's counsel has requested the stipulation of Defendant's counsel to rescheduling the Case Management Conference for Friday, March 21, 2008, however Defendant's counsel is in trial in another matter that day in the Western District of Washington;

3  WHEREAS, counsel for Plaintiff and Defendant are both agreeable to moving the date of the Case Management Conference to Friday, March 28, 2008, which is the same date as the hearing on Plaintiff Blue's Motion for Sanctions which is scheduled for 9:00 a.m.;

4  NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE and respectfully request the Court to order the Case Management Conference be continued from March 10, 2008, to March 28, 2008.

DATED THIS 29th day of February 2008.

Dated: February 29, 2008              VOGELE & ASSOCIATES

                                      By:  /s/ Colette Vogele
                                           Colette Vogele
                                      Attorneys for Plaintiff VIOLET BLUE

                                      COLETTE VOGELE (SBN No. 192865)
                                      Email: colette@vogelelaw.com
                                      BENJAMIN COSTA (SBN No. 245953)
                                      Email: ben@vogelelaw.com
                                      VOGELE & ASSOCIATES
                                      580 California Street, Suite 1600
                                      San Francisco, CA 94104
                                      Tel: (415) 751-5737
                                      Fax: (415) 358-4975

Dated: February 29, 2008              CARPELAW PLLC

                                      By:  /s/Robert S. Apgood
                                           Robert Apgood

| | |
|---|---|
| 1 | Attorneys for Defendant ADA MAE JOHNSON a/k/a ADA WOOFINDEN, an individual d/b/a VIOLET BLUE a/k/a VIOLET a/k/a VIOLET LUST |
| 2 | |
| 3 | |
| 4 | Robert S Apgood |
| | CARPELAW PLLC |
| 5 | 2400 NW 80th Street, #130 |
| | Seattle, WA 98117 |
| 6 | Telephone: (206) 624-2379 |
| | Facsimile: (206) 784-6305 |
| 7 | |
| 8 | John Jeffrey Carter |
| | 329 Flume Street |
| 9 | Chico, CA 95927-3606 |
| | Telephone: (530) 342-6196 |
| 10 | Facsimile: (530) 342-6195 |

11  Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury
12  that concurrence in the filing of this document has been obtained from Robert Apgood.

13  Dated:  February 29, 2008                     **VOGELE & ASSOCIATES**
14

15                                               By:_____/s/ Colette Vogele_____
                                                      Colette Vogele
16                                                    Attorneys for Plaintiff VIOLET BLUE

17

18  <u>PURSUANT TO STIPULATION, IT IS SO ORDERED.</u>

19

20

21  Dated: _____, 2008      _____

22                                    Hon. Judge Susan Illston
                                      UNITED STATES DISTRICT COURT
23

24

25

26