1    [Pursuant to Civ. L. R. 3-4(a)(1), a complete
     list of parties represented appears in the
2    signature page of this document.]

3

4

5

6

7

8

9                          UNITED STATES DISTRICT COURT
                          NORTHERN DISTRICT OF CALIFORNIA
10                            SAN FRANCISCO DIVISION

11

12   VIOLET BLUE, an individual,

13              Plaintiff/Counterclaim Defendant,       **Case No.:  C 07-5370 SI**

14        vs.                                           **STIPULATION AND [PROPOSED]
                                                        ORDER TO CONTINUE CASE
15   ADA MAE JOHNSON et al.,                            MANAGEMENT CONFERENCE**

16              Defendant/Counterclaim Plaintiff.       Hon. Susan Illston
                                                        Courtroom 10, 19th Floor
17                                                      450 Golden Gate Avenue
                                                        San Francisco, CA 94102
18
                                                        **Current CMC Date:  March 11, 2008**
19                                                      **Current Time: 2:00 p.m.**

20

21        WHEREAS on January 19, 2008, Plaintiff Violet Blue ("Plaintiff Blue") and Defendant Ada

22   Mae Johnson ("Defendant Johnson") received notice that this matter was reassigned to the calendar of

23   the Honorable Judge Susan Illston;

24        WHEREAS on January 21, 2008, the Honorable Judge Susan Illston issued a notice scheduling

25   a Case Management Conference in this matter for March 10, 2008;

26

---

1    WHEREAS Plaintiff Blue is unavailable to attend the conference due to a prior, out of state,

2    speaking engagement, and Plaintiff Blue very much wishes to personally attend the Case Management

3    Conference;

4    WHEREAS Plaintiff's counsel has requested the stipulation of Defendant's counsel to

5    rescheduling the Case Management Conference for Friday, March 21, 2008, however Defendant's

6    counsel is in trial in another matter that day in the Western District of Washington;

7    WHEREAS, counsel for Plaintiff and Defendant are both agreeable to moving the date of the

8    Case Management Conference to Friday, March 28, 2008, which is the same date as the hearing on

9    Plaintiff Blue's Motion for Sanctions which is scheduled for 9:00 a.m.;

10    NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE and respectfully request the

11    Court to order the Case Management Conference be continued from March 10, 2008, to March 28,

12    2008.

13    DATED THIS 29th day of February 2008.

14    Dated: February 29, 2008                VOGELE & ASSOCIATES

15

16                                            By:_____/s/ Colette Vogele_____
                                                        Colette Vogele
17                                              Attorneys for Plaintiff VIOLET BLUE

18                                              COLETTE VOGELE (SBN No. 192865)
                                                Email: colette@vogelelaw.com
19                                              BENJAMIN COSTA (SBN No. 245953)
                                                Email: ben@vogelelaw.com
20                                              VOGELE & ASSOCIATES
                                                580 California Street, Suite 1600
21                                              San Francisco, CA 94104
                                                Tel: (415) 751-5737
22                                              Fax: (415) 358-4975

23    Dated: February 29, 2008                CARPELAW PLLC

24

25                                            By: _____/s/Robert S. Apgood_____
                                                        Robert Apgood
26

**STIPULATION TO CONTINUE CASE**                                    Case No. C 07-5370 SI
**MANAGEMENT CONFERENCE**              2

1

Attorneys for Defendant ADA MAE JOHNSON
a/k/a ADA WOOFINDEN, an individual d/b/a
VIOLET BLUE a/k/a VIOLET a/k/a VIOLET
LUST

2

3

4

Robert S Apgood
CARPELAW PLLC
2400 NW 80th Street, #130
Seattle, WA 98117
Telephone: (206) 624-2379
Facsimile: (206) 784-6305

5

6

7

8

John Jeffrey Carter
329 Flume Street
Chico, CA 95927-3606
Telephone: (530) 342-6196
Facsimile: (530) 342-6195

9

10

11

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury
that concurrence in the filing of this document has been obtained from Robert Apgood.

12

13

Dated:  February 29, 2008                    VOGELE & ASSOCIATES

14

15

By:_____/s/ Colette Vogele_____
                    Colette Vogele
        Attorneys for Plaintiff VIOLET BLUE

16

17

18

PURSUANT TO STIPULATION, IT IS SO ORDERED.

19

20

21

Dated: _____, 2008     _____

22

Hon. Judge Susan Illston
UNITED STATES DISTRICT COURT

23

24

25

26

**STIPULATION TO CONTINUE CASE**                                    Case No. C 07-5370 SI
**MANAGEMENT CONFERENCE**                         3