# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

VIOLET BLUE, an Individual,
          Plaintiff,

V.

ADA MAE JOHNSON a/k/a ADA WOFFINDEN, an individual d/b/a VIOLET BLUE a/k/a VIOLET a/k/a VIOLET LUST; ASSASSIN PICTURES INC., a California corporation; ASSASSIN CASH.COM; BILL T. FOX, an individual, a/k/a BILL FOX; FIVE STAR VIDEO L.C., an Arizona Limited Liability Company a/k/a Five Star Video Distributors LLC d/b/a Five Star Fulfillment; and DOES 1-10,
          Defendants.

AMENDED **SUMMONS IN A CIVIL CASE**

CASE NUMBER: C 07-~~5730~~ SI
**5370**

TO: (Name and address of defendant)

Bill T. Fox, *AN INDIVIDUAL A/K/A BILL FOX*
25542 North Street
San Bernardino, CA  92404-2929

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Colette Vogele
VOGELE & ASSOCIATES
12 Geary Street, Suite 701
San Francisco, CA  94108

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MAR 1 1 2008

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK

DATE_____

BETTY FONG

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify):*

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____         _____
              Date                                                    Signature of Server

                                                                       _____
                                                                       Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure