**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VIOLET BLUE,

        Plaintiff,

  v.

ADA MAE JOHNSON,

        Defendant.

             No. C 07-05370SI

**NOTICE**

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the further case management conference is continued to Friday, April 4, 2008, at 2:30 p.m.

Dated: March 12, 2008

RICHARD W. WIEKING, Clerk



Tracy Sutton
Deputy Clerk