**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VIOLET BLUE,

       Plaintiff,

  v.

ADA MAE JOHNSON,

       Defendant.
_____/

No. C 07-05370SI

**NOTICE**

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the motion for sanctions have been continued to Friday, April 4, 2008, at 9:00 a.m.

Dated: March 13, 2008

RICHARD W. WIEKING, Clerk

_____
Tracy Sutton
Deputy Clerk