Robert S. Apgood
CARPELAW PLLC
2400 NW 80th Street #130
Seattle, WA 98117
Telephone   206-624-2379
Facsimile:   206-784-6305
rob@carpelaw.com

John Jeffrey Carter
329 Flume Street
Chico, CA 95927-3606
Telephone:  530-342-9196
Facsimile:   530-342-6195

Attorneys for Defendant Ada Mae Woffinden *nee* Johnson

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| VIOLET BLUE, an individual,<br><br>    Plaintiff/Counter-Defendant,<br><br>vs.<br><br>ADA MAE JOHNSON, et al.,<br><br>    Defendant/Counter-Plaintiff. | **Case No.:  C 07-5370 SI**<br><br>**DECLARATION OF ROBERT S. APGOOD IN SUPPORT OF DEFENDANT WOFFINDEN'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE FIFTH COUNTERCLAIM AND MOTION TO DISMISS THIRD AND FOURTH COUNTERCLAIMS**<br><br>Hon. Susan Illston<br>Courtroom 10, 19th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA 94102<br><br>**Hearing Date:  April 04, 2008**<br>**Hearing Time:  9:00 AM** |

COMES NOW, Robert S. Apgood, and upon his oath does declare and state as follows:

1.    I am at least 18 years of age, have personal knowledge of the matters averred herein and, if called to testify, could and would testify to the matters averred herein;

2.    I am an attorney of record in the above-captioned matter for the Defendant, Ada Woffinden;

---

DECLARATION OF ROBERT S. APGOOD IN SUPPORT OF DEFENDANT'S    Case No.:  C 07-5370 SI
RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTIONS - 1

3. Attached hereto as Exhibit A is a true and correct copy of a printout dated March 13, 2008 of a written document from Plaintiff's Web site dated February 21, 2008 available Online at the URL http://www.tinynibbles.com/blogarchives/2008/02/its-not-a-proble. Superfluous advertising has been deleted without disturbing the substantive portion of the document;

4. Attached hereto as Exhibit B is a true and correct copy of a printout dated March 13, 2008 of the United States Patent and Trademark Office Trademark Electronic Search System results for Plaintiff's registered trademark VIOLET BLUE, Registration No. 3391010, registered March 4, 2008.

I declare, under penalty of proof of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and accurate.

FURTHER YOUR DECLARANT SAYETH NAUGHT.

DATED THIS 14th day of March 2008. Signed at Seattle, Washington.

Respectfully submitted,

CARPELAW PLLC

*/s/ Robert S. Apgood*
Robert S. Apgood, *Pro Hac Vice*
WSBA # 31023
CARPELAW PLLC
2400 NW 80th Street #130
Seattle, WA 98117-4449
Telephone: (206) 624-2379
Facsimile: (206) 784-6305
E-mail: rob@carpelaw.com

---