# EXHIBIT B



### United States Patent and TRADEMARK Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Mar 11 04:15:34 EDT 2008*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST]
[NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: ____ OR [Jump] to record: ____   **Record 3 out of 9**

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status]   *( Use the "Back" button of the Internet Browser to return to TESS)*

# VIOLET BLUE

| | |
|---|---|
| **Word Mark** | VIOLET BLUE |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Downloadable electronic publications in the nature of individual texts of blog posts, photographs, electronic books, audio books, news columns, and newsletters, in the fields of health, robotics, machine art, sexual pleasures, pornography, technology and new media services; Downloadable audio files, MP3 recordings, online discussion boards, web casts, and podcasts featuring music, audio books and news broadcasts, all in the fields of, robotics, machine art, sexual pleasures, pornography, technology and new media services. FIRST USE: 19990501. FIRST USE IN COMMERCE: 19990501<br><br>IC 041. US 100 101 107. G & S: Providing on-line, publications in the nature of individual texts of blog posts, photographic images, electronic books, audio books, news columns, and newsletters, in the fields of health, robotics, machine art, sexual pleasures, pornography, technology and new media services; On-line journals, namely, blogs featuring information, audio visual material and photographs in the fields of health, robotics, machine art, sexual pleasures, pornography, technology and new media services; Electronic publishing services, namely, publication of text, audio, video, graphic and interactive works of others in the nature of text blog posts, still photographic images, electronic books, audio books, news columns, and newsletters, featuring information in the fields of health, robotics, machine art, sexual pleasures, pornography, technology and new media services. FIRST USE: 19990501. FIRST USE IN COMMERCE: 19990501 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |

| | |
|---|---|
| **Serial Number** | 77121570 |
| **Filing Date** | March 2, 2007 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | December 18, 2007 |
| **Registration Number** | 3391010 |
| **Registration Date** | March 4, 2008 |
| **Owner** | (REGISTRANT) Violet Blue DBA Tiny Nibbles INDIVIDUAL UNITED STATES 1072 Folsom St APT229 San Francisco CALIFORNIA 94103 |
| **Attorney of Record** | Colette Vogele |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.**HOME** | **SITE INDEX**| **SEARCH** | **eBUSINESS** | **HELP** | **PRIVACY POLICY**