COLETTE VOGELE (SBN No. 192865)
Email: colette@vogelelaw.com
BENJAMIN COSTA (SBN No. 245953)
Email: ben@vogelelaw.com
**VOGELE & ASSOCIATES**
12 Geary Street, Suite 701
San Francisco, CA 94108
Tel: (415) 751-5737
Fax: (415) 358-4975

Attorneys for Plaintiff and Counter-defendant
VIOLET BLUE

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VIOLET BLUE, an Individual,<br><br>   Plaintiff and Counter-defendant,<br><br>   v.<br><br>ADA MAE JOHNSON a/k/a ADA WOFFINDEN, an individual d/b/a VIOLET BLUE a/k/a VIOLET a/k/a VIOLET LUST; ASSASSIN PICTURES INC., a California Corporation; ASSASSINCASH.COM; BILL T. FOX, an individual, a/k/a BILL FOX; FIVE STAR VIDEO L.C., an Arizona Limited Liability Company a/k/a Five Star Video Distributors LLC d/b/a Five Star Fulfillment; and DOES 1-10,<br><br>   Defendants and Counter-claimants. | Case No. C 07-5370 SI<br><br>**DECLARATION OF BENJAMIN COSTA IN SUPPORT OF PLAINTIFF VIOLET BLUE'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION**<br><br>The Honorable Susan Illston<br>Courtroom 10, 19th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA 94102<br><br>Hearing Date: May 9, 2008<br>Hearing Time: 9:00 a.m. |

I, Benjamin Costa, do hereby declare and state:

1. I am a member of the State Bar of California, admitted to practice before this Court, an associate attorney of Vogele & Associates, and attorney of record for Plaintiff and movant Violet Blue ("Ms. Blue") herein. The facts contained in this declaration are known

1  personally to me and, if called as a witness, I could and would testify competently thereto under
2  oath.

3      2.    Attached hereto as Exhibit **A** is a true and correct copy of the *Wall Street Journal*
4  article, "Now Playing on Apple's iTunes: Adult-Oriented Podcasts," dated July 22, 2005,
5  available at http://online.wsj.com/public/article/SB112199964473193071-
6  wHD0jEWmn1XrxuhE5HgGCs4siD0_20060721.html?mod=tff_main_tff_top).

7      3.    Attached hereto as Exhibit **B** is a true and correct copy of the *Forbes* article
8  authored by Ms. Blue entitled, "San Fran's Sexy Solo Scene," dated August 21, 2007, available
9  at http://www.forbes.com/lifestyle/2007/08/21/san-francisco-dating-forbeslife-singles07-
10 cx_vb_0821sanfran.html.

11     4.    Attached hereto as Exhibit **C** is a true and correct copy of an article authored by
12 Ms. Blue entitled "Eyes Wide Open" for *O: the Oprah Magazine*, dated July 2007.

13     5.    Attached hereto as Exhibit **D** is a true and correct copy of the Internet Movie
14 Database referencing "alternate names" for "Violet Blue": "Ada Mae Johnson / Violet Lust /
15 Violet" available at http://www.imdb.com/name/nm1013326/

16     6.    Attached hereto as Exhibit **E** is a true and correct copy of the Internet Archive
17 entry reflecting the Exotic Erotic Ball website where Defendant Woffinden's appearance under
18 the name "Violet Blue" at the 2006 Ball is advertised.

19     7.    Attached hereto as Exhibit **F** is a true and correct copy of Ms. Blue's blog post "I
20 am teh real VB — I am all the Violet Blue you'll ever need" dated October 27, 2006, available at
21 http://www.tinynibbles.com/blogarchives/2006/10/i-am-teh-real-vb-i-am-all-the-violet-blue-
22 youll-ever-need.html.

23     8.    Attached hereto as Exhibit **G** is a true and correct copy of an article entitled "The
24 Web Celeb 25," published by Forbes.com, and dated January 23, 2007, available at
25 http://www.forbes.com/2007/01/23/internet-fame-celebrity-tech-media-
26 cx_de_06webceleb_0123land.html. Exhibit G also includes the specific page of the article
27 highlighting Ms. Blue as a "Web Celeb 25", published by Forbes.com, and available at
28

1  http://www.forbes.com/2007/01/23/web-celeb-25-tech-
2  media_cx_de_06webceleb_0123top_slides_26.html?thisSpeed=30000.

3      9.    Attached hereto as Exhibit **H** is a true and correct copy of a Webpage reflecting
4  "This Week In Tech" (Episode 86) available at http://twit.tv/86.

5      10.    Attached hereto as Exhibit **I** is a true and correct copy of an SFGate.com article
6  entitled "Violet Blue and the 'Moose Lodge'," dated February 2, 2007, available at
7  http://www.sfgate.com/cgi-bin/blogs/sfgate/detail?blogid=3&entry_id=13187.

8      11.    Attached hereto as Exhibit **J** is a true and correct copy of an email from D.
9  Pounder to Blue, dated October 6, 2007, produced with Blue's Fed. R. Civ. P. 26(a)(1) disclosure
10 bearing production number VB 000096.

11     12.    Attached hereto as Exhibit **K** are true and correct copies of advertisements for the
12 2007 Exotic Erotic Ball included in documents produced with Blue's Fed. R. Civ. P. 26(a)(1)
13 initial disclosures bearing production numbers VB 000213-220.

14     13.    Attached hereto as Exhibit **L** is a true and correct copy of a current Exotic Erotic
15 Ball advertisement for the 2008 Ball, including advertisement of an appearance by "Violet
16 Blue") (available at http://www.exoticeroticball.com/).

17     14.    Attached hereto as Exhibit **M** is a true and correct copy of a "Letter to the Editor"
18 dated November 3, 2007, sent by Defendant Woffinden announcing her name change to Violetta
19 Blue.

20     15.    Attached hereto as Exhibit **N** is a true and correct copy of the front page of Ms.
21 Blue's website, available at http://www.tinynibbles.com/.

22     16.    Attached hereto as Exhibit **O** is a true and correct copy, redacted for public
23 viewing, of the homepage of Woffinden's commercial website, http://www.violetblue.org, as it
24 appeared on October 19, 2007.

25     17.    Attached hereto as Exhibit **P** is a true and correct copy of an email sent from
26 Defendant Woffinden's to Plaintiff Blue's email address dated October 23, 2007.

27     18.    Attached hereto as Exhibit **Q** is a true and correct copy of a page at Wikipedia.org
28 detailing changes made to Defendant's entry in the Wikipedia encyclopedia, dated April 3, 2008,

and available at http://en.wikipedia.org/w/index.php?title=Violet_Blue_%28pornographic_actress%29&limit=500&action=history.

19. Attached hereto as Exhibit **R** is a true and correct copy of a page at Wikipedia.org detailing user contributions originating from the IP address 63.231.16.186, dated April 3, 2008, and available at http://en.wikipedia.org/wiki/Special:Contributions/63.231.16.186.

20. Attached hereto as Exhibit **S** is a true and correct copy of reverse-DNS lookup information showing that the 63.231.16.186 IP originates from "shark.carpelaw.com".

21. Attached hereto as Exhibit **T** is a true and correct copy of a webpage (redacted for public) advertising the sale of the film "Kick Ass Chicks 50: Nerdy Girls," featuring Defendant Woffinden as "Violet Blue", and which reflects a "Release Date" of "March 11, 2008", dated April 3, 2008, available at http://dvds.kickass.com/cron.php?movie=453.

22. Attached hereto as Exhibit **U** is a true and correct copy of the Jaded Video website showing titles in which "Violet Blue" as appeared as of April 3, 2008, available at http://jadedvideo.com/VioletBlue.

23. Attached hereto as Exhibit **V** is a true and correct copy of US Patent and Trademark Office Registration No. 3,391,010 for the mark "VIOLET BLUE."

24. Attached hereto as Exhibit **W** is a true and correct copy of the Wikipedia.org "User Talk: Tabercil" webpage, as seen on April 3, 2008, appearing at http://en.wikipedia.org/w/index.php?title=User_talk:Tabercil&diff=prev&oldid=187946326

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 3rd day of April, 2008, at San Francisco, California.

/S/
Benjamin Costa