

Become a member
Portfolio | Register

**Forbes.com**

Search: Forbes.com | Quotes | Video | Web | Blogs | Advanced    Go

U.S.  EUROPE  ASIA    HOME PAGE FOR THE WORLD'S BUSINESS LEADERS    Free Trial Issue

INSIDE FORBES.COM
- Most Popular Virtual Worlds
- Top 10 Disruptive Companies
- Top 5 Corporate Kool-Aids

HOME | BUSINESS | TECH | MARKETS | ENTREPRENEURS | LEADERSHIP | PERSONAL FINANCE | **FORBESLIFE** | LISTS | OPINIONS

Collecting · Health · Real Estate · Sports · Style · Travel · Vehicles · Wine & Food



E-Mail | Print | Request Reprints | E-Mail Newsletters | RSS

Best Cities For Singles
# San Fran's Sexy Solo Scene
Violet Blue 08.21.07, 6:00 PM ET


Violet Blue
*Courtesy of Violet Blue*

The verdict is in: San Francisco is the No. 1 U.S. city for singles. But I could have told you that even without Forbes.com's imprimatur. Endowed with a cinematic cityscape, a magnetic economy and the most sexually tolerant population this side of Amsterdam, the City by the Bay is perfectly conducive to solo satisfaction.

So what was I doing looking for love in Safeway on a Saturday night?

Well, the Marina Safeway isn't just any grocery store. It's a legendary local pickup spot for the upwardly mobile straight set, immortalized in Armistead Maupin's iconic *Tales of the City*. Today Marina Safeway regulars share tips online on how to find a date in the produce section. I was here as part of a mission to sample the more unique aspects of San Francisco dating. Sure, the city bristles with top-notch cuisine and stylish bars. But it's the quirks that make it special.

So in the interest of research, a girlfriend and I hit the Marina Safeway in search of more than a late-night snack. During a giggly tour of the melon aisle, we met a tall cutie in a Berkeley sweatshirt. He probably thought he was seeing double, with our matching black hair, glasses, red lipstick and blushing smiles. I surrendered him to my girlfriend. Score one, Safeway.

The next stop on my experimental tour was the San Francisco version of speed dating. We get all the usual dating fads here, but with a local twist. Speed dating has morphed into The Crush Lab, billed by its creators as "A Twisted Twist on Singles' Nights." Curious about their "Connectatron 9000" match-making computer, I followed their Web site's instructions and sent in a photo and a link to my profile on a social networking site.

I made the cut and arrived at their lair to find between 40 and 50 singles mingling around a Tiki bar. Every half-hour we participated in a round of speed dating, and the evening culminated with a faux first date--a short movie with popcorn. I left covered with stickers from flirty men and had three potential dates for the following weekend. Score





**News by E-mail** Get stories by E-Mail on this topic FREE

**Topics**
☐ Singles          ☐ San Francisco
☐ Dating           ☐ Nightlife

Become a member FREE    Already a Member? Log In

[Enter Username]    [Enter E-Mail Address]
                    Receive Special Offers? ☑
Select Your Title ▼

[Sign Me Up!]

FAQ | Terms, Conditions and Notices | Privacy Policy

Also available: E-Mail Newsletters

---

**Best Cities For Singles 2007**

**Complete List**

**Introduction:**
- Best Cities For Singles

**Featured:**
- Stop Singlism!
- San Fran's Sexy Solo Scene
- An American Dating Odyssey
- Perfect Places To Dine Alone
- Top Trips For Singles

**By The Numbers:**
- Best Cities For Singles
- Best Nightlife
- Lowest Cost Of Living
- Most Singles

**Video:** Worst Pickup Lines
**Poll:** What's the sexiest profession?

---

**Refinance Rates at 4.6% FIXED!**
$200,000 mortgage for under $599/mo. Flexible terms. Get 4 FREE quotes now!
www.lendgo.com

**How's your Credit Score?**
A good Credit Score is 700+ and can save you money. See yours now - $0
www.creditreport.com

**Rocket Stock Alert - OXFD**
Make Big Bucks in Bad Loans. Profit from Mortgage Meltdown. Invest Now
www.OxfordFunding.com

**AARP Auto Ins Quotes**
Over 50? Save $385 On Auto Ins With The Hartford. Free No Hassle Quote
AARP.TheHartford.com

**FxPro.com - FOREX**
Flexible leverage up to 1:500 in MT4, low spreads from 1.8

three, Crush Lab.

So, suppose you've firmed up a date with the object of your attraction. There's always dinner and a movie, but I opted to take a hot date to kissing class.

Run by the Center for Sex and Culture, the classes are hugely popular: When I called with a week to spare, I was put on a wait list. We got in at the last minute.

The class was held at sex toy retailer Good Vibrations. As if a trip to a sex shop wasn't exciting enough, the lights were low, the music was wordless and soft, and the teacher gave us water to keep our lips lubricated. I was nervous. Not just about kissing my date, but also because we were in a room full of other couples expected to do the same. Would we be watched? Judged?

Within minutes the instructor has us all relaxed and giggling. Our first task was to pass a playing card from pucker to pucker with our dates, an exercise that grew more flirty and hilarious with each missed pass of the queen of hearts. Ten minutes later we paired off and attempted guided exercises that began with touching each other's faces, and continued with giving and receiving kisses with different techniques.

At some point I decided I'd be more comfortable sitting on my date's lap to get my smooches right. I looked around the room, only to see a sea of people too busy locking lips to notice anything going on around them. Nearly two hours later, I wondered where the time went. And how soon I could get my date back home for more practice, never mind my aching lips. Score … well, let's just say it was the kind of date that makes San Francisco worth living in.

*Violet Blue* is the author of 20 books on sex and sexuality as well as a blogger, podcaster and sex columnist for *The San Francisco Chronicle* .

pips
www.FxPro.com

Buy a link here

ADVERTISEMENT

**Related Business Topics**

Office Desks                    Wireless Internet Service

**Trading Center**
Brought to you by the sponsors below










Your Rating     Overall Rating 

**Reader Comments**

 Post A Comment

**More On This Topic**
- **E-Mail Newsletters:** Sign Up Now To Stay Informed On A Range Of Topics
- **Attaché:** Customize Forbes.com Now To Track This Author And Industry

**Article Controls**

E-Mail  |  Print  |  Request Reprints  |  E-Mail Newsletters

 del.icio.us  |   Digg It!  |   My Yahoo!  |   Share  |   RSS

**Related Sections**
Home > ForbesLife

**Today On Forbes.com**

**UBS: Not Over Yet**
Vidya Ram
Analysts are skeptical that the bank's new $19 billion write-down marks the end of its troubles.
- April Starts With A Bang On The Street
- Deutsche Bank Sees $3.9B Write-Down
- **Complete Coverage:** Markets

This Time It's Different  |  Insider Trading Is No Joke For EADS  |  Scientist's Misgivings With Schering  |  There Are No Rules





News Headlines  |  More From Forbes.com  |  Special Reports

Advertisement: Related Business Topics >

| Commercial Real Estate | Companies for Sale |  |  |
|---|---|---|---|
| Subscriptions > | | | |
| Subscribe To Newsletters | Subscriber Customer Service | | |



SITEMAP   HELP   CONTACT US   INVESTMENT NEWSLETTERS   FORBES CONFERENCES   FORBES MAGAZINES   FORBESAUTOS
Ad Information   Forbes.com Mobile   RSS   Reprints/Permissions   Subscriber Services
Privacy Statement   Terms, Conditions and Notices   About Our Ads
© 2008 Forbes.com LLC™   All Rights Reserved

| Tested By | Market Data By | Market Data By | Market Data By | Investopedia | Polska | Luxury Cars | Luxury Travel |
|---|---|---|---|---|---|---|---|
| SPIRENT | HEMSCOTT | THOMSON | quotemedia |  INVESTOPEDIA |  Forbes PL |  Forbes AUTOS |  Forbes TRAVELER |

Stock quotes are delayed at least 15 minutes for Nasdaq, at least 20 minutes for NYSE/AMEX.U.S. indexes are delayed at least 15 minutes with the exception of Nasdaq, Dow Jones Industrial Average and S&P 500 which are 2 minutes delayed.

Powered By   Oracle DBA by
