

Become a member
Portfolio | Register

Search: Forbes.com | Quotes | Video | Web | Blogs | Advanced

HOME PAGE FOR THE WORLD'S BUSINESS LEADERS    Free Trial Issue

U.S.    EUROPE    ASIA



Forbes.com Attaché
Personalize Now!
PRESENTED BY
REAL CLEAR POLITICS.COM

HOME | BUSINESS | **TECH** | MARKETS | ENTREPRENEURS | LEADERSHIP | PERSONAL FINANCE | FORBESLIFE | LISTS | OPINIONS

CIO Network    Enterprise    Imaging    Internet    Internet Infrastructure    Personal Tech    Sciences    Security    Wireless

E-Mail | Print | Comments | Request Reprints | E-Mail Newsletters | RSS



Forbes.com Attaché
Personalize Now!

Weather       Select Your City
Sports        Select Your Teams
Watch List    Select Companies
Industry News Choose Industry
Authors       Choose Favorites

Small Business Attaché
Are you a Decision Maker at your Company?
Activate your Attaché in one-click now!
Activate Now!

Special Report

# The Web Celeb 25

Edited by David M. Ewalt 01.23.07, 6:00 PM ET



© Getty Images

THE FACE OF FAME IS CHANGING. The ranks of the world's celebrities used to be dominated by millionaire actors, athletes and musicians, but the Internet has leveled the playing field. A kid with a video camera has access to as large an audience as the biggest Hollywood star. A mom with a blog can attract more readers than a best-selling author. And an opinionated entrepreneur can become a guru to millions.

**In Pictures: The Web Celeb 25**

The Forbes.com Web Celeb 25 is a list of the biggest, brightest and most influential people on the Internet. From bloggers to podcasters to YouTube stars, these are the people who are creating the digital world from the bottom up.

**More...**

## Videos



**Internet Famous**
Video blogger Amanda Congdon is going Hollywood.

**Ask The Ninja**
Watch this interview --or face his wrath.

## The Web Celeb 25

1. Jessica Lee Rose
2. Perez Hilton
3. Markos Moulitsas Zúniga
4. Matt Drudge
5. Seth Godin
6. Jeff Jarvis
7. Glenn Reynolds
8. Amanda Congdon
9. Robert Scoble
10. Michael Arrington
11. Hosea Frank
12. Jimmy Wales
13. Harry Knowles
14. Frank Warren
15. Cory Doctorow
16. Xeni Jardin
17. Leo Laporte
18. Merlin Mann
19. John H. Hinderaker
20. Charles Johnson
21. Kevin Sites
22. Mark Lisanti
23. Jason Calacanis
24. Om Malik
25. Violet Blue



Q:
IF MY IP NETWORK CAN DELIVER DATA AT 14 TERABITS PER SECOND, WHY DOES IT TAKE TWO WEEKS TO GET A RESPONSE FROM MY PROVIDER?

## In Pictures

**The Web Celeb 25**
By David M. Ewalt
Our first annual listing of the biggest stars on the Internet.

**Near Misses**
By David M. Ewalt
These online celebrities just barely missed the cut for the Forbes.com Web Celeb 25.

**Fictional Stars**
By David M. Ewalt
These famous faces shine bright on the Net-- even though they don't really exist.

**Unintentionally Famous**
By David M. Ewalt
Not every online star asked for the attention.







Trading Center

100 FREE TRADES
E*TRADE Securities LLC

Forbes.com's
Portfolio Tracker
Start Now >

ForbesAutos.com
World's Largest Luxury Showroom

**Crossover Stars**

By Elisabeth Eaves



You may be famous, but are you famous online? These offline celebrities rack up the most Web traffic.

**See Also**

 

 

*Additional reporting by Kat Noel and Shlomo Reifman.*



**More On This Topic**

**Companies:** GOOG | NWS | MSFT | YHOO | TWX
**E-Mail Newsletters:** Sign Up Now To Stay Informed On A Range Of Topics
**Attaché:** Customize Forbes.com Now To Track This Author And Industry

**Article Controls**

E-Mail  |  Print  |  Comments  |  Request Reprints  |  E-Mail Newsletters

del.icio.us  |  Digg It!  |  My Yahoo!  |  RSS

**Related Sections**

Home > Technology

**Today On Forbes.com**

**Defending The Bear Stearns Rescue**

Brian Wingfield and Liz Moyer

Regulators' testimony raises new questions about the deal.



- Mortgage Relief
- Paulson's Legacy
- **Complete Coverage:** Wall Street

  

Schering-Plough Backdates Trial  |  Does MySpace Music Deal Matter?  |  Intel Vs. The XO  |  Make Way For The U-Boomers

News Headlines | More From Forbes.com | Special Reports

**Advertisement: Related Business Topics >**

**Computer Furniture**      **Time and Attendance Systems**

**Subscriptions >**

**Subscribe To Newsletters**      **Subscriber Customer Service**

SITEMAP   HELP   CONTACT US   INVESTMENT NEWSLETTERS   FORBES CONFERENCES   FORBES MAGAZINES   FORBESAUTOS

Ad Information   Forbes.com Mobile   RSS   Reprints/Permissions   Subscriber Services
Privacy Statement   Terms, Conditions and Notices   About Our Ads

http://www.forbes.com/2007/01/23/internet-fame-celebrity-tech-media-cx_de_06webceleb_0123land.html    Page 2 of 3

© 2008 Forbes.com LLC™   All Rights Reserved



Stock quotes are delayed at least 15 minutes for Nasdaq, at least 20 minutes for NYSE/AMEX.U.S. indexes
are delayed at least 15 minutes with the exception of Nasdaq, Dow Jones Industrial Average and S&P 500
which are 2 minutes delayed.

Powered By

Oracle DBA by







Save up to 75% on Last-Minute Cruises. Best Price Guarantee GO! VacationsToGo.com

HOME   BUSINESS   **TECH**   MARKETS   ENTREPRENEURS   LEADERSHIP   PERSONAL FINANCE   FORBESLIFE   LISTS   OPINIONS   | **Become a member** Portfolio | Register

CIO Network    Enterprise    Imaging    Internet    Internet Infrastructure    Personal Tech    Sciences    Security    Wireless

## In Pictures: The Web Celeb 25

Read the full story

✉ E-mail ⚠ Create Alerts

 

Speed



Courtesy of Tinynibbles.com

**RANK: 25**

NAME: Violet Blue
WHAT: Sex educator

tinynibbles.com

Sex educator Violet Blue is the best-selling, award-winning author of over a dozen books on sex and sexuality, as well as the sex columnist for *The San Francisco Chronicle*. She's also nearly omnipresent on the Web, whether she's writing for Metroblogging San Francisco, reporting for Geek Entertainment Television, contributing to Fleshbot.com or hosting Open Source Sex, one of the most Internet's most popular podcasts.

 Baby Einsteins

 Laptops To Make A Gamer Drool

 Signs to Upgrade Your PC

Today on Forbes.com - Fire Away - Thankee Bernanke - Zander To Depart Slumping Motorola - Alpha Kitty's Cyber-Shopping Cart - Last Day To Vote: Boost Your Business Contest: Final Round

**Alternative to Open Back Surgery**
Minimally invasive, corrects most spinal disorders, 21st century laser techniques, outpatient surgery.
www.laserspineinstitute.com

**Auto Insurance Quotes**
Over 50? Save hundreds with AARP & The Hartford. No Hassle Auto Ins Quotes
AARP.TheHartford.com

**Leading MBA Programs**
Earn your MBA degree online or on campus. Top Programs. Free Info.
www.gcu.edu

**What's Your Credit Score?**
View All 3 Credit Scores and Credit Reports Online Now. See it for $0.
FreeCreditReportsInstantly.com

**Your Free Credit Score**
See your updated 2008 credit report and score instantly and online.
www.FreeCreditReport.com

**Buy a link here**

ADVERTISEMENT
Sponsored by Microsoft
Forbes.com
BUSINESS VISIONARIES
VIDEO INTERVIEW SERIES
Interview Today's Revolutionary Business Leaders
Next: Muhammad Yunus
Nobel Peace Prize Winner, Founder of Grameen Bank and author of Creating a World Without Poverty: Social Business and the Future of Capitalism
Ask a Question >
