

**Our Shows**

- this WEEK in TECH
- The Tech Guy
- MacBreak Weekly
- Windows Weekly
- Security Now
- Jumping Monkeys
- net@night
- Daily Giz Wiz
- FLOSS Weekly
- Munchcast
- The Laporte Report
- Futures in Biotech
- this WEEK in LAW
- Radio Leo

**Buy TWiT Stuff**

**Support TWiT**

- $10/mo (recurring)
- $5/mo (recurring)
- $2/mo (recurring)
- one time donation

**Syndicate**



Netcasts you love from people you trust

Search TWiT    Huh?

Home | Town Square | Forums | Inside TWiT | Leoville | iTunes | About    Welcome!

## this WEEK in TECH

January 29th, 2007

### TWiT 86: Web Celebs

**Hosts:** **Leo Laporte**, **Patrick Norton**, **Robert Heron**, and **John C. Dvorak**

Wikipedia woes, Forbes' Web Celebs, and classroom porn storms...

- Microsoft offered to pay an Australian blogger to **change** some articles on Wikipedia.
- There is a **list** of people who have been on TWiT and what episode numbers they have taken part in.
- **Citizendium** is an experimental new wiki project that will add a little "gentle expert oversight."
- The AACS licensing authority assured that the encryption was intact, but the **keys** used to unlock movies have been stolen.
- The government of Sealand has not been **responding** to emails, so The Pirate Bay has gone to a Plan B.
- A Chinese test missile **obliterated** a satellite.
- DL.TV viewers report that Netflix's **streaming** movie system is quite a pleasant experience.
- Patrick and Dvorak both want **Joost** invites.
- Leo is #17 on Forbes' list of **web celebs**.
- Vint Cerf says that one quarter of all computers are part of a **botnet**.
- A hacker has **nabbed** €800,000 from an online Swedish bank.
- Use the Zarate Labs **password generator**.
- Bill Gates is going to **appear** on the Daily Show for the Vista launch.
- A substitute teacher **faces** up to 40 years in prison due to a "porn storm" that popped up on the computer.
- Windows **Vista** launches on Tuesday, January 30.
- Vivid is bringing the **first** porn title to Blu-Ray.
- iTunes is now **illegal** in Norway.
- Leo's radio show has been **syndicated** by Premiere Radio Networks.

Running time: 59:22

**Download MP3 file**

Subscribe...

Thanks to **AOL Radio** for the bandwidth for this show.

Alternate Versions (courtesy **Cachefly** ):

- 32kbps MP3
- 16kbps MP3
- 64kbps AAC
- 64kbps Ogg Vorbis



**Episode Guide**

⟨⟨⟨ Next        Prev ⟩⟩⟩

**91** — March 19th, 2007 — TWiT 91: All A-Twitter — Our first show live on Talkshoe.com (but not our last) with our SxSW post mortem, Google vs. Viacom, and the new TechCrunch...

**90** — March 12th, 2007 — TWiT 90: Idiocracy — Microsoft's OneCare fails the av test, the Microsoft way, and Sony Home...

**89** — February 26th, 2007 — TWiT 89: The Future Is In Your Hand — Talking urinal cakes, the XM Sirius Merger, and the top 25 web 2.0 startups dissected...

**88** — February 12th, 2007 — TWiT 88: Batteries Included — Quantum computing, teraflop chips, and iPod bans...

**87** — February 7th, 2007 — TWiT 87: We've Got Wood — From the mind of George Wood, a best of 2006. Thanks, George

**86** — January 29th, 2007 — TWiT 86: Web Celebs — Wikipedia woes, Forbes' Web Celebs, and classroom porn storms...

**85** — January 22nd, 2007 — TWiT 85: The Podfather

