

# SFGate.com

Quick Search [ ] GO

**SFGATE HOME** • **NEWS** • **BUSINESS** • **SPORTS** • **ENTERTAINMENT** • **TRAVEL**     **CLASSIFIEDS** • **JOBS** • **REAL ESTATE** • **CARS**

## Culture BLOG

**MAIN** | **ABOUT** | **BIOS** | **CONTACT**

« What's the best... | Main | Only You Can Help... »

### Violet Blue and the "Moose Lodge"

**Update:** Stand-up guy Leo LaPorte responds! See the update at the end of the post.

**Update:** Hell, yeah! The eternally rocking Patrick Norton agreed to let me quote his response email, head on down to the end of the post to see it.

Chronicle sex columnist Violet Blue makes a stir on the SFGate every Thursday (if you're not reading her, you should!), and yesterday's column was no exception. Even amidst the TourkGate mania that brought so much traffic that our site was limping along until late morning, Violet's column was solidly in our top ten for the day.

So what did Violet say that could possibly be any hotter than an admitted affair between two attractive, powerful people? How about taking on notable web innovators John Dvorak, Leo LaPorte, Patrick Norton, and Robert Heron?

In LaPorte's this WEEK in TECH (TWiT) podcast, LaPorte and friends gently mock Forbes' The Web Celeb 25 list on which LaPorte is #17, and Violet Blue is #25.

From her column:

> TWiT's lineup this week of LaPorte, John Dvorak, Patrick Norton and Robert Heron had little nice to say about the list or about the women on it. The whole podcast has an old-techie Moose Lodge feel to it: They even spend a minute



By Violet Blue
**Violet Blue and her "Blogger" tattoo**

### CATEGORIES

American Idol (29)
Architecture (3)
Art (113)
Art Adventures (30)
Bars (4)
Bay Area (74)
Books (35)
Burning Man (38)
Celebrity (81)
Clubs (9)
Comedy (17)
Comics (12)
Dance (3)
Design (7)
Drink (8)
Events (101)
Fashion (84)
Food (36)
Games (1)
Gay & Lesbian (19)
Health (18)
Ideas (55)
Media (87)
Miscellaneous (70)
Movies (138)
Music (151)
Neighborhoods (25)
Outdoors (16)
Pets (7)
Politics (92)
Pop Culture (140)
Religion/Spirituality (35)
Sex (19)
SFIFF (4)

making fun of one woman's name. But when John Dvorak asks, "Violet Blue, who's that?" Leo LaPorte answers, "She's that ... porn person." "Oh," Dvorak responds. "I ran into her once ... mumble, mumble, mumble."

Are we still saying "oh no he DIDN'T"? I'm thinking that we're not. But if we were...

Read Violet's column for more on why she's so pissed at these guys now, and check out (may not be safe for work, depending on the liberalism of your workplace) her blog for the responses she's received as a result.

Of course I emailed a link to her column to the TWiT guys. Hey, why not? I love a good fight. Dvorak's game for anything, and posted a reply on his blog.

> Anyway, Violet got personally bent out of shape, called us a bunch of pigs in a long-winded rant in SFGate (cited here) and I want to personally apologize for being too glib about her on TWiT. She does good work and I never said she was a bad person. So I'm sorry. That said, she still shouldn't be on the list. Let's be real.

While LaPorte responded to my email, he asked that he not be quoted. Of course, I'll respect that, though I'm totally dying to tell you not only about what he had to say (suffice it to say that he was not amused) but about Patrick Norton's gallant email defense* of Violet and her work. Sorry, folks, but unless they consent to being quoted, it's between me and my inbox. But, trust me, it's good stuff.

Then again, it's all good stuff, perfect to contemplate on a Gavin-fatigued Friday afternoon. So, take a look at Violet's column, Dvorak's response (ooh, and check out the comments there -- there are some good ones), and (probably NSFW) her blog. What do you think of her beef, and of the responses she's gotten? Let us know in the comments.

**\* Update:** Well, it's hard to get the complete context without LaPorte's email, but you can guess that he wasn't too conciliatory in tone in his response to me. Fellow TWiT podcast participant Patrick Norton then sent the following:

> Eve, I just re-read Leo's email, and I'd like to apologize on his behalf for still being so clueless about Violet's work. Misinformed on the spot during a live recording is one thing, but misinformed w/out a deadline is just embarrassing.
>
> Leo, 3 minutes on Google would have left you a lot less clueless about the actual content of the the woman's podcasts... not to mention the range of her work beyond 'reading erotica.'
>
> That's 3 minutes including time to make a halfhearted skim of the notes from her podcasts (try http://violetblue.libsyn.com/), along w/ a quick skim of her written work... Amazon.com does nicely... looks like her books on fellatio and cunnilingus are selling well... 789/1,176 out of all books. (I, for one, am all in favor of more folks improving those skills.)
>
> And attacking the name? How pathetic.
>
> I mean, beyond my Aunt Dorrie (http://www.houseochicks.com is the home of The Original Vulva Puppet and Vulva University!) and Dr. Ruth, what media savvy sex educator does use their real name? OK, Dr. Drew. Forgot him. Maybe Dan Savage? (I still say that's just too convenient a last name...) It's San Francisco... the town has a history of being all about reinventing yourself.

Shop (69)
Sports (19)
Street (11)
Tech (30)
Theater (6)
Tube Tops (8)
TV (122)
Volunteering (5)
Web (101)
Weird (33)

RECENT ENTRIES
It's a Wonderful Con
Academy Awards live blog -- final thoughts!
Oscars red carpet live blog!
The Oscars live blog is almost here!
Tube Tops
More »

ARCHIVES
« FEBRUARY 2008

| SUN | MON | TUE | WED | THU | FRI | SAT |
| --- | --- | --- | --- | --- | --- | --- |
|  |  |  |  |  | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 |  |

Subscribe to Culture Blog:
MyFeeds   RSS
What is My Feeds?   All RSS Feeds

BLOGROLL

Sites
Arts Journal
Metacritic
Technorati
McSweeney's
Chowhound
Laughing Squid
Arts and Letters Daily
Plastic
SF Flavorpill
Smoking Gun
Fark
Fecal Face
Engadget
Tiny Mix Tapes

Group Blogs
Boingboing
Gawker
SFist

> *A few minutes of research might not have helped w/ the lack of tact in your response in front of Eve, but at least you wouldn't have been so woefully inaccurate in your knee-jerk dismissal.*
>
> *That was just rude, Leo. P*

**Update:** Leo Laporte responds to Patrick's email thusly (and kindly gave me permission to post it -- thank you, sir!):

> *My apologies - I did, in fact, confuse Violet Blue, podcaster, with Violet Blue, the porn star. Having taken Patrick's advice and done a little research I now see my mistake. I am sorry if I have offended Ms. Blue, please accept my apologies.*

Posted By: Eve Batey (Email) | February 02 2007 at 04:01 PM

Listed Under: Tech | Comments (9) : Post Comment

## COMMENTS

First off I don't get why they were dissing her in the first place. Isn't that a real waste of time & energy to diss someone's work when you aren't even familiar with it? But then again on 'Beauty and The Geek' - the geeks didn't understand what the word 'booty' meant and thought the girls were talking about pirate's treasure. If you want the treasure you need to put in some effort.

Posted By: Kitsune | February 02 2007 at 05:10 PM

wow -- thank you Patrick, and thank you Eve! the funny thing about my name is that's it's not a pseudonym. when Forbes put their list up, in the original bio they called me "pseudonymous" and I blogged the inaccuracy -- to which Forbes responded with a swift and sweet correction.

thank you, again.

Posted By: missvioletblue | February 02 2007 at 05:34 PM

I do have to say the fact that Leo, who is one of the most net-aware people in the world, doesn't even know who Violet Blue is says something about the validity of the Forbes list in the first place.

Posted By: Stewsburntmonk | February 03 2007 at 05:33 PM

Even if it was a direct stab @ violet blue. Seriously... who give a flying fuck. It was a stab @ sex writters like Regina Lynn and Violet lue and Dr. Ruth.... Not women.

Posted By: schwegler | February 04 2007 at 06:54 AM

As much as I like the interactive nature that the SF Gate site has taken on, sometimes I miss just actual news or culture *reporting*. Stuff like highlighting this feud just seems to glorify drama, name-dropping, social-status-checking and he-said she-said, and personally, I find it not only boring, but uninteresting to the point that I will avoid reading these blogs. I don't doubt Miss Blue's

---

Metroblogging SF
Bayosphere
The Beast
Low Culture
BBC Collective
Slashdot
Metafilter
Sepia Mutiny
Splendora

**Personal Blogs**

Defamer
LA Observed
Blogebrity
Aidin Vaziri
Alex Ross
Sacha Frere Jones
Margaret Cho
Romenesko
Moorish Girl
Moby Lives
Susie Bright
Kevin Kelly's Cool Tools
Reality TV News Digest
Terry Teachout
Jan Herman
PostSecret
Grocery Lists
Mundane Journeys
Wooster Collective
Jeff Chang
Poplicks
Stephen Elliot's Poker Report
Mark Cuban
Wil Wheaton
Jalapeno Girl

**Photo Blogs**

Bay Area Photobloggers
Fog Bay
toshikomi: an urban photoblog
While Seated
lackadaisical

credentials, experience, or knowledge, but truth be told, this kind of "reporting" is self-indulgent and masturbatory - pun intended. I like reading about events and goings-on in the sex-positive culture of Our Fair City, but I wish it weren't so tied to the author as to make it seem like I'm reading someone's diary.

Posted By: honkshus | February 05 2007 at 01:04 AM

I've never seen so much virtual ink spilled over a single fragile, wounded ego. Violet, you'd appear more confident if you didn't eagerly leap to your own defense at every real or imagined slight. As it is, you appear alarmingly self-obsessed. I mean, who really cares what Leo Laporte thinks other than some fat, sweaty balding guys who have Doritos stuck in their keyboards?

Posted By: captjohnsmith | February 05 2007 at 09:40 PM

Jayzus, who cares?? This is the freakin' Chronicle, not Violet's LiveJournal, but you can't tell that from this kind of crap. The precious little "Blogger" tattoo doesn't help, either. Yuck.

Posted By: stikfa | February 06 2007 at 08:40 AM

a friend just emailed saying,
"It's always amusing to me when someone is dismissive and then responds to a legitimate complaint with "get over it." I don't think we tech girls should EVER "get over" discrimination in any form."

Posted By: missvioletblue | February 07 2007 at 02:31 PM

The thing is, Laporte and Dvorak weren't dismissive of "tech girls" in general. They were dismissive of you. There's a difference.

Posted By: captjohnsmith | February 07 2007 at 08:32 PM

## POST A COMMENT

**To protect our readers from malicious comments SFGate asks that you login or register to post a comment.**

**Sign On to post your comment.** Not Registered?

**SFGate Screen Name:**

**Password:**

☑ Remember me on this computer

[Sign On and Post Comment]    Forgot password or screen name?

By submitting this comment you agree to the Terms and Conditions

## Not a member yet? Register now.

| | | |
|---|---|---|
| SFGate Screen Name: | [          ] | What's This? |
| Password: | [          ] | |
| Verify Password: | [          ] | |
| Email Address: | [          ] | |
| Verify Email Address: | [          ] | |
| E-mail Format: | (●) Formatted (HTML)  ( ) Plain Text (ascii) | |
| Zip Code: | [     ] | Live outside the US? |
| Year of Birth: | [ -- ] | |
| Gender: | ( ) Male  ( ) Female | |

[Register and Submit Comment]

By submitting this comment you agree to the Terms and Conditions

Back To Top

© 2008 Hearst Communications Inc. | Privacy Policy | Feedback | RSS Feeds | FAQ | Site Index | Contact

HEARST *newspapers*