

VB00213

**FIND FRIENDLY PUSS**

**backpage.com**

**APTS/JOBS/STUFF**

FREE ONLINE CLASSIFIEDS FROM THE SF WEEKLY

**KINK.COM**

**MODEL CALL**

Attractive/Fit Ages 18-35 for
Adult Productions in the Bay Area

***Females:***

- g/g sexual wrestling (no male contact)
- solo masturbation
- bondage & light S&M Male/Female Contact
- female exclusive sites

***TS Women:***

- TS Women to dominate male subs sexually

***Males:***

- Submissive men dommed by women
- Submissive bi-curious men dommed by TS Women

***Apply Online at: www.kink.com/modelcall***

BEST OF THE BAY
1999-2007

VISIT THE NEW

**eros.com**™

ALL THINGS EROTIC®

*Celebrating our 10th year!*

EROS-GUIDE.COM: Contact Info and Photos for Escorts, Massage, BDSM, Fetish, Trannsexxuals, Tantra, Dancers and more. Covering the United States, Canada and the UK.

EROS-ZINE.COM: Interviews, Galleries, Reviews, Commentary, Pictorials, Events, the Politics of Sex and more.

**PROUD SPONSORS OF THE 28th**
**EXOTIC EROTIC BALL '07**
**SAT, OCT 27, COW PALACE**

eros.com EROS ZINE STORMY LEATHER EXOTIC EROTIC BALL '07 SYREN Stockroom.com VARIATIONS

VB00214