# IT'S THE ULTIMATE FANTASY, AND *YOU'RE* THE STAR

## IT'S PART MARDI GRAS, PART BURLESQUE, AND PART ROCK CONCERT. YET IT'S TOTALLY UNIQUE. THE EXOTIC EROTIC BALL IS A CELEBRATION OF HUMAN SEXUALITY AND FREEDOM OF EXPRESSION. IT'S A LINGERIE, FETISH, MASQUERADE AFFAIR.



Perry Mann     Louis Abolafia

### A NOTE FROM PERRY MANN, FOUNDER

It's now been 28 years since Louis Abolafia and I founded the Exotic Erotic Ball. Louis was best known for coining the phrase "Make Love, Not War", and we created the Ball as an extension of that philosophy. We are pleased that so many people come together to celebrate such a worthy concept.

Every year, we are challenged to make the Ball even more special, and this year I think we have outdone ourselves. Our talent lineup is very strong, and there are two things of which I am especially proud: First, we commissioned 6 notable artists to create original art depicting "Make Love Not War" and they all did masterful jobs. We'll be showcasing that art in the South Hall during the Expo and Ball. Second, we've finally been able to book the fabulous Peaches, and when she performs as our closing act, she will be accompanied by Vau de Vire Society who has choreographed breathtaking acrobatics to her music.

On Friday night before the Ball, Snoop Dogg will perform a benefit concert for the Healing Circle. And our Exotic Erotic Expo has expanded again, and will be open Friday afternoon and evening, plus Saturday afternoon, and of course during the Ball. The Expo is a great place to shop for your outfit before the Ball.

Make Love, Not War - it was once was the battle cry of our entire youth culture, but given world events today, it's never been a truer, more appropriate message. I miss Louis, and I can't wait to feel his spirit soar again, as I do every year at the Ball. I think he'll really be smiling this year.

PERRY MANN

### FREQUENTLY ASKED QUESTIONS ...

**How old do you need to be to go to the Exotic Erotic Ball and Expo?** For the Ball, 21 and over - with ID, please. For the Expo, it's 18 and over.

**If I buy a ticket to the Ball, does that also get me into the afternoon Expo?** No. the Expo on Friday and on Saturday afternoon is a separate ticket  But – the Expo will also be open during the Ball, for Ball ticketholders.

**Can I take still pictures?** Yes, you can take still pictures. Cameras are allowed.

**Can I shoot video?** Nope, sorry. not unless you work for the Ball or you are with an approved media outlet, with necessary credentials in advance.

**Do I need to dress up for the Ball and if so, in what fashion?** The dress-up is not a requirement, but it is a big part of the show. We highly recommend everyone dressing in lingerie, pajamas, fetish, masquerade or costume. Dress as sexy as you want. Our motto is: Everyone's A Star at the Exotic Erotic Ball. So dress like one! Side note: We will be holding our three famous contests - Ms. Exotic Erotic, Mr. Exotic Erotic and Best Costume. Everyone who attends is welcome to try and qualify.

**What should I wear to the Ball?** This question is so important, we asked it twice. Wear lingerie, fetish attire, masquerade, costume, pajamas or something that makes you look outrageously sexy!

**Is nudity allowed?** We post signs everywhere that say, No Nudity...but do people listen? We wish they did. **No public nudity, please** . Remember to carry your ID if you want to drink alcohol.

**Is groping allowed?** Dude, you just can't start groping people, not here, not anywhere. Would you want people indiscriminately groping you? We'll answer that for you - no, you would not  At the Exotic Erotic Ball, the operative word is respect. If you keep in mind that lots of people are feeling sexy and aroused, then you will realize that it is OK to ask someone if you can touch. Yes - it is OK to ask. But respect the answer. If it's not the answer you wanted, then ask someone else. Remember - if you grope, you leave. But - if it is consensual, then ... well, then it's not really groping, it's fondling.

**Is there an After Party this year?** Yes, it is at the Gold Club on Sunday October 29th, 1:30AM to 6AM. Enrique of Surreal SF joins us again to host the wildest and craziest after-party ever !

**What is the difference between a General Admission ticket and a VIP ticket to the Ball?** The General Admission ticket will allow you access everywhere in the 3 rooms, including the main stage with the musical acts & contests, plus the Burlesque Stage with the exotic & erotic performances, the Fetish Stage and S&M Dungeon, the Bling Bling electronic stage, and into the Expo featuring all the exhibits and the animation festival. The VIP ticket will allow you the following extras: priority entry into the Ball, and entry into the VIP room. The VIP room hosts a VIP reception with celebrities and porn stars from 9pm to 10:30pm , serves complimentary hors d'oeuvres, and features special performances, music, and interactive side shows. VIP's also get backstage access for mingling with the celebrities and adult stars, one free drink at the bar, a goodie bag, and special souvenirs.

**Can I buy a ticket at the door to the Ball or Expo?** Yes, tickets are sold at the door.

**Tell me more about the Exotic Erotic Expo and do I want to go to both that and the Ball?** Even if you cannot make it to the Ball, you do not want to miss the Expo. It is a great show at an incredible price. The Expo is open to the public Friday, from Noon to 6PM (only $20) and again from 7PM til 11PM ($35, includes Snoop benefit performance), and Saturday from Noon to 6pm (only $20).  Visit www.exoticeroticexpo.com.

**Will there be a place for me to check my coat at the Ball?** Yes, there will be a coat check at the Ball.

**Is there a special place to park for the Expo or Ball?** There is lots of parking and this is provided by the venue, not by us. There are no in & outs from the Ball or with your car in the parking lot, or you have to pay again. But there are plenty of spots.

### PERRY MANN'S 28TH ANNUAL
## EXOTIC EROTIC BALL
### SATURDAY, OCTOBER 27 COW PALACE, SF;  8PM TIL 2AM

**BALL HOTLINE: 415-567-BALL**
**BALL WEBSITE: WWW.EXOTICEROTICBALL.COM**

**TICKETS AVAILABLE ONLINE THRU TICKETMASTER.COM, AT ANY TICKETMASTER LOCATION, OR BY PHONE AT 415-421-TIXS.**
**TICKETS WILL ALSO BE AVAILABLE AT THE DOOR**



VB00215














4 SF WEEKLY  EXOTIC EROTIC 2007  sfweekly.com