

**100 HUSTLER HONEYS LIVE ON STAGE!**

World Famous $2 Tuesdays
Well Drinks & Beers are $2

No Cover 11:30am-7pm Wed-Mon
Free Lunch Buffet Thurs & Fri

VIP Champagne Lounges
Private Couch Dances
Free Limo Service (415) 515-8324

**LARRY FLYNT'S HUSTLER CLUB**

1031 Kearny at Broadway  415-434-1301  www.hustlerclubsf.com

text "hustler" to 35350 for free admission



A DOWNTOWN GENTLEMEN'S CLUB FEATURING HUNDREDS OF GLAMOROUS ENTERTAINERS

**Gold Club**

650 HOWARD STREET

1 BLOCK FROM MOSCONE CONVENTION CENTER
(BETWEEN NEW MONTGOMERY & 3RD STREETS)

WWW.GOLDCLUBSF.COM
415.536.0300

TEXT "GOLD" TO 35350 FOR FREE ADMISSION

Open 11:30am to 2am Sun through Thurs
Open 7pm to 3am Fri and Sat
Dinner and Cocktails Served Nightly
Free Limo Service (415) 706-5533



You are a VIP on the Broadway Strip

Text "showgirls" to 35350 for free admission

**Broadway Showgirls**

DRINK DINE DANCE

412 BROADWAY AT MONTGOMERY / 415.391.2800

New Sizzle Lounge
Experience the club within the club
www.sizzlesf.com

Free limo service 415.517.7161
Dinner Service Nightly 6pm to 2am
www.showgirlssf.com



**Totally Nude Lap Dancing**

shower shows

VIP room...sex stage

luxurious private booths

patent leather playrooms

TEXT "CENTERFOLDS" TO 35350 FOR $10 OFF COVER

391 Broadway at Montgomery
(415) 834-0662  www.centerfoldssf.com

**CENTERFOLDS**



**MSC SHOWGIRLS INVITE YOU!**

**Raw Hot Sexy**

**MARKET STREET CINEMA**

1077 Market

Text "msc" to 35350 for $10 off cover charge

(415) 255-1005  www.mscclive.com

Open 11:30am-4:00am 7 days a week



Ladies & Gentlemen, would you like to see

**First Class XXX Entertainment?**

Visit Our Fabulous **NAUGHTY HOTTIES**

All Nude Lap Dances and
All Nude Continuous Live Stage Shows
Open 7 days noon 'til late night 4am

$10 off with ad or
text NCT to 35350
for $10 off cover

**THE NCT**

Where the Party Lives

$500 NAUGHTY AMATEUR SHOW SUNDAY NIGHT
NEW MONDAY NIGHT FOOTBALL AFTERPARTIES
THE MARDI GRAS PARTY TUESDAY NIGHTS

816 Larkin between O'Farrell & Geary at the foot of Nob Hill
(415) 776-0212  www.newcenturysf.com

VB00217

★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★

## MUSIC, DANCING, BURLESQUE, MASQUERADE, AND A BIT OF THE BIZARRE

# ARENA STAGE

**Presented by XFANZ**



L to R: Peaches, Spyderz, Vau de Vire Society, Black Betty, MC Paul Nathan, The Unauthorized Rolling Stones

- 8:05pm: **Doors open**
- 8:05pm: **Welcome**
- 8:45pm: **Erotic Dancers**
- 8:50pm: **Perry Mann Special Guest**
- 8:55pm: **Leonid The Magnificent**
- 9:00pm: **Spyderz**
- 9:40pm: **Lusty Ladies**
- 9:45pm: **Rebecca's Rubber Room**
- 9:50pm: **Club Jenna Girls**
- 9:55pm: **TBA**
- 10:00pm: **Black Betty**
- 10:40pm: **Lusty Ladies**
- 10:45pm: **Vau De Vire Society**
- 10:50pm: **Devinn Lane & Adult Stars**
- 10:55pm: **Leonid the Magnificent**
- 11:05pm: **Men of Exotica**
- 11:10pm: **Unauthorized Rolling Stones**
- 12:00pm: **Vau De Vire Society**
- 12:05pm: **Chippendales**
- 12:10pm: **Perry Mann**
- 12:15pm: **Contest**
- 1:10pm: **Peaches**

## FRESH OYSTERS

**TIKI TOM'S CATERING** will be serving these little aphrodisiacs all thru the Expo, and at the Ball – shooter style!

★ **WASH IT DOWN WITH …**

**LAGUNITAS** – our favorite beer 5 years running. Love and Ice – our official cocktail, combining **JOHNNY LOVE'S VODKA** with **LIQUID ICE ENERGY DRINK** (the best tasting energy drink on the market by far). Or – for the more sophisticated palate – we have fine wine from **EROTIC CELLARS**. Its white wine is called ForPlay, truly a prelude to whatever comes next. And, its perfectly balanced Cabernet is crafted in precisely 69 barrels, no more, no less. We will be featuring wine tastings with our adult stars throughout the weekend.

# BLING BLING

**Presented by Enrique and Surreal SF**





L to R: Donald Glaude, Bubba Sparxxx, Charlie Brechtel Band, DJ Trevor Simpson, Enrique and The Surreal Devil Girls

- 8:45pm: **Charlie Brechtel Band**
- 9:45pm: **Doxy**
- 10:45pm: **Mini Kiss**
- 11:20pm: **Live Breakdancing**
- 11:30pm: **Bubba Sparxxx**
- 12:10pm: **Bella Bling & the Surreal Devil Girls**
- 12:15pm: **DJ Trevor Simpson**
- 12:40pm: **DJ Ron Reeser**
- 1:00am: **DJ Donald Glaude**

## ★ FETISH STAGE ★

**Presented by Socialkink.com**

We've got bondage, humiliation, and some flogging for good measure. Jean Bardot does the honors this year, and we're damn lucky to have her.

## THEATER

**Presented by Clips4Sale.com**

Clips4sale.com features real people doing real things. Sometimes, they are doing real nasty things. Once you download a clip, you keep it forever. Overall, we have to say that they are probably the hottest video site on the net. In addition to showing their clips, the theatre will also be featuring the Spike & Mike Sick and Twisted Festival of Animation.

### OVER $10,000 IN CASH AND PRIZES FOR BEST COSTUMES

### AFTER PARTY

Join Enrique from Surreal SF, his smokin' hot Devil Girls after the Ball. The After Party keeps going til 7AM. After Party Tix at www.eventvibe.com.

### NEED TRANSPORT TO THE BALL?

Why drive? For limo service with a smile, contact our good friend Lorenzo at info@theviptransportation.com or 650-595-8629. Lincoln, stretch, SUV stretch, party buses, you name it. They'll get you there safely, swiftly, and in style.

# BURLESQUE STAGE

**Presented by XBIZ**



L to R: Chippendale's, Rebecca, Leonid The Magnificent, Fudgie Frottage

- 8:05pm: **DJ Delachaux**
- 8:45pm: **Vau de Vire Society**
- 9:00pm: **Fudgie Frottage**
- 9:05pm: **Corey Shanks Hand Balancer**
- 9:10pm: **Exotic Erotic Dancers**
- 9:15pm: **TBA**
- 9:20pm: **TBA**
- 9:30pm: **Exotic Erotic Dancers**
- 9:30pm: **Doc Popular**
- 9:35pm: **Exotic Erotic Dancers**
- 9:40pm: **Fudgie Frottage**
- 9:45pm: **Xquisite Taste**
- 10:00pm: **Vau de Vire Society**
- 10:05pm: **Exotic Erotic Dancers**
- 10:10pm: **Chippendales**
- 10:15pm: **Exotic Erotic Dancers**
- 10:30pm: **Vau de Vire Society**
- 10:35pm: **Corey Shanks Hand Balancer**
- 10:40pm: **Fudgie Frottage**
- 10:45pm: **Rebecca's Rubber Room**
- 10:55pm: **Naughty School Girls**
- 11:00pm: **Vau de Vire Society**
- 11:05pm: **Chippendales**
- 11:10pm: **Xquisite Taste**
- 11:25pm: **Barely Legal: Time Warp**
- 11:30pm: **Exotic Erotic Dancers**
- 11:35pm: **Vau de Vire Society**
- 11:40pm: **Leonid the Magnificent**
- 11:45pm: **Doctor Popular**
- 11:50pm: **Rebecca's Rubber Room**
- 12:00pm: **Barely Legal: Time Warp**
- 12:05pm: **Xquisite Taste**
- 12:20pm: **Leonid the Magnificent**
- 12:25pm: **Men of Exotica**
- 12:30pm: **Rebecca's Rubber Room**
- 12:35pm: **Exotic Erotic Dancers**
- 12:45pm: **Gooferman**
- 1:35pm: **Parade**

**www.exoticeroticball.com**

★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★

VB00218