# THE EXOTIC EROTIC EXPO
## The HOTTEST / COOLEST SHOW IN THE BAY

**FEATURING EXOTIC FASHION, EROTIC ART, SEXY PRODUCTS, PLUS ADULT TOYS, GAMES, WEBSITES, & NOVELTIES,** live performances by **LEONID THE MAGNIFICENT, REBECCA, JEAN BARDOT, ANCILLA TILIA, AND CHIPPENDALE'S, WITH SPIKE & MIKE'S SICK & TWISTED FESTIVAL OF ANIMATION** AND FEATURING **TOP ADULT STARS** including **TERA PATRICK, VIOLET BLUE, SUNNY LANE, DEVINN LANE, RAQUEL DEVINE, NIKKI BENZ, ALEXIS AMORE, SYDNEE STEELE, TRINA MICHAELS, LELA STAR, JOANNA ANGEL, LISA SPARXXX, RYDER SKYE, KIM CHAMBERS, HOLLIE STEVENS, SINNAMON LOVE, STEPHANIE SWIFT, ALEXIS MALONE, KENDALL BROOKS, HEATHER GATES, ROXXIE LEE, ROXY JEZEL, ANNMARIE RIOS,** and many more...



### MAKE LOVE NOT WAR, an Exclusive Arts Installation

It's never been more relevant than it is today. In honor of this worthwhile sentiment we have commissioned 6 of our favorite artists to create original drawings and paintings, all entitled - Make Love Not War. Each piece will be showcased at the Expo, and at the Ball. We've put no restrictions on content. The results should be fascinating.

THE ARTISTS ARE:

**Jay Trembly** from Missouri, whose style is a classic, traditional pin-up, with the look of the modern day woman and her individual sensuality.
**Kevin Clark** from Arizona, who explores the ever-fascinating beauty and awe of the female form while giving us a glimpse into her soul.
**Andy Screen** from the United Kingdom, whose tr shy urban style is rooted in the long standing artistic canon that 'sex sells', and who frequently combines traditional media with computer technology.
**Marco Guaglione** from Italy, a world class twenty-two year old illustrator from Roma who studies Vargas and Olivia and is passionate about his work.
**Erica Reis** from Illinois, who is at heart a storyteller who swoons for other-wordly tales of true love, juxtaposed with the unexpected.
**Steve Argyle** from Utah, whose impressive modern resume includes internship at Viewpont Datalabs (which creates 3D models of some of the hottest films in Hollywood), the creation of short CG films, and special effects for live action films.

**Friday, Oct 26 from Noon to 6PM: $20**
**Friday, Oct 26 from 7PM til 11PM: $35***
**Saturday, Oct 27 from Noon to 6PM: $20**

*Fri Nite Expo includes live benefit performance by Snoop Dogg Must be 18 years old with proper ID to attend the Expo.



**SNOOP DOGG** performs live at the Expo on Friday night as part of a benefit performance for The Healing Circle and other Bay Area charities.

**SPIKE & MIKES SICK & TWISTED FESTIVAL OF ANIMATION**

A customized Spike & Mike's Sick & Twisted Festival of Animation will be presented twice at each session of the Expo with Spike creating the all-star lineup for the occasion. mixing his favorite erotic classics with new never-before-seen shorts.

### FEATURED NEW WEBSITE: SOCIALKINK.COM

What a great day to be into fetish. Gaze reverently upon our logo. Let it sink its teeth into your flesh. You know you love it! SOCIAL KINK is a brand (spanking!) new social networking site for the fetish community. What makes this site Exotic Erotic worthy? Simple. Social Kink is similar to those other social networking sites (you know who we mean) but... it's designed specifically for the fetish crowd. You're neither marginalized, nor ancillary. You are the intended audience. Also, there's no Tom at Social Kink. There is Nikki. Tom can't tie shibari. Nikki can. Why tolerate Tom, when you can submit to Nikki? Get thee to Socialkink.com, and create a profile. You'll find what you need. As Dracula said: "Welcome. Enter freely and of your own will." Or – as we like to say: "Welcome to the looking glass. Alice. Now roll over."



### FEATURED NEW PRODUCT: The ConstrictHer

The ConstrictHer by Casanova Wear is styled like a bustier with a lace-up back. But its special feature is a set of strategically placed straps that truly enhance any sexual position. The ConstrictHer is made of soft leather and fully lined...sexy and comfortable. The nylon stitching is tough in case you like it rough plus it comes complete with – can you guess - built in handcuffs. It comes in a gorgeous array of colors: casanovawear.com


The ConstrictHer

### COOLEST EXHIBIT: The Hot Tub Place, Santa Rosa

Mark is coming down from Santa Rosa, and he's setting up the latest from Softub. Lightweight, full-featured, cushioned, and portable – it's one of the coolest products we've ever had as an exhibit. The Hot Tub Place is at 1-800-924-7638 and everyone should have one of these.



### 2 for 1 Admission

Present this coupon at the entrance to the Exotic Erotic Expo on Oct. 26 or 27 between Noon and 6PM and receive 1 free admission with one paid admission.

**A $20 value!**

One coupon per customer; not valid with any other promotion. Not valid for Friday evening session. Purchase your ticket(s) at the door.

VB00219



