**Want to Know? Search AINews**
[ ] Go

- Front Page
- Adult Film News
- Adult Media News
- Business News
- Club & Appearance News
- Freedom & the Law
- Internet News
- Lifestyles, Health & Charity
- ➡ Letters to the Editor
- Columns
- Movie Reviews
- InnerViews
- AINews Site Map
- Free News Feed
- AINews Affiliate Store
- Star Pages
- Contact AINews
- Advertise With AINews



November 03, 2007 03:14am
Pornstar Violet Blue Changes Name
Source: Letters to the Editor
by: Violetta Blue



I'm offically changing my name to Violetta Blue, so as to not confuse the general public of me the Pornstar with the author Violet Blue.

I believe this is the right thing to do pending the lawsuit involved with the name "Violet Blue".

...Course its going to take a while to retrain my fingers!

Love,
Violetta Blue

### Related Stories
- Violet Blue Memorabilia Sale
- Flynt in Oprah
- Exotic Erotic Ball Announces Adult Entertainers
- Head Master 2 ~ Reviewer Rated
- Wonderland ~ Reviewer Rated

### Related Sites - WARNING! May lead to graphic content
- Violet Blue's VioletBlue.org
- Movies With Violet Blue (AINews)



**Top Stories**

- Stoya, Jennifer Dark on Last Call
- Karaoke Comes to Porn Valley
- Batman's Belfry at Bad Betties Party
- NRPW Returns with Bang
- First Ethnic Award Show
- A! Night at PSK
- Sex-Positive Journalism Awards
- Matt Zane Featured in Bizarre





**More Stories From [Letters to the Editor](#)**

[Sex-Positive Journalism Awards](#)

[Love Shack's Cornetta Comments on Fire](#)

[Anita Cannibal Roof Blown Off](#)

[Thanks For The Toys](#)

[Boobs For Payton](#)

[Pornstar Violet Blue Changes Name](#)

[Danger Peligro Gefahr](#)

[Bethany Sweet in LegWorld](#)

[Jana Jordan Covers Penthouse Forum](#)

[Gina Lynn Recovers in Time for Stern](#)

[Porn Star Revolution Party](#)

[Allanah Starr Victory Party](#)

[MWA: Renee Perez, Cassidey, Brea Bennett](#)

[Part Two - FreakyTiki AVN Recap](#)

[MWA: Jana Jordan](#)

[February 2008 From the Trenches](#)

[Big Wet Tits 4 ~ Reviewer Rated](#)

Ange Venus in Dante's Inferno

Violet Blue Memorabilia Sale

Freaky Works for De'Nyle

Anjelica Lauren Available to Fans

Fred Salaff Needs Help

Still No Trial Date Set

Jade Feng at Portland Erotic Ball

Kelly Wells Loves Australia

Kelly 'Fn' Wells Blows Off Australia

Sydnee Steele's Book Deal Comments

Possible Booking Fraud Continues

Cleopatra's 2 Year Calendar

Asia Carrera's Husband Killed

Whitney Wonders Getting Married

SuicideGirls Content License Flap

Shay Lynn Parties at Playboy Mansion



Bogus Bookings Bait Talent

George DeLorenzo Hangs in Miami

Alicia Angel Corrects AINews