violet/blue
In Address Book

---------- Forwarded message ----------
From: **Violet Blue**
Date: Oct 23, 2007 7:29 PM
Subject: Re: Happy Holidays
To: v i o l e t / b l u e

Dear Violet, I got the lawsuit today. I'm not exactly sure what your trying to get by suing me. I don't use your likeness. I have brown hair and no bangs and its been like that for 4 years! Before that my hair was blond. The only time I had hair that would even be sort of resembling yours is when I first started in the porn industry. But it was short and black. Like I said before, I didn't know you existed till after I won my award, when my hair was blond. Most of the movies I made were when my hair was blond. The one picture you have with a Betty Page wig on was for a photo shoot that I had no control over. My only income is from my website, about 350 dollars a month is what I make. My boyfriend supports me and he does drywall! I have a 5 month old daughter and I take care of my 92 year old father. My mom just came down with shingles and I've been taking care of her as well. I did one movie in the last 2 years called Nina Hartleys Guide to Pregnant Sex. I performed with my boyfriend. I didn't know anything about you trademarking the name Violet Blue. I didn't even know you could trademark a name!!! So, I guess I'll talk to your lawyers so we can try and settle this. I'm sure I can make just as much money off my website with a different name, since I'm selling pictures of my body and not anyones likeness. Love, Ada WOFFINDEN aka the other Violet Blue

*v i o l e t / b l u e*                                        wrote:

> Hi Ada,
>
> My inbox has been a mess and I actually just found this email today. Thank you for taking the time to write this; it really clears up a lot, it means a lot and I can tell it was very intense to write. It is heartfelt, and deeply appreciated. You really opened up to me, and I know that's not easy. Thank you.
>
> Good luck with the changes you're facing; life passing and new life, divorce and marriage, all at the same time, wow. Congratulations and warm wishes on all. Hair and makeup will be a blast, I'm sure -- I have friends doing both as career changes, and they really love their jobs.
>
> Anyway, our communication and clearing it up has been a long time coming. Let's hope it's a sign of good changes ahead for both of us. And in the meantime, if you'd like, I'd love to see how much you'd sell me the violetblue domain name for. I'm sure if you were interested in having me take it off your hands, we could also work out a transfer page to sit there for as long as needed to let people know where and how to find you in your new direction, if that's what you wanted.
>
> best wishes, thanks, and warm thoughts from chilly San Fran,
> Violet
>
> ps, I think my parents were hippies. I am an only child, but they totally made my name up. the social security

administration gave me a middle initial randomly. but none of it really mattered since I became homeless and orphaned around my 14th birthday. my name ended up fitting me as a homeless teen just fine, and by the time I got off the streets, what people thought of my name was the least of my worries. regardless, I have no family name to carry on as I never knew my family at all -- just my mom for almost 14 years. by the time I was 13, she was a crackhead on a downward spiral.

On 12/5/06, **Violet Blue**                                        wrote:
> Hello author Violet Blue,
>    You'll be happy to know that I'm finished doing Boy/Girl porn scenes, so your name will no longer be on the front of porn boxcovers that say "Shut up and blow me" and the like. I'm not living in Porn Valley. I'm in a small town near Aberdeen Washington. I moved up here 2 years ago to help take care of my 91 year old father. I'm getting married, in the process of a divorce and I'm 5 months pregnant.
> I'd like to tell you that I'm sorry for accidentally using your name. Back when I first started I used just Violet as you know. Then after about 6 videos my agent told me I needed a last name and chose Lust for me without me liking it. I did one video with that horrible name, Violet Lust. I thought of Violet Blue, being that it was my favorite colored crayon by Crayola. I googled it, and nothing came up but flowers. I googled Violet Blue Porn and again nothing about you came up. So I didn't know you existed. I wish now that I would have because I never would have intentionally used your name. I don't like being confused with someone else. I'm just really glad I didn't keep my hair black with betty bangs like when I first started. THAT would have really made it difficult to tell us apart to fans.
> I'm hurt that someone in the porn industry would claim that I'm taking your name in Vain. And that I'm trying to stay "Hip" by using it because my appeal has faded. The person obviously doesn't know that I'm living in BFE and can't work up here. I've only made 2 trips to LA in the last 2 years and both were to take my son up to see his daddy. I love it how you can move far away and everybody starts making up stories, thinking they know what happened to you. I'd still be working constantly if i was in LA. But like I said before, I've got a sick daddy and a baby on the way. Not only that but I'm finishing up school, so I will have a semi normal life doing hair and makeup under my real name, Ada. You know what sucks though,  there's another makeup artist in LA with the name Ada. So I guess I'm going to have to stick to the Northwest. Its kind of funny, but I was going to use my real name for porn when I first started, but everyone told me that would be a mistake because of obsessed fans and stalkers. I believed them. I sincerely hope that you haven't had any stalkers think that you are me. How did you end up with such a peculiar name anyways? Overly creative parents?  I named my son Crimzen.
> On the fliers for the EEB they did state under Violet Blue the fact that it was the porn performer. I know they didn't want people confusing the two of us. I'm not sure if I'll be working with them again though. I love co hosting and performing, I just won't be able to for at least a year and I'm sure they'll find someone else to take my place in that time. Perhaps someone younger, hip, and in style.
> I hope that you write me back, at least to clarify everything that we've heard about eachother. I know I wrote you years ago asking you to come on my internet radio show. I was so excited to find out that there was someone else using the name Violet Blue. But I never got a response, so I'm not really expecting one now. Have a wonderful holiday season and a spankin New Year. Love, Ada

*Love,* Violet Blue

Need a quick answer? Get one in minutes from people who know. Ask your question on Yahoo! Answers .

--

this email is:  [ ] bloggable   [ x ] ask first   [ ] lethal if repeated or forwarded

open + source + sex
http://www.tinynibbles.com
+ + + + + + +
contributor: http://www.fleshbot.com
listen: http://violetblue.libsyn.com
local is global: http://sf.metblogs.com
sf is sexy: http://www.sfgate.com/columnists/violetblue/

*Love,* Violet Blue

_____
Do You Yahoo!?
Tired of spam? Yahoo! Mail has the best spam protection around
http://mail.yahoo.com

--
this email is:  [ ] bloggable   [ x ] ask first   [ ] lethal if repeated or forwarded

http://www.techyum.com
http://www.tinynibbles.com
http://www.digitapub.com
+
contributor: http://www.fleshbot.com
listen: http://violetblue.libsyn.com
local is global: http://sf.metblogs.com
sf is sexy: http://www.sfgate.com/columnists/violetblue/