# Revision history of Violet Blue (pornographic actress)

From Wikipedia, the free encyclopedia
View logs for this page
(Latest | Earliest) View (newer 500) (older 500) (20 | 50 | 100 | 250 | 500)
For any version listed below, click on its date to view it.
For more help, see Help:Page history and Help:Edit summary.
(cur) = difference from current version, (last) = difference from preceding version,
**m** = minor edit, → = section edit, ← = automatic edit summary

[Compare selected versions]

- (cur) (last)  ⦿  03:30, 12 March 2008 Philippe (Talk | contribs) (7,023 bytes) ([OTRS Ticket#2008012910002991] - BLP subject informs us of name change.) (undo)
- (cur) (last)  ⦿  03:09, 12 March 2008 76.172.130.25 (Talk) (7,284 bytes) (rewrote violet to violetta, added citation) (undo)
- (cur) (last)  ○  23:48, 19 February 2008 Good Olfactory (Talk | contribs) (7,023 bytes) (placed in subcategory) (undo)
- (cur) (last)  ○  16:46, 14 February 2008 75.3.119.78 (Talk) (7,014 bytes) (→Career as stripper and porn star) (undo)
- (cur) (last)  ○  17:05, 9 February 2008 Philippe (Talk | contribs) m (moved Violetta Blue to Violet Blue (pornographic actress): [OTRS Ticket#2008012910002991] - BLP subject informs us of name change.) (undo)
- (cur) (last)  ○  16:21, 1 February 2008 King Willan Bot (Talk | contribs) m (7,017 bytes) (robot Modifying: fi:Violetta Blue) (undo)
- (cur) (last)  ○  17:22, 30 January 2008 63.231.16.186 (Talk) (7,015 bytes) (undo)
- (cur) (last)  ○  17:05, 30 January 2008 63.231.16.186 (Talk) (7,017 bytes) (undo)
- (cur) (last)  ○  13:15, 30 January 2008 213.155.231.26 (Talk) (7,161 bytes) (IW fix DE) (undo)
- (cur) (last)  ○  06:28, 30 January 2008 207.118.2.19 (Talk) (7,159 bytes) (→Return to Washington state) (undo)
- (cur) (last)  ○  06:26, 30 January 2008 207.118.2.19 (Talk) (7,184 bytes) (→Alleged trademark infringement) (undo)
- (cur) (last)  ○  06:25, 30 January 2008 207.118.2.19 (Talk) (7,591 bytes) (undo)
- (cur) (last)  ○  06:22, 30 January 2008 207.118.2.19 (Talk) (7,821 bytes) (→External links) (undo)
- (cur) (last)  ○  06:20, 30 January 2008 207.118.2.19 (Talk) (7,833 bytes) (→Alleged trademark infringement) (undo)
- (cur) (last)  ○  06:17, 30 January 2008 207.118.2.19 (Talk) (7,753 bytes) (→Career as stripper and porn star) (undo)
- (cur) (last)  ○  06:00, 30 January 2008 207.118.2.19 (Talk) (7,138 bytes) (→Career as stripper and porn star) (undo)
- (cur) (last)  ○  04:47, 30 January 2008 Tabercil (Talk | contribs) (7,326 bytes) (rv unsourced edit) (undo)
- (cur) (last)  ○  04:20, 30 January 2008 63.231.16.186 (Talk) (6,900 bytes) (Revised at the direction of Ada Mae Johnson (actress "Violet Blue")) (undo)
- (cur) (last)  ○  03:55, 30 January 2008 63.231.16.186 (Talk) (7,679 bytes) (Changed at the direction of Ada Mae Johnson) (undo)
- (cur) (last)  ○  23:28, 8 January 2008 HTurtle (Talk | contribs) m (7,326 bytes) (changed or-tag to

- fact as it didn't sound like OR but unverified; polished refs; disambiguation; unlinked years (and few others); some grammar & spelling) (undo)
- (cur) (last) ○ 19:33, 27 December 2007 SmackBot (Talk | contribs) m (7,269 bytes) (Date/fix the maintenance tags or gen fixes using AWB) (undo)
- (cur) (last) ○ 19:08, 27 December 2007 Vinh1313 (Talk | contribs) (7,236 bytes) (lots of statements about her personal life without sources) (undo)
- (cur) (last) ○ 19:07, 27 December 2007 Vinh1313 (Talk | contribs) (7,215 bytes) (→Return to Washington state) (undo)
- (cur) (last) ○ 03:04, 22 December 2007 OKBot (Talk | contribs) m (7,209 bytes) (robot Modifying: fr:Ada Mae Johnson) (undo)
- (cur) (last) ○ 22:19, 21 December 2007 Photouploaded (Talk | contribs) (7,205 bytes) (boyfriend) (undo)
- (cur) (last) ○ 22:15, 21 December 2007 Photouploaded (Talk | contribs) m (7,192 bytes) (→Return to Washington state) (undo)
- (cur) (last) ○ 22:13, 21 December 2007 Photouploaded (Talk | contribs) m (7,182 bytes) (→Return to Washington state: daughter's name) (undo)
- (cur) (last) ○ 21:22, 21 December 2007 Photouploaded (Talk | contribs) m (7,164 bytes) (→External links: re-order) (undo)
- (cur) (last) ○ 21:22, 21 December 2007 Photouploaded (Talk | contribs) (7,165 bytes) (add myspace, contradiction between announcement and use of name on web pages) (undo)
- (cur) (last) ○ 14:27, 16 December 2007 Photouploaded (Talk | contribs) m (6,819 bytes) (sv) (undo)
- (cur) (last) ○ 14:19, 16 December 2007 Photouploaded (Talk | contribs) m (6,815 bytes) (babel) (undo)
- (cur) (last) ○ 16:38, 14 December 2007 Photouploaded (Talk | contribs) m (6,815 bytes) (fr) (undo)
- (cur) (last) ○ 16:37, 14 December 2007 Photouploaded (Talk | contribs) m (6,796 bytes) (iw) (undo)
- (cur) (last) ○ 15:08, 14 December 2007 Photouploaded (Talk | contribs) m (6,794 bytes) (iw) (undo)
- (cur) (last) ○ 12:09, 14 December 2007 Photouploaded (Talk | contribs) m (6,790 bytes) (iw) (undo)
- (cur) (last) ○ 20:08, 11 December 2007 LabFox (Talk | contribs) m (6,786 bytes) (→References: interwiki-fix) (undo)
- (cur) (last) ○ 19:15, 11 December 2007 Photouploaded (Talk | contribs) (6,784 bytes) (fix grammar, add wikilinks) (undo)
- (cur) (last) ○ 18:51, 11 December 2007 Photouploaded (Talk | contribs) m (6,679 bytes) (arrange refs) (undo)
- (cur) (last) ○ 17:23, 11 December 2007 Photouploaded (Talk | contribs) m (6,697 bytes) (→Return to Washington state: clarify) (undo)
- (cur) (last) ○ 17:22, 11 December 2007 Photouploaded (Talk | contribs) m (6,693 bytes) (→Early life: wikilink) (undo)
- (cur) (last) ○ 17:22, 11 December 2007 Photouploaded (Talk | contribs) (6,684 bytes) (cite source) (undo)
- (cur) (last) ○ 17:20, 11 December 2007 Photouploaded (Talk | contribs) m (6,666 bytes) (fix ref) (undo)
- (cur) (last) ○ 17:20, 11 December 2007 Photouploaded (Talk | contribs) (6,666 bytes) (add DVD ref, remove from EL, remove EL) (undo)
- (cur) (last) ○ 17:11, 11 December 2007 Photouploaded (Talk | contribs) m (6,512 bytes) (→External links: rm links used as references) (undo)
- (cur) (last) ○ 17:10, 11 December 2007 Photouploaded (Talk | contribs) (6,720 bytes) (add sourced info on initial sexual experiences) (undo)
- (cur) (last) ○ 16:49, 11 December 2007 Photouploaded (Talk | contribs) (6,271 bytes) (Weight and measurements change. She has had two children.) (undo)
- (cur) (last) ○ 16:46, 11 December 2007 Photouploaded (Talk | contribs) m (6,323 bytes) (→Return

- (cur) (last) ○ to Washington state: minor cleanup) (undo)
- (cur) (last) ○ 16:45, 11 December 2007 Photouploaded (Talk | contribs) m (6,323 bytes) (→Return to Washington state: pronoun usage) (undo)
- (cur) (last) ○ 16:44, 11 December 2007 Photouploaded (Talk | contribs) (6,324 bytes) (→Return to Washington state: Add mention of 2007 "memorabilia sale") (undo)
- (cur) (last) ○ 16:32, 11 December 2007 Photouploaded (Talk | contribs) m (6,063 bytes) (combine two sentences) (undo)
- (cur) (last) ○ 16:27, 11 December 2007 Photouploaded (Talk | contribs) m (6,058 bytes) (header) (undo)
- (cur) (last) ○ 16:26, 11 December 2007 Photouploaded (Talk | contribs) (6,040 bytes) (Change lede, see Talk) (undo)
- (cur) (last) ○ 16:06, 11 December 2007 AnonEMouse (Talk | contribs) (6,032 bytes) (Let's focus on Violetta Blue, her most common name, where we can without confusion.) (undo)
- (cur) (last) ○ 15:27, 11 December 2007 Photouploaded (Talk | contribs) m (6,016 bytes) (→Lawsuit against Johnson: minor grammar) (undo)
- (cur) (last) ○ 14:26, 11 December 2007 Photouploaded (Talk | contribs) m (6,020 bytes) (combine two sections) (undo)
- (cur) (last) ○ 14:25, 11 December 2007 Photouploaded (Talk | contribs) m (6,112 bytes) (nothing to support this) (undo)
- (cur) (last) ○ 14:24, 11 December 2007 Photouploaded (Talk | contribs) (6,164 bytes) (work in the contents of the Religion section; cite sources, add cited material) (undo)
- (cur) (last) ○ 13:42, 11 December 2007 Photouploaded (Talk | contribs) m (5,341 bytes) (→Sources: rm comm link per WP:EL) (undo)
- (cur) (last) ○ 00:36, 11 December 2007 Photouploaded (Talk | contribs) m (5,450 bytes) (→Lawsuit against Johnson: update ref) (undo)
- (cur) (last) ○ 00:33, 11 December 2007 Photouploaded (Talk | contribs) (5,469 bytes) (Name change per Manual of Style) (undo)
- (cur) (last) ○ 00:18, 11 December 2007 Photouploaded (Talk | contribs) m (5,176 bytes) (format ref) (undo)
- (cur) (last) ○ 23:18, 10 December 2007 Photouploaded (Talk | contribs) m (5,136 bytes) (→Lawsuit against Blue: format ref) (undo)
- (cur) (last) ○ 23:17, 10 December 2007 Photouploaded (Talk | contribs) (5,118 bytes) (cite source for name change) (undo)
- (cur) (last) ○ 23:12, 10 December 2007 Photouploaded (Talk | contribs) m (5,024 bytes) (headers) (undo)
- (cur) (last) ○ 23:11, 10 December 2007 Photouploaded (Talk | contribs) (5,004 bytes) (headers) (undo)
- (cur) (last) ○ 23:09, 10 December 2007 Photouploaded (Talk | contribs) m (4,918 bytes) (rephrasing, request citation) (undo)
- (cur) (last) ○ 22:28, 10 December 2007 Photouploaded (Talk | contribs) m (4,761 bytes) (sources) (undo)
- (cur) (last) ○ 22:27, 10 December 2007 Photouploaded (Talk | contribs) m (4,880 bytes) (name change per trademark infringement) (undo)
- (cur) (last) ○ 22:20, 10 December 2007 Garion96 (Talk | contribs) (4,892 bytes) (rm per WP:MOSFLAG) (undo)
- (cur) (last) ○ 22:17, 10 December 2007 Photouploaded (Talk | contribs) m (4,909 bytes) (punct) (undo)
- (cur) (last) ○ 22:17, 10 December 2007 Photouploaded (Talk | contribs) m (4,910 bytes) (grammar) (undo)
- (cur) (last) ○ 22:16, 10 December 2007 Photouploaded (Talk | contribs) m (4,907 bytes) (name transition) (undo)

- (cur) (last) ⭘ 21:36, 10 December 2007 Photouploaded (Talk | contribs) m (4,863 bytes) (fix bolding) (undo)
- (cur) (last) ⭘ 21:36, 10 December 2007 Photouploaded (Talk | contribs) (4,867 bytes) (distinguish from Violet Blue (author)) (undo)
- (cur) (last) ⭘ 21:35, 10 December 2007 Photouploaded (Talk | contribs) m (moved Violet Blue (porn star) to Violetta Blue: Legally changed name due to lawsuit filed by Violet Blue (author) in October, 2007) (undo)
- (cur) (last) ⭘ 23:23, 24 November 2007 Scoutersig (Talk | contribs) m (4,902 bytes) (→Biography: copyedit) (undo)
- (cur) (last) ⭘ 20:41, 3 November 2007 Groval (Talk | contribs) (4,902 bytes) (undo)
- (cur) (last) ⭘ 20:40, 3 November 2007 Groval (Talk | contribs) (4,901 bytes) (undo)
- (cur) (last) ⭘ 20:39, 3 November 2007 Groval (Talk | contribs) (4,899 bytes) (undo)
- (cur) (last) ⭘ 20:38, 3 November 2007 Groval (Talk | contribs) (4,898 bytes) (undo)
- (cur) (last) ⭘ 20:28, 3 November 2007 86.129.24.139 (Talk) (4,863 bytes) (→Biography) (undo)
- (cur) (last) ⭘ 23:27, 26 October 2007 Takeshiito (Talk | contribs) (4,801 bytes) (fixed NPOV) (undo)
- (cur) (last) ⭘ 02:57, 25 October 2007 Tabercil (Talk | contribs) (4,797 bytes) (add and cite) (undo)
- (cur) (last) ⭘ 11:30, 26 September 2007 SmackBot (Talk | contribs) (4,220 bytes) (Set up birth date/death date template and/or general fixes) (undo)
- (cur) (last) ⭘ 19:02, 20 September 2007 AnonEMouse (Talk | contribs) (4,205 bytes) (→Religion: - "claims") (undo)
- (cur) (last) ⭘ 03:00, 19 September 2007 Videmus Omnia (Talk | contribs) (4,220 bytes) (replace image) (undo)
- (cur) (last) ⭘ 16:48, 18 September 2007 Vinh1313 (Talk | contribs) (4,201 bytes) (Birth name must be cited from a reliable source.) (undo)
- (cur) (last) ⭘ 09:43, 11 September 2007 84.223.76.237 (Talk) (4,241 bytes) (→Religion) (undo)
- (cur) (last) ⭘ 16:06, 4 September 2007 Argus fin (Talk | contribs) (4,240 bytes) (+ iw fi:) (undo)
- (cur) (last) ⭘ 10:34, 13 August 2007 IPSOS (Talk | contribs) (4,221 bytes) (Undid revision 150915360 by Mfregeau (talk)) (undo)
- (cur) (last) ⭘ 07:37, 13 August 2007 Mfregeau (Talk | contribs) (3,828 bytes) (→Religion) (undo)
- (cur) (last) ⭘ 15:05, 9 August 2007 24.91.113.177 (Talk) (4,221 bytes) (chronology) (undo)
- (cur) (last) ⭘ 15:04, 9 August 2007 24.91.113.177 (Talk) (4,221 bytes) (minor changes) (undo)
- (cur) (last) ⭘ 15:03, 9 August 2007 24.91.113.177 (Talk) (4,207 bytes) (overall reworking of phrasing) (undo)
- (cur) (last) ⭘ 13:35, 4 August 2007 Tabercil (Talk | contribs) (4,268 bytes) (rv and cite) (undo)
- (cur) (last) ⭘ 10:37, 4 August 2007 RozzWilliams (Talk | contribs) (4,044 bytes) (→Biography) (undo)
- (cur) (last) ⭘ 04:32, 1 August 2007 AjitPD (Talk | contribs) m (4,093 bytes) (clean up using AWB) (undo)
- (cur) (last) ⭘ 22:21, 26 July 2007 IPSOS (Talk | contribs) (4,092 bytes) (→External links: +cat) (undo)
- (cur) (last) ⭘ 21:31, 22 July 2007 86.149.37.241 (Talk) (4,058 bytes) (→Biography) (undo)
- (cur) (last) ⭘ 02:27, 15 July 2007 Organicmiser (Talk | contribs) (4,023 bytes) (rm'd redundant) (undo)
- (cur) (last) ⭘ 19:15, 23 June 2007 CSWarren (Talk | contribs) (4,053 bytes) (Fixing links to disambiguation pages using AWB) (undo)
- (cur) (last) ⭘ 13:19, 13 May 2007 AjitPD (Talk | contribs) m (4,070 bytes) (clean up using AWB) (undo)
- (cur) (last) ⭘ 19:51, 7 May 2007 RalphHogaboom (Talk | contribs) m (4,293 bytes) (→Biography: Corrected spelling on Modeling, added link to Aberdeen WA) (undo)

- (cur) (last) ○ 04:40, 8 April 2007 RalphHogaboom (Talk | contribs) m (→Biography: Changed 'emai' to 'email' and improved wording on reasoning for retiring.) (undo)
- (cur) (last) ○ 04:27, 8 April 2007 RalphHogaboom (Talk | contribs) m (→Biography: Changed wording regarding education to flow better.) (undo)
- (cur) (last) ○ 00:37, 8 April 2007 RalphHogaboom (Talk | contribs) (→Biography) (undo)
- (cur) (last) ○ 00:34, 8 April 2007 RalphHogaboom (Talk | contribs) m (→Biography: Added her attendance at Grays Harbor College, where she began nude modelling for an art class) (undo)
- (cur) (last) ○ 16:42, 6 April 2007 Joie de Vivre (Talk | contribs) (encyclopedic tone, cleanup, wikilinks) (undo)
- (cur) (last) ○ 06:08, 27 February 2007 Tabercil (Talk | contribs) (rv per WP:BLP) (undo)
- (cur) (last) ○ 04:39, 27 February 2007 72.205.193.204 (Talk) (undo)
- (cur) (last) ○ 04:38, 27 February 2007 72.205.193.204 (Talk) (undo)
- (cur) (last) ○ 04:37, 27 February 2007 72.205.193.204 (Talk) (undo)
- (cur) (last) ○ 21:22, 31 December 2006 Gene Nygaard (Talk | contribs) (fix missorting) (undo)
- (cur) (last) ○ 18:13, 31 December 2006 LethalSRX (Talk | contribs) (undo)
- (cur) (last) ○ 00:17, 25 December 2006 Irishninja1980 (Talk | contribs) (undo)
- (cur) (last) ○ 20:06, 16 December 2006 Golbez (Talk | contribs) m (Reverted edits by Jcurtis (talk) to last version by 86.129.35.174) (undo)
- (cur) (last) ○ 19:53, 16 December 2006 Jcurtis (Talk | contribs) (undo)
- (cur) (last) ○ 22:14, 9 December 2006 86.129.35.174 (Talk) (→Biography) (undo)
- (cur) (last) ○ 20:07, 28 November 2006 Brianhe (Talk | contribs) m (→Sources: cat sorting) (undo)
- (cur) (last) ○ 10:31, 7 November 2006 69.180.165.16 (Talk) (→Biography) (undo)
- (cur) (last) ○ 12:01, 19 October 2006 Tabercil (Talk | contribs) m (rv linkspam) (undo)
- (cur) (last) ○ 05:43, 19 October 2006 Jy90274 (Talk | contribs) (→External links) (undo)
- (cur) (last) ○ 00:19, 17 October 2006 Jy90274 (Talk | contribs) (→Biography) (undo)
- (cur) (last) ○ 02:44, 6 October 2006 .anacondabot (Talk | contribs) m (robot Adding: sv:Violet Blue) (undo)
- (cur) (last) ○ 14:53, 25 September 2006 Dysepsion (Talk | contribs) (rv. "Unnecessary"? How so when there are two Violet Blues?) (undo)
- (cur) (last) ○ 11:25, 25 September 2006 Nightstallion (Talk | contribs) (unnecessary) (undo)
- (cur) (last) ○ 13:12, 17 September 2006 Lord Love a Duck (Talk | contribs) m (→Sources) (undo)
- (cur) (last) ○ 13:10, 17 September 2006 Lord Love a Duck (Talk | contribs) m (→Sources) (undo)
- (cur) (last) ○ 04:01, 15 September 2006 Dark Tichondrias (Talk | contribs) (changed ethnic descriptor from Caucasian to the hyphenated American ethnic descriptor using her/his ancestral national origin b/c it is more specific) (undo)
- (cur) (last) ○ 01:16, 14 September 2006 69.29.214.235 (Talk) (→Biography) (undo)
- (cur) (last) ○ 21:25, 8 September 2006 999 (Talk | contribs) (→Sources: +cat) (undo)
- (cur) (last) ○ 13:03, 5 September 2006 Philip Laurence (Talk | contribs) m (moved Violet Blue (pornographic actress) to Violet Blue (porn star): changing epithet to "porn star" as per Wikipedia:WikiProject Porn stars) (undo)
- (cur) (last) ○ 00:44, 2 September 2006 FlaBot (Talk | contribs) m (robot Adding: es:Violet Blue) (undo)
- (cur) (last) ○ 20:33, 30 August 2006 Dubthach (Talk | contribs) m (→Biography: removed mistaken post associated with violet blue (author) not (actress)) (undo)
- (cur) (last) ○ 20:22, 30 August 2006 Dubthach (Talk | contribs) (→Biography: clean up my too quick to hit the save button mess) (undo)
- (cur) (last) ○ 20:17, 30 August 2006 Dubthach (Talk | contribs) m (→Biography: added link to blog post announcing her postion as sex columnist at SF Chronicle) (undo)
- (cur) (last) ○ 09:48, 25 August 2006 86.129.35.174 (Talk) (→Biography) (undo)
- (cur) (last) ○ 11:33, 26 July 2006 YurikBot (Talk | contribs) m (robot Adding: pt:Violet Blue)

- (cur) (last) ☐ (undo)
- (cur) (last) ☐ 02:19, 16 July 2006 Naufana (Talk | contribs) m (→Biography) (undo)
- (cur) (last) ☐ 08:53, 14 July 2006 Draven5 (Talk | contribs) (undo)
- (cur) (last) ☐ 03:17, 13 July 2006 Nakon (Talk | contribs) (removing linkspam using AWB) (undo)
- (cur) (last) ☐ 22:02, 12 July 2006 Pinworm (Talk | contribs) m (+afdb entry) (undo)
- (cur) (last) ☐ 11:17, 30 June 2006 Zzuuzz (Talk | contribs) m (rvv) (undo)
- (cur) (last) ☐ 11:16, 30 June 2006 Armpitso (Talk | contribs) m (Redirecting to Qernête) (undo)
- (cur) (last) ☐ 12:28, 26 June 2006 SmackBot (Talk | contribs) m (Delink months and days of week &/or general fixes using AWB) (undo)
- (cur) (last) ☐ 22:51, 16 June 2006 87.194.2.112 (Talk) (undo)
- (cur) (last) ☐ 21:48, 28 May 2006 Mboverload (Talk | contribs) m (Limited spellcheck READ ME using AWB) (undo)
- (cur) (last) ☐ 05:03, 23 May 2006 DeadLeafEcho (Talk | contribs) (+ref.to wicca,talent agency,radio show, +ext.links, some copywriting) (undo)
- (cur) (last) ☐ 11:35, 1 May 2006 K3rb (Talk | contribs) (sp) (undo)
- (cur) (last) ☐ 11:34, 1 May 2006 K3rb (Talk | contribs) (units) (undo)
- (cur) (last) ☐ 05:44, 7 March 2006 Joe Beaudoin Jr. (Talk | contribs) m (+ name attribute to infobox) (undo)
- (cur) (last) ☐ 05:43, 7 March 2006 Joe Beaudoin Jr. (Talk | contribs) (moving pertinent links to infobox and adding note in external links re link location) (undo)
- (cur) (last) ☐ 23:13, 6 February 2006 Tabercil (Talk | contribs) (swap out pic for one from Wikimedia) (undo)
- (cur) (last) ☐ 18:49, 1 February 2006 Dysepsion (Talk | contribs) m (+ cat de-stubbed) (undo)
- (cur) (last) ☐ 22:35, 13 January 2006 CambridgeBayWeather (Talk | contribs) (Linkspam) (undo)
- (cur) (last) ☐ 21:49, 13 January 2006 216.52.238.79 (Talk) (undo)
- (cur) (last) ☐ 00:45, 10 January 2006 A314268 (Talk | contribs) m (fix link) (undo)
- (cur) (last) ☐ 13:55, 16 December 2005 Joe Beaudoin Jr. (Talk | contribs) m (→Biography: she *was* a performer for Wicked...) (undo)
- (cur) (last) ☐ 13:54, 16 December 2005 Joe Beaudoin Jr. (Talk | contribs) m (→External links: reorg and + wickedpictures link) (undo)
- (cur) (last) ☐ 13:52, 16 December 2005 Joe Beaudoin Jr. (Talk | contribs) m (→Biography: readded note about her being a performer for Wicked) (undo)
- (cur) (last) ☐ 13:46, 16 December 2005 Joe Beaudoin Jr. (Talk | contribs) (corrected movie count to 213 in accordance with info provided at IAFD; also adding info from RogReviews interview) (undo)
- (cur) (last) ☐ 08:22, 16 December 2005 69.29.249.4 (Talk) (→Biography) (undo)
- (cur) (last) ☐ 11:47, 19 November 2005 Udansk (Talk | contribs) m (Violet Blue moved to Violet Blue (pornographic actress)) (undo)
- (cur) (last) ☐ 22:22, 24 October 2005 Tabercil (Talk | contribs) (Add picture) (undo)
- (cur) (last) ☐ 10:00, 5 October 2005 RobbieNomi (Talk | contribs) m (undo)
- (cur) (last) ☐ 02:04, 29 September 2005 Grenavitar (Talk | contribs) m (undo)
- (cur) (last) ☐ 18:34, 6 September 2005 EdgarAllanToe (Talk | contribs) m (undo)
- (cur) (last) ☐ 15:28, 5 September 2005 Jaxl (Talk | contribs) (rvv) (undo)
- (cur) (last) ☐ 15:20, 5 September 2005 81.169.174.96 (Talk) (Please help out by clicking here to fix someone else's Wiki Syntax) (undo)
- (cur) (last) ☐ 02:09, 1 September 2005 BD2412 (Talk | contribs) m (disambiguation link repair (You can help!)) (undo)
- (cur) (last) ☐ 17:30, 31 August 2005 CALR (Talk | contribs) m (disambiguation link repair (You can help!)) (undo)
- (cur) (last) ☐ 18:04, 28 August 2005 212.30.5.43 (Talk) (undo)
- (cur) (last) ☐ 02:59, 24 August 2005 NickD (Talk | contribs) (added podcaster to the other Violet

- Blue's list of things she is know for) (undo)
  - (cur) (last) ○ 16:25, 1 August 2005 Haham hanuka (Talk | contribs) m (de:) (undo)
  - (cur) (last) ○ 19:16, 18 July 2005 Joe Beaudoin Jr. (Talk | contribs) m (→External links: finished note next to excalibur films) (undo)
  - (cur) (last) ○ 19:15, 18 July 2005 Joe Beaudoin Jr. (Talk | contribs) (wikified; + FAB template, + categories, + external links, + disambig note [using an external editor]) (undo)
  - (cur) (last) ○ 18:56, 18 July 2005 Starwed (Talk | contribs) m (undo)
  - (cur) (last) ○ 18:55, 18 July 2005 Starwed (Talk | contribs) (Oops, two differant people with the same name, in related fields. Removing false info I added.) (undo)
  - (cur) (last) ○ 18:54, 18 July 2005 Starwed (Talk | contribs) (undo)
  - (cur) (last) ○ 18:46, 18 July 2005 Starwed (Talk | contribs) (undo)
  - (cur) (last) ○ 18:42, 18 July 2005 Starwed (Talk | contribs) (undo)
  - (cur) (last) ○ 07:03, 18 July 2005 Dysepsion (Talk | contribs) (undo)
  - (cur) (last) ○ 07:00, 18 July 2005 Dysepsion (Talk | contribs) (undo)
  - (cur) (last) ○ 06:59, 18 July 2005 Dysepsion (Talk | contribs)

[ Compare selected versions ]

(Latest | Earliest) View (newer 500) (older 500) (20 | 50 | 100 | 250 | 500)
Retrieved from "http://en.wikipedia.org/wiki/Violet_Blue_%28pornographic_actress%29"