# User contributions

From Wikipedia, the free encyclopedia
For 63.231.16.186 (Talk | Block log | Logs)

Search for contributions

◯ Show contributions of new accounts only

◉ IP address or username: 63.231.16.186    Namespace: all

From year (and earlier):    From month (and earlier): all    [Search]

(Latest | Earliest) View (newer 50) (older 50) (20 | 50 | 100 | 250 | 500)

- 02:35, 21 March 2008 (hist) (diff) Violet Blue **(top)**
- 17:22, 30 January 2008 (hist) (diff) Violet Blue (pornographic actress)
- 17:05, 30 January 2008 (hist) (diff) Violet Blue (pornographic actress)
- 16:55, 30 January 2008 (hist) (diff) User talk:Tabercil (→Changes to Violet Blue: new section)
- 04:20, 30 January 2008 (hist) (diff) Violet Blue (pornographic actress) (Revised at the direction of Ada Mae Johnson (actress "Violet Blue"))
- 04:06, 30 January 2008 (hist) (diff) Violet Blue
- 04:03, 30 January 2008 (hist) (diff) Violet Blue (author)
- 03:55, 30 January 2008 (hist) (diff) Violet Blue (pornographic actress) (Changed at the direction of Ada Mae Johnson)
- 02:30, 30 January 2008 (hist) (diff) Violet Blue
- 06:09, 29 January 2008 (hist) (diff) Violet Blue
- 06:08, 29 January 2008 (hist) (diff) Violet Blue (Expanded description of Violet Blue, the actress.)
- 21:40, 7 November 2005 (hist) (diff) Lightspeed Media Corporation
- 21:40, 7 November 2005 (hist) (diff) Lightspeed Media Corporation

(Latest | Earliest) View (newer 50) (older 50) (20 | 50 | 100 | 250 | 500)



This is the contributions page for an anonymous user, identified by the user's numerical IP address. Some IP addresses change periodically, and may be shared by several users. If you are an anonymous user, you may create an account or log in to avoid future confusion with other anonymous users. Registering also hides your IP address.

[WHOIS (http://samspade.org/whois?query=63.231.16.186) • RDNS (http://openrbl.org/query?63.231.16.186) • RBLs (http://www.robtex.com/rbls/63.231.16.186.html) • Traceroute (http://www.dnsstuff.com/tools/tracert.ch?ip=63.231.16.186) • TOR check (http://www.as3344.net/is-tor/?args=63.231.16.186) ] · [RIRs: America (http://ws.arin.net/whois/?queryinput=63.231.16.186) · Europe (http://www.ripe.net/fcgi-bin/whois?searchtext=63.231.16.186) · Africa (http://www.afrinic.net/cgi-bin/whois?query=63.231.16.186) · Asia-Pacific (http://www.apnic.net/apnic-bin/whois.pl?searchtext=63.231.16.186) · Latin America/Caribbean (http://www.lacnic.net/cgi-bin/lacnic/whois?lg=EN&query=63.231.16.186) ]

Retrieved from "http://en.wikipedia.org/wiki/Special:Contributions"