


Home  Products  Partners  DNSreport  Resource Center  Forum  Free DNS Tools

Your IP: 76.195.2.195  ASN: 0 [IANA-RSVD-0]  Near: New York, New York United States

## Tools

**50+ robust tools:** Standard and Professional Tool sets available

BUY NOW and save!  TRY FREE for 21 days!  LEARN more...

Chat by phone 866.751.4124 or +1.978.225.8430 (INTL)
Contact Sales

## IP Information - 63.231.16.186

Generated by www.DNSstuff.com

**Email link to results**

When the server was last reloaded, we had 4337 IP addresses banned.
Remember, you are not allowed to use automated programs to access our tools, unless you have a purchased a DNSstuff automated usage plan.
Please email sales@dnsstuff.com to learn more.

```
IP address:                   63.231.16.186
Reverse DNS:                  shark.carpelaw.com.
Reverse DNS authenticity:     [Verified]
ASN:                          209
ASN Name:                     ASN-QWEST
IP range connectivity:        4
Registrar (per ASN):          ARIN
Country (per IP registrar):   US [United States]
Country Currency:             USD [United States Dollars]
Country IP Range:             63.224.0.0 to 63.239.255.255
Country fraud profile:        Normal
City (per outside source):    Seattle, Washington
Country (per outside source): US [United States]
Private (internal) IP?        No
IP address registrar:         whois.arin.net
Known Proxy?                  No
Link for WHOIS:               63.231.16.186
```



Map data ©2008 Tele Atlas - Terms of Use

A map of your IP address.

DNS Stuff: DNS tools, DNS hosting tests, WHOIS, traceroute, ping, and other network and domain name tools.    4/3/08 11:33 AM

Case 3:07-cv-05370-SI    Document 68-15    Filed 04/03/2008    Page 2 of 2

For even **more** details about your Internet connection (browser, Operating System, HTTP headers, DNS servers and more), you can <u>go here</u>.