

home

DVD Store!

Series | Stars | Directors | DivX | VOD | Online | Cart

# Kick Ass Chicks 50: Nerdy Girls

Click to Flip the Box Over

**Starring:**

Violet Blue

Tawny Roberts

Sammie Rhodes

Juliana Kincaid

Jassie

Cytherea

Angel Long

NERDY GIRLS NEED COCK TOO As it turns out, nerdy girls love cock even more than the average young lady. Just look at the cock hungry bookworms in this movie. Violet Blue lets Jay Ashley ream her ass like it's a lab class as he gapes her sphincter wide open. Sci-Fi geek Cytherea gets so turned on fucking her man that she squirts all over the bed. Angel Long takes Lee Stone's hard cock so deep in her ass you would think it's a homework assignment. Think again next time you pass up a smart nerdy girl, they're geniuses at fucking and sucking!

**Series:** Kick Ass Chicks
**Release Date**: March 11th, 2008
**Running Time**: 146 minutes.
**Price**: $29.95

Buy The DVD!!!

**CAMPCUTIE.COM** presents

*Please report any bugs / problems to the webmaster*

This website produced on April, 3rd 2008.

© **Kick Ass Pictures. All rights reserved.** All images and editorial content contained within this website have been copyrighted. They may be downloaded for personal use only. No express or implied license for use exists. All rights to these images and text are reserved by Kick Ass Pictures, Inc.

**Statement of Compliance:** All models were 18 or older at the time of depiction Kick Ass Pictures, Inc. hereby certifies that all graphic images contained within this web site are in full compliance with all labeling requirements of 18 U.S.C. ¤ 2257. More 18 U.S.C. ¤ 2257 Compliance Information.

**We Actively Support and Are Members Of:** ASACP (Protecting Children), FSC (Protecting Liberty)

Webmaster Partnerships



home

DVD Store!

Series | Stars | Directors | DivX | VOD | Online | Cart

# Kick Ass Chicks 50: Nerdy Girls

Click to Flip the Box Over

**Starring:**

Violet Blue

Tawny Roberts

Sammie Rhodes

Juliana Kincaid

Jassie

Cytherea

Angel Long

NERDY GIRLS NEED COCK TOO As it turns out, nerdy girls love cock even more than the average young lady. Just look at the cock hungry bookworms in this movie. Violet Blue lets Jay Ashley ream her ass like it's a lab class as he gapes her sphincter wide open. Sci-Fi geek Cytherea gets so turned on fucking her man that she squirts all over the bed. Angel Long takes Lee Stone's hard cock so deep in her ass you would think it's a homework assignment. Think again next time you pass up a smart nerdy girl, they're geniuses at fucking and sucking!

**Series:** Kick Ass Chicks
**Release Date**: March 11th, 2008
**Running Time**: 146 minutes.
**Price**: $29.95

Buy The DVD!!!

**CAMPCUTIE.COM** presents

*Please report any bugs / problems to the webmaster*

This website produced on April, 3rd 2008.

© **Kick Ass Pictures. All rights reserved.** All images and editorial content contained within this website have been copyrighted. They may be downloaded for personal use only. No express or implied license for use exists. All rights to these images and text are reserved by Kick Ass Pictures, Inc.

**Statement of Compliance:** All models were 18 or older at the time of depiction Kick Ass Pictures, Inc. hereby certifies that all graphic images contained within this web site are in full compliance with all labeling requirements of 18 U.S.C. ¤ 2257. More 18 U.S.C. ¤ 2257 Compliance Information.

**We Actively Support and Are Members Of:** ASACP (Protecting Children), FSC (Protecting Liberty)

Webmaster Partnerships