



Filter by: Price Range | Series | Category | Studios | Media | New Titles | go

Sort by: Default

# A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

**Products** 1 - 50 of **250** **Page:** 1 2 3 4 5 next

**Reset** **Show 100 per page**

*Kick Ass* **Kick Ass Chicks 50: Nerdy Girls**
**Studio:** Kick Ass
**Category:** Comp
**Starring:** Angel Long, Cytherea, Jassie, Juliana Kincaid, ..
**Media:** DVD
**Release Date:** 3/13/2008
**Our Price: $24.95**
details buy wishlist

*VCA Interactive* **Gapecod Assachusetts**
**Studio:** VCA Interactive
**Category:** 4Hour
**Starring:** Amber Rain, Annie Cruz, Casey Pink, Debi Diamond, ..
**Media:** DVD
**Release Date:** 1/24/2008
**Our Price: $12.95**
details buy wishlist

*VCA Interactive* **The Sopornos Box Set 2**
**Studio:** VCA Interactive
**Category:** Comp
**Starring:** katie Morgan, Sunset Thomas, Violet Blue
**Media:** DVD
**Release Date:** 12/11/2007
**Our Price: $27.95**
details buy wishlist

*Legend* **Pink Pussies And Pigtails**
**Studio:** Legend
**Category:** 4Hour
**Starring:** Julie Night, Violet Blue, Gen Padora
**Media:** DVD
**Release Date:** 11/19/2007
**Our Price: $9.95**
details buy wishlist

*Avalon* **Explode That Load 2**
**Studio:** Avalon
**Category:** Oral
**Starring:** Austin ORiley, Jamie Woods, Olivia Saint, Violet Blue..
**Media:** DVD
**Release Date:** 10/29/2007
**Our Price: $21.95**
details buy wishlist

*VCA Interactive* **Trollin For Trouser Trout**
**Studio:** VCA Interactive
**Category:** 4Hour
**Starring:** Ariana Jollee, Bailey, Bionca, Briana Banks, ..
**Media:** DVD
**Release Date:** 10/23/2007
**Our Price: $12.95**
details buy wishlist

*Kick Ass* **Barefoot Confidential 48**
**Studio:** Kick Ass
**Category:** Fetish
**Starring:** Bree Olson, Micah Moore, Paige Taylor, Violet Blue..
**Media:** DVD
**Release Date:** 9/11/2007
**Our Price: $23.95**
details buy wishlist

*Platinum Blue* **The Fans Have Spoken 4**
**Studio:** Platinum Blue
**Category:** Gonzo
**Starring:** Brianna Lane, Chantz Fortune, Jolean, Nick Manning, ..

**Media:** DVD

**Release Date:** 8/23/2007

**Our Price: $12.95**

details buy wishlist

*Extreme Associates* **Athletic Pussy**

**Certificate of Compliance** The graphic images contained within this website are exempt from the requirements of 18 U.S.C. S2257 of Title 18, United States Code and the regulations of 75 C.F.R. §75 because they were produced prior to July 3, 1995 or have model releases available for inspection through their respective publishers. Date of Declaration: September 1, 1998. Jaded Video reserves the right to refuse business.

**Studio:** Extreme Associates

**Category:** Comp

**Starring:** Anastasia Blue, Dave Hardman, Lea De Mae, Peach, ...

**Media:** DVD

**Release Date:** 8/13/2007

**Our Price: $16.95**

details Notify Me wishlist

© 1998-2007 ... Inc. All Rights Reserved.

---

*Maverick Entertainment* **5Hours: Buttfucking Youngsters**

**Studio:** Maverick Entertainment

**Category:** Comp

**Starring:** Bridgette Kerkove, Illane, ler, Violet Blue...

**Media:** DVD

**Release Date:** 8/3/2007

**Our Price: $18.95**

details buy wishlist

---

*Cherry Boxxx* **Substitute Teacher**

**Studio:** Cherry Boxxx

**Category:** Gonzo

**Starring:** Anthony Hardwood, Chloe Dior, Dick Delaware, Grant Michaels, ...

**Media:** DVD

**Release Date:** 7/27/2007

**Our Price: $21.95**

details buy wishlist

---

*Sin City* **Anal Fever**

**Studio:** Sin City

**Category:** 4Hour

**Starring:** Aaralyn Barra, Alec Knight, Alicia Alighatti, Aurora Snow, ...

**Media:** DVD

**Release Date:** 7/26/2007

**Our Price: $9.95**

details buy wishlist

*VCA Interactive* **Thanks For Nuttin**

**Studio:** VCA Interactive

**Category:** 4Hour

**Starring:** Alexis Malone, Arcle Miller, Avy Lee Roth, Britt Morgan, ...

**Media:** DVD

**Release Date:** 7/17/2007

**Our Price: $12.95**

details buy wishlist

*Digital Sin* **Asstravaganza 05**

**Studio:** Digital Sin

**Category:** Anal

**Starring:** Angel Dark, Barbara Summer, Ben English, Chris Cannon, ...

**Media:** DVD

**Release Date:** 7/6/2007

**Our Price: $23.95**

details buy wishlist

*New Sensations* **2 Dicks 1 Hole 1**

**Studio:** New Sensations

**Category:** Anal

**Starring:** Angela Winter, Asia, Avy Lee Roth, Ben English, ...

**Media:** DVD

**Release Date:** 7/2/2007

**Our Price: $23.95**

details buy wishlist

*Avalon* **Explode That Load 1**

**Studio:** Avalon

**Category:** Oral

**Starring:** Austin ORiley, Jamie Woods, Olivia Saint, Violet Blue...

**Media:** DVD

**Release Date:** 7/2/2007

Our Price: $21.95
details ▸   buy ▸   wishlist ▸


*Playgirl* **Romantic Desires**
Studio: Playgirl
Category: Feature
Starring: Alexis Malone, Doni Blass, Faith, Jada Fire, ...
Media: DVD
Release Date: 6/20/2007
Our Price: $23.95
details ▸   buy ▸   wishlist ▸


*VCA Interactive* **Thankxxx For The Bangin**
Studio: VCA Interactive
Category: 4Hour
Starring: Analyssa, Ashley Sage, Autum Haze, Bailey, ...
Media: DVD
Release Date: 6/19/2007
Our Price: $12.95
details ▸   buy ▸   wishlist ▸


*Platinum Blue* **FILTH Hunters: Fathers Id Like To Hump**
Studio: Platinum Blue
Category: Feature
Starring: Barret Blade, Haley Young, Tyler Durden, Violet Blue, ...
Media: DVD
Release Date: 5/11/2007
Our Price: $19.95
details ▸   buy ▸   wishlist ▸


*Wicked Pictures* **Teen Cuisine**
Studio: Wicked Pictures
Category: 16Hour
Starring: Carmen Hart, Faith, Keri Sable, Violet Blue...
Media: DVD
Release Date: 4/25/2007
Our Price: $18.95
details ▸   buy ▸   wishlist ▸


*Metro* **Flawless 6**
Studio: Metro
Category: Gonzo
Starring: Alex Foxe, Aria, Becca Bratt, Brook Hunter, ...
Media: DVD
Release Date: 4/17/2007
Our Price: $21.95
details ▸   buy ▸   wishlist ▸


*Lezlove Video* **Bellezza Video 04**
Studio: Lezlove Video
Category: Lesbian
Starring: Jassie, Kassity, Nicole Scott, Reyja Wood, ...
Media: DVD
Release Date: 4/13/2007
Our Price: $21.95
details ▸   buy ▸   wishlist ▸


*Simon Wolf* **In Your Dreams**
Studio: Simon Wolf
Category: Gonzo
Starring: Alaura Eden, Alektra Blue, Lezley Zen, Natalia Wood, ...
Media: DVD
Release Date: 3/8/2007
Our Price: $19.95
details ▸   buy ▸   wishlist ▸



*Digital Sin* **Digital Sin 3 For 1 Special Edition 02**
Studio: Digital Sin
Category: Comp
Starring: Arcadia, Chris, Daphnye, Demi Cool, ...
Media: DVD
Release Date: 2/19/2007
Our Price: $34.95

details ▸  buy ▸  wishlist ▸



**Damaged Black In White**
**Studio:** Damaged
**Category:** Interracial
**Starring:** Gianna, Holly Wells, Kayla Marie, Trisha Oaks, ...
**Media:** DVD
**Release Date:** 1/31/2007
**Our Price: $19.95**
details ▸  buy ▸  wishlist ▸



**Mile High Black Men And White Women 2**
**Studio:** Mile High
**Category:** Interracial
**Starring:** Allie Sin, Danielle, Debbie, Kathleen Kruz, ...
**Media:** DVD
**Release Date:** 1/22/2007
**Our Price: $20.95**
details ▸  buy ▸  wishlist ▸



**No Limits Ass Cracked**
**Studio:** No Limits
**Category:** Anal
**Starring:** Holly Day, Katja Kassin, Lola, Makaya Coxx, ...
**Media:** DVD
**Release Date:** 1/22/2007
**Our Price: $20.95**
details ▸  buy ▸  wishlist ▸



**Mile High Private Fantasies 3**
**Studio:** Mile High
**Category:** Gonzo
**Starring:** Cameron Cain, Courtney Cummz, Deliah Stone, Jezebelle Bond, ...
**Media:** DVD
**Release Date:** 1/22/2007
**Our Price: $20.95**
details ▸  buy ▸  wishlist ▸



**Pariah Pictures Meat Holes 09**
**Studio:** Pariah Pictures
**Category:** Anal
**Starring:** Desire Moore, Jasmine Tame, Lyla Lei, Stephanie Wylde, ...
**Media:** DVD
**Release Date:** 12/18/2006
**Our Price: $20.95**
details ▸  buy ▸  wishlist ▸



**VCA Interactive 3 On A Mattress**
**Studio:** VCA Interactive
**Category:** 4Hour
**Starring:** Allysin Chaynes, Aurora Snow, Chloe, Daisy Chain, ...
**Media:** DVD
**Release Date:** 12/15/2006
**Our Price: $12.95**
details ▸  buy ▸  wishlist ▸



**Sensational Video Black That Ass Up**
**Studio:** Sensational Video
**Category:** Anal
**Starring:** Kiki Daire, Nicole Parks, Violet Blue
**Media:** DVD
**Release Date:** 12/4/2006
**Our Price: $19.95**
details ▸  buy ▸  wishlist ▸



**Hustler Video Cowboy Girls**
**Studio:** Hustler Video
**Category:** Feature
**Starring:** Billy Glide, Brittney Skye, Frank Bukkwyd, Hershel Savage, ...
**Media:** DVD
**Release Date:** 11/28/2006
**Our Price: $24.95**
details ▸  buy ▸  wishlist ▸


*Wicked Pictures* **Playgirl 10: Deep Indulgence**
**Studio:** Wicked Pictures
**Category:** Feature
**Starring:** Ashley Long, Christian, Courtney Simpson, Dillan Lauren, ..
**Media:** DVD
**Release Date:** 11/18/2006
**Our Price: $23.95**
[details] [buy] [wishlist]


*Kick Ass* **Kick Ass Chicks 35: Cute Girls With Pig Tails**
**Studio:** Kick Ass
**Category:** Comp
**Starring:** Cameron, Cheryl Dynasty, Cosette Angelique, Inari Vachs, ..
**Media:** DVD
**Release Date:** 11/7/2006
**Our Price: $23.95**
[details] [buy] [wishlist]


*Beaver Ranch* **Tounges N Twats 2**
**Studio:** Beaver Ranch
**Category:** Lesbian
**Starring:** Paris, Violet Blue
**Media:** DVD
**Release Date:** 10/28/2006
**Our Price: $18.95**
[details] [buy] [wishlist]


*Pure Filth* **Bang My White Tight Ass 26**
**Studio:** Pure Filth
**Category:** Anal
**Starring:** Capri, Holly Wellin, Kelly Wells, Mia Bangg, ..
**Media:** DVD
**Release Date:** 10/9/2006
**Our Price: $19.95**
[details] [buy] [wishlist]


*Wicked Pictures* **Playgirl 8: Stripped**
**Studio:** Wicked Pictures
**Category:** Feature
**Starring:** Avena Lee, Cassis Courtl, Celestia, Chris Cannon, ..
**Media:** DVD
**Release Date:** 9/29/2006
**Our Price: $23.95**
[details] [buy] [wishlist]


*Vivid DVD* **Cuties Who Go All Ways**
**Studio:** Vivid DVD
**Category:** 4Hour
**Starring:** Alana Evans, Dillan Lauren, Dominica Leoni, Holly Hollywood, ..
**Media:** DVD
**Release Date:** 9/6/2006
**Our Price: $11.95**
[details] [buy] [wishlist]


*Trashy Pictures* **Nasty Jacks Gangbang Party 04**
**Studio:** Trashy Pictures
**Category:** Gangbang
**Starring:** Marci, Violet Blue
**Media:** DVD
**Release Date:** 8/20/2006
**Our Price: $20.95**
[details] [buy] [wishlist]


*Vivid DVD* **I Gave At The Office**
**Studio:** Vivid DVD
**Category:** Comp
**Starring:** Adajja, Anastasia Blue, Ashley Blue, Chloe, ..
**Media:** DVD
**Release Date:** 8/16/2006
**Our Price: $14.95**
[details] [buy] [wishlist]

*Vivid DVD* **ID Please**
**Studio:** Vivid DVD

Jaded Video - Violet Blue          Case 3:07-cv-05370-SI    Document 68-17    Filed 04/03/2008    Page 6 of 7          http://jadedvideo.com/VioletBlue

**Category**: Comp
**Starring**: Ann Marie, Ataria Starling, Aurora Snow, Cheyenne Silver, ...
**Media**: DVD
**Release Date**: 8/16/2006
**Our Price**: $14.95

[details] [buy] [wishlist]


### Gentlemens Video **College Girls Gangbang**
**Studio**: Gentlemens Video
**Category**: Gangbang
**Starring**: Arianna Jolie, Arnold Schwartzenpecker, Dick, Hamilton Steele, ...
**Media**: DVD
**Release Date**: 7/21/2006
**Our Price**: $19.95

[details] [buy] [wishlist]


### Pure Filth **Mommy Sluts**
**Studio**: Pure Filth
**Category**: 4Hour
**Starring**: Antonette, Krystal Summers, Lennox, Lexi Mathewa, ...
**Media**: DVD
**Release Date**: 7/17/2006
**Our Price**: $9.95

[details] [buy] [wishlist]


### Vivid DVD **Flesh Crush**
**Studio**: Vivid DVD
**Category**: 4Hour
**Starring**: Adrianna, Alec Metro, Briana Banks, Dasha, ...
**Media**: DVD
**Release Date**: 7/10/2006
**Our Price**: $11.95

[details] [buy] [wishlist]


### Vivid DVD **Stunt Cock Bonanza**
**Studio**: Vivid DVD
**Category**: 4Hour
**Starring**: Cameron Steele, Chasey Lain, Evan Stone, Inari Vachs, ...
**Media**: DVD
**Release Date**: 7/10/2006
**Our Price**: $11.95

[details] [buy] [wishlist]


### Vivid DVD **Hot Blondes Rock My Cock**
**Studio**: Vivid DVD
**Category**: 4Hour
**Starring**: Alex Divine, Briana Banks, Chloe Jones, Evan Stone, ...
**Media**: DVD
**Release Date**: 7/10/2006
**Our Price**: $11.95

[details] [buy] [wishlist]


### Vivid DVD **Ridickulous**
**Studio**: Vivid DVD
**Category**: 4Hour
**Starring**: Ann Marie, Azlea Antistia, Briana Banks, Cassidey, ...
**Media**: DVD
**Release Date**: 7/10/2006
**Our Price**: $11.95

[details] [buy] [wishlist]


### Vivid DVD **Toy Chest**
**Studio**: Vivid DVD
**Category**: 4Hour
**Starring**: Ashley Blue, Daisy Chain, Dominica Leoni, Ginger Paige, ...
**Media**: DVD
**Release Date**: 7/10/2006
**Our Price**: $11.95

[details] [buy] [wishlist]


### Vivid DVD **Who Violet Blew**
**Studio**: Vivid DVD
**Category**: 4Hour
**Starring**: Brad Taylor, Devin Wolf, Devon, Laurel Canyon, ...

4/3/08 9:42 AM                    6 of 7                    http://jadedvideo.com/VioletBlue

**Media**: DVD
**Release Date**: 7/10/2006
**Our Price: $11.95**

[details] [buy] [wishlist]


*Vivid DVD* **Take This Box And Fuck It**
**Studio**: Vivid DVD
**Category**: 4Hour
**Starring**: Ashley Blue, Briana Banks, Brittney Skye, Cheyenne Silver, ...
**Media**: DVD
**Release Date**: 7/10/2006
**Our Price: $11.95**

[details] [buy] [wishlist]

**Products** 1 - 50 of **250**                                   Page: 1 2 3 4 5 [next]