Int. Cls.: **9 and 41**

Prior U.S. Cls.: **21, 23, 26, 36, 38, 100, 101 and 107**

Reg. No. 3,391,010

## United States Patent and Trademark Office

Registered Mar. 4, 2008

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

# VIOLET BLUE

VIOLET BLUE (UNITED STATES INDIVIDUAL), DBA TINY NIBBLES
1072 FOLSOM ST APT229
SAN FRANCISCO, CA 94103

FOR: DOWNLOADABLE ELECTRONIC PUBLICATIONS IN THE NATURE OF INDIVIDUAL TEXTS OF BLOG POSTS, PHOTOGRAPHS, ELECTRONIC BOOKS, AUDIO BOOKS, NEWS COLUMNS, AND NEWSLETTERS, IN THE FIELDS OF HEALTH, ROBOTICS, MACHINE ART, SEXUAL PLEASURES, PORNOGRAPHY, TECHNOLOGY AND NEW MEDIA SERVICES; DOWNLOADABLE AUDIO FILES, MP3 RECORDINGS, ONLINE DISCUSSION BOARDS, WEB CASTS, AND PODCASTS FEATURING MUSIC, AUDIO BOOKS AND NEWS BROADCASTS, ALL IN THE FIELDS OF, ROBOTICS, MACHINE ART, SEXUAL PLEASURES, PORNOGRAPHY, TECHNOLOGY AND NEW MEDIA SERVICES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 5-1-1999; IN COMMERCE 5-1-1999.

FOR: PROVIDING ON-LINE, PUBLICATIONS IN THE NATURE OF INDIVIDUAL TEXTS OF BLOG POSTS, PHOTOGRAPHIC IMAGES, ELECTRONIC BOOKS, AUDIO BOOKS, NEWS COLUMNS, AND NEWSLETTERS, IN THE FIELDS OF HEALTH, ROBOTICS, MACHINE ART, SEXUAL PLEASURES, PORNOGRAPHY, TECHNOLOGY AND NEW MEDIA SERVICES; ON-LINE JOURNALS, NAMELY, BLOGS FEATURING INFORMATION, AUDIO VISUAL MATERIAL AND PHOTOGRAPHS IN THE FIELDS OF HEALTH, ROBOTICS, MACHINE ART, SEXUAL PLEASURES, PORNOGRAPHY, TECHNOLOGY AND NEW MEDIA SERVICES; ELECTRONIC PUBLISHING SERVICES, NAMELY, PUBLICATION OF TEXT, AUDIO, VIDEO, GRAPHIC AND INTERACTIVE WORKS OF OTHERS IN THE NATURE OF TEXT BLOG POSTS, STILL PHOTOGRAPHIC IMAGES, ELECTRONIC BOOKS, AUDIO BOOKS, NEWS COLUMNS, AND NEWSLETTERS, FEATURING INFORMATION IN THE FIELDS OF HEALTH, ROBOTICS, MACHINE ART, SEXUAL PLEASURES, PORNOGRAPHY, TECHNOLOGY AND NEW MEDIA SERVICES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 5-1-1999; IN COMMERCE 5-1-1999.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-121,570, FILED 3-2-2007.

ELISSA GARBER KON, EXAMINING ATTORNEY