1  COLETTE VOGELE (SBN No. 192865)
   Email: colette@vogelelaw.com
2  BENJAMIN COSTA (SBN No. 245953)
   Email: ben@vogelelaw.com
3  **VOGELE & ASSOCIATES**
   12 Geary Street, Suite 701
4  San Francisco, CA 94108
   Tel: (415) 391-3311
5  Fax: (415) 358-4975

6  Attorneys for Plaintiff and Counter-defendant
   VIOLET BLUE
7

8                UNITED STATES DISTRICT COURT FOR THE

9                  NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  VIOLET BLUE, an Individual, | Case No. C 07-5370 SI |
| 13      Plaintiff and Counter-defendant, | **[PROPOSED] ORDER GRANTING PLAINTIFF VIOLET BLUE'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION** |
| 14      v. | |
| 15  ADA MAE JOHNSON a/k/a ADA WOFFINDEN, an individual d/b/a VIOLET BLUE a/k/a VIOLET a/k/a VIOLET LUST; ASSASSIN PICTURES INC., a California Corporation; ASSASSINCASH.COM; BILL T. FOX, an individual, a/k/a BILL FOX; FIVE STAR VIDEO L.C., an Arizona Limited Liability Company a/k/a Five Star Video Distributors LLC d/b/a Five Star Fulfillment; and DOES 1-10, | The Honorable Susan Illston Courtroom 10, 19th Floor 450 Golden Gate Avenue San Francisco, CA 94102  Hearing Date: May 9, 2008 Hearing Time: 9:00 a.m. |
| 21      Defendants and Counter-claimants. | |

23      The motion of Plaintiff Violet Blue for a preliminary injunction enjoining Defendant and

24  Counterclaim Plaintiff Ada Woffinden ("Woffinden"); Assassin Pictures Inc., a California

25  corporation ("Assassin"); Assassincash.com ("Cash"); Bill T. Fox, an individual, a/k/a Bill Fox

26  ("Fox"); Five Star Video L.C., an Arizona limited liability company a/k/a Five Star Video

27  Distributors LLC d/b/a Five Star Fulfillment ("Five Star"); and Does 1-10 (collectively

28

1  "Defendants"), and their officers, directors, agents, servants, employees, members, attorneys, distributors and all other persons acting or attempting to act in concert or participation with them, came on for hearing on May 9, 2008, before this Court, the Honorable Judge Susan Illston presiding. All interested parties were represented by counsel and given an opportunity to be heard.

The Court, having read and considered the papers submitted, and having heard the argument of counsel, hereby ORDERS as follows:

1. Defendants, any associated businesses of Defendants, and their officers, directors, agents, servants, employees, members, attorneys, distributors, and all other persons, firms or corporations, acting in concert and participation with them, their successors and assigns, are hereby enjoined from:

   a) using names, trademarks, and Internet domains confusingly similar to, or identical to, Plaintiff's trademark VIOLET BLUE (including the name "Violetta Blue");

   b) infringing any of Plaintiff's trademark rights;

   c) identifying themselves as Violet Blue;

   d) using the phrase "Violet Blue" in association with any goods or service;

   e) attempting to trade upon Plaintiff's goodwill by capitalizing on the Violet Blue name through inclusion of "Violet Blue" history, or by referencing her former appearances as "Violet Blue";

2. Defendants, within twenty (20) calendar days of this order, are to cause any Internet domain within their control, including but not limited to http://www.violetblue.org and http://xxx.violetblue.org, to be inactive, so that a browser directed to any such page is not aliased to any other website and email to [anything]@violetblue.org is not delivered to any email system.

3. Defendants are to remove, within twenty (20) calendar days of this order, their confusingly similar trademarks and prohibited content from all materials to be distributed to the public, including through Defendants' website.

4. Defendants are to serve this order on all individuals and/or entities who distribute any films, videos, DVDs, images, audio and/or audiovisual materials that include Woffinden appearing under the name "Violet Blue" and/or any name confusingly similar to Plaintiff's trademark VIOLET BLUE (including "Violetta Blue").

**IT IS SO ORDERED.**

Dated: _____

_____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE