1  COLETTE VOGELE (SBN No. 192865)
   Email: colette@vogelelaw.com
2  BENJAMIN COSTA (SBN No. 245953)
   Email: ben@vogelelaw.com
3  **VOGELE & ASSOCIATES**
   12 Geary Street, Suite 701
4  San Francisco, CA 94108
   Tel: (415) 751-5737
5  Fax: (415) 358-4975

6  Attorneys for Plaintiff and Counter-defendant
   VIOLET BLUE
7

8              UNITED STATES DISTRICT COURT FOR THE

9                 NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

| | |
|---|---|
| VIOLET BLUE, an Individual, | Case No. C 07-5370 SI |
| Plaintiff and Counter-defendant, | **PROOF OF SERVICE ON ASSASSIN PICTURES, INC.** |
| v. | |
| ADA MAE JOHNSON a/k/a ADA WOFFINDEN, an individual d/b/a VIOLET BLUE a/k/a VIOLET a/k/a VIOLET LUST; ASSASSIN PICTURES INC., a California Corporation; ASSASSINCASH.COM; BILL T. FOX, an individual, a/k/a BILL FOX; FIVE STAR VIDEO L.C., an Arizona Limited Liability Company a/k/a Five Star Video Distributors LLC d/b/a Five Star Fulfillment; and DOES 1-10, | |
| Defendants and Counter-claimants. | |

PROOF OF SERVICE – ASSASSIN PICTURES, INC.                               Case No. 07-05370 SI

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| VOGELE & ASSOCIATES<br>12 GEARY STREET, STE 701<br>SAN FRANCISCO CA 94108 | 415 751-5737<br><br>Ref. No. or File No.<br>VIOLET BLUE | |
| ATTORNEY FOR   PLAINTIFF | | |
| Insert name of court and name of judicial district and branch if any.<br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | | |
| SHORT TITLE OF CASE:<br>VIOLET BLUE v. JOHNSON | | |

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 196045 | | | | C 07-5730 SI |

PROOF OF SERVICE

1. At the time of service I was at least 18 years of age and not a party to this action, and I SERVED COPIES of the:

SUMMONS IN A CIVIL CASE; CIVIL COVER SHEET; FIRST AMENDED COMPLAINT; CASE MANAGEMENT CONFERENCE ORDER; REASSIGNMENT ORDER.

2. a. Party served:   ASSASSIN PICTURES, INC., a
                      California corporaiton
   b. Person served:  DAVID P. BEITCHMAN
                      Authorized to Accept
   c. Address:
                      510 W. SIXTH ST. P-1220
                      LOS ANGELES CA 90014

3. Manner of Service in compliance with: Federal Rules of Procedure

4. I served the party named in item 2

   a. BY PERSONALLY DELIVERING the copies (1) On: 03/20/08 (2) At: 1:50PM

5. Person serving: PEDRO MIRANDA              Fee for service $       .00

APEX ATTORNEY SERVICES                d. Registered California process server
1055 W SEVENTH ST                     (1) [ X ] Employee or [   ] Independent Contractor
LOS ANGELES, CA 90017                 (2) Registration No. 3104
   FAX                                (3) County: LOS ANGELES
                                      (4) Expiration: 04/04/09

I declare under penalty of perjury, under the laws of the of California, and of the United States of America that the foregoing is true and correct.

DATE: 03/27/08                    >
                                  SIGNATURE    *Pedro Miranda*