| | |
|---|---|
| 1 | COLETTE VOGELE (SBN No. 192865) |
|   | Email: colette@vogelelaw.com |
| 2 | BENJAMIN COSTA (SBN No. 245953) |
|   | Email: ben@vogelelaw.com |
| 3 | **VOGELE & ASSOCIATES** |
|   | 12 Geary Street, Suite 701 |
| 4 | San Francisco, CA 94108 |
|   | Tel: (415) 751-5737 |
| 5 | Fax: (415) 358-4975 |

Attorneys for Plaintiff and Counter-defendant
VIOLET BLUE

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VIOLET BLUE, an Individual, | Case No. C 07-5370 SI |
| Plaintiff and Counter-defendant, | **PROOF OF SERVICE ON BILL T. FOX** |
| v. | |
| ADA MAE JOHNSON a/k/a ADA WOFFINDEN, an individual d/b/a VIOLET BLUE a/k/a VIOLET a/k/a VIOLET LUST; ASSASSIN PICTURES INC., a California Corporation; ASSASSINCASH.COM; BILL T. FOX, an individual, a/k/a BILL FOX; FIVE STAR VIDEO L.C., an Arizona Limited Liability Company a/k/a Five Star Video Distributors LLC d/b/a Five Star Fulfillment; and DOES 1-10, | |
| Defendants and Counter-claimants. | |

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| VOGELE & ASSOCIATES<br>12 GEARY STREET, STE 701<br>SAN FRANCISCO CA 94108 | 415 751-5737<br><br>Ref. No. or File No.<br>BLUE VIOLET | |
| ATTORNEY FOR  PLAINTIFF | | |

Insert name of court and name of judicial district and branch if any.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SHORT TITLE OF CASE:
BLUE v. JOHNSON, et al.

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 195354 | | | | C 07-5370 SI |

PROOF OF SERVICE

1. At the time of service I was at least 18 years of age and not a party to this action, and I SERVED COPIES of the:

SUMMONS IN A CIVIL CASE; FIRST AMENDED COMPLAINT; CIVIL COVER SHEET; NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SUMMONS; U.S. DISTRICT COURT OFFICE HOURS AND GUIDELINES; DROP BOX FILING PROCEDURES; EFC REGISTRATION INFORMATION HANDOUT; NOTICE OF CASE MANAGEMENT; STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE; CASE MANAGEMENT CONFERENCE ORDER; JUDGE ILLSTON'S STANDING ORDER; REASSIGNMENT ORDER.

2. a. Party served:   BILL T. FOX, an individual,
                      a/k/a BILL FOX
   b. Person served: Party in item 2.a

   c. Address: 25542 NORTH STREET
              SAN BERNARDINO CA 92404

3. Manner of service in compliance with: Federal Rules of Procedure

4. I served the party named in item 2

   a. BY PERSONALLY DELIVERING the copies (1) On: 04/02/08 (2) At: 4:27PM

5. Person serving: ISRAEL ADEYEMO          Fee for service $       .00

APEX ATTORNEY SERVICES          d.  Registered California process server
1055 W SEVENTH ST               (1) [ X ] Employee or [  ] Independent Contractor
LOS ANGELES, CA 90017           (2) Registration No. 3104
   FAX                          (3) County: LOS ANGELES
                                (4) Expiration:

I declare under penalty of perjury, under the laws of the of California, and of the United States of America that the foregoing is true and correct.

DATE: 04/01/08                         >
                                         SIGNATURE