**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 4/4/08

Case No.   C-07-5370 SI           Judge:   SUSAN ILLSTON

Title: VIOLET BLUE -v- ADA MAE JOHNSON

Attorneys: C. Vogele          B. Costa

Deputy Clerk:  Tracy Sutton   Court Reporter: J. Yeomans

**PROCEEDINGS**

1)   Pltfs. Motion to Strike and to Deny  - HELD

2)   Pltf. Motion for Sanction - HELD
3)

Order to be prepared by:  ( )Pltf    ( )Deft    ( X )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( X ) SUBMITTED
                                PART

Case continued to     @ **2:30 p.m.** for Further Case Management Conference

Case continued to     @ **9:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to    @ **3:30 p.m.**  for Pretrial Conference

Case continued to    @ **8:30 a.m.**  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING: