UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 4/7/08

Case No.   C-07-5370 SI           Judge:   SUSAN ILLSTON

Title: VIOLET BLUE -v- ADA MAE JOHNSON

Attorneys: C. Vogele        R. Apgood (phone)

Deputy Clerk: Tracy Sutton    Court Reporter:

**PROCEEDINGS**

1)   Further Case Management Conference

2)   _____

3)   _____

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                PART

Case continued to 6/20/08 @ 2:30 p.m. for Further Case Management Conference

Case continued to 11/21/08 @ 9:00 a.m. for Motions
(Motion due 10/17/08, Opposition 10/31/08  Reply 11/7/08 )

Case continued to 1/12/09 @ 3:30 p.m. for Pretrial Conference

Case continued to 1/26/09 @ 8:30 a.m. for Trial ( JURY:  Days)
Discovery Cutoff: 7/8/08  Designate Experts by: 8/18/08 , Rebuttal Experts: 9/5/08, Expert Discovery Cutoff: 9/30/08

ORDERED AFTER HEARING:
This case shall be referred to a magistrate-judge for purposes of settlement.  The conference shall occur by May 30, 3008.  2008

Cc: Wings