AMENDED

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 4/7/08

Case No.   C-07-5370 SI            Judge:  SUSAN ILLSTON

Title: VIOLET BLUE -v- ADA MAE JOHNSON

Attorneys: C. Vogele         R. Apgood (phone)

Deputy Clerk: Tracy Sutton   Court Reporter:

**PROCEEDINGS**

1)  Further Case Management Conference

2)  _____

3)  _____

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                    PART

Case continued to **6/20/08   @ 2:30 p.m.** for Further Case Management Conference

Case continued to **11/21/08   @ 9:00 a.m.**   for Motions
(Motion due 10/17/08, Opposition 10/31/08  Reply 11/7/08 )
            1/13/09
Case continued to ~~1/12/09~~ @ 3:30 p.m.  for Pretrial Conference

Case continued to  **1/26/09 @ 8:30 a.m.**  for Trial ( JURY:  Days)
Discovery Cutoff: ~~7/8/08~~  Designate Experts by: 8/18/08 , Rebuttal Experts: 9/5/08, Expert Discovery
Cutoff: 9/30/08    7/18/08

ORDERED AFTER HEARING:
This case shall be referred to a magistrate-judge for purposes of settlement.  The conference shall occur by May 30, 3008.

Cc: Wings