IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIOLET BLUE,<br><br>        Plaintiff,<br><br>  v.<br><br>ADA MAE JOHNSON,<br><br>        Defendant.<br>_____ / | No. C 07-05370 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: June 20, 2008 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is July 18, 2008.

DESIGNATION OF EXPERTS: 8/18/08; REBUTTAL: 9/5/08.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is September 30, 2008.

DISPOSITIVE MOTIONS **SHALL** be filed by October 17, 2008;

    Opp. Due October 31, 2008;  Reply Due November 7, 2008;

    and set for hearing no later than November 21, 2008 at 9:00 AM.

PRETRIAL CONFERENCE DATE: January 13, 2009 at 3:30 PM.

JURY TRIAL DATE: January 26, 2009 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to a magistrate-judge for purposes of settlement. The settlement conference shall occur by May 30, 2008.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: _____

                                            SUSAN ILLSTON
                                            United States District Judge