

Tim Wadiington
Todd Blair
Tracy Fogle
Tracy Hobbs
Treece Wright
Violet Blue
Wendy Rae

People Hater Core
Chip Flynn
Jon Sarriguarte
Kimric Smythe
Bill Smythe