

Tim Lindholm
Tim Wadlignton
Todd Blair
Tracy Fogle
Tracy Hobbs
Treece Wright
Violet Blue
Wendy Rae


People Hater Core
Chip Flynn
Jon Sarriugarte
Kimric Smythe
Bill Smythe