


# rch Laboratories

Calculation of Pathological Amusement
December 23, 1999
Yoyogi National Stadium & ICC
Tokyo, JAPAN

ICC
INTERCOMMUNICATION CENTER



**23**

**23・24** 壊し物のトランプ・タワーにぶら下げるためのベニヤ板を塗装するダイアナ**(24)** と日本人スタッフ。手前右側**(23)**にはショックウェーヴ・キヤノンが移動されており、すでに砲座に据えられているのがわかる。



48

48 前日夜に到着したマネージャーのトッド（手前中央）を囲んでのメンバー・ミーティング。期間中は日本人スタッフも交え、毎日数回このようなミーティングが行われた。



79

78 ラジコンを操作するチップ。
79 エア・ランチャー。通常のコーラ缶に石膏を詰めただけの弾丸に加え、少量の火薬を詰めた弾丸もショーでは使用された。この弾丸は背景などに当たると爆発し、鉄板に穴をあけるほどの破壊力があった。

# ch Laboratories
## Calculation of Pathological Amusement





ポスター（右）・チラシ（中・左）
デザイン：吉岡雄治

イヴェント開催要項（プレスリリースより）

ICCプレゼンツ リアル／ネットワーク・パフォーマンス
世紀末マシーン・サーカス：
SRL（サヴァイヴァル・リサーチ・ラボラトリーズ）
～日本初のビッグ・ショー～

「深い関係：病的な娯楽についての気まぐれな計算」

ICCはプレ活動から現在までを通して、従来の科学技術と芸術の領域を超えた表現の可能性を追求し、また物理的空間にも制限されない幅広い活動を目指してきました。今回のSRLによる「世紀末マシーン・サーカス」は、ICCとしては初めての、大型屋外ショーとネットワークを結合したイヴェントです。

SRL（Survival Research Laboratories）は、一九七八年にマーク・ポーリンを中心に結成されたパフォーマンス・グループです。一九七九年以来サンフランシスコにその拠点を置き、アメリカ、ヨーロッパ各国で四〇回以上のショーを行ってきました。

さまざまなジャンクなどから、巨大な手作りのマシーンやロボットを作りだし、それをお互いに戦わせたり、演技させるその大規模なショーは、用途や目的、そしてそのための機能を剥ぎとられた「生の機械」たちによるマシーン・ユートピアを実現します。そこには実用的な目的のためだけに機能し使用される、現代のハイテクノロジーに対する強烈な皮肉とユーモアがあふれており、それは結果的にハイテクノロジーに踊らされ、また抑圧されていると感じている、われわれ現代人の心を解放するカタルシスをそなえています。一九八〇年代以降、何度も日本での開催が試みられてきましたが、そのスケールの大きさなどから、実現されませんでした。

ICCは、このSRLの日本初のスペクタクルなショーを、東京渋谷の国立代々木競技場屋外特設会場で開催すると共に、超高速光回線によりショーの高解像度画像をICCや日本各地に送り、さらにICCよりネットワーク経由でマシーンをリモート・コントロールする実験を行います。また準備作業も含めたショーの模様は、インターネットにより全世界に生中継（ストリーミング）される予定です。広大でリアルな先端技術で挟まれる圧倒的迫力のパフォーマンスを、現作最速クラスのネットワーク環境によって無限の仮想空間へと拡張を試みる、実験的なイヴェントとなる予定です。

■日時：
一九九九年一二月三日（祝）
午後六時開場、午後六時三〇分開演（両会場とも）
＊雨天決行

■開催時間：
約三〇～四五分間（予定）

■会場：
※メイン会場
国立代々木競技場 オリンピック・プラザ内特設会場
※サテライト会場
NTTインターコミュニケーション・センター［ICC］
ギャラリーD
（東京都新宿区西新宿三-二〇-二 東京オペラシティタワー
四階 京王新線初台駅東口より徒歩二分）

■入場料：
無料（両会場とも）

■定員：
三〇〇〇名（代々木会場）／一五〇名（ICC会場）
＊先着順 ＊事前予約は受け付けておりません。

■主催：
NTTインターコミュニケーション・センター［ICC］

■協力：
株式会社青木建設／株式会社マクニカ／日商エレクトロニクス株式会社／インターネットマルチフィード株式会社／株式会社NTTデータ／株式会社NTTPCコミュニケーションズ

■宣伝協力：
アップリンク

2

# Survival Resea
## Thoughtfully Regards : The Arbitrary



### SRL活動小史

SRLは一九七八年、マーク・ポーリンによりアメリカ、サンフランシスコで結成された。SRLというグループ名は、ポーリンが雑記「ソルジャー・オブ・フォーチュン」の企業広告から見つけたという。彼は大学で美術や演劇を学んだのであるが、いわゆるギャラリーや美術館などの閉ざされた芸術の世界に興味を持てず、高校卒業後、軍事関係機関や工場などで働いていた技術的な経験を基礎として、ジャンクなどから独自のマシーンを制作し、それによるパフォーマンスを行うというアイディアで開き始めたらしい。

彼は一九七九年よりサンフランシスコの街頭などでパフォーマンスを始め、一九八一年にはマット・ヘッカート、エリック・ワーナーがSRLメンバーとして参加した。彼らの活動が一九六〇年代のアメリカの方向を中心とした、反体制的な大衆文化の系譜に連なるのは疑いないであろう。ポーリンたちが本格的に活動を始めた一九八〇年代の前半は、一九七〇年代後半の、ヴェトナム戦争終結などによるいわばアメリカの歴史上初めての内省の時期を終えて、レーガン大統領による「強いアメリカ」の復活が謳われ、社会の右傾化が進んだ時代である。アメリカが自信を回復し、強力をモラリズムのもとで、「世界の警察」的な役割を果たそうとしていた。当時のサンフランシスコは、こうして体制化していくアメリカ社会や文化の中で、一九六〇年代の自由な気風を残す特別な場所だったらしい。SRLの活動はこのような状況下、まさにヘルズ・エンジェルズのようなカウンターカルチャー的なスタイルで始められたのである。

SRLは彼ら三人を中心として活動を活発化し、一九八四年九月のニューヨークでのSFショーにマシーンを展示して以降、サンフランシスコに限らず、ニューヨーク、シアトルなどアメリカ各地でショーを行うようになった。活動を始めて数年間は、そのパフォーマンスは単独、もしくは数台のマシーンを用いて行われており、純粋なマシーン個々のからくり的な動きを見せるような内容であった。この時期より特徴的にみられるのは、マシーンと動物などの死骸との混合、すなわち無機物と有機物の合体した奇観である。それらのグロテスクな外観は家畜的なシンボルとして扱われている場合もあれば、単なるマシーンの装飾的な反応に留まるものもある。この動物の死骸の直接的な使用は、動物愛護団体などの強力な圧力により、一九八〇年代後半ばから次第に行われなくなる。また、一九八一年代後半―一九八二年ごろより、火や煙といった視覚的な要素を使用し始めているが、この時期には彼らのマシーンには具体的な「兵器」のイメージはさほど見られず、素材で

あるジャンクなどの部品の寄せ集め的な形態から、大きく離れてはいない。

一九八二年―一九八五年ごろにかけてのSRLは、無線などによるリモートコントロール技術や、マシーンを自走させる構造を積極的に取り入れ、複数のマシーンをパフォーマンスで同時上で「演技」させて、一つの「ショー」を作りだす、というスタイルに変化している。すなわち、個々のマシーンに独立した機能やショーにおける役割を与えた上、さらに破壊されるためのマシーンや大道具などのいわばセットが増加していく。こうした「破壊するマシーン」と「破壊されるもの」のドラマという、彼らのパフォーマンスの基本スタイルは一九八六年ごろには完成し、動物の死骸の使用の後退に比例して、「破壊するマシーン=兵器」の具体的な形能上の引用も明確となっていく。

その後一九九〇年代にかけて、マシーンはより複雑な構造へと進化しており、またショーの規模も大きくなっていく。一九八七年にはヘッカートが、一九八八年にはワーナーが脱退しているが、メンバー構成はポーリンを中心として、パフォーマンスの内容に合わせて適時増減するような状態となっており、マシーン制作に直接関わるような主要なメンバーは一〇~一五名程度、ショーの際には二〇~五〇名以上のヴォランティアのメンバーによって行われるようになった。一九八八年には初の国外(ヨーロッパ)ツアーを行い、一九八七年にはサンフランシスコのアートスペースで、コンピュータにより自動制御されたインスタレーションを展示している。一九九一年にはサンフランシスコ現代美術館のオープン記念イベントに参加、一九九六年にはアリゾナ、一九九七年にはテキサスで過去最大規模のショーを行っている。

ジャンクを主な素材として、メンバーによる手作りのマシーンを中心とするスタイルには、まったく変化はないが、彼らは決していわゆるローテクな技術やメディアをその中に取り入れている。前述した一九八九年のインスタレーションにおけるコンピュータ制御をはじめ、たとえばインターネットについては、早くも一九九五年のショーにおいて、ISDN回線を用いてショーの画像中継を行っている。さらに近年はストリーミングによる画像中継、インターネット経由によるマシーンの遠隔操作も積極的に行っている。

現在、騒音などの内容的な問題などにより、本拠地サンフランシスコはもとより、アメリカ国内でもその大規模なショーは開催が困難になっている。(空)