

# Contributors and Staff

Guidelines · Privacy and other policies

## Contributing Artists

### Ms. Abernathy
**Contributing writer**, trainer of slaves and all-around oracle.

### Carlos Batts
**Photographic Direction** and pusher of envelopes.

### Poppy Z. Brite
Contributing writer and source of inspiration.

### Daniel Ouliette

### Mehitobel Wilson
**Contributing Writer**

## Editorial Staff

### Violet Blue
**Editor in chief** and all around cutie.

# Editorial Staff

## Violet Blue
**Editor in chief** and all around cutie.

## elly burian
**Graphics Librarian**

## Allegra Lundy-Worf
**Copyediting, Public Relations**

## Darren Mckeeman
**Publisher** Systems administration, PHP scripting.

## Chad Savage
**Graphic Design, site layout**