

# The Pussy Shaver

**As seen In Playboy and Penthouse**

Substantial Dealer Discounts!
Our dealers' addresses posted on our website

*Exclusive Importer*
3rd Planet Products
P.O. Box 691231
San Antonio, TX 78269
(210) 558-7262
www.2sensualproducts.com

AVN - Las Vegas January 7-10

## Booth #9078

# AVN in print reviews



### The Puppy Papers
*By Puppy Sharon and Steven Toushin. Wells Street Publishing. 1363 North Wells Street, Chicago, IL 60610. 389 pp.*

Through email correspondences culled from an adult personals service, what emerges here is the tale of a quiet and proper middle-American woman — "puppy" — who, after years of living a straight-edged, church-going life, discovers the dark and vast world of BDSM through the Internet. She dives in head-first, going on a six-month search for a Master who will truly fulfill all the latent urges and needs that have been burning inside her for so long. A fascinating look at the alternative world of kink and fetishism.

— Max Schwartz



### Radical Ecstasy
*By Dossie Easton, Janet W. Hardy. Greenery Press. 4200 Park Blvd., PMB 240. Oakland, CA 94602. greenerypress.com. 215 pp.*

The authors of *The Ethical Slut* and *The New Bottoming Book* get straight to the, uh, point in this book about BDSM and proper use of leather in the fetish world. Great for curious beginners.

— Acme Andersson



### Selfish Love
*By Naduki Koujima. Be Beautiful, A18 Corporation. 250 West 57th Street, Suite 28, New York, NY 10107. 200 pp.*

Here's another in the strange series of manga novels about gay love between young men that are popular mostly with young women in Japan. Go figure. The idealized, androgynous beauty of the young men may be one of the reasons girls like them so much. Campus politics are the background for this romance between a student and the president of the college honors society. The sex is not very explicit for a manga, even in this genre. Well drawn, but for very special tastes.

— Jared Rutter



### Three-Way: Erotic Stories
*Edited by Alison Tyler. Cleis Press. PO Box 14697, San Francisco, CA 94114. cleispress.com. 232 pp.*

Threesome sex, done right (or deliciously oh-so-wrong), is one of life's greatest pleasures. Finding erotic literature that captures the incredible threeway energy, however, without making it seem trite or improbable or otherwise silly, is an unlikely accomplishment. So I picked up *Three-Way: Erotic Stories* with trepidation. And what a pleasant surprise! This series of short stories, all of which pay tribute to the elusive ménage a trois in their own personal way, is simply fantastic. My personal favorite, "Endings," is particularly hot and well written. In this sordid tale, a young woman engages in an illicit affair with her lover's roughhewn, aggressive roommate. The ending will blow you away.

— Donna Shapiro



### The Ultimate Guide to Sexual Fantasy: How to Turn Your Fantasies Into Reality
*By Violet Blue. Cleis Press Inc. P.O. Box 14684, San Francisco, CA. 94114. 256 pp.*

Violet Blue pens this charming, knowledgeable aid to sex lives everywhere. In this information-packed effort, Violet offers instruction in role-play, threesomes, swinging, public sex, stripping, sex games, S/M and much, much more. Also included is a great selection of erotic stories by best selling author Alison Tyler. Hot stories, helpful sex advice and a porn star author should move this product quite nicely.

— Heather Glenn