### Violet Blue to Demonstrate the Thrillhammer

By: Charles Farrar
Posted: 5:10 pm PDT 5-31-2005

**NEW YORK** - Well known sex writer (and periodic *AVNOnline* contributor) Violet Blue will drop the hammer but good—demonstrating the Thrillhammer, "the first commercial teledildonic sex machine," for dorkbot members, in cooperation with the Museum of Sex in New York City, where the contraption has its home.



-advertisement-

Blue did not return a query for comment from AVNOnline.com before this story went to press, but she told *AVNet* she has a worry or two about the demonstration.

"I've never had sex with a girl I don't know," she told the magazine. "But being in front of everyone is the most nerve-racking. When I go to sex parties, I usually just sip wine or beer and watch. I'm total voyeur. I've never done a sex act in front of an audience. And I'm definitely not taking my clothes off!"

Blue said she called upon "a handful of extra technical people" to help her set up and make sure the demonstration goes without problems.

"We'll have my laptop hooked up to a projector and PA system," she told *AVNet*. "We'll have sound live in New York with the machine and the girl, and me with a microphone in San Francisco, and of course high-speed [Internet] connections. I also want to get a speaker phone and have the Thrillhammer inventor there to answer questions from the audience, with maybe a webcam for him, too. He's in Kansas City."

Marketed to wealthy collectors and commercial interests – the Moonlight Bunny Ranch had one on-site in 2004 – the Thrillhammer is not considered the kind of device you might want in your bedroom. In fact, dorkbot organizers have made Blue's Thrillhammer demonstration invitation-only.

"I think it will be equal parts humor, horror, dismay," Blue told *AVNet* about the coming demonstration. "It will definitely be explicit—but also hilarious."

print   email   Sponsored By: