


**Video**

- Articles
- Today's Headlines
- News by Category
- Press Releases
- Resources
- New Video Releases
- Movie Reviews
- Charts
- Community
- Calendar of Events
- Photo Galleries
- AVN Magazine
- Digital Edition
- Subscribe Now

ADVERTISEMENT


HOME / AVN VIDEO / VIOLET BLUE TO DEMONSTRATE THE THRILLHAMMER



### Violet Blue to Demonstrate the Thrillhammer
**By: Charles Farrar**
Posted: 05/31/2005

Well known sex writer (and periodic *AVN Online* contributor) Violet Blue will drop the hammer but good—demonstrating the Thrillhammer, "the first commercial teledildonic sex machine," for dorkbot members, in cooperation with the Museum of Sex in New York City, where the contraption has its home.

Blue did not return a query for comment from AVNOnline.com before this story went to press, but she told *Wired* she has a worry or two about the demonstration.

"I've never had sex with a girl I don't know," she told the magazine. "But being in front of everyone is the most nerve-racking. When I go to sex parties, I usually just sip wine or beer and watch. I'm total voyeur. I've never done a sex act in front of an audience. And I'm definitely not taking my clothes off!"

Blue said she called upon "a handful of extra technical people" to help her set up and make sure the demonstration goes without problems.

"We'll have my laptop hooked up to a projector and PA system," she told *Wired*. "We'll have sound live in New York with the machine and the girl, and me with a microphone in San Francisco, and of course high-speed [Internet] connections. I also want to get a speaker phone and have the Thrillhammer inventor there to answer questions from the audience, with maybe a webcam for him, too. He's in Kansas City."

Marketed to wealthy collectors and commercial interests – the Moonlight Bunny Ranch had one on-site in 2004 – the Thrillhammer is not considered the kind of device you might want in your bedroom. In fact, dorkbot organizers have made Blue's Thrillhammer demonstration invitation-only.

"I think it will be equal parts humor, horror, dismay," Blue told *Wired* about the coming demonstration. "It will definitely be explicit—but also hilarious."

ADVERTISEMENT
 

MORE STORIES IN 

  

ADVERTISEMENT


**AVN VIDEO TOP STORIES**

**Kimberly Kane Injects Vivid Alt With *Morphine***



Kimberly Kane's second directorial effort from Vivid Alt and her third overall, *Morphine*, comes to stores next Wednesday, April 30.

Full Story

**Headline News**
Adam Film World Announces Annual Award Winners
On the Set: Van Styles Shoots Ryder Skye in 'Souled Out'
Spearmint Rhino Ships Dyanna Lauren's 'Sweat'

**More Top Stories**
*Five Hot Stories for Her* Seeks U.S. Distribution
The Abominable Black Man Returns
Hustler Spoofs Spitzer in 'Gov Love' Porn Flick
'Roller Dollz' to Feature Original Music from The Mother Truckers
Teravision Showcases *Sasha Grey's Anatomy*
Club Jenna Enters Blu-ray Market with 'Jenna Loves Diamonds'
Bad Seed's 'Barely MILF' Fills a Missing Niche

---

ADVERTORIAL
**AdultRental: The Video On Demand Aficionado's Choice!**

Watch what you want when you want it—25,000+ titles, 4,000+ exclusive DVDs, over 150,000 scenes to select from, and 100+ of the hottest niches. Content is updated daily with only the hottest new releases. Come and see what has everybody turned on!

ADVERTORIAL
**HellHouse Media Network Offers Free DVDs for Life**

HellHouse Media Network is Seattle's #1 adult video studio, BDSM dungeon, and adult entertainment company. Check out our website for more information and to find out how to get FREE DVD's for life!

---

PRIVACY POLICY   U2257 NOTICE   RSS FEEDS   CONTACT US   ADVERTISE WITH AVN

ALL MODELS WERE AT LEAST 18 YEARS OLD AT THE TIME OF THEIR PERFORMANCE.
18 U.S.C. 2257 RECORD-KEEPING REQUIREMENTS COMPLIANCE STATEMENT.
© COPYRIGHT 1995-2008 AVN MEDIA NETWORK