

violet blue <▬▬▬@gmail.com>

## Hey Ada!

**Dave Pounder** <▬▬▬@gmail.com>　　　　　　　　　　Sat, Oct 6, 2007 at 9:16 PM
To: violetblue@sfgate.com

Whats up, girl! I see you are writing for SFgate.com now.... very interesting. Whats new with you?

I live in Miami, FL now. I produce my own content and I also direct and perform for BangBros.com here in Miami. You can go to www.davepounder.com/bio.html if you want to read everything I have been up to.

I'll never forget you because you were my first scene ever (and yes, I failed miserably as most first timers do...lol)...

I hope all is well, and look me up when you are in Miami (Boca Raton).

xoxo,

-Dave Pounder