Case 3:07-cv-05370-SI    Document 84-14    Filed 04/25/2008    Page 1 of 3

Yahoo! Mail - violetblue418@yahoo.com    Case 3:07-cv-05370-SI  Document 6    Filed 11/13/2007    Page 20 of 25



Make Y! your home page   Welcome, violetblue418    Web Search

**YAHOO! MAIL**

Mail | Contacts | Calendar | Notepad                    Mail For Mobile - Mail Upgrades - Options

[Check Mail]  [Compose]                                 [Search Mail]  [Search the Web]

**Folders** [Add - Edit]

Inbox (8)
Draft
Sent
Bulk (1)  [Empty]
Trash     [Empty]

**My Folders** [Hide]

Violet Blue Web... (1)

**Search Shortcuts**

My Photos
My Attachments

Netflix Try for Free!
Try Blockbuster Only $9.99/month
Why refi is hot: 5.9% 30-yr.*
Flirt via email at Y! Personals

Previous | Next | Back to Messages

[Delete] [Reply ▼] [Forward ▼] [Move... ▼]

This message is not flagged  [ Flag Message - Mark as Unread ]     Printable View

**Date:** Sat, 20 Jan 2007 21:30:56 -0800 (PST)
**From:** "Violet Blue" <violetblue418@yahoo.com>  Add to Address Book  Add Mobile Alert
**Subject:** Re: Happy Holidays
**To:** "v i o l e t / b l u e" <violet@tinynibbles.com>

Hello Violet, Thanks for getting back to me. I thought for sure you never would so imagine my surprise! Hmmm, domain name. All I own is violetblue.org and my partner assassin would beat me silly if I got rid of it. I guess they're getting ready to launch a new look or something. Right now my website is my only form of income, and they're being great about trying to promote and drive traffic to it so I can make what little I do to eat off of. I just got an offer from an old friend to write a portion of a horror movie, so that might take me in yet another direction. Don't worry, if I start writing I'll be sure to use my real name! Thats sad and neat that you were one of the street kids. My boyfriend is also an old school street kid, but from Aberdeen and Portland. He did some travels in SF though and almost got stabbed by a punker while on acid by asking him for a spork as he was spanging. I found out I'm having a baby girl and I'm naming her Clover. YAY for weird names! I'll have Crimzen and Clover, over and over. Oh, did you see that your name was nominated for best actress in a video? Its funny, the one movie that I do and I get nominated LOL. I was soo hung over when we shot that film too, and my husband and me had beat the shit out of eachother the night before so I was all bruised up. Thank god for makeup artists! Well, the Unsolved Mysteries UFO's disk set that I rented is playing without me so I should get going. Nice mailing with you! Love, Ada

*v i o l e t / b l u e* <violet@tinynibbles.com> wrote:

> Hi Ada,
>
> My inbox has been a mess and I actually just found this email today. Thank you for taking the time to write this; it really clears up a lot, it means a lot and I can tell it was very intense to write. It is heartfelt, and deeply appreciated. You really opened up to me, and I know that's not easy. Thank you.
>
> Good luck with the changes you're facing; life passing and new life, divorce and marriage, all at the same time, wow. Congratulations and warm wishes on all. Hair and makeup will be a blast, I'm sure -- I have friends doing both as career changes, and they really love their jobs.
>
> Anyway, our communication and clearing it up has been a long time coming. Let's hope it's a sign of good changes ahead for both of us. And in the meantime, if you'd like, I'd love to see how much you'd sell me the violetblue domain name for.

Case 3:07-cv-05370-SI    Document 84-14    Filed 04/25/2008    Page 2 of 3

Yahoo! Mail - violetblue418@yahoo.com    Case 3:07-cv-05370-MJJ    Document 6    Filed 11/13/2007    Page 21 of 25    Page 2 of 3

I'm sure if you were interested in having me take it off your hands, we could also work out a transfer page to sit there for as long as needed to let people know where and how to find you in your new direction, if that's what you wanted.

best wishes, thanks, and warm thoughts from chilly San Fran,
Violet

ps, I think my parents were hippies. I am an only child, but they totally made my name up. the social security administration gave me a middle initial randomly. but none of it really mattered since I became homeless and orphaned around my 14th birthday. my name ended up fitting me as a homeless teen just fine, and by the time I got off the streets, what people thought of my name was the least of my worries. regardless, I have no family name to carry on as I never knew my family at all -- just my mom for almost 14 years. by the time I was 13, she was a crackhead on a downward spiral.

On 12/5/06, **Violet Blue** <violetblue418@yahoo.com> wrote:
> Hello author Violet Blue,
>   You'll be happy to know that I'm finished doing Boy/Girl porn scenes, so your name will no longer be on the front of porn boxcovers that say "Shut up and blow me" and the like. I'm not living in Porn Valley. I'm in a small town near Aberdeen Washington. I moved up here 2 years ago to help take care of my 91 year old father. I'm getting married, in the process of a divorce and I'm 5 months pregnant.
> I'd like to tell you that I'm sorry for accidentally using your name. Back when I first started I used just Violet as you know. Then after about 6 videos my agent told me I needed a last name and chose Lust for me without me liking it. I did one video with that horrible name, Violet Lust. I thought of Violet Blue, being that it was my favorite colored crayon by Crayola. I googled it, and nothing came up but flowers. I googled Violet Blue Porn and again nothing about you came up. So I didn't know you existed. I wish now that I would have because I never would have intentionally used your name. I don't like being confused with someone else. I'm just really glad I didn't keep my hair black with betty bangs like when I first started. THAT would have really made it difficult to tell us apart to fans.
> I'm hurt that someone in the porn industry would claim that I'm taking your name in Vain. And that I'm trying to stay "Hip" by using it because my appeal has faded. The person obviously doesn't know that I'm living in BFE and can't work up here. I've only made 2 trips to LA in the last 2 years and both were to take my son up to see his daddy. I love it how you can move far away and everybody starts making up stories, thinking they know what happened to you. I'd still be working constantly if i was in LA. But like I said before, I've got a sick daddy and a baby on the way. Not only that but I'm finishing up school, so I will have a semi normal life doing hair and makeup under my real name, Ada. You know what sucks though, there's another makeup artist in LA with the name Ada. So I guess I'm going to have to stick to the Northwest.
> Its kind of funny, but I was going to use my real name for porn when I first started, but everyone told me that would be a mistake because of obsessed fans and stalkers. I believed them. I sincerely hope that you haven't had any stalkers think that you are

Case 3:07-cv-05370-SI   Document 84-14   Filed 04/25/2008   Page 3 of 3

Yahoo! Mail - violetblue418@yahoo.com   Case 3:07-cv-05370-MJJ   Document 6   Filed 11/13/2007   Page 22 of 23   Page 3 of 3

> me. How did you end up with such a peculiar name anyways? Overly creative parents? I named my son Crimzen.
> On the fliers for the EEB they did state under Violet Blue the fact that it was the porn performer. I know they didn't want people confusing the two of us. I'm not sure if I'll be working with them again though. I love co hosting and performing, I just won't be able to for at least a year and I'm sure they'll find someone else to take my place in that time. Perhaps someone younger, hip, and in style.
> I hope that you write me back, at least to clarify everything that we've heard about eachother. I know I wrote you years ago asking you to come on my internet radio show. I was so excited to find out that there was someone else using the name Violet Blue. But I never got a response, so I'm not really expecting one now. Have a wonderful holiday season and a spankin New Year. Love, Ada

**Love,** Violet Blue

Need a quick answer? Get one in minutes from people who know. Ask your question on Yahoo! Answers.

--
this email is: [ ] bloggable   [ x ] ask first   [ ] lethal if repeated or forwarded

open + source + sex
http://www.tinynibbles.com
+ + + + + + +
contributor: http://www.fleshbot.com
listen: http://violetblue.libsyn.com
local is global: http://sf.metblogs.com
sf is sexy: http://www.sfgate.com/columnists/violetblue/

**Love,** Violet Blue

**Need Mail bonding?**
Go to the Yahoo! Mail Q&A for great tips from Yahoo! Answers users.

| Delete | Reply | Forward | Move... |

Previous | Next | Back to Messages                    Save Message Text | Full Headers

Check Mail | Compose                                    Search Mail | Search the Web

Copyright © 1994-2007 Yahoo! Inc All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy