1 | COLETTE VOGELE (SBN No. 192865)
Email: colette@vogelelaw.com
2 | BENJAMIN COSTA (SBN No. 245953)
Email: ben@vogelelaw.com
3 | **VOGELE & ASSOCIATES**
4 | 580 California Street, Suite 1600
San Francisco, CA 94104
5 | Tel: (415) 751-5737
Fax: (415) 358-4975
6 | Attorneys for Plaintiff
7 | VIOLET BLUE

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10  SAN FRANCISCO DIVISION

11 | VIOLET BLUE, an Individual,              | Case No. C 07-5370 SI
12 |          Plaintiff and counter-          | **DECLARATION OF JUSTIN JUUL IN
   |          defendant,                     | SUPPORT OF PLAINTIFF BLUE'S
13 |                                          | MOTION FOR PRELIMINARY
14 |     v.                                   | INJUNCTION**
15 | ADA MAE JOHNSON a/k/a ADA                | Hon. Judge Illston
   | WOOFINDEN, an individual d/b/a          | Courtroom 11, 19th Floor
   | VIOLET BLUE a/k/a VIOLET a/k/a          | 450 Golden Gate Avenue
16 | VIOLET LUST; et al.,                    | San Francisco, CA 94102
17 |          Defendants and                 | Hearing Date: May 9, 2008
   |          counterclaimants.              | Hearing Time: 9:00 a.m.
18

28 | Case No. C 07-5370 SI

DECLARATION OF JUSTIN JUUL ISO PLF BLUE'S MOT. FOR PRELIMINARY INJUNCTION

I, Justin Juul, declare as follows:

1. My name is Justin Juul and I am freelance journalist working in San Francisco, California. I am third party to this litigation. I have personal knowledge of the facts in this declaration unless otherwise stated, and could and would competently testify to them if called as a witness.

2. In October 2006, I was working as an intern at a local weekly newspaper that is published in print and on-line. At that time, I was looking for interesting stories to write and publish on my own.

3. At that time, I found a flyer for the Exotic Erotic Expo and Ball, which was taking place around late October. I thought the experience of attending the event might make for a good story, although nothing ever came of it. The flyer I saw noted that "Violet Blue" would be appearing at the event. I had recently become familiar with her work, and was looking forward to meeting her. Violet Blue was an established journalist working in San Francisco, and since I was in the first stages of becoming a journalist, I was excited about the opportunity to network with her.

4. On October 27, 2006, I sent an email to Violet Blue and signed off of the email by stating "see you tonight." Violet Blue responded by writing: "you'll see me tonight? did I forget something?" I wrote back that I expected I might see her at the Expo since her name was printed on the flyer, and I knew that she was involved with writing and reviewing erotica and pornography. Violet Blue then responded and clarified that I was mistaken. She explained that it was a porn performer who had actually been advertised on the flyer. Attached to this declaration as Exhibit A is a true and correct copy of the email chain in which these communications appear.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 24th day of April, 2008, at San Francisco, California.

_____
Justin Juul

2

DECLARATION OF J. JUUL ISO PLF BLUE'S
MOT. FOR PRELIMINARY INJUNCTION

Case No. C 07-5370 SI