# EXHIBIT A


Windows Live™

**Re: don't worry**
From: **v i o l e t / b l u e**   REDACTED
Sent: Fri 10/27/06 12:32 PM
To:    REDACTED

unfortunately a couple years after I started writing about sex and
porn, a porn performer changed her name to mine -- exactly -- and has
been getting quite a bit of mileage out of it. this is the person you
will see at exotic erotic. and she is very, *very* different form me,
as you will discover if you get her started talking about jews or
brown people, ugh. it's looking like lots of people are confusing her
for me, which may be how she gets these gigs, and it makes me very
depressed to have someone taking (at the very least, peripheral)
credit for my work.

it's depressing. but you and I will have adventures, don't you worry.
I thought maybe you were going to happy hour at kink.com, which I
highly suggest we do at a future date.

xo,
Vi

On 10/27/06, JUSTIN JUUL <REDACTED> wrote:
> Sorry to be vague. I was joking. I'm going to the Expo tonight and I saw
> your name on the flyer, that's all.
> Thanks for all your help,
> -Justin
>
>
> >From: "v i o l e t / b l u e"  REDACTED
> >To: "JUSTIN JUUL"  REDACTED
> >Subject: Re: Thank You
> >Date: Fri, 27 Oct 2006 12:15:22 -0700
> >
> >you'll see me tonight? did I forget something?
> >
> >On 10/27/06, JUSTIN JUUL  REDACTED  wrote:
> >>Thanks Violet,
> >>I will most definitely call Eusebia, and yes, I would love to work on some
> >>porn with you -or...well, you know what I mean.
> >>
> >>see you tonight,
> >>-Justin
> >>
> >>
> >>
> >> >From: "v i o l e t / b l u e"  REDACTED
> >> >To: "JUSTIN JUUL"  REDACTED
> >> >Subject: Re: damn that violet blue
> >> >Date: Thu, 26 Oct 2006 13:24:50 -0700
> >> >
> >> >thanks -- I didn't expect it to be an on-set, I was just supposed to

```
> >> >go say hi and talk about doing a story. the day just went from there,
> >> >and then I had to write it! but I did some querying on your behalf
> >> >while I was there and you should contact Eusebia Collins at
> >> >.REDACTED    +   REDACTED
> >> >
> >> >I still think we should tag-team on covering some local porn. yes?
> >> >
> >> >xo
> >> >
> >> >On 10/26/06, JUSTIN JUUL  REDACTED              wrote:
> >> >>You got me! Good story.
> >> >>
> >> >>_____
> >> >>Use your PC to make calls at very low rates
> >> >>https://voiceoam.pcs.v2s.live.com/partnerredirect.aspx
> >> >>
> >> >>
> >> >
> >> >
> >> >--
> >> >this email is: [  ] bloggable   [ x ] ask first   [  ] lethal if
> >> >repeated or forwarded
> >> >
> >> >open + source + sex
> >> >http://www.tinynibbles.com
> >> >+ + + + + + +
> >> >contributor: http://www.fleshbot.com
> >> >listen: http://violetblue.libsyn.com
> >> >local is global: http://sf.metblogs.com
> >> >sf is sexy: http://www.sfgate.com/columnists/violetblue/
> >>
> >>_____
> >>Try the next generation of search with Windows Live Search today!
> >>http://imagine-windowslive.com/minisites/searchlaunch/?locale=en-us&source=hmtagline
> >>
> >>
> >
> >
> >--
> >this email is: [  ] bloggable   [ x ] ask first   [  ] lethal if
> >repeated or forwarded
> >
> >open + source + sex
> >http://www.tinynibbles.com
> >+ + + + + + +
> >contributor: http://www.fleshbot.com
> >listen: http://violetblue.libsyn.com
> >local is global: http://sf.metblogs.com
> >sf is sexy: http://www.sfgate.com/columnists/violetblue/
>
>_____
> Add a Yahoo! contact to Windows Live Messenger for a chance to win a free
> trip!
> http://www.imagine-windowslive.com/minisites/yahoo/default.aspx?locale=en-us&hmtagline
>
>
```

```
--
this email is: [  ] bloggable    [ x ] ask first    [  ] lethal if
repeated or forwarded

open + source + sex
http://www.tinynibbles.com
+ + + + + + +
contributor: http://www.fleshbot.com
listen: http://violetblue.libsyn.com
local is global: http://sf.metblogs.com
sf is sexy: http://www.sfgate.com/columnists/violetblue/
```