1  COLETTE VOGELE (SBN No. 192865)
   Email: colette@vogelelaw.com
2  BENJAMIN COSTA (SBN No. 245953)
   Email: ben@vogelelaw.com
3  VOGELE & ASSOCIATES
4  580 California Street, Suite 1600
   San Francisco, CA 94104
5  Tel: (415) 751-5737
   Fax: (415) 358-4975
6  Attorneys for Plaintiff
7  VIOLET BLUE

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                         SAN FRANCISCO DIVISION

11 | VIOLET BLUE, an Individual,              | Case No. C 07-5370 SI
12 |                     Plaintiff,           | **DECLARATION OF DARREN MCKEEMAN IN SUPPORT OF PLAINTIFF BLUE'S MOTION FOR PRELIMINARY INJUNCTION**
13 |        v.                                |
14 | ADA MAE JOHNSON a/k/a ADA                | Hon. Judge Illston
   | WOFFINDEN, an individual d/b/a           | Courtroom 10, 19th Floor
15 | VIOLET BLUE a/k/a VIOLET a/k/a           | 450 Golden Gate Avenue
   | VIOLET LUST; VIOLET BLUE, INC., a        | San Francisco, CA 94102
16 | California Corporation; and DOES 1-10,   |
17 |                     Defendants.          | **Hearing Date: May 9, 2008**
18 |                                          | **Hearing Time: 9:00 a.m.**

28                                                             Case No. C 07-5370 SI

DECLARATION OF DARREN McKEEMAN ISO PLF BLUE'S MOT. FOR PRELIMINARY INJUNCTION

I, Darren McKeeman, declare as follows:

1. My name is Darren McKeeman. I am a third party to this litigation. I have personal knowledge of the facts in this declaration unless otherwise stated, and could and would competently testify to them if called as a witness.

2. I currently run a website called tribe.net, which is a social networking site. I am the Information Technology ("IT") manager for tribe.net and I have held this position since March of 2007.

3. I owned and ran a site called Gothic.net from 1997 to approximately 2002. Gothic.net was one of the first web magazines (or "webzine"). It focused on the gothic or morbid lifestyle and published horror fiction among other things. At its inception, the webzine was published once a month, and later we published it once a week. Thomas Roche was a regular columnist and, for a period of time, the non-fiction editor for a Gothic.net.

4. I recall the site statistics for Gothic.net in the mid-1999 were that roughly 20,000 people were "subscribed" through our email distribution list. Subscribers would receive an email with a link to the webzine whenever we published something to the front page of the website. I recall that our site statistics around that time also showed that Gothic.net received about 5,000 additional unique visitors each day.

5. Around the early part of 1999, I recall that Violet Blue pitched a story to Thomas Roche having to do with lesbian vampire films. Mr. Roche informed me of the pitch and that he had accepted the story for publication. As the site owner, I was involved in publishing the article and also paid Ms. Blue for her work. The article was published in May of 1999.

6. After Gothic.net published Ms. Blue's article on the lesbian vampire films, I was so impressed by the article and the quality of her writing generally that I asked her to be the first (and only) editor of a new site I launched in April 2000 called Necromantic.com. Necromantic.com was a webzine of erotica (erotic fiction). In addition to textual articles, it included artful nude photograph and some videos. We published at least one story a week, and

Ms. Blue helped select and edit those stories. She would also write editorials, which were published at the site under her name, Violet Blue.

7. Before hiring Ms. Blue for Necromantic.com, I was well aware of her other writings. I would occasionally come across things she had written at various websites, for example at the Good Vibrations Magazine – www.goodvibes.com.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 25th day of April, 2008, at San Francisco, California.

/S/
Darren McKeeman

**CERTIFICATION PURSUANT TO GENERAL ORDER 45**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Darren McKeenan.

Dated: April 25, 2008

VOGELE & ASSOCIATES

By:    /S/

Colette Vogele
Attorneys for Plaintiff VIOLET BLUE

---

DECLARATION OF DARREN McKEEMAN ISO PLF
BLUE'S MOT. FOR PRELIMINARY INJUNCTION

Case No. C 07-5370 SI

4