COLETTE VOGELE (SBN No. 192865)
Email: colette@vogelelaw.com
BENJAMIN COSTA (SBN No. 245953)
Email: ben@vogelelaw.com
**VOGELE & ASSOCIATES**
580 California Street, Suite 1600
San Francisco, CA 94104
Tel: (415) 751-5737
Fax: (415) 358-4975
Attorneys for Plaintiff
VIOLET BLUE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VIOLET BLUE, an Individual,<br><br>        Plaintiff and counter-defendant,<br><br>   v.<br><br>ADA MAE JOHNSON a/k/a ADA WOFFINDEN, an individual d/b/a VIOLET BLUE a/k/a VIOLET a/k/a VIOLET LUST, et al.,<br><br>        Defendants and counterclaimants. | Case No. C 07-5370 SI<br><br>**DECLARATION OF CAROL QUEEN IN SUPPORT OF PLAINTIFF BLUE'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hon. Judge Illston<br>Courtroom 10, 19th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA 94102<br><br>**Hearing Date: May 9, 2008**<br>**Hearing Time: 9:00 a.m.** |

DECLARATION OF CAROL QUEEN ISO PLF BLUE'S MOT. FOR PRELIMINARY INJUNCTION

1    I, Carol Queen, declare as follows:

2    1.    My name is Carol Queen. I am a third party to this litigation. I have personal

3    knowledge of the facts in this declaration unless otherwise stated, and could and would

4    competently testify to them if called as a witness.

5    2.    I am a Ph.D. in sexology, a writer and educator, and the Staff Sexologist at Good

6    Vibrations.  Good Vibrations is a sex toy retailer that operates retail stores in San Francisco,

7    California, and Boston, Massachusetts, as well as a mail-order business, and an on-line product

8    sales website. I have been working at Good Vibrations since 1990, where I began as a sales

9    associate. In approximately 1991, I initiated the development of Good Vibration's sex education

10    training program. I am also the co-founder and director of the Center for Sex and Culture, a sex

11    education and resource center in San Francisco. I am also a writer, speaker and advocate in the

12    fields of sex education and sex-positive culture. A webpage available at the on-line, at the user

13    edited encyclopedia wikipedia.org (http://en.wikipedia.org/wiki/Carol_Queen), describes other

14    details of my background.

15    3.    In fall of 1998, Violet Blue was hired by Good Vibrations as a Sex Educator Sales

16    Associate (or "SESA" for short). She was hired to work in the Good Vibrations retail store

17    located at Valencia Street in San Francisco, California. At that time, in fall 1998, my role at

18    Good Vibrations was as the Continuing Education Coordinator, though I was in the process of

19    transitioning into my current role as Staff Sexologist. I was one of the Good Vibrations staff

20    members who trained Ms. Blue in the form of sex education that we use at Good Vibrations. The

21    training covered the sex-positive perspective, sexual diversity, sexual anatomy and function, and

22    information about the products sold at Good Vibrations.

23    4.    Ms. Blue clearly already had knowledge about sexuality when she began working

24    at Good Vibrations in 1998. I recall that she was easy to train into a comfortable communicator

25    in the way Good Vibrations needed those staff members able to answer questions. I also recall

26    that Ms. Blue very rapidly began to have her own administrative functions at Good Vibrations.

27    She quickly began writing catalog copy and web magazine copy. She also began to be central to

28

DECLARATION OF C. QUEEN ISO PLF BLUE'S          Case No. C 07-5370 SI
MOT. FOR PRELIMINARY INJUNCTION

the inventory department, in that she was helping to select and write copy about the erotic films that Good Vibrations carried. In addition, her SESA responsibilities put her in daily contact with customers, which allowed her to develop her own writing projects informed by a sense of understanding of what the customers might want in a sex education book.

5.     The film-reviewing role Ms. Blue maintained at Good Vibrations, in particular, was high profile in the adult industry. Good Vibrations began selling erotic films in approximately the late 1980s. Over the years, the adult industry watched Good Vibrations as an important testing zone, if you will, for how women were enjoying and purchasing erotic films. By the time Ms. Blue began reviewing films for Good Vibrations (in approximately early 1999), the porn industry in general was very interested in how Good Vibrations chose to sell and market films to women. Ms. Blue's position gave her a real and immediate opportunity to have her work received broadly in the larger adult industry.

6.     At the time Ms. Blue was hired at Good Vibrations, I was also familiar with her work at the Survival Research Labs ("SRL"). This work was of particular interest to me because SRL is a well-known, alternative technology and art community. I knew that Ms. Blue was known broadly in the tech community for her unique role as a woman interested in technology, and it was clear to me that the work she did at SRL gave her one of her earliest platforms for promoting herself and her brand online. I also saw her as having a distinct gift, ability and presence, which was instrumental in her combining the worlds of sex and technology.

7.     In my view, as someone who trained her at Good Vibrations and has watched her develop her career over many years, Ms. Blue's brand and her fame were in full swing before the middle of 2000. This is acknowledged through her work at SRL and Good Vibrations, and her ability to extend that to the on-line context very quickly. I saw her very mindfully using the communications mode that the internet was becoming. I am certain that by end of the 1990s she was very much on top of that developing communication form. She had become one of the early people I looked to in order to understand where sex on the internet was going. Indeed, through writing for websites like gothic.net, necromantic.com, and for the www.goodvibes.com website,

1    Ms. Blue had achieved a level of notoriety that was obvious to me.

2         8.    I remember when Ms. Blue was negotiating her first book deal in 2000. At that

3    time she was already a known quantity and brand. Her writings on the internet were well-

4    established. I recall that when she first began working with a publishing company about her first

5    book, my impression, based on my own experience working with publishers, was that the

6    publisher understood her notoriety because it would have been quite unusual to offer a first book

7    deal if she did not have a platform in place to make it successful. Because Ms. Blue already had

8    a strong on-line presence through her SRL work, her work at Good Vibrations, and her many

9    other on-line efforts, her ability to get the book out there would be far greater than someone who

10   had never written a book before. I also understand and recall that shortly after her first book deal

11   was signed, but before that book was even released, the same publisher contracted with Ms. Blue

12   for a second, multi-book deal. From my experiences working with publishers, this was highly

13   unusual and would not have been done if the publisher did not perceive Ms. Blue's fame and

14   notoriety right away.

15        I declare under penalty of perjury under the laws of the State of California that the

16   foregoing is true and correct. Executed this __ th day of April, 2008, at San Francisco,

17   California.

18

19   _____

20                    Carol Queen

21

22

23

24

25

26

27

28

4