COLETTE VOGELE (SBN No. 192865)
Email: colette@vogelelaw.com
BENJAMIN COSTA (SBN No. 245953)
Email: ben@vogelelaw.com
VOGELE & ASSOCIATES
580 California Street, Suite 1600
San Francisco, CA 94104
Tel: (415) 751-5737
Fax: (415) 358-4975

Attorneys for Plaintiff
VIOLET BLUE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VIOLET BLUE, an Individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ADA MAE JOHNSON a/k/a ADA WOOFINDEN, an individual d/b/a VIOLET BLUE a/k/a VIOLET a/k/a VIOLET LUST; VIOLET BLUE, INC., a California Corporation; and DOES 1-10,<br><br>　　　　　Defendants. | Case No. C 07-5370 SI<br><br>**DECLARATION OF THOMAS ROCHE IN SUPPORT OF PLAINTIFF BLUE'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hon. Judge Illston<br>Courtroom 10, 19th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA 94102<br><br>**Hearing Date: May 9, 2008**<br>**Hearing Time: 9:00 a.m.** |

Case No. C 07-5370 SI

DECLARATION OF THOMAS ROCHE ISO PLF BLUE'S MOT. FOR PRELIMINARY INJUNCTION

I, Thomas Roche, declare as follows:

1. My name is Thomas Roche and I am third party to this litigation. I have personal knowledge of the facts in this declaration unless otherwise stated, and could and would competently testify to them if called as a witness.

2. I have been in the field of fiction erotica since about 1987, when I sold my first erotic novel. I moved to the non-fiction space for adult entertainment around 1998. I am currently the public relations manager at Kink.com, the world largest fetish entertainment on-line network. Kink.com creates short erotic on-line content for 11 websites that are updated once per week.

3. I first met Violet Blue when she was working at a Good Vibrations retail store sometime prior to 1999. She was a sales person and had recommended some erotic videos to me.

4. In the spring of 1999, I was the non-fiction editor at Gothic.net. Gothic.net was a webzine (a web magazine) on the gothic lifestyle. It included erotica, BDSM, but principally the focus was the gothic or morbid lifestyle.

5. In the spring of 1999, Violet Blue had pitched an idea for an article to me for publication at Gothic.net. She proposed writing an article about lesbian vampire movies. I thought it sounded like an interesting article and I hired her to write it. In or around May of 1999 she turned in the article entitled "Cult of the Fallen Woman," and it was published at Gothic.net.

6. I am confident about the time frame of these events, because I had just taken a second position in April of 1999 at a web-based magazine called "Getting It" (www.gettingit.com). That position was full time, and I remember finding that my position at Getting It made it difficult for me to continue with my duties at Gothic.net. A few months later, by the summertime of 1999, I left Gothic.net to devote my attention primarily to the Getting It position.

7. During the time I worked for Getting It, I was still in communication with Violet Blue. I knew she was continuing to write for various sources, and in particular I knew that she was editing Necromantic.com, another on-line web magazine.

2

DECLARATION OF T. ROCHE ISO PLF BLUE'S  Case No. C 07-5370 SI
MOT. FOR PRELIMINARY INJUNCTION

8. About a year later, in the summer of 2000, I left for a startup sex toy retailer called Labida.com, but was not happy with that position. Violet Blue was still working for Good Vibrations and mentioned to me that Good Vibrations was hiring a web magazine editor for the Good Vibes Magazine. I understood that Ms. Blue had essentially started the web magazine for Good Vibrations, but with her work as the adult film reviewer and editor, they needed someone else to take the role as full time editor. Around October or November 2000, and after some negotiations, Good Vibrations hired me to be the web editor for the Good Vibes Magazine. I stayed in that position until about April 2001, when I moved to the position of Marketing Manager for Good Vibrations.

9. Based on my role as the editor of the Good Vibes Magazine, and later as Good Vibrations' marketing manager, I can attest that at that time Good Vibrations was an industry leader in the sex-positive movement. Good Vibrations covered the adult industry and worked to counter negative stereotypes of the porn industry. It also addressed sexual health concerns and safer sex attitudes. It was one of the most important cultural influences in the development of the sex-positive movement. It influence other similar retailers who imitated the Good Vibrations model and the style of their video reviews, like the ones that Violet Blue authored. In the ten years leading up to 2001, Good Vibrations had experienced explosive growth. The print catalog reached tens of thousands of readers, in many countries. The website also, naturally, reached a broad international audience.

10. In the 1999-2000 time frame, weblogs or blogging had not yet gained mainstream popularity. On-line web magazines (or "webzines") had huge cultural impact because blogging hadn't developed into the medium it is today. Also, the amount of web content at that time was

///
///
///
///
///

3

DECLARATION OF T. ROCHE ISO PLF BLUE'S
MOT. FOR PRELIMINARY INJUNCTION

Case No. C 07-5370 SI

much smaller, making the exposure of a specific webzine like Gothic.net or Good Vibes Magazine, and the authors who write and edit them, much greater.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 24th day of April, 2008, at San Francisco, California.

_____
Thomas Roche