1  COLETTE VOGELE (SBN No. 192865)
   Email: colette@vogelelaw.com
2  BENJAMIN COSTA (SBN No. 245953)
   Email: ben@vogelelaw.com
3  VOGELE & ASSOCIATES
4  580 California Street, Suite 1600
   San Francisco, CA 94104
5  Tel: (415) 751-5737
   Fax: (415) 358-4975
6  Attorneys for Plaintiff
7  VIOLET BLUE

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

| | |
|---|---|
| 11  VIOLET BLUE, an Individual, | Case No. C 07-5370 SI |
| 12         Plaintiff and counter-defendant, | **DECLARATION OF JILL TANNER IN SUPPORT OF PLAINTIFF BLUE'S MOTION FOR PRELIMINARY INJUNCTION** |
| 13 | |
| 14         v. | |
| 15  ADA MAE JOHNSON a/k/a ADA WOOFINDEN, an individual d/b/a VIOLET BLUE a/k/a VIOLET a/k/a VIOLET LUST; et al., | Hon. Judge Illston<br>Courtroom 10, 19th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |
| 16 | |
| 17         Defendants and counterclaimants. | **Hearing Date: May 9, 2008**<br>**Hearing Time: 9:00 a.m.** |
| 18 | |

28                                                              Case No. C 07-5370 SI

DECLARATION OF JILL TANNER ISO PLF BLUE'S MOT. FOR PRELIMINARY INJUNCTION

I, Jill Tanner, declare as follows:

1. My name is Jill Tanner and I am the president and owner of the California Corporation Violet Blue, Inc. I am third party to this litigation. I have personal knowledge of the facts in this declaration unless otherwise stated, and could and would competently testify to them if called as a witness.

2. In late October 2006, I learned that the defendant in this action, Ada Mae Johnson (who I understand is referred to now as "Ada Woffinden"), or someone else acting in concert with her, had falsely named my company as the registrant of the domain name "www.violetblue.org" by providing to the domain name registrar the name "Violet Blue, Inc." as contact information for the registrant. Attached to this declaration as Exhibit **A** is a true and correct copy of the "whois" registry information which erroneously identifies Violet Blue Inc. as the "Registrant Name" and "Admin Name" for the website www.violetblue.org.

3. I learned about this fraudulent registration after having been served with the complaint in this action, <u>Blue v. Johnson et al</u>. (Case No. 07-5370). Violet Blue, Inc., was named in the original complaint and described as the owner of the website, www.violetblue.org, and as one purportedly having control over the content at that site. Violet Blue, Inc. has been subsequently dismissed from this action.

4. I have never given Ms. Woffinden or anyone else permission to register, in my or my company's name, a domain name containing "violetblue".

5. I was shocked to learn that Ms. Woffinden had used my company for registering a website that deals with hardcore pornographic content. I feared that this might damage my reputation, and that of my company, by having been erroneously linked to such sexually explicit content and having had to respond to the litigation pending against my company. As a result, I instructed my attorney, Paul M. Miloknay, to send a cease and desist letter to Ms. Woffinden's attention immediately. A true and correct copy of that letter, dated October 31, 2007, is attached to this declaration as Exhibit **B**.

/ / /

2

DECLARATION OF J. TANNER ISO PLF BLUE'S    Case No. C 07-5370 SI
MOT. FOR PRELIMINARY INJUNCTION

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 24th day of April, 2008, at San Francisco, California.

_____
JILL TANNER

DECLARATION OF J. TANNER ISO PLF BLUE'S
MOT. FOR PRELIMINARY INJUNCTION

Case No. C 07-5370 SI