# ROHNER, WALERSTEIN & MILOKNAY
A LAW CORPORATION

October 31, 2007

Ada Mae Johnson
c/o Violet Blue, Inc.
15963 Sherman Way, Suite 7
Van Nuys, CA 91406

**RE:   Violet Blue, Inc.**

Dear Ms. Johnson:

I represent Jill Tanner, president and owner of the California corporation Violet Blue, Inc. It has come to our attention that you have an internet domain ("violetblue.org") that names Violet Blue, Inc. as the registrant. Since the only Violet Blue, Inc. in California is the one owned by my client, your naming of Violet Blue, Inc. as the registrant of the domain is false, defamatory, and has already led to my client's corporation being improperly named in a lawsuit against you. Accordingly, we hereby demand that you immediately cease and desist from using the corporate name "Violet Blue, Inc." in connection with any of your endeavors.

Please remove all reference to Violet Blue, Inc. from all websites, blogs, audio-visual material, printed material and other material regarding your endeavors immediately and provide written confirmation that you have complied with these demands. Failure to do so will force my client to pursue any and all remedies she may have against you, including but not limited to damages for defamation and harm to Ms. Tanner's business and reputation, the cost of responding to the Federal lawsuit in which my client was improperly named, and any other damages she may sustain as a result of your illegal and fraudulent use of Violet Blue, Inc.

This letter is not a complete recitation of the facts and circumstances surrounding this matter, is not a waiver of anything, and all rights and remedies are hereby expressly reserved.

Sincerely,

Paul M. Miloknay

PMM:dp

cc:   Jill Tanner
      Administrator, Skworm, Inc.