1  COLETTE VOGELE (SBN No. 192865)
   Email: colette@vogelelaw.com
2  BENJAMIN COSTA (SBN No. 245953)
   Email: ben@vogelelaw.com
3  **VOGELE & ASSOCIATES**
4  580 California Street, Suite 1600
   San Francisco, CA 94104
5  Tel: (415) 751-5737
   Fax: (415) 358-4975
6  Attorneys for Plaintiff
7  VIOLET BLUE

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10               SAN FRANCISCO DIVISION

11 VIOLET BLUE, an Individual,          Case No. C 07-5370 SI

12              Plaintiff,              **DECLARATION OF COLETTE VOGELE
                                        IN SUPPORT OF PLAINTIFF BLUE'S
13      v.                             MOTION FOR PRELIMINARY
                                        INJUNCTION**
14 ADA MAE JOHNSON a/k/a ADA
   WOFFINDEN, an individual d/b/a       Hon. Judge Illston
15 VIOLET BLUE a/k/a VIOLET a/k/a       Courtroom 10, 19th Floor
   VIOLET LUST; VIOLET BLUE, INC., a    450 Golden Gate Avenue
16 California Corporation; and DOES 1-10, San Francisco, CA 94102

17              Defendants.            **Hearing Date: May 9, 2008
18                                     Hearing Time: 9:00 a.m.**

19      I, Colette Vogele, declare as follows:

20      1.      I am a member of the State Bar of California, admitted to practice before this

21 Court, founding attorney of Vogele & Associates, and attorney of record for movant Violet Blue

22 herein.  The facts contained in this declaration are known personally to me and, if called as a

23 witness, I could and would testify competently thereto under oath.

24      2.      Attached hereto as Exhibit **A** is a true and correct copy of Defendant Woffinden's

25 Initial Disclosures pursuant to FED. R. CIV. P. 26(a) which, despite that erroneous Declaration

26 of Service attached to the doument, were received by my offices on January 25, 2008 by a email

27

28

DECLARATION OF COLETTE VOGELE ISO PLF BLUE'S         Case No. C 07-5370 SI
MOT. FOR PRELIMINARY INJUNCTION

1    from Defendant's counsel, Robert Apgood.

2        3.    Attached hereto as Exhibit **B** is a true and correct copy of the first Office Action

3    issued during the prosecution of the VIOLET BLUE trademark, Reg No. 3,391,010, dated June

4    15, 2007.

5        4.    Attached hereto as Exhibit **C** is a true and correct copy of the second Office

6    Action issued during the prosecution of the VIOLET BLUE trademark, Reg No. 3,391,010,dated

7    November 1, 2007.

8        5.    Attached hereto as Exhibit **D** is a true and correct copy of the box cover for the

9    film "SMUT 14," released in 1999, depicting a Latina actress promoted as "Violet Blue." In the

10   film, however, the actress introduces herself as merely "Violet." In any event, the actress is not

11   Defendant Woffinden, and to my knowledge Defendant Woffinden does not appear anywhere in

12   this film, SMUT 14.

13       6.    Attached hereto as Exhibit **E** is a true and correct copy of a website showing the

14   availability for sale of the film "Nina Hartley's Guide To Great Sex During Pregnancy,"

15   featuring "Violet Blue."

16       I declare under penalty of perjury under the laws of the State of California that the

17   foregoing is true and correct. Executed this 25th day of April, 2008, at San Francisco, California.

18

19                                              /S/

20                                         Colette Vogele

21

22

23

24

25

26

27

28