Robert S. Apgood
CarpeLaw PLLC
2400 NW 80th Street #130
Seattle, WA 98117
Telephone: 206-624-2379
Facsimile: 206-784-6305
rob@carpelaw.com

John Jeffrey Carter
329 Flume Street
Chico, CA 95927-3606
Telephone: 530-342-6196
Facsimile: 530 342-6195

HON. MARTIN J. JENKINS

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIOLET BLUE, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>ADA MAE JOHNSON et al.,<br><br>Defendants. | **Case No.: C 07-5370 MJJ**<br><br>**DEFENDANT WOOFINDEN'S FED. R. CIV. P. 26(a) INITIAL DISCLOSURES** |

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Defendant Ada Mae Woofinden nee Johnson, aka "Violet" aka "Violet Blue" ("VIOLET BLUE") submits her Initial Disclosures to Plaintiff Violet Blue aka Wendy Sullivan Blue ("SULLIVAN-BLUE"). These disclosures are based solely upon information reasonably available to VIOLET BLUE as of the date of these disclosures. Accordingly, VIOLET BLUE reserves the right to add or otherwise amend these disclosures as necessary pursuant to Fed. R. Civ. P. 26(e).

**(1)(A) the name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing**

DEFENDANT WOOFINDEN'S FED. R. CIV. P. 26(a)
INITIAL DISCLOSURES  - 1

**CARPELAW PLLC**
2400 NW 80th Street #130
Seattle, Washington 98117
(206) 624-2379 - (206) 784-6305 (fax)

**party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information;**

1. Ada Mae Woofinden nee Johnson, aka "Violet," aka "Violet Blue," c/o Robert S. Apgood, CarpeLaw PLLC, 2400 NW 80th Street #130, Seattle, Washington, 98117-4449, Tel: 206-624-2379. Ms. Woofinden can testify from personal knowledge Defendant Woofinden's use of the stage name, "Violet Blue," the time periods in which the name was used, research into possible uses of the name by others prior to use of that name by Defendant Woofinden since as early as July 1999, and Defendant Woofinden's intent for use of that stage name.

2. Plaintiff SULLIVAN-BLUE, c/o Colette Vogele, Esq., Vogele & Associates, 580 California Street Suite 1600, San Francisco, CA 94104, Tel: 415-751-5737. Plaintiff SULLIVAN-BLUE will be able to testify as to the time periods in which she used the name, "Violet Blue," and as to the dates when she allegedly sought and received a lawful name change. Plaintiff SULLIVAN-BLUE can also testify as to when she first learned of Defendant VIOLET BLUE's use of the stage name, "Violet Blue" and why she only recently sought to deny Defendant VIOLET BLUE's use of her stage name.

3. Fed. R. Civ. P. 30(b)(6) representative for Assassin Pictures, Inc. dba AssassinCash, 21110 Nordhoff St., Suite I, Chatsworth, CA 91311, Tel: 818-534-8289. This witness can provide information about Defendant Woofinden's Web site.

4. Fed. R. Civ. P. 30(b)(6) representative for Five Star Video, L.C., 21110 Nordhoff St., Suite I, Chatsworth, CA 91311, Tel: 818-534-8289. This witness can provide information about Defendant Woofinden's Web site.

DEFENDANT WOOFINDEN'S FED. R. CIV. P. 26(a)
INITIAL DISCLOSURES   - 2

**CARPELAW PLLC**
2400 NW 80th Street #130
Seattle, Washington 98117
(206) 624-2379 - (206) 784-6305 (fax)

1    5.    Bill Fox, 18912 San Bernadino Avenue, Bloomington, CA 92316, Tel: 909-208-0618. Mr. Fox can testify to operational aspects and hosting of the Web site located at http://www.violetblue.org.

2    6.    Sabrina Model-Carlberg, 461 Cypress Avenue, San Bruno, CA 94066, Tel: 650-533-5849. Ms. Model-Carlberg can testify as to the circumstances surrounding Defendant VIOLET BLUE's styling her hair in a manner reminiscent of that of the famous model and performer, Betty Page.

3    7.    David Claiborne, c/o Robert S. Apgood, CarpeLaw PLLC, 2400 NW 80th Street #130, Seattle, Washington, 98117-4449, Tel: 206-624-2379. Mr. Claiborne can testify as to the history of and circumstances surrounding the design and maintenance of the Web site located at http://www.violetblue.org.

4    8.    Fed. R. Civ. P. 30(b)(6) representative for AVN Media Network aka AVN Online, 9414 Eton Ave., Chatsworth, California 91311, Tel: 818-718-5788. This representative can testify to the general knowledge in the adult entertainment industry of the identity and notoriety of Defendant VIOLET BLUE, and to the circumstances of Defendant VIOLET BLUE being awarded the January 2001 "Best New Starlet" award by AVN Media Network.

5    9.    All persons identified in Defendant VIOLET BLUE's initial disclosures and fact witness lists, including all supplements and amendments thereto, and any documents or exhibits produced by Defendant VIOLET BLUE.

6    10.   All persons identified in Plaintiff SULLIVAN-BLUE's initial disclosures and fact witness lists, including all supplements and amendments thereto, and any documents or exhibits produced by Plaintiff SULLIVAN-BLUE.

7    11.   All persons necessary to lay foundation for or to authenticate any documents produced by Defendant VIOLET BLUE.

1    12.    All persons necessary to lay foundation for or to authenticate any
2 exhibits in this case.
3    13.    All persons identified, examined, or referenced in any deposition or
4 declaration in this case.

**(1)(B) a copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment;**

Defendant VIOLET BLUE reserves the right to object to the production or admission into evidence of any document, data compilation, or tangible thing on any basis permitted by the Federal Rules of Civil Procedure, Federal Rules of Evidence, or applicable local rules.

1.    Copies of video covers showing Defendant VIOLET BLUE's open and notorious use of her stage name as early as July 1999.

2.    Copies of the Internet Movie Database (IMDB) enumeration and descriptions of the more than 165 movies in which Defendant VIOLET BLUE appeared under her stage name and real name <http://www.imdb.com/name/nm1013326/>.

3.    Marketing and other promotional materials that display Defendant VIOLET BLUE's open and notorious use of her stage name.

These documents, data compilations, and tangible things will be made available for inspection and copying by Plaintiff at a date, time and place mutually agreeable to the parties.

Defendant VIOLET BLUE acknowledges its obligation to supplement these documents as required by Fed. R. Civ. P. 26.

DEFENDANT WOOFINDEN'S FED. R. CIV. P. 26(a)
INITIAL DISCLOSURES   - 4

**CARPELAW PLLC**
2400 NW 80th Street #130
Seattle, Washington 98117
(206) 624-2379 - (206) 784-6305 (fax)

**(1)(C) a computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered;**

Damages to be computed at trial by jury. Damages shall significantly be based on costs and attorneys' fees that shall accrue on an hourly basis during the pendency of litigation. Any document identified above may be used to support a claim of damage. All documentation is available for copy and inspection at the offices of counsel for the Defendant upon reasonable notice.

**(1)(D) for inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment;**

Inapplicable

**(2)(A) In addition to the disclosures required by paragraph (1), a party shall disclose to other parties the identity of any person who may be used at trial to present evidence under Rules 702, 703 or 705 of the Federal Rules of Evidence;**

Though Defendant has not retained such person or persons as of the date of this reply, Defendant reserves the right to do so.

DEFENDANT WOOFINDEN'S FED. R. CIV. P. 26(a)  
INITIAL DISCLOSURES  - 5

**CARPELAW PLLC**  
2400 NW 80th Street #130  
Seattle, Washington 98117  
(206) 624-2379 - (206) 784-6305 (fax)

1   The Defendant respectfully submits the foregoing mandatory disclosures
2   under Rule 26(a)(1) & (2) of the Federal Rules of Civil Procedure and shall update
3   and supplement said disclosures when and if required to do so.

4   DATED THIS 24th day of January 2008.

5   Respectfully submitted,

6   CARPELAW PLLC

8   */s/ Robert S. Apgood*
    Robert S. Apgood, *Pro Hac Vice*
9   WSBA #31023
    Attorney for Defendant Ada Mae Woofinden
10  CARPELAW PLLC
11  2400 NW 80th Street #130
    Seattle, WA 98117-4449
12  Telephone: (206) 624-2379
13  Facsimile: (206) 784-6305
    Email: rob@carpelaw.com

# DECLARATION OF SERVICE

I, Robert S. Apgood, hereby make the following Declaration from personal knowledge that on January 21, 2008, I served the foregoing

    1.    Defendant Woofinden's Fed. R. Civ. P. 26(a) Initial Disclosures; and

    2.    this certificate of Service

on the following attorneys by transmitting an electronic version thereof, by transmitting a facsimile thereof, and by depositing a copy thereof in the U.S. Mail, postage prepaid:

Collette Vogele  
Benjamin Costa  
Vogele & Associates  
580 California Street  
Suite 1600  
San Francisco, CA 94104

I herby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED this 24th of January 2008 at Seattle, Washington.

            CARPELAW PLLC

            *s/ Robert S. Apgood*  
            WSBA # 31023  
            CARPELAW PLLC  
            2400 NW 80th Street #130  
            Seattle, WA 98117-4449  
            Telephone: (206) 624-2379  
            Facsimile: (206) 784-6305  
            E-mail: rob@carpelaw.com

DEFENDANT WOOFINDEN'S FED. R. CIV. P. 26(a)      **CARPELAW PLLC**  
INITIAL DISCLOSURES   - 1                                     2400 NW 80th Street #130  
                                                                      Seattle, Washington 98117  
                                                           (206) 624-2379 - (206) 784-6305 (fax)