

» Search  Title

## Browse

More >
- All Sex
- Amateur
- Anal
- Big Butts
- Big Dicks
- Big Tits
- Black
- Classic
- Closeouts
- Compilation
- Double Penetration
- Gay
- Girl-Girl
- Interracial
- Legal Teen
- MILFs
- Multi-Packs
- Oral
- Plot Based
- SheMale

- Bargain Bin
- Best Sellers
- Top Movie Charts



## Top Studios

More >
- Black Ice Limited
- Digital Playground
- Elegant Angel
- Evasive Angles
- Evil Angel
- Girlfriends Films
- Jules Jordan Productions
- Naughty America
- Third Degree
- Vivid
- West Coast
- Wicked



**Nina Hartley's Guide To Great Sex During Pregnancy**



### Nina Hartley's Guide To Great Sex During Pregnancy DVD

**Our Price:** **$19.19**

[ADD TO CART]
[ADD TO WISH LIST]

**Availability:** Usually ships in 1-2 days

**Format:** DVD

Large Front    Large Back

[Email a Friend]

▶ **Detailed Nina Hartley's Guide To Great Sex During Pregnancy** Nina Hartley's Guide To Great Sex During Pregnancy DVD

| | |
|---|---|
| **Category** | Fetish, Pregnant, Instructional |
| **Studio** | Adam & Eve Pictures |
| **DVD Encoding** | All Regions |
| **All Time Sales Rank** | ◀ 43246 ▶ |
| **CD Universe Part#** | 7657522 |
| **Discs** | 1 |
| **Street Date** | Apr 09, 2008 |

▶ **Nina Hartley's Guide To Great Sex During Pregnancy** Nina Hartley's Guide To Great Sex During Pregnancy Movie Cast

| | |
|---|---|
| **Director** | Ernest Greene |
| **Starring** | Nina Hartley, Tiffany Mynx, Violet Blue, Dick Danger |

▶ **Nina Hartley's Guide To Great Sex During Pregnancy Movie** Nina Hartley's Guide To Great Sex During Pregnancy Movie

America's top selling how to guide is back with an all new volume! We invite you to join Nina Hartley for a very special installment of her Sex Guide series. Nina Hartley's Guide To Great Sex During Pregnancy. Ms. Violet Blue, well along in her second pregnancy, joins Nina to answer questions on the minds of other couples awaiting a new arrival. With help from the father-to-be, Violet demonstrates various positions that they find exciting and comfortable. Nina and Tiffany Mynx, also in advanced pregnancy for the second time, perform a variety of sexual acts that you and your partner can both enjoy while providing helpful tips to promote intimacy and achieve maximum mutual satisfaction.

## Current Top Sellers

More >
1. Grand Theft Orgy
2. Babysitters
3. Cheerleaders
4. Look What Happened To Chloe
5. Big Tits At Work # 2
6. Thick White Asses
7. Mommy Got Boobs
8. Private Teacher
9. Breast Obsessed Too: 4 Pack
10. White Booty Worship

▸ All Time Top Sellers

## Toy Top Sellers

More >
1. Sue Johanson - Head Honcho
2. Tera Patrick Tight Pussy
3. Ultra Lube Bottle - 8 oz.
4. Ultra Tech 3000 - Purple
5. Vibrating Silver Bullet

## Special Features

▸ Black On White
▸ Brand New Starlets
▸ Buy One Get One Free!
▸ Couples Movies
▸ No Dicks Allowed!

## New Releases

| This Week | More > |
|---|---|

1. Big Tits At School # 2
2. It's A Mommy Thing # 3
3. Prime Cups # 4
4. Sperm Overload # 2



## ▶ Adult DVD Features

- Behind The Scenes
- Photo Gallery
- Trailers
- Interviews
- Bonus Scene
- Motion Menus

## ▶ Customers Who Buy Nina Hartley's Guide To Great Sex During Pregnancy Video Purchase

 Barely Legal POV ★★★★½ DVD $21.85

 Hot Cuban Preggo ★★★★☆ DVD $18.49

 Not The Bradys XXX ★★★½☆ DVD $20.15

 Barefoot And Pregnant # 23 ★★★★★ DVD $19.09

ATK Pregnant Amateurs ★★★★★ DVD $22.49

Chesty Prego  [TOP 500] DVD $21.85

## ▶ Reviews

**Write a Review**

On a scale of 1 to 5 stars, with 5 stars being the best

▶ **How do you rate this movie?**  [ 3 stars ]

▶ **Enter a short headline for your review:**

▶ **Type your review below:**

▶ **Enter your e-mail address or first name**
   (Your full email address is never displayed and is not used for marketing purposes.)

▶ **Enter your location:**
   (ex. "Springfield, CT, USA")

### Top Wishlist Stars

More ▶

1. Bree Olson
2. Teagan Presley
3. Eva Angelina
4. Cherokee
5. Sasha Grey
6. Lanny Barby
7. Ashlynn Brooke
8. Brianna Love
9. Jenna Haze
10. Jesse Jane

5. Big Tits Round Ass # 7



## Guidelines

Remember to focus your comments on **Nina Hartley's Guide To Great Sex During Pregnancy DVD**. Check our review guidelines for specific details regarding customer review policy.

To submit your review, please fill out the above form and click "Submit Review." A staff member will then verify your review meets our guidelines. Upon approval, your review will be published within a few days.

Please do not use this form to comment on web site errors or for order related questions. If you have concerns of this nature, please contact customer service by filling out this form.

▶ **Nina Hartley's Guide To Great Sex During Pregnancy Adu**Nina Hartley's Guide To Great Sex During Pregnancy Adult

Thick Azz All Girl Orgies, Squirting 01 {4 Disc Set}, Cougars On The Prowl # 2, In Wad We Trust, Granny 4 Pack (4 Disc Set)

### Help
- General Shipping Information
- Help Section
- Order Status
- FAQs
- How to Order Demo

### Policies
- Safe Shopping Guarantee
- Privacy Policy
- Contact Us
- About Us

### Special Features
- Affiliate Program
- Gift Certificates
- Wish List

   

See All Custodian Of Records (18 U.S.C. Section 2257)

©1996 - 2008 CD Universe

cdu4asppid ice 7657522 cdu4pidall cdu4pls0 ver215cdu cdu4all 4/26/2008 12:03:02 AM