PUBLISHING AGREEMENT

Agreement dated January 17, 2001 between Violet Blue, whose address is ▮▮▮▮ ▮▮▮▮ referred to as "Author" in the present agreement, and Cleis Press, Inc. ("Publisher") whose offices are located at P.O. Box 14684, San Francisco, CA 94114, for publication of a book, ("the Work") tentatively entitled:

The Sweet Life<br/>**Stories of Sexual Fantasies and Adventures for Couples**

The parties agree as follows:

**I. GRANT OF RIGHTS**



1

III. ACCEPTANCE OF MANUSCRIPTS AND CHANGES

██████████████████████████

**V. CORRECTION OF PROOF**

██████████████████████████

**VI. PUBLICATION OF TRADE EDITION**

██████████████████████████

[redacted]

## VII. PRIOR PUBLICATION

[redacted]

## IX. ADVANCES

[redacted]

## X. ROYALTIES

[redacted]

[redacted]

### XII. AUTHOR'S COPIES

[redacted]

### XIII. BANKRUPTCY AND LITIGATION

[redacted]

### XIV. SUITS FOR INFRINGEMENT

[redacted]

### XV. GOVERNING LAW

[redacted]

### XVI. SUCCESSORS AND ASSIGNS

[redacted]

### XVII. WAIVER OR MODIFICATION

[redacted]



XVIII. ARBITRATION



Agreement the day and year first above written:

Author: _____

SS# _____

Publisher: _____
Frédérique Delacoste

7