# PUBLISHING AGREEMENT

Agreement dated May 4, 2001 between Violet blue referred to as "Author" whose address ▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮, and Cleis Press ("Publisher") whose offices are located at P.O. Box 14684, San Francisco, CA 94114, for publication of 2 books entitled .

HOW TO GO DOWN ON A WOMAN, THE ULTIMATE GUIDE TO CUNNINGULUS C lingus

and

HOW TO GO DOWN ON A MAN, THE ULTIMATE GUIDE TO FELLATIO

The parties agree as follows:

## I. GRANT OF RIGHTS



## II. DELIVERY OF WORK, ADDITIONAL MATERIALS AND PERMISSIONS

I



III. ACCEPTANCE OF MANUSCRIPTS AND CHANGES

II

## IV. WARRANTIES AND INDEMNITIES



## V. CORRECTION OF PROOF

## VI. PUBLICATION OF TRADE EDITION



## VII. COPYRIGHT

IV

**VIII. PRIOR PUBLICATION**

**IX. ADVANCES**

**X. ROYALTIES**

**XI. RESERVATION OF RIGHTS TO AUTHOR**

**XII. ACCOUNTING AND PAYMENTS**

V



## XIII.  AUTHOR'S COPIES



## XIV RETURN OF MANUSCRIPT

## XV.  BANKRUPTCY AND LITIGATION

VI



**XVI.  SUITS FOR INFRINGEMENT**

**XVI.  GOVERNING LAW**

**XVII OPTION FOR FUTURE WORK**

**XVII.  SUCCESSORS AND ASSIGNS**

**XVIII.  WAIVER OR MODIFICATION**



## XIX. ARBITRATION

VIII



Agreement the day and year first above written:

Author: _____

Violet Blue

Publisher: _____

Frédérique Delacoste

IX