1  COLETTE VOGELE (SBN No. 192865)
   Email: colette@vogelelaw.com
2  BENJAMIN COSTA (SBN No. 245953)
   Email: ben@vogelelaw.com
3  VOGELE & ASSOCIATES
   12 Geary Street, Suite 701
4  San Francisco, CA 94108
   Tel: (415) 751-5737
5  Fax: (415) 358-4975

6  Attorneys for Plaintiff and Counter-defendant
   VIOLET BLUE
7

8               UNITED STATES DISTRICT COURT FOR THE

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12  VIOLET BLUE, an Individual,              Case No. C 07-5370 SI

13     Plaintiff and Counter-defendant,      **STIPULATION REGARDING ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS**
14     v.                                    **(Docket Nos. 84-8 and 84-9)**

15  ADA MAE JOHNSON a/k/a ADA
    WOFFINDEN, an individual d/b/a
16  VIOLET BLUE a/k/a VIOLET a/k/a
    VIOLET LUST; et al.
17
       Defendants and Counter-claimants.
18

19

20      WHEREAS on April 25, 2008, Plaintiff Violet Blue ("Plaintiff Blue") incorrectly

21  e-filed two exhibits to a declaration (Docket Nos. 84-8 and 84-9), which contained

22  information that is confidential to Plaintiff and a third party, and that should not be in the

23  public record;

24      WHEREAS on April 28, 2008, Plaintiff discovered the error and immediately

25  notified ECF help desk to have the documents placed on "temporary hold"; and

26

27

28

1     WHEREAS, Defendant agrees not to oppose the administrative request of Plaintiff
2 to have Docket Nos. 84-8 and 84-9 permanently removed from the Court's ECF system
3 and the record in this action, and replaced by Docket Nos. 91 and 92, respectively.
4     NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE to the
5 permanent removal of Docket No. 84-8 and 84-9 from the record in this action.

Dated: April 30, 2008             VOGELE & ASSOCIATES

By:    /s/ Colette Vogele
       Colette Vogele
    Attorneys for Plaintiff VIOLET BLUE

COLETTE VOGELE (SBN No. 192865)
Email: colette@vogelelaw.com
BENJAMIN COSTA (SBN No. 245953)
Email: ben@vogelelaw.com
VOGELE & ASSOCIATES
580 California Street, Suite 1600
San Francisco, CA 94104
Tel: (415) 751-5737
Fax: (415) 358-4975

Dated: April 29, 2008             CARPELAW PLLC

By:    /s/Robert S. Apgood
       Robert Apgood
    Attorneys for Defendant ADA MAE
    JOHNSON a/k/a ADA WOOFINDEN, an
    individual d/b/a VIOLET BLUE a/k/a
    VIOLET a/k/a VIOLET LUST

Robert S Apgood
CARPELAW PLLC
2400 NW 80th Street, #130
Seattle, WA 98117
Telephone: (206) 624-2379
Facsimile: (206) 784-6305

John Jeffrey Carter
329 Flume Street
Chico, CA 95927-3606
Telephone: (530) 342-6196
Facsimile: (530) 342-6195

1

2   Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of
    perjury that concurrence in the filing of this document has been obtained from Robert Apgood.

3

4   Dated: April 29, 2008                           VOGELE & ASSOCIATES

5
                                             By:      /s/ Colette Vogele
6                                                      Colette Vogele
                                                 Attorneys for Plaintiff VIOLET BLUE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28