1  COLETTE VOGELE (SBN No. 192865)
   Email: colette@vogelelaw.com
2  BENJAMIN COSTA (SBN No. 245953)
   Email: ben@vogelelaw.com
3  **VOGELE & ASSOCIATES**
   12 Geary Street, Suite 701
4  San Francisco, CA 94108
   Tel: (415) 751-5737
5  Fax: (415) 358-4975

6  Attorneys for Plaintiff and Counter-defendant
   VIOLET BLUE
7

8           UNITED STATES DISTRICT COURT FOR THE

9              NORTHERN DISTRICT OF CALIFORNIA

10                SAN FRANCISCO DIVISION

11

12  VIOLET BLUE, an Individual,              Case No. C 07-5370 SI

13        Plaintiff and Counter-defendant,   **PLAINTIFF'S UNOPPOSED
                                             ADMINISTRATIVE MOTION TO
14  v.                                       REMOVE INCORRECTLY FILED
                                             DOCUMENTS**
15  ADA MAE JOHNSON a/k/a ADA                **(Docket Nos. 84-8 and 84-9)**
    WOFFINDEN, an individual d/b/a
16  VIOLET BLUE a/k/a VIOLET a/k/a
    VIOLET LUST; et al.
17
          Defendants and Counter-claimants.
18

19
          Pursuant to Local Rule 7-11, Plaintiff brings this Unopposed Administrative Motion to
20
    Remove Incorrectly Filed Documents from the Record in this action. For the reasons explained
21
    further below, and in light of the Stipulation Re: Administrative Motion To Remove Incorrectly
22
    Filed Documents ("Stipulation") filed herewith, Plaintiff respectfully requests that documents e-
23
    filed as Docket Nos. 84-8 and 84-9 be permanently removed from the record in this action.
24
          On Friday, April 25, 2008, Plaintiff e-filed a reply brief and several declarations relating
25
    to Plaintiff's motion for preliminary injunction. [*See* Docket Nos. 83-90.] The Declaration of
26
    Plaintiff Blue, filed in connection with that reply brief, included thirteen exhibits. [*See* Docket
27
    No. 84 (Declaration of V. Blue ISO Plaintiff's Motion For Preliminary Injunction).] Exhibits G
28

1    and H of Plaintiff's Declaration contained information that was intended to be redacted from

2    public view. [*See* Docket Nos. 84-8 (Exhibit G), 84-9 (Exhibit H).]

3         On Monday, April 28, 2008, Plaintiff's counsel discovered an electronic-redaction error

4    in Exhibits G and H, by which some confidential information intended for redaction may have

5    remained viewable by the public. Plaintiff's counsel immediately contacted the ECF help desk

6    for this Court, which placed a "temporary hold" on the two documents such that neither is

7    currently available to the public. Plaintiff then e-filed replacements for Exhibit G and H that

8    correct the redactions. [*See* Docket Nos. 91 (Exhibit G), 92 (Exhibit H).] The ECF help desk

9    team has linked the replacement documents to the original filing, Docket No. 84.

10        Plaintiff's counsel also promptly notified counsel for Defendant Woffinden, the only

11   Defendant to have appeared in this action, of the incorrect filing. Counsel for Defendant

12   Woffinden has agreed not to oppose this administrative motion, and stipulates to the relief

13   requested by this administrative motion. [Stipulation at 2:1-3.]

14        Accordingly, Plaintiff respectfully moves this Court to permanently remove from the

15   ECF system and the record in this action the documents in question, namely Docket Nos. 84-8

16   and 84-9.

17        Dated:  April 30, 2008

                                                          VOGELE & ASSOCIATES

18

19

20                                               By:_____/S/_____
                                                            Colette Vogele
21                                                   Attorneys for Plaintiff VIOLET BLUE

22

23

24

25

26

27

28