COLETTE VOGELE (SBN No. 192865)
Email: colette@vogelelaw.com
BENJAMIN COSTA (SBN No. 245953)
Email: ben@vogelelaw.com
**VOGELE & ASSOCIATES**
12 Geary Street, Suite 701
San Francisco, CA 94108
Tel: (415) 751-5737
Fax: (415) 358-4975

Attorneys for Plaintiff and Counter-defendant
VIOLET BLUE

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VIOLET BLUE, an Individual, | Case No. C 07-5370 SI |
| Plaintiff and Counter-defendant, | **[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS FROM DOCKET** |
| v. | |
| ADA MAE JOHNSON a/k/a ADA WOFFINDEN, an individual d/b/a VIOLET BLUE a/k/a VIOLET a/k/a VIOLET LUST; et al. | **(Docket Nos. 84-8 and 84-9)** |
| Defendants and Counter-claimants. | |

Good cause appearing, the Court hereby GRANTS Plaintiff's Unopposed Administrative Motion To Remove Incorrectly Filed Documents From Docket. IT IS HEREBY ORDERED that Docket Nos. 84-8 and 84-9 (Exhs. G & H to Decl. of V. Blue ISO Mot. For Prelim. Inj.) e-filed on April 25, 2008, be removed from the public records and be replaced with Docket Nos. 91 and 92, respectively, e-filed April 28, 2008.

IT IS SO ORDERED.

Dated: _____, 2008     _____
                                  Hon. Judge Susan Illston
                                  UNITED STATES DISTRICT COURT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28