1  COLETTE VOGELE (SBN No. 192865)
   Email: colette@vogelelaw.com
2  BENJAMIN COSTA (SBN No. 245953)
   Email: ben@vogelelaw.com
3  **VOGELE & ASSOCIATES**
   12 Geary Street, Suite 701
4  San Francisco, CA 94108
   Tel: (415) 751-5737
5  Fax: (415) 358-4975

6  Attorneys for Plaintiff and Counter-defendant
   VIOLET BLUE
7

8              UNITED STATES DISTRICT COURT FOR THE

9                NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12 | VIOLET BLUE, an Individual,                    | Case No. C 07-5370 SI
13 |    Plaintiff and Counter-defendant,            | **[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS FROM DOCKET (Docket Nos. 84-8 and 84-9)**
14 |    v.                                          |
15 | ADA MAE JOHNSON a/k/a ADA                      |
   | WOFFINDEN, an individual d/b/a                 |
16 | VIOLET BLUE a/k/a VIOLET a/k/a                 |
   | VIOLET LUST; et al.                            |
17 |                                                |
   |    Defendants and Counter-claimants.           |
18

19    Good cause appearing, the Court hereby GRANTS Plaintiff's Unopposed
20 Administrative Motion To Remove Incorrectly Filed Documents From Docket. IT IS
21 HEREBY ORDERED that Docket Nos. 84-8 and 84-9 (Exhs. G & H to Decl. of V. Blue
22 ISO Mot. For Prelim. Inj.) e-filed on April 25, 2008, be removed from the public records
23 and be replaced with Docket Nos. 91 and 92, respectively, e-filed April 28, 2008.
24
25 <u>IT IS SO ORDERED.</u>

26  Dated: _____, 2008     _____
27                                      Hon. Judge Susan Illston
                                        UNITED STATES DISTRICT COURT
28

PLAINTIFF BLUE'S [DESCRIBE]                    i