COLETTE VOGELE (SBN No. 192865)
Email: colette@vogelelaw.com
BENJAMIN COSTA (SBN No. 245953)
Email: ben@vogelelaw.com
**VOGELE & ASSOCIATES**
12 Geary Street, Suite 701
San Francisco, CA 94108
Tel: (415) 391-3311
Fax: (415) 358-4975

Attorneys for Plaintiff and Counter-defendant
VIOLET BLUE

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VIOLET BLUE, an Individual,<br><br>　　　Plaintiff and Counter-defendant,<br><br>　　　v.<br><br>ADA MAE JOHNSON a/k/a ADA WOFFINDEN, an individual d/b/a VIOLET BLUE a/k/a VIOLET a/k/a VIOLET LUST; ASSASSIN PICTURES INC., a California Corporation; ASSASSINCASH.COM; BILL T. FOX, an individual, a/k/a BILL FOX; FIVE STAR VIDEO L.C., an Arizona Limited Liability Company a/k/a Five Star Video Distributors LLC d/b/a Five Star Fulfillment; and DOES 1-10,<br><br>　　　Defendants and Counter-claimants. | Case No. C 07-5370 SI<br><br>[PROPOSED] **ORDER GRANTING PLAINTIFF VIOLET BLUE'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION**<br><br>The Honorable Susan Illston<br>Courtroom 10, 19th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA 94102<br><br>Hearing Date: May 9, 2008<br>Hearing Time: 9:00 a.m. |

　　　The motion of Plaintiff Violet Blue for a preliminary injunction enjoining Defendant and Counterclaim Plaintiff Ada Woffinden ("Woffinden"); ~~Assassin Pictures Inc., a California corporation ("Assassin"); Assassincash.com ("Cash"); Bill T. Fox, an individual, a/k/a Bill Fox ("Fox"); Five Star Video L.C., an Arizona limited liability company a/k/a Five Star Video Distributors LLC d/b/a Five Star Fulfillment ("Five Star"); and Does 1-10 (collectively~~

1  "~~Defendants~~"), and ~~their officers, directors,~~ agents, servants, employees, ~~members~~, attorneys,
2  distributors and all other persons acting or attempting to act in concert or participation with ~~them~~,
3  came on for hearing on May 9, 2008, before this Court, the Honorable Judge Susan Illston
4  presiding. All interested parties were represented by counsel and given an opportunity to be
5  heard.

6      The Court, having read and considered the papers submitted, and having heard the
7  argument of counsel, hereby ORDERS as follows:

8      1. Defendant, ~~any associated businesses of Defendants,~~ and ~~their officers, directors,~~
9  agents, servants, employees, ~~members,~~ attorneys, distributors, and all other persons, firms or
10 corporations, acting in concert and participation with ~~them~~, their successors and assigns, are
11 hereby enjoined from:

12     a) using names, trademarks, and Internet domains confusingly similar to, or
13        identical to, Plaintiff's trademark VIOLET BLUE (including the name
14        "Violetta Blue");

15     b) infringing any of Plaintiff's trademark rights;

16     c) identifying themselves as Violet Blue;

17     d) using the phrase "Violet Blue" in association with any goods or service;

18     e) attempting to trade upon Plaintiff's goodwill by capitalizing on the Violet
19        Blue name through inclusion of "Violet Blue" history, or by referencing
20        her former appearances as "Violet Blue";

21     2. Defendant, within twenty (20) calendar days of this order, is to cause any
22 Internet domain within her control, including but not limited to http://www.violetblue.org and
23 http://xxx.violetblue.org, to be inactive, so that a browser directed to any such page is not aliased
24 to any other website and email to [anything]@violetblue.org is not delivered to any email
25 system.

26     3. Defendant is to remove, within twenty (20) calendar days of this order, ~~their~~
27 confusingly similar trademarks and prohibited content from all materials to be distributed to the
28 public, including through Defendants' website.

[PROPOSED] ORDER GRANTING PLAINTIFF BLUE'S NOTICE OF MOTION        Case No. 07-05370 SI
AND MOTION FOR PRELIMINARY INJUNCTION    1

4. Defendants are to serve this order on all individuals and/or entities who distribute any films, videos, DVDs, images, audio and/or audiovisual materials that include Woffinden appearing under the name "Violet Blue" and/or any name confusingly similar to Plaintiff's trademark VIOLET BLUE (including "Violetta Blue").

**IT IS SO ORDERED.**

Dated: 5/9/08

THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE