IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIOLET BLUE,<br><br>    Plaintiff,<br><br>v.<br><br>ADA MAE JOHNSON,<br><br>    Defendant.                          / | No. C-07-05370 (EDL)<br><br>**ORDER REGARDING APPEARANCE**<br>**AT SETTLEMENT CONFERENCE** |

Defendant Ada Mae Johnson a/k/a Ada Woffinden and her counsel Mr. Robert Apgood, who both reside in Washington state, requested permission to appear telephonically at the upcoming May 22, 3008 settlement conference. Plaintiff opposes this request on the grounds that meaningful settlement negotiations require presence of Defendant and her counsel. The Court agrees with Plaintiff. Accordingly, Defendant is ordered to appear in person at the upcoming settlement conference with counsel. The Court, however, is sensitive to Defendant's cost concerns and to Mr. Apgood's recent family loss. Accordingly, as suggested by Plaintiff, Defendant may appear at the settlement conference with local counsel. However, local counsel must make themselves familiar with the substantive issues and procedural history of this case. Lead counsel shall appear by telephone.

**IT IS SO ORDERED.**

Dated: May 14, 2008

*Elizabeth D. Laporte*

ELIZABETH D. LAPORTE
United States Magistrate Judge