**In the United States District Court
for the Northern District of California
Magistrate Judge Elizabeth D. Laporte**

**CIVIL MINUTES**

Date: May 22, 2008     Time: 4 hours

Case No: **C-**07-5370 SI (EDL)

Case Name: **VIOLET BLUE v ADA MAE JOHNSON**

Deputy Clerk: Lili M. Harrell     Court Reporter: Lydia Zinn

Attorneys:  Pltf: Colette Vogele     Deft: Robert Apgood
            Benjamin Costa

---

**PROCEEDINGS**

[X] SETTLEMENT CONFERENCE          [] FURTHER SETTLEMENT CONFERENCE

  [X]  Case settled

  []   Did not settle

  []   Partial settlement

[] DISCOVERY CONFERENCE

[] STATUS CONFERENCE RE:_____

[] TELEPHONIC CONFERENCE RE:_____

[] OTHER:_____

CASE CONTINUED TO:_ FOR _

NOTES: Terms of settlement placed on the record.

cc: