COLETTE VOGELE (SBN No. 192865)
Email: colette@vogelelaw.com
BENJAMIN COSTA (SBN No. 245953)
Email: ben@vogelelaw.com
**VOGELE & ASSOCIATES**
12 Geary Street, Suite 701
San Francisco, CA 94108
Tel: (415) 391-3311
Fax: (415) 358-4975

Attorneys for Plaintiff and Counter-defendant
VIOLET BLUE

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VIOLET BLUE, an Individual,<br><br>　　Plaintiff and Counter-defendant,<br><br>v.<br><br>ADA MAE JOHNSON a/k/a ADA WOFFINDEN, an individual d/b/a VIOLET BLUE a/k/a VIOLET a/k/a VIOLET LUST; et al.<br><br>　　Defendants and Counter-claimants. | Case No. C 07-5370 SI<br><br>**STIPULATED PERMANENT INJUNCTION AGAINST DEFENDANTS ASSASSIN PICTURES, INC., ASSASSIN CASH, AND BILL T. FOX; [PROPOSED] ORDER THEREON** |

　　Plaintiff VIOLET BLUE ("Plaintiff") and Defendants ASSASSIN PICTURES INC., also doing business as ASSASSIN CASH and ASSASSINCASH.COM, and BILL T. FOX a/k/a BILL FOX (collectively herein "Defendants") hereby stipulate that Defendants along with their directors, principals, officers, agents, servants, employees, representatives, successors and assigns, and all those persons or entities acting in concert or participation with them, shall be and hereby are PERMANENTLY ENJOINED and restrained from:

　　a) using names, trademarks, and Internet domains that include "Violet Blue" or a phonetic equivalent or misspelling thereof, or any other simulation, reproduction, copy, colorable imitation or confusingly similar variation of Plaintiff's trademark

1  VIOLET BLUE (U.S. Trademark Registration No. 3,391,010), including the name
2  "Violetta" and/or ""Violetta Blue", in connection with any good, service or business
3  of any kind anywhere in the world;
4  b) engaging in any other activity constituting an infringement of any of Plaintiff's
5  trademarks rights, or of Plaintiff's rights in or right to use or to exploit her trademarks
6  and service marks or constituting any dilution of Plaintiff's name, reputation, or
7  goodwill; and
8  c) assisting, aiding, or abetting any other person or business entity in engaging in or
9  performing any of the activities referred to in paragraphs (a) and (b) above.
10 Defendants, within five (5) calendar days of this order, are to cause any Internet domain
11 within their control containing "violetblue" to be inactive, so that a browser directed to any such
12 page is not aliased to any other website.

**IT IS SO STIPULATED.**

Dated: May 16, 2008

Violet Blue, an Individual

By: /s/ Violet Blue

Dated: May 14, 2008

Assassin Pictures, Inc., a California Corporation also doing business as Assassin Cash and AssassinCash.com

By: /s/
Printed name: Bill Fox
Title: Owner

STIPULATED PERMANENT INJUNCTION; [PROPOSED] ORDER THEREON        1        Case No. 07-05370 SI

Dated: May 14, 2008

Bill T. Fox, an Individual a/k/a Bill Fox

By: _____
Bill T. Fox

Approved as to form:

Dated: May 15, 2008

VOGELE & ASSOCIATES

By: _____
Colette Vogele
Attorneys for Plaintiff VIOLET BLUE

Dated: May 15, 2008

Beitchman & Zekian, PC

By: _____
Michelle Seanez
Attorneys for Defendants ASSASSIN PICTURES, INC., ASSASSINCASH.COM, and BILL T. FOX

**IT IS SO ORDERED.**

Dated: _____

_____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

STIPULATED PERMANENT INJUNCTION;
[PROPOSED] ORDER THEREON

2

Case No. 07-05370 SI