COLETTE VOGELE (SBN 192865)
Email: colette@vogelelaw.com
BENJAMIN COSTA (SBN 245953)
Email: ben@vogelelaw.com
**VOGELE & ASSOCIATES**
12 Geary Street, Suite 701
San Francisco, CA 94108
Tel: (415) 751-5737
Fax: (415) 358-4975

Attorneys for Plaintiff
VIOLET BLUE

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VIOLET BLUE, an Individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ADA MAE JOHNSON a/k/a ADA WOFFINDEN, an individual d/b/a VIOLET BLUE a/k/a VIOLET a/k/a VIOLET LUST; et al,<br><br>　　　　　Defendants. | Case No. C 07-5370 SI<br><br>**NOTICE OF DISMISSAL** |

　　　　Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Violet Blue hereby dismisses Defendant Five Star Video L.C., a/k/a Five Star Video Distributors LLC, d/b/a Five Star Fulfillment, an Arizona Limited Liability Company, without prejudice from the above-entitled action.

Dated:  June 12, 2008　　　　　　　　　　VOGELE & ASSOCIATES


　　　　　　　　　　　　　　　　　　　　By: _____/BC/_____
　　　　　　　　　　　　　　　　　　　　　　Benjamin A. Costa

　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff VIOLET BLUE

NOTICE OF DISMISSAL OF
DEFENDANT FIVE STAR VIDEO L.C.