COLETTE VOGELE (SBN 192865)
Email: colette@vogelelaw.com
BENJAMIN COSTA (SBN 245953)
Email: ben@vogelelaw.com
**VOGELE & ASSOCIATES**
12 Geary Street, Suite 701
San Francisco, CA 94108
Tel: (415) 751-5737
Fax: (415) 358-4975

Attorneys for Plaintiff
VIOLET BLUE

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VIOLET BLUE, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>ADA MAE JOHNSON a/k/a ADA WOFFINDEN, an individual d/b/a VIOLET BLUE a/k/a VIOLET a/k/a VIOLET LUST; et al,<br><br>Defendants. | Case No. C 07-5370 SI<br><br>**NOTICE OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Violet Blue hereby dismisses Defendant Five Star Video L.C., a/k/a Five Star Video Distributors LLC, d/b/a Five Star Fulfillment, an Arizona Limited Liability Company, without prejudice from the above-entitled action.

Dated:  June 12, 2008                    VOGELE & ASSOCIATES

By: _____/BC/_____
     Benjamin A. Costa

Attorneys for Plaintiff VIOLET BLUE

IT IS SO ORDERED

Judge Susan Illston

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NOTICE OF DISMISSAL OF
DEFENDANT FIVE STAR VIDEO L.C.