**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 6/20/08

Case No.   C-07-5370 SI            Judge:   SUSAN ILLSTON

Title: VIOLET BLUE -v- ADA MAE JOHNSON

Attorneys: C. Vogele         Ron Apgood (phone)

Deputy Clerk:  Tracy Sutton   Court Reporter:

**PROCEEDINGS**

1)   Further Case Management Conference - HELD
2)
3)

Order to be prepared by:  ( )Pltf   ( )Deft   ( X )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( X ) SUBMITTED
                                        PART

Case continued to  **8/29/08  @ 2:30 p.m.** for Further Case Management Conference

Case continued to   **@ 9:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to   **@ 3:30 p.m.**  for Pretrial Conference

Case continued to   **@ 8:30 a.m.**  for Trial (:  Days)
**Discovery Cutoff: extended to 9/26/08**   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
The parties are discussing settlement.
Counsel shall meet and confer regarding the Myspace postings.
By June 30, 2008, Defense counsel shall file a list of the distributers that the preliminary injunction order was served on.