Robert S. Apgood
CarpeLaw PLLC
2400 NW 80th Street #130
Seattle, WA 98117
Telephone: 206-624-2379
Facsimile: 206-784-6305
rob@carpelaw.com

John Jeffrey Carter
329 Flume Street
Chico, CA 95927-3606
Telephone: 530-342-6196
Facsimile: 530 342-6195

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| VIOLET BLUE, an individual,<br><br>    Plaintiff/Counterclaim Defendant,<br><br>vs.<br><br>ADA MAE JOHNSON et al.,<br><br>    Defendant/Counterclaim Plaintiff. | **Case No.: C 07-5370 SI**<br><br>**NOTICE OF THIRD-PARTY NOTIFICATION**<br><br>Hon. Susan Illston<br>Courtroom 10, 19th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |

    On June 20, 2008, this Honorable Court ordered the Defendant to supply a list of entities that Defendant has contacted regarding delivery of copies of the Permanent Injunction entered by the Court on May 27, 2008.

    Attached hereto as Exhibit A is a copy of the Defendant's email address book. All individuals and entities listed in the exhibit have been send electronic copies of the Injunction. An unredacted copy of the exhibit is available by request.

    In addition to the individuals and entities listed in the address book, a list of individuals contacted by telephone is forthcoming as an addendum to the attached list.

**NOTICE OF THIRD-PARTY NOTIFICATION** - 1                                   Case No. C 07-5370 SI

1  The Defendant lacks the information necessary to contact Vivid, Wicked, VCA, Playboy TV
2  and HBO, but is pursuing that contact information.

CARPELAW PLLC

*s/ Robert S. Apgood*
WSBA # 31023
CarpeLaw PLLC
2400 NW 80th Street #130
Seattle, WA 98117-4449
Telephone: (206) 624-2379
Facsimile: (206) 784-6305
E-mail: rob@carpelaw.com

**NOTICE OF THIRD-PARTY NOTIFICATION** - 2                                        Case No. C 07-5370 SI

**CERTIFICATE OF SERVICE**

I, Robert S. Apgood, do hereby certify that on the 30th day of June 2008, I caused true and correct copies of the following:

1. Notification of Third-Party Notification; and
2. this Certificate of Service

to be served on:

Colette Vogele
Benjamin Costa
Vogele & Associates
12 Geary St., Ste. 701
San Francisco, CA 94108

by the following method(s):

[] Hand Delivery, [] Electronic Mail, [] Facsimile, [] U.S. Mail postage prepaid, [X] CM/ECF

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed at Seattle, Washington,

DATED this 30th day of June 2008.

> CARPELAW PLLC
>
> *s/ Robert S. Apgood*
> WSBA # 31023
> CARPELAW PLLC
> 2400 NW 80th Street #130
> Seattle, WA 98117-4449
> Telephone: (206) 624-2379
> Facsimile: (206) 784-6305
> E-mail: rob@carpelaw.com