# YAHOO! Address Book

| | | |
|---|---|---|
| **Aaron** | **Adam and Eve** *(Strotter)* | **Aftershock Media** |
| **Alexis On Fire** - alexisfyre | **All Media Play** *(Jeff)* | **AMA Content** *(Eric)* |
| **Anabolic** *(Suzanne)* | **Ass In Cage Entertainment** | **Astroglide** - mrastroglide |
| **Bad Ass Frank** | **Bad Ass Frank** *(Frank)* | **Bill Fox** |
| **Bill Fox** | **Blonde Video** | **Bondage By Request** |
| **Bordello Noir** | **Brad Thomas** | **Brazzle Modeling** |
| **Brian Bradley** | **Calendar Creations** *(Brian)* | Carbon Based Films |
| **Christopher Lorenzo** Total Look Studios | **Cliff Prescott** Dallas Video Productions | CortesFoto@ .com |
| **CP Pharmaceutical** | **D Lew** - dlewxxx | **Donovan Trent** |
| **Dustin Woffinden** *(Dust)* | **Evolution Erotica** *(Tom)* | fanadfilmsproductions@ l.com |
| **Fantasy Content** *(Dan)* | **Flynns Video Store** | **Frederico** *(Area101)* |
| **Frontline Film** | **Gold Team Production** | **Heather Fire Magic** |
| **Hollywood** | **Jack Napier** - xxx_rated_wolf | **Jacklyn Lick** |

| | | |
|---|---|---|
| **Jay Allan** | **Jeff A55 Films** | **Joel Lawrence** |
| **John Stutz** *(Dean)* | **Jon Finburg** | **Julie Night** - miss_julie_night |
| **Kamikaze Stunts Centauri** - kamikazestunts | **Kick Ass Pictures** *(Vic)* | **Kink Inc** |
| **Knob Ryder** | **KSEXradio.com** | **Lime Light Girls** |
| **Little Gray Guy** *(Marco)* | **Louis Depaz** - louisdepaz | **Madness Pictures** |
| **Make Your Own Dildo** | **Mark** | **Media Plus Magazine** *(Wyatt)* |
| **MLanza Playboy** | **Pamela Peaks** | **Pastease** |
| **Paul Nathan** | **Ron** TY Management | **Roy Garcia** |
| **Sardos Bar** | **Sascha** | **Shylar** |
| **Simon Saint** | **Sinulate** | **Sky Blue** |
| **Slain Wayne** | **Smash Pictures** *(Stuart)* | **South Bay Productions** |
| staffingbj@        .com | **Stoney Curtis** | **Stylez** |
| **Sun** DVSX | **Suze Randell** | **Sweet Fire Eater** - sweetfireeater |
| *(LFP)* | **Tallen** | **TC Video** |

| **Tee Reel** | **Toyzz.com** | **Trinity Page** |
|---|---|---|
| **Tyce Bune** | **Vic** *(Kick Ass Vic)* | **Video Team** *(Steve)* |
| **Wankus** | Web, Video, Film,Technology | Web, Video, Film,Technology |
| **West Coast Productions** | Wicked Pictures | **XXX Con** |

Print Date: 06/20/2008 03:46 pm

Copyright 2008 Yahoo! Inc. All Rights Reserved.