Robert S. Apgood
CarpeLaw PLLC
2400 NW 80th Street #130
Seattle, WA 98117
Telephone: 206-624-2379
Facsimile: 206-784-6305
rob@carpelaw.com

John Jeffrey Carter
329 Flume Street
Chico, CA 95927-3606
Telephone: 530-342-6196
Facsimile: 530 342-6195

Attorneys for Defendant Ada Mae Woffinden *nee* Johnson

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| VIOLET BLUE, an individual,<br><br>    Plaintiff/Counterclaim Defendant,<br><br>vs.<br><br>ADA MAE JOHNSON et al.,<br><br>    Defendant/Counterclaim Plaintiff. | **Case No.: C 07-5370 SI**<br><br>**NOTICE OF UNAVAILABILITY OF ROBERT S. APGOOD, COUNSEL FOR DEFENDANT**<br><br>Hon. Susan Illston<br>Courtroom 11, 19th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |

TO:   CLERK OF THE COURT

AND TO:   PLAINTIFF AND ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE THAT Robert S. Apgood, counsel for Defendant, Ada Mae Woffinden *nee* Johnson, shall be unavailable on the following dates:

July 27, 2008 through August 15, 2007.

1     The undersigned counsel requests that no motions be noted or proceedings be scheduled during the above period of time.

2     DATED THIS 1st day of July 2008.

Respectfully submitted,

CARPELAW PLLC

*/s/ Robert S. Apgood*
Robert S. Apgood, *Pro Hac Vice*
WSBA #31023
Attorney for Defendant Ada Mae Woffinden
CARPELAW PLLC
2400 NW 80th Street #130
Seattle, WA 98117-4449
Telephone: (206) 624-2379
Facsimile: (206) 784-6305
Email: rob@carpelaw.com

**NOTICE OF UNAVAILABILITY OF ROBERT S. APGOOD, COUNSEL FOR DEFENDANT** - 2     Case No. C 07-5370 MJJ

# DECLARATION OF SERVICE

I, Robert S. Apgood, hereby make the following Declaration from personal knowledge that on July 1, 2008, I served the foregoing:

1. Notice of Unavailability of Robert S. Apgood, Counsel For Defendant; and

2. this certificate of Service

by filing a copy thereof with Clerk of the Court via the Court's CM-ECF system.  As a result of their agreement and the court's rule, the following will be notified of this filing and copies of the documents will be made available to them:

Colette Vogele
Benjamin Costa
Vogele & Associates
12 Geary Street
Suite 701
San Francisco, CA 94108

I herby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED this 1st of July 2008 at Seattle, Washington.

CARPELAW PLLC

*s/ Robert S. Apgood*
*Pro Hac Vice*
WSBA # 31023
CARPELAW PLLC
2400 NW 80th Street #130
Seattle, WA 98117-4449
Telephone: (206) 624-2379
Facsimile: (206) 784-6305
E-mail: rob@carpelaw.com