IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIOLET BLUE,<br><br>        Plaintiff,<br><br>   v.<br><br>ADA MAE JOHNSON,<br><br>        Defendant.<br>                                 / | No. C 07-05370 SI<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S SECOND AMENDED ANSWER** |

Plaintiff Violet Blue moves to strike defendant's second amended answer, filed one month after the Court granted defendant leave to amend her counterclaims. Regrettably, the Court failed to set a deadline for defendant to amend her counterclaims, and the parties failed to inquire. In the absence of a date set by the Court, plaintiff argues that defendant had ten days to file her amended counterclaims, or up until the time plaintiff filed her answer to the counterclaims that remained after the Court's April 7, 2008 Order. The Court does not agree with plaintiff's cramped reading of the Federal Rules of Civil Procedure, and DENIES plaintiff's motion to strike. The Court also DENIES both parties' requests for sanctions.

**IT IS SO ORDERED.**

Dated: July 21, 2008

                                                  SUSAN ILLSTON
                                                  United States District Judge