Robert S. Apgood
CarpeLaw PLLC
2400 NW 80th Street #130
Seattle, WA 98117
Telephone: 206-624-2379
Facsimile: 206-784-6305
rob@carpelaw.com

John Jeffrey Carter
329 Flume Street
Chico, CA 95927-3606
Telephone: 530-342-6196
Facsimile: 530 342-6195

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| VIOLET BLUE, an individual,<br><br>    Plaintiff/Counterclaim Defendant,<br><br>vs.<br><br>ADA MAE JOHNSON et al.,<br><br>    Defendant/Counterclaim Plaintiff. | **Case No.:  C 07-5370 SI**<br><br>**NOTICE OF THIRD-PARTY NOTIFICATION**<br><br>Hon. Susan Illston<br>Courtroom 10, 19th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |

On June 20, 2008, this Honorable Court ordered the Defendant to supply a list of entities that Defendant has contacted regarding delivery of copies of the Permanent Injunction entered by the Court on May 27, 2008.

Attached hereto as Exhibit A is a copy of the Defendant's email address book. All individuals and entities listed in the exhibit have been send electronic copies of the Injunction. An unredacted copy of the exhibit is available by request.

In addition to the individuals and entities listed in the address book, a list of individuals contacted by telephone is forthcoming as an addendum to the attached list.

The Defendant lacks the information necessary to contact Vivid, Wicked, VCA, Playboy TV and HBO, but is pursuing that contact information.

CARPELAW PLLC

*s/ Robert S. Apgood*
WSBA # 31023
CarpeLaw PLLC
2400 NW 80th Street #130
Seattle, WA 98117-4449
Telephone: (206) 624-2379
Facsimile: (206) 784-6305
E-mail: rob@carpelaw.com

# CERTIFICATE OF SERVICE

I, Robert S. Apgood, do hereby certify that on the 30th day of June 2008, I caused true and correct copies of the following:

1. Notification of Third-Party Notification; and

2. this Certificate of Service

to be served on:

Colette Vogele
Benjamin Costa
Vogele & Associates
12 Geary St., Ste. 701
San Francisco, CA 94108

by the following method(s):

[] Hand Delivery, [] Electronic Mail, [] Facsimile, [] U.S. Mail postage prepaid, [X] CM/ECF

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed at Seattle, Washington,

DATED this 30th day of June 2008.

CARPELAW PLLC

*s/ Robert S. Apgood*
WSBA # 31023
CARPELAW PLLC
2400 NW 80th Street #130
Seattle, WA 98117-4449
Telephone: (206) 624-2379
Facsimile: (206) 784-6305
E-mail: rob@carpelaw.com

# YAHOO! Address Book

| | | |
|---|---|---|
| **Aaron** | **Adam and Eve** *(Strotter)* | **Aftershock Media** |
| **Alexis On Fire** - alexisfyre | **All Media Play** *(Jeff)* | **AMA Content** *(Eric)* |
| **Anabolic** *(Suzanne)* | **Ass In Cage Entertainment** | **Astroglide** - mrastroglide |
| **Bad Ass Frank** | **Bad Ass Frank** *(Frank)* | **Bill Fox** |
| **Bill Fox** | **Blonde Video** | **Bondage By Request** |
| **Bordello Noir** | **Brad Thomas** | **Brazzle Modeling** |
| **Brian Bradley** | **Calendar Creations** *(Brian)* | Carbon Based Films |
| **Christopher Lorenzo** <br> Total Look Studios | **Cliff Prescott** <br> Dallas Video Productions | CortesFoto@   .com |
| **CP Pharmaceutical** | **D Lew** - dlewxxx | **Donovan Trent** |
| **Dustin Woffinden** *(Dust)* | **Evolution Erotica** *(Tom)* | fanadfilmsproductions@    l.com |
| **Fantasy Content** *(Dan)* | **Flynns Video Store** | **Frederico** *(Area101)* |
| **Frontline Film** | **Gold Team Production** | **Heather Fire Magic** |
| **Hollywood** | **Jack Napier** - xxx_rated_wolf | **Jacklyn Lick** |

Case 3:07-cv-05370-SI     Document 123-2     Filed 06/30/2008     Page 2 of 6

Yahoo! Address Book – violetblue418                                                                                      6/20/08 3:49 PM

**Jay Allan**                           **Jeff A55 Films**                      **Joel Lawrence**

**John Stutz** *(Dean)*                 **Jon Finburg**                         **Julie Night** - miss_julie_night

**Kamikaze Stunts Centauri** -          **Kick Ass Pictures** *(Vic)*           **Kink Inc**
kamikazestunts

**Knob Ryder**                          **KSEXradio.com**                       **Lime Light Girls**

**Little Gray Guy** *(Marco)*           **Louis Depaz** - louisdepaz            **Madness Pictures**

**Make Your Own Dildo**                 **Mark**                                **Media Plus Magazine** *(Wyatt)*

**MLanza Playboy**                      **Pamela Peaks**                        **Pastease**

**Paul Nathan**                         **Ron**                                 **Roy Garcia**
                                        TY Management

**Sardos Bar**                          **Sascha**                              **Shylar**

**Simon Saint**                         **Sinulate**                            **Sky Blue**

**Slain Wayne**                         **Smash Pictures** *(Stuart)*           **South Bay Productions**

staffingbj@              .com           **Stoney Curtis**                       **Stylez**

**Sun**                                 **Suze Randell**                        **Sweet Fire Eater** - sweetfireeater
DVSX

*(LFP)*                                 **Tallen**                              **TC Video**

Yahoo! Address Book – violetblue418                                                                 6/20/08 3:49 PM

| | | |
|---|---|---|
| **Tee Reel** | **Toyzz.com** | **Trinity Page** |
| **Tyce Bune** | **Vic** *(Kick Ass Vic)* | **Video Team** *(Steve)* |
| **Wankus** | Web, Video, Film,Technology | Web, Video, Film,Technology |
| **West Coast Productions** | Wicked Pictures | **XXX Con** |

Print Date: 06/20/2008 03:46 pm                                           Copyright 2008 Yahoo! Inc. All Rights Reserved.