# FAX COVER

| | |
|---|---|
| To: Colette Vogele | From : Robert Apgood |
| Company : Vogele & Associates | Company : CarpeLaw PLLC |
| Fax Number : 14153584975 | Fax Number : 206-784-6305 |

Subject :

Pages including cover page: 21          Time : 7:24:58 PM          Date : 7/10/08

## MESSAGE

WinFax PRO Cover Page

COLETTE VOGELE (SBN No. 192865)
Email: colette@vogelelaw.com
BENJAMIN COSTA (SBN No. 245953)
Email: ben@vogelelaw.com
VOGELE & ASSOCIATES
12 Geary Street, Suite 701
San Francisco, CA 94108
Tel: (415) 391-3311
Fax:(415) 358-4975
Attorneys for Plaintiff VIOLET BLUE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

|  |  |
|---|---|
| VIOLET BLUE, an individual,<br><br>       Plaintiff/Counterclaim Defendant,<br><br>vs.<br><br>ADA MAE JOHNSON et al.,<br><br>       Defendant/Counterclaim Plaintiff. | Case No.:  C 07-5370 SI<br><br>**PLAINTIFF VIOLET BLUE'S SECOND SET OF REQUESTS FOR PRODUCTION TO DEFENDANT ADA MAE JOHNSON** (Nos. 97 - 98)<br>**AND RESPONSES THERETO**<br><br>Hon. Susan Illston<br>Courtroom 10, 19th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |

**PROPOUNDING PARTY:**  Plaintiff VIOLET BLUE

**RESPONDING PARTY:**    Defendant ADA MAE JOHNSON a/k/a ADA WOOFINDEN

**SET NO.:**                Two (Nos. 97 through 98)

    **PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 34, you are required to respond

under oath to the following requests for production and to deliver to Vogele & Associates, at the

address above, the documents so requested within thirty (30) days of service hereof.

1    **OBJECTION:**        Fed. R. Civ. P. 34 does not require that which Plaintiff contends it

2    requires.

3                                     **DEFINITIONS**

4        1.        "ACTION" means this Civil Action No. 07-5370 pending in the Northern District of

5    California.

6        2.        "AEBN" means A.E.B.N., Inc., its subsidiaries, parent companies, agents, partners, or

7    affiliates, including, without limitation, the Adult Entertainment Broadcast Network" and AEBN.net.

8        3.        "APPEARANCE" means any personal attendance at any event open to the public,

9    invitees, or other ticketed attendees.

10       4.        "AVN" means AVN Media Network, its subsidiaries, parent companies, agents,

11   partners, or affiliates, including, without limitation, AVN.com, AVN Online, AVN Magazine, AVN

12   Adult Entertainment Expo, and the AVN Awards Show.

13       5.        "BETTY BANGS" means the hairstyle associated with Betty Page and generally

14   having the characteristics of being a very dark color with short bangs.

15       6.        "CC BILL" means CC Bill LLC its subsidiaries, parent companies, agents, partners, or

16   affiliates, including, without limitation, ccbill.com.

17       7.        "COMMUNICATIONS" means and refers to any verbal, written, or symbolic

18   expressions, or interchange of any type. To the extent a Request seeks copies of oral

19   COMMUNICATIONS, such COMMUNICATIONS may be provided by sound recording, by

20   transcript, or by contemporaneous memoranda, including slides or computer-generated displays.

21       8.        "DEFENDANT ASSASSIN" means Defendant Assassin Pictures, any subsidiaries,

22   parent companies, agents, partners, or affiliates, including but not limited to Defendant Assassin Cash.

23       9.        "DEFENDANT FIVE STAR" means Defendant Five Star Video, L.C., any

24   subsidiaries, parent companies, agents, partners, or affiliates, including but not limited to Defendant

25   Five Star Video Distributors.

26

PLAINTIFF VIOLET BLUE'S SECOND SET OF REQUESTS FOR PRODUCTION          Case No. C 07-5370 SI
TO DEFENDANT ADA MAE JOHNSON **AND RESPONSES THERETO** - 2

From: Robert Apgood 206-784-6305 To: Colette Vogele    Date: 7/10/08 Time: 7:25:22 PM    Page 4 of 21

10.    "DEFENDANT FOX" means Defendant Bill Fox and any aliases including but not limited to Bill T. Fox.

11.    The term "DOCUMENT" has its broadest possible meaning under the Federal Rule of Civil Procedure 34, includes any writing or thing, and includes the original and any non-identical copy, regardless of origin or location, of any written, typewritten, drawn, charted, recorded, transcribed, punched, taped, filmed or graphic matter, however produced or reproduced, now or formerly in YOUR possession, custody or control, including, but not limited to, any drawing, photograph, book, pamphlet, periodical, letter, correspondence, telegram, invoice, email, contract, purchase order, estimate, report, memorandum, infra-office communication, computer databases, data sheets, data processing cards, tapes, disc recordings, diskettes, memoranda, work papers, work sheets, work records, literature, reports, notes, drafts, diaries, messages, telegrams, books, ledgers, publications, advertisements, brochures, price lists, cost sheets, estimating sheets, bills, bids, time cards, invoices, receipts, purchase orders, contracts, telephone records, and any other records, writings, or computer input or output, working paper, record, study, paper, chart, graph, index, and any transcription(s) thereof, and all other memorialization(s) of any conversations(s), meeting(s), and conference(s), by telephone or otherwise. The term "DOCUMENT" also means every copy of a document where such copy is not an identical duplicate of the original, whether because of deletions, underlinings, showing of blind copies, initialing, signatures, receipt stamps, comments, notations, differences in stationery, or any other difference or modification of any kind.

12.    "EXOTIC EROTIC BALL" means any event or enterprise associated with Perry Mann Inc., including without limitation EEB Productions, Perry Mann, Perry Moldauer, www.exoticeroticball.com, and the event in San Francisco commonly known as the Exotic Erotic Ball.

13.    "IDENTIFY" means to provide sufficient information to enable PLAINTIFF's counsel to contact any PERSON identified (including the name, employer's name, title, business, home address, and telephone number), to locate, recognize, and request production of any DOCUMENT

1    identified, and to describe any COMMUNICATION identified (including the substance of the

2    COMMUNICATION and all PERSONS involved therein).

3        14.    "PERSON" means and refers to any human being, corporation, partnership, association,

4    legal representative, trustee, trustee in bankruptcy, and/or receiver.

5        15.    "PLAINTIFF" means Plaintiff Violet Blue.

6        16.    "RELEVANT PERIOD" means the period starting from the earlier of January 1, 1999,

7    or one year prior to the date YOU first performed or presented YOUR image to any market or

8    audience to the present.

9        17.    "PLAINTIFF'S TRADEMARK" means PLAINTIFF'S common law and federally

10   registered trademark rights in "VIOLET BLUE" (U.S. Application Serial No. 77/121,570, U.S.

11   Trademark Registration No. 3,391,010).

12       18.    "VIOLETBLUE.ORG" means any website associated with that domain name,

13   including but not limited to www.violetblue.org, www.movies.violetblue.org, xxx.violetblue.org, or

14   any other similar subdomain.

15       19.    "YOU," or "YOUR," means Defendant Ada Mae Johnson a/k/a Ada Woffinden, her

16   agents, employees, representatives, attorneys, accountants, brokers, consultants, and anyone else

17   acting on her behalf.

18       20.    Use of the singular form of any word includes the plural and vice versa.

19                                           **INSTRUCTIONS**

20       1.    YOUR response to these Requests for Production will include all DOCUMENTS and

21   information within YOUR possession, custody, or control including, but not limited to,

22   DOCUMENTS and information in the possession, custody, or control of any of YOUR employees,

23   accountants, attorneys, brokers, consultants, or other agents or representatives.

24       2.    These Requests are continuing, requiring YOU to supplement YOUR response and

25   YOUR production of DOCUMENTS in accordance with Fed. R. Civ. P. 26(e) with respect to any

26

1    DOCUMENTS and information within the scope of this request as may be located or acquired

2    following YOUR initial response.

3        3.    The specific or duplicative or overlapping nature of any of the DOCUMENT

4    descriptions set forth below will not be construed to limit the generality or breadth of any other

5    DOCUMENT description contained in this or any other Request for Production of Documents.

6        4.    If YOU claim any form of privilege, whether based on statute or otherwise, as a ground

7    for non-production, YOU are hereby requested to provide the following information:

8            a.    for DOCUMENTS: (i) the date of the DOCUMENT; (ii) the name of the

9    DOCUMENT'S originator, the name of the PERSON(s) to whom it is addressed, and the

10   names of all PERSON(s) who were shown copies or to whom copies were distributed; (iii) a

11   general physical description of the type of DOCUMENT, and the subject matter to which it

12   pertains; (iv) the current custodian of the DOCUMENT; and (v) the precise grounds on which

13   the claim of privilege or other objection to production is based, with sufficient specificity to

14   permit the Court to make a full determination whether the claim of privilege is valid.

15           b.    for oral COMMUNICATIONS: (i) the name of the PERSON making the

16   COMMUNICATION and the names of PERSONS present while the COMMUNICATION was

17   made, and, where not apparent, the relationship of the PERSONS present to the PERSON

18   making the COMMUNICATION; (ii) the date and place of COMMUNICATION; (iii) the

19   general subject matter of the COMMUNICATION; and (iv) the precise grounds on which the

20   claim of privilege or other objection to production is based, with sufficient specificity to permit

21   the Court to make a full determination whether the claim of privilege is valid.

22       5.    Each request should be answered separately and in order.

23       6.    If YOU are unable to respond to any request fully, supply the information that is

24   available and explain why YOUR response is incomplete, the efforts made to obtain the information,

25   and the source from which all responsive information may be obtained.

26

PLAINTIFF VIOLET BLUE'S SECOND SET OF REQUESTS FOR PRODUCTION
TO DEFENDANT ADA MAE JOHNSON **AND RESPONSES THERETO** - 5

Case No. C 07-5370 SI

1        7.    If, for any reason other than a claim of privilege, YOU refuse to respond to any request

2    herein, state the grounds upon which such refusal is based with sufficient particularity to permit a

3    determination of the propriety of such refusal.

4        8.    If, in answering these requests, YOU claim that any request, or a definition or

5    instruction applicable thereto, is ambiguous, do not use such claim as a basis for refusing to respond,

6    but rather set forth as a part of the response the language YOU claim is ambiguous and

7    the interpretation YOU have used to respond to the individual request.

8        9.    Attach or identify all DOCUMENTS referred to or used in connection with the

9    preparation of YOUR responses to these requests.

10        10.    If any DOCUMENT requested herein was at one time in existence, but has been lost,

11    destroyed, transferred voluntarily or involuntarily to others, not subject to YOUR control or otherwise

12    disposed of, or if any DOCUMENT responsive to any request exists, but is not available, IDENTIFY

13    in writing each such DOCUMENT and provide the following information: (i) the date or approximate

14    date it was lost, transferred, destroyed, or otherwise disposed of; (ii) the circumstances and manner in

15    which it was lost, transferred, destroyed, or otherwise disposed of; (iii) the reason or reasons for

16    disposing of the DOCUMENT (if discarded or destroyed); (iv) the identity of all PERSON(s)

17    authorizing or having knowledge of the circumstances surrounding the disposal of the DOCUMENT;

18    (v) the identity of the PERSON(s) who lost, transferred, destroyed or otherwise disposed of the

19    DOCUMENT; and (vi) the identity of all PERSON(s) having knowledge of the contents thereof.

20        11.    Each Request applies to the RELEVANT PERIOD unless otherwise indicated.

21        12.    Each of the foregoing definitions and instructions is hereby incorporated by reference

22    into, and shall be deemed a part of, each and every other definition and instruction contained herein as

23    well as each specific request set forth below.

24    //

25    //

26

PLAINTIFF VIOLET BLUE'S SECOND SET OF REQUESTS FOR PRODUCTION          Case No. C 07-5370 SI
TO DEFENDANT ADA MAE JOHNSON **AND RESPONSES THERETO** - 6

# REQUESTS FOR PRODUCTION

**Request for Production No. 97.**

    All DOCUMENTS referring or relating to YOUR compliance with the Court's Order Granting Plaintiff Violet Blue's Notice of Motion and Motion for Preliminary Injunction, issued May 12, 2008 (Docket No. 99).

**OBJECTION:**    The Request is overly broad in that it seeks production of documents not in the Defendant's possession, custody or control. Defendant response is related only to those documents that are in Defendant's possession, custody or control.

**OBJECTION:**    The Request is cumulative to the requirements of production set forth in that order issued by Hon. Susan Illston on June 20, 2008.

**RESPONSE:**    The email account from which the notifications and copies of the injunction were sent (violetblue4128@yahoo.com) was deleted upon completion of the mailings. See documents produced herewith showing recent notifications.

    *See also*, http://www.avn.com/law/articles/30259.html

**Request for Production No. 98.**

    All DOCUMENTS referring or relating to YOUR COMMUNICATION with third-parties regarding the Court's Order Granting Plaintiff Violet Blue's Notice of Motion and Motion for Preliminary Injunction, issued May 12, 2008 (Docket No. 99).

**OBJECTION:**    The Request is cumulative to the requirements of production set forth in that order issued by Hon. Susan Illston on June 20, 2008.

**RESPONSE:**    Please see response to Request For Production No. 97.

PLAINTIFF VIOLET BLUE'S SECOND SET OF REQUESTS FOR PRODUCTION
TO DEFENDANT ADA MAE JOHNSON **AND RESPONSES THERETO** - 7

Case No. C 07-5370 SI

1

2          Dated:  May 14, 2008

3                                              VOGELE & ASSOCIATES

4

5          By: _____
           Colette Vogele
6          Attorneys for Plaintiff VIOLET BLUE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

PLAINTIFF VIOLET BLUE'S SECOND SET OF REQUESTS FOR PRODUCTION          Case No. C 07-5370 SI
TO DEFENDANT ADA MAE JOHNSON **AND RESPONSES THERETO** - 8

**DECLARATION OF SERVICE**

1                         

2        I, Benjamin A. Costa, hereby declare:

3        I am over eighteen years of age and not a party to the within cause. My business address is 12

4  Geary Street, Suite 701, San Francisco, CA 94108. On May 14, 2008, I served a copy of PLAINTIFF

5  VIOLET BLUE'S SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO

6  DEFENDANT ADA MAE JOHNSON a/k/a ADA WOOFINDEN (Nos. 97-98) on the following, by

7  placing the same in an envelope addressed as follows:

8  Robert S. Apgood
    CarpeLaw PLLC
9  2400 NW 80th Street #130
    Seattle, WA 98117

10

11        Said envelope was then, on said date, sealed and deposited in the United States mail at San

12  Francisco, California, San Francisco County, the county in which I am employed, with the postage

13  thereon fully prepaid.

14        I declare under penalty of perjury that the foregoing is true and correct. Executed on May 14,

15  2008 at San Francisco, California.

16

17  _____

18                   Benjamin A. Costa

19

20

21

22

23

24

25

26

1

2

## **CERTIFICATION**

3        The undersigned attorney has read the foregoing Responses to Plaintiff Violet Blue's Second

4    Set of Requests For Production To Defendant Ada Mae Johnson a/k/a Ada Woffinden and any

5    objections thereto, and certifies that the responses and objections are in compliance with Federal Rule

6    of Civil Procedure 26(g).

7

8        _____

9        Robert S. Apgood

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

PLAINTIFF VIOLET BLUE'S SECOND SET OF REQUESTS FOR PRODUCTION          Case No. C 07-5370 SI
TO DEFENDANT ADA MAE JOHNSON **AND RESPONSES THERETO** - 10

## DECLARATION OF SERVICE

I, Robert S. Apgood, hereby make the following Declaration from personal knowledge that on July 10, 2008, I served the foregoing:

1.    Plaintiff Violet Blue's Second Set Of Requests For Production To Defendant Ada Mae Johnson **And Responses Thereto**; and

2.    this Declaration

by depositing copies thereof in the U.S. Mail, postage prepaid to:

Colette Vogele
Benjamin Costa
Vogele & Associates
12 Geary St., Ste. 701
San Francisco, CA 94108

I herby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED this 10th day of July 2008 at Seattle, Washington.

CARPELAW PLLC

*s/ Robert S. Apgood*
*Pro Hac Vice*
WSBA # 31023
CARPELAW PLLC
2400 NW 80th Street #130
Seattle, WA 98117-4449
Telephone: (206) 624-2379
Facsimile: (206) 784-6305
E-mail: rob@carpelaw.com

Yahoo! Address Book – violetblue418

# REDACTED

6/20/08 3:49 PM

## YAHOO! Address Book

**Aaron**

**Adam and Eve** *(Strotter)*

**Aftershock Media**

**Alexis On Fire** - alexisfyre

**All Media Play** *(Jeff)*

**AMA Content** *(Eric)*

**Anabolic** *(Suzanne)*

**Ass In Cage Entertainment**

**Astroglide** - mrastroglide

**Bad Ass Frank**

**Bad Ass Frank** *(Frank)*

Bad Ass Modeling

**Bill Fox**

Assassin Pictures

**Bill Fox**

**Blonde Video**

**Bondage By Request**

**Bordello Noir**

**Brad Thomas**

**Brazzle Modeling**

**Brian Bradley**

**Calendar Creations** *(Brian)*

Carbon Based Films

**Christopher Lorenzo**

Total Look Studios

**Cliff Prescott**

Dallas Video Productions

**CP Pharmaceutical**

**D Lew** - dlewxxx

**Donovan Trent**

**Dustin Woffinden** *(Dust)*

**Evolution Erotica** *(Tom)*

**Fantasy Content** *(Dan)*

**Flynns Video Store**

**Frederico** *(Area101)*

**Frontline Film**

**Gold Team Production**

**Heather Fire Magic**

**Hollywood**

**Jack Napier** - xxx_rated_wolf

**Jacklyn Lick**

# REDACTED

Yahoo! Address Book – violetblue418                                                                          6/20/08 3:49 PM

**Jay Allan**

**Jeff A55 Films**

**Joel Lawrence**

**John Stutz** *(Dean)*

**Jon Finburg**

**Julie Night**  - miss_julie_night

**Kamikaze Stunts Centauri**  -

**Kick Ass Pictures** *(Vic)*

**Kink Inc**

**Knob Ryder**

**KSEXradio.com**

**Lime Light Girls**

**Little Gray Guy** *(Marco)*

**Louis Depaz**  - louisdepaz

**Madness Pictures**

**Make Your Own Dildo**

**Mark**

**Media Plus Magazine** *(Wyatt)*

**MLanza Playboy**

**Pamela Peaks**

**Pastease**

**Paul Nathan**

**Ron**
TY Management

**Roy Garcia**
r

**Sardos Bar**

**Sascha**

**Shylar**

**Simon Saint**

**Sinulate**

**Sky Blue**

**Slain Wayne**

**Smash Pictures** *(Stuart)*

**South Bay Productions**

**Stoney Curtis**

**Stylez**

**Sun**
DVSX

**Suze Randell**

**Sweet Fire Eater**  - sweetfireeater

*(LFP)*

**Tallen**

**TC Video**

From: Robert Apgood 206-784-6505 To: Colette Vogele

**REDACTED**

Yahoo! Address Book – violetblue418                                        6/20/08 3:49 PM

**Tee Reel**                    **Toyzz.com**                    **Trinity Page**


**Tyce Bune**                   **Vic** *(Kick Ass Vic)*         **Video Team** *(Steve)*


**Wankus**
                                Web, Video, Film,Technology      Web, Video, Film,Technology


**West Coast Productions**
                                Wicked Pictures                  **XXX Con**


Print Date: 06/20/2008 03:46 pm              Copyright 2008 Yahoo! Inc. All Rights Reserved.

Print                                                                                    Page 1 of 1

**From:** Noname Jane (
**To:**
**Date:** Wednesday, July 2, 2008 1:55:03 PM
**Subject:** Violet Blue Temporary Injunction

REDACTED

 Hello!  Attached is the injunction I called you about regarding the use of the name Violet Blue.  My
new name is Noname Jane if you wish to change the name on the boxcovers of the films I've been in for
your company.

Confidentiality Notice: The information contained in this electronic message is PRIVILEGED and
confidential information intended only for the use of the individual entity or entities named as recipient
or recipients. If the reader is not the intended recipient, be hereby notified that any dissemination,
distribution or copy of this communication is strictly prohibited. If you have received this
communication in error, please notify me immediately by electronic mail and permanently delete this
message from your computer system. Thank you.

From: Robert Apgood  206-784-6305  To: Colette Vogele                    Date: 7/10/08  Time: 7:25:22 PM

Print                                                                    Page 1 of 1

**From:** Noname Jane (_____.)    
**To:**
**Date:** Wednesday, July 2, 2008 1:53:16 PM
**Subject:** Violet Blue Temporary Injunction

Hello Gabor, here is that injunction I spoke with you on the phone about.  My new name is Noname
Jane in case you decided to change it on the box covers.

Confidentiality Notice: The information contained in this electronic message is PRIVILEGED and
confidential information intended only for the use of the individual entity or entities named as recipient
or recipients. If the reader is not the intended recipient, be hereby notified that any dissemination,
distribution or copy of this communication is strictly prohibited. If you have received this
communication in error, please notify me immediately by electronic mail and permanently delete this
message from your computer system. Thank you.

Print                                                              Page 1 of 1

REDACTED

**From:** Noname Jane (                    )
**To:** Omar
**Date:** Wednesday, June 25, 2008 1:12:24 PM
**Subject:** Re: temporary injuction

Everything going great.  Hows your new grandbaby doing?  When you wanna shoot again?  Love, Ada

Confidentiality Notice: The information contained in this electronic message is PRIVILEGED and
confidential information intended only for the use of the individual entity or entities named as recipient
or recipients. If the reader is not the intended recipient, be hereby notified that any dissemination,
distribution or copy of this communication is strictly prohibited. If you have received this
communication in error, please notify me immediately by electronic mail and permanently delete this
message from your computer system. Thank you.


----- Original Message ----
From: Omar <                    >
To: noname.              Com
Sent: Friday, June 20, 2008 4:58:47 PM
Subject: Re: temporary injuction

You'll always be Violet Blue in my heart :)

I hadn't seen it, and will get on it.

Hope all is well,
Omar

On 6/20/08 4:48 PM, "Noname Jane" <                    > wrote:

> Hey Omar, I just wanted to make sure you got a copy of the temporary injuction
> against the use of the name Violet Blue.  Be sure to update your box covers to
> the name Noname Jane for me.  Injuction is attached.  Love, Ada
>
>
>

--
Omar
Bellezza Video

Print                                                                      Page 1 of 1

**From:** Noname Jane (                                )     
**To:**
**Date:** Wednesday, July 2, 2008 2:30:22 PM
**Subject:** Violet Blue Injunction

Hello Dominic,  sorry I rushed to get off the phone, but I was on a cordless and the battery started to die!  Here is the temporary injunction order I told you about regarding the use of the name Violet Blue. My new name is Noname Jane so if you decide to change the boxcovers I'd be greatful if you used my new name.  Thanks so much for your time.  Ada Woffinden

Confidentiality Notice: The information contained in this electronic message is PRIVILEGED and confidential information intended only for the use of the individual entity or entities named as recipient or recipients. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify me immediately by electronic mail and permanently delete this message from your computer system. Thank you.

From: Robert Apgood 206-784-6505 To: Colette Vogele                    Date: 7/10/08 Time: 7:23:22 PM                        Page 20 of 21

Print                                                                    Page 1 of 1

**From:** Noname Jane ( _____ )
**To:**
**Date:** Wednesday, July 2, 2008 2:26:53 PM
**Subject:** Violet Blue Injunction



Hello!  I've attached the temporary injunction order we spoke about on the phone.  My new name is
Noname Jane if you'd like to reflect that on the new boxcovers.  Thanks so much!  Ada Woffinden
Confidentiality Notice: The information contained in this electronic message is PRIVILEGED and
confidential information intended only for the use of the individual entity or entities named as recipient
or recipients. If the reader is not the intended recipient, be hereby notified that any dissemination,
distribution or copy of this communication is strictly prohibited. If you have received this
communication in error, please notify me immediately by electronic mail and permanently delete this
message from your computer system. Thank you.

From: Robert Apgood 206-784-0303 To: Colette Vogele    Date: 7/10/08 Time: 7:25:22 PM    Page 21 of 21

Print                                                                                          Page 1 of 1

**From:** Noname Jane (                        .)
**To:** :
**Date:** Wednesday, July 2, 2008 2:24:56 PM
**Subject:** Violet Blue Injunction



Hello Suzzie, I've attached the temporary injunction order.  My new name is Noname Jane if you wish
to put that on the boxcovers with me in it.  Thanks, Ada Woffinden

Confidentiality Notice: The information contained in this electronic message is PRIVILEGED and
confidential information intended only for the use of the individual entity or entities named as recipient
or recipients. If the reader is not the intended recipient, be hereby notified that any dissemination,
distribution or copy of this communication is strictly prohibited. If you have received this
communication in error, please notify me immediately by electronic mail and permanently delete this
message from your computer system. Thank you.