COLETTE VOGELE (SBN 192865)
Email: colette@vogelelaw.com
BENJAMIN COSTA (SBN 245953)
Email: ben@vogelelaw.com
**VOGELE & ASSOCIATES**
12 Geary Street, Suite 701
San Francisco, CA 94108
Tel: (415) 391-3311
Fax: (415) 358-4975

Attorneys for Plaintiff and Counter-defendant
VIOLET BLUE

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VIOLET BLUE, an Individual,<br><br>    Plaintiff and Counter-defendant,<br><br>    v.<br><br>ADA MAE JOHNSON a/k/a ADA WOFFINDEN, an individual d/b/a VIOLET BLUE a/k/a VIOLET a/k/a VIOLET LUST; et al.<br><br>    Defendants and Counter-claimants. | Case No. C 07-5370 SI<br><br>**[PROPOSED] ORDER<br>TO SHOW CAUSE RE:<br>DEFENDANT'S COMPLIANCE<br>WITH PRELIMINARY INJUNCTION<br>AND JUNE 24, 2008 ORDER**<br><br>The Honorable Susan Illston<br>Courtroom 10, 19th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |

    Plaintiff Violet Blue's Ex Parte Application for an Order To Show Cause Regarding Defendant's Compliance with the Court's Order Granting Plaintiff Violet Blue's Notice of Motion and Motion for Preliminary Injunction Order (Docket No. 99) ("Preliminary Injunction Order") and this Court's June 24, 2008 Order (Civil Minutes, Docket No. 111) has been received by this Court.

    The Court, having read and considered the papers submitted regarding this motion, hereby ORDERS that on or before September 8, 2008, Defendant shall show cause regarding her compliance with this Court's Preliminary Injunction Order and Order of June 24, 2008.  In

particular, Defendant shall file:

(1) an affidavit detailing Defendant's compliance with Paragraph 4 of the Preliminary Injunction Order and this Court's Order dated June 24, 2008 (Docket No. 111); and

(2) a proof of service in compliance with Federal Rule of Civil Procedure 5 regarding Defendant's service of the Preliminary Injunction Order on "all individuals and/or entities who distribute any films, videos, DVDs, images, audio and/or audiovisual materials that include [Defendant] appearing under the name "Violet Blue" and/or any name confusingly similar to Plaintiff's trademark VIOLET BLUE (including 'Violetta Blue')."

**IT IS SO ORDERED.**

Dated: September __, 2008

Hon. Judge Susan Illston
UNITED STATES DISTRICT COURT