Robert S. Apgood (Pro Hac Vice)
**CARPELAW PLLC**
2400 NW 80th Street #130
Seattle, WA 98117-4449
Telephone: (206) 624-2379
Facsimile: (206) 784-6305
Email: rob@carpelaw.com

John Jeffrey Carter
329 Flume Street
Chico, CA 95927-3606
Telephone: 530-342-6196
Facsimile: 530-342-6195

Attorneys for Defendant Ada Mae Woffinden *nee* Johnson

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| VIOLET BLUE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ADA MAE JOHNSON, *et al.*,<br><br>　　　　Defendant. | CASE NO. CV 07-05370 SI<br><br>**DEFENDANT JOHNSON'S RESPONSE TO EX PARTE APPLICATION FOR AN ORDER TO SHOW CAUSE RE: DEFENDANT'S COMPLIANCE WITH PRELIMINARY INJUNCTION AND JUNE 24, 2008 ORDER**<br><br>Assigned to Hon. Susan Illston<br>Courtroom 10, 19th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |

1  COMES NOW the Defendant Ada Mae Woffinden *nee* Johnson and, as her
2 response to Plaintiff's application for an order to show cause re: Defendant's Ex Parte
3 Application for an Order to Show Cause re: Defendant's Compliance with Preliminary
4 Injunction and June 24, 2008 Order, states the following:

5  Plaintiff's Application is, admittedly, based upon Fed. R. Civ. P. 5, which Rule
6 Defendant Woffinden respectfully submits relates *only* to "parties" to an action. *See*
7 *Fed. R. Civ. P. 5(a)*. However, even if Fed. R. Civ. P. 5 applies in this situation,
8 Defendant Woffinden respectfully submits that she complied with the Rule per Fed. R.
9 Civ. P. 5(b)(2)(D). Defendant has submitted to this Honorable Court its "RESPONSE
10 to re [111] Case Management Conference - Further Notification of Third-Parties of
11 Permanent Injunction by Ada Mae Johnson" and the exhibit thereto in response to this
12 Honorable Court's Order dated June 24, 2008, identifying those individuals who had
13 been served with copies of the Preliminary Injunction.

14  If this Honorable Court determines that this notification is insufficient under Fed.
15 R. Civ. P. 4(l), the applicable Rule Defendant Woffinden submits is the controlling
16 Rule in this situation, Defendant Woffinden stands ready to provide the notification to
17 the Court in such form as this Court may instruct.

18  Dated this 3rd of September 2008.

19           Respectfully submitted,
20           **CARPELAW PLLC**
21
22           _____
23           WSBA # 31023
             CARPELAW PLLC
24           2400 NW 80th Street #130
             Seattle, WA 98117
25           Telephone: (206) 624-2379
26           Fax: (206) 784-6305
             E-mail: rob@carpelaw.com
27           Attorney for Defendant Ada Mae Woffinden
28

2                                                    CV 07-05370 SI

# CERTIFICATE OF SERVICE

I, Robert S. Apgood, do hereby certify that on the 3rd of September 2008, I caused true and correct copies of the following:

1. Defendant Johnson's Response to Ex Parte Application For Order to Show Cause; and

2. this Certificate of Service

to be served on:

Collette Vogele
Vogele and Associates
12 Geary Street, Ste. 701
San Francisco, CA 94108

by facsimile, by electronic mail, and by depositing copies of the same in the U.S. Mail, postage prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed at Seattle, Washington,

DATED this 3rd of September 2008.

**CARPELAW PLLC**

WSBA # 31023
CARPELAW PLLC
2400 NW 80th Street #130
Seattle, WA 98117-4449
Telephone: (206) 624-2379
Facsimile: (206) 784-6305
E-mail: rob@carpelaw.com