UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 8/29/08

Case No.   C-07-5370 SI          Judge:   SUSAN ILLSTON

Title: VIOLET BLUE -v- ADA MAE JOHNSON

Attorneys: C. Vogele, Costa,          Ron Apgood (phone)

Deputy Clerk:  Tracy Sutton  Court Reporter:

**PROCEEDINGS**

1)   Further Case Management Conference - HELD
2)
3)

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                         PART

Case continued to **12/19/08  @ 2:30 p.m.** for Further Case Management Conference

Case continued to     @ 9:00 a.m.    for Motions
(Motion due , Opposition  Reply )

Case continued to     @ 3:30 p.m.   for Pretrial Conference

Case continued to     @ 8:30 a.m.   for Trial (:  Days)
**Discovery Cutoff: extended to 9/26/08**   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
The parties shall participate in a further settlement conference with Magistrate-Judge Laporte between 9/22/08 and 9/30/08.

The Court indicated that all parties should make personal appearances at the settlement conference but will ultimately leave the decision to Judge Laporte.

Cc: Lili