|  | **UNITED STATES DISTRICT COURT** |
|---|---|
| AMENDED | **NORTHERN DISTRICT OF CALIFORNIA** |

<u>CIVIL PRETRIAL MINUTES</u>

Date: <u>8/29/08</u>

Case No.  <u>C-07-5370 SI</u>          Judge:  <u>SUSAN ILLSTON</u>

Title: <u>VIOLET BLUE</u> -v- <u>ADA MAE JOHNSON</u>

Attorneys: C. Vogele, Costa,       Ron Apgood (phone)

Deputy Clerk:  <u>Tracy Sutton</u>  Court Reporter:

**PROCEEDINGS**

1)  <u>Further Case Management Conference - HELD</u>
2)  <u>                                                              </u>
3)  <u>                                                              </u>

Order to be prepared by:  (  )Pltf   (  )Deft   (  )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                           PART

Case continued to **12/19/08 @ 2:30 p.m.** for Further Case Management Conference

Case continued to    **@ 9:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to    **@ 3:30 p.m.**  for Pretrial Conference

Case continued to    **@ 8:30 a.m.**  for Trial (:  Days)
**Discovery Cutoff: extended to 9/26/08**   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
Any motion for leave to amend must be filed on or before September 12, 2008.

The parties shall participate in a further settlement conference with Magistrate-Judge Laporte between 9/22/08 and 9/30/08.

The Court indicated that all parties should make personal appearances at the settlement conference but will ultimately leave the decision to Judge Laporte.

Cc: Lili