UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

VIOLET BLUE, an individual,

    Plaintiff/Counterclaim Defendant,

vs.

ADA MAE JOHNSON et al.,

    Defendant/Counterclaim Plaintiff.

**Case No.:  C 07-5370 SI**

**AFFIDAVIT OF SERVICE OF PRELIMINARY INJUNCTION**

Hon. Susan Illston

I, Ada Mae Woffinden, having been duly sworn, upon my oath, aver to the following:

On May 9, 2008, the Court entered its Order Granting Plaintiff Violet Blue's Notice of Motion and Motion For Preliminary Injunction (Docket No. 99) ("Order"). Paragraph 4 of the Order states, in its entirety,

> Defendant is to serve this order on all individuals and/or entities who distribute any films, videos, DVDs, images, audio and/or audiovisual materials that include Woffinden appearing under the name "Violet Blue" and/or any name confusingly similar to Plaintiff's trademark VIOLET BLUE (including "Violetta Blue").

1   On June 20, 2008, this Court ordered Defendant Woffinden to "file a list of the
2   distributers *[sic]* that the preliminary injunction order was served on" by June 30, 2008
3   (Docket No. 111)("June 24 Order").
4   On September 3, 2008, this Court issued its order (Docket No. 125) requiring
5   Defendant Woffinden to produce this affidavit accompanied by certification of service
6   of the Preliminary Injunction by Defendant Woffinden.
7   On June 30, 2008, Defendant Woffinden filed her responsive Notification of
8   Third-Parties (Docket No. 113)("Notification").  Attached to the Notification was a list
9   of contacts to whom your affiant sent copies of the Preliminary Injunction.
10  Your affiant is not the copyright owner of any of the videos, DVDs, images,
11  audio and/or audiovisual materials ("Works") that are subject to the Order.  Rather,
12  your affiant was merely a performer who was compensated solely on that basis and
13  solely for that purpose.
14  Your affiant does not receive any royalties or other ongoing compensation for her
15  performances in the Works.
16  Your affiant has no legal influence over the owners of the Works.
17  In many cases, your affiant does not know who the copyright owners of the
18  Works are, nor who distribute goods owned by the copyright holders.
19  Many individuals in the adult entertainment industry are known to others only by
20  their nicknames.  As such, your affiant does not know the legal names of many of the
21  individuals to whom copies of the Preliminary Injunction were sent.
22  In a good faith attempt to comply with the Order, your affiant sent copies of the
23  Order to all individuals and entities that your affiant knew how to contact to notify them
24  of the Preliminary Injunction.
25  Filed concurrently with this affidavit are declarations of service detailing contacts
26

AFFIDAVIT OF SERVICE OF PRELIMINARY INJUNCTION - 2                Case No. C 07-5370 SI

with individuals and entities that may be distributing copies of the Works.

Your affiant was unable to contact the following entities:

Dane Productions
Elegant Angel Productions
Hustler/Vivid Video
Kick Ass Productions
New Sensation

Your affiant contacted the following individuals and/or entities by telephone and sent each a copy of the Preliminary Injunction by electronic mail:

Naughty America
J.B. Video
LFP Video
AMA Content
Dave Naz
Ken Marcus
All Media Play
Saint Entertainment
Eric Bremmer
DVSX
Devils Films
Evil Angel
Heatwave
JM Productions
Metro
Pleasure Productions
Sin City
Vivid Entertainment
Wicked
West Coast Productions
Zero Tolerance

In an abundance of caution, your affiant contacted an editor at AVN Media, the publishers of the AVN Online web-based magazine, in an effort to have a copy of the Preliminary Injunction reproduced in their publication.

1  I hereby declare under penalty of perjury under the laws of the United States of
2  America that the foregoing is true and correct.
3  FURTHER YOUR AFFIANT SAYETH NAUGHT.
4  EXECUTED this 8th day of September 2008.

*Ada Woffinden*
Ada Mae Woffinden

STATE OF WASHINGTON  )
                     ) ss.
COUNTY OF GRAYS HARBOR )

BEFORE ME this 8th day of SEPTEMBER 2008 appeared the above named individual who is personally known to me, or who produced satisfactory identification, and acknowledged the same as his/her voluntary act and who executed the same freely and voluntarily for the purposes therein expressed.

LOUISE McCUTCHEON
NOTARY PUBLIC
STATE OF WASHINGTON
My Commission Expires Dec. 14, 2010

*Louise McCutcheon*
LOUISE McCUTCHEON
Printed Name
In and for the State of Washington

Residing at: OCEAN SHORES

My commission expires: 12-14-2010

AFFIDAVIT OF SERVICE OF PRELIMINARY INJUNCTION - 4        Case No. C 07-5370 SI