1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

VIOLET BLUE, an individual,

           Plaintiff/Counterclaim Defendant,

  vs.

ADA MAE JOHNSON et al.,

           Defendant/Counterclaim Plaintiff.

**Case No.:  C 07-5370 SI**

**DECLARATION OF SERVICE OF PRELIMINARY INJUNCTION**

Hon. Susan Illston

I, Ada Mae Woffinden, hereby make the following Declaration from personal knowledge that on July 2, 2008, I contacted the following individuals and/or entities by telephone and informed them of the Preliminary Injunction issued in the above-captioned matter, and then served them with a copy of the Preliminary Injunction by electronic mail:

    Naughty America
    J.B. Video
    LFP Video
    AMA Content
    Dave Naz

Ken Marcus
All Media Play
Saint Entertainment
Eric Bremmer
DVSX
Devils Films
Evil Angel
Heatwave
JM Productions
Metro
Pleasure Productions
Sin City
Vivid Entertainment
Wicked
West Coast Productions
Zero Tolerance

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED this 8th day of September 2008.

*Ada Woffinden*

Ada Mae Woffinden

DECLARATION OF SERVICE - 2                                    Case No. C 07-5370 SI