UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| VIOLET BLUE, an individual,<br><br>    Plaintiff/Counterclaim Defendant,<br><br>vs.<br><br>ADA MAE JOHNSON et al.,<br><br>    Defendant/Counterclaim Plaintiff. | **Case No.:  C 07-5370 SI**<br><br>**DECLARATION OF SERVICE OF PRELIMINARY INJUNCTION**<br><br>Hon. Susan Illston |

I, Ada Mae Woffinden, hereby make the following Declaration from personal knowledge that on July 2, 2008, I contacted the following individuals and/or entities by telephone and informed them of the Preliminary Injunction issued in the above-captioned matter, and then served them with a copy of the Preliminary Injunction by electronic mail:

    Naughty America
    J.B. Video
    LFP Video
    AMA Content
    Dave Naz

1. Ken Marcus
2. All Media Play
3. Saint Entertainment
4. Eric Bremmer
5. DVSX
6. Devils Films
7. Evil Angel
8. Heatwave
9. JM Productions
10. Metro
11. Pleasure Productions
12. Sin City
13. Vivid Entertainment
14. Wicked
15. West Coast Productions
16. Zero Tolerance

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED this 8th day of September 2008.

*Ada Woffinden*
Ada Mae Woffinden

DECLARATION OF SERVICE - 2                                Case No. C 07-5370 SI