Robert S. Apgood (Pro Hac Vice)
**CARPELAW PLLC**
2400 NW 80th Street #130
Seattle, WA 98117-4449
Telephone: (206) 624-2379
Facsimile: (206) 784-6305
Email: rob@carpelaw.com

John Jeffrey Carter
329 Flume Street
Chico, CA 95927-3606
Telephone: 530-342-6196
Facsimile: 530-342-6195

Attorneys for Defendant Ada Mae Woffinden *nee* Johnson

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| VIOLET BLUE,<br><br>Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>ADA MAE JOHNSON, *et al.*,<br><br>Defendant/Counterclaim Plaintiff. | CASE NO. CV 07-05370 SI<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT WOFFINDEN'S MOTION FOR ORDER GRANTING LEAVE TO FILE AMENDED ANSWER AND COUNTERCLAIMS**<br>Assigned to Hon. Susan Illston<br>Courtroom 10, 19th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |

Defendant/Counterclaim Plaintiff Ada Mae Woffinden *nee* Johnson's Motion For Order Granting Leave To File Amended Answer And Counterclaims ("Motion") came on for hearing regularly before this Court, the Honorable Susan Illston presiding. All interested parties were represented by counsel and given an opportunity to be heard.

The Court, having read and considered the papers submitted, and having heard the argument of counsel, hereby ORDERS that Defendant/Counterclaim Plaintiff's Motion is Granted. Defendant/Counterclaim Plaintiff shall file the Third Amended Answer within five (5) days of entry of this Order.

1    CV 07-05370 SI
[PROPOSED] ORDER GRANTING DEFENDANT WOFFINDEN'S MOTION FOR ORDER GRANTING LEAVE TO FILE AMENDED ANSWER AND COUNTERCLAIMS

**IT IS SO ORDERED.**

DATED THIS _____ DAY of October 2008.

_____
Hon. Susan Illston
UNITED STATES DISTRICT JUDGE

2

CV 07-05370 SI

[PROPOSED] ORDER GRANTING DEFENDANT WOFFINDEN'S MOTION FOR ORDER GRANTING LEAVE TO FILE AMENDED ANSWER AND COUNTERCLAIMS