Robert S. Apgood (Pro Hac Vice)
**CARPELAW PLLC**
2400 NW 80th Street #130
Seattle, WA 98117-4449
Telephone: (206) 624-2379
Facsimile: (206) 784-6305
Email: rob@carpelaw.com

John Jeffrey Carter
329 Flume Street
Chico, CA 95927-3606
Telephone: 530-342-6196
Facsimile: 530-342-6195

Attorneys for Defendant Ada Mae Woffinden *nee* Johnson

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| VIOLET BLUE,<br><br>    Plaintiff,<br><br>v.<br><br>ADA MAE JOHNSON, *et al.*,<br><br>    Defendant. | CASE NO. CV 07-05370 SI<br><br>**[PROPOSED]<br>ORDER COMPELLING SPECIFIC PERFORMANCE OF PLAINTIFF IN SETTLEMENT AGREEMENT**<br><br>Assigned to Hon. Susan Illston<br>Courtroom 10, 19th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |

    Defendant/Counterclaim Plaintiff Ada Mae Woffinden *nee* Johnson's Motion For Order Compelling Specific Performance of Plaintiff In Settlement Agreement ("Motion") came on for hearing regularly before this Court, the Honorable Magistrate Judge Elizabeth Laporte presiding. All interested parties were represented by counsel and given an opportunity to be heard.

    The Court, having read and considered the papers submitted, and having heard the argument of counsel, hereby ORDERS that Defendant/Counterclaim Plaintiff's Motion is GRANTED.

1      CV 07-05370 SI
**ORDER COMPELLING SPECIFIC PERFORMANCE OF PLAINTIFF IN SETTLEMENT AGREEMENT**

1 **IT IS SO ORDERED.**

3      DATED THIS _____ DAY of September 2008.

<br>

                                              _____
                                              Hon. Elizabeth Laporte
                                              UNITED STATES MAGISTRATE JUDGE

**ORDER COMPELLING SPECIFIC PERFORMANCE OF PLAINTIFF IN SETTLEMENT AGREEMENT**