# EXHIBIT A

**Colette Vogele, 03:21 PM 6/12/2008, Re: Docket No. 97**

```
From: Colette Vogele <colette@vogelelaw.com>
To: Robert Apgood <rob@carpelaw.com>
Subject: Re: Docket No. 97
Date: Thu, 12 Jun 2008 15:21:40 -0700
X-Mailer: Apple Mail (2.924)
```

Dear Mr. Apgood,

Thank you for your letter below. We are once again talking past each other. Let me be clear: there is no settlement. The settlement terms that were reached on May 22 required specific actions by your client by specific dates in order for the agreement to take effect. These are called "contingencies". Your client did not meet those contingencies, nor did she ever ask for Ms. Blue's agreement to new terms or dates for compliance with the contingencies. Accordingly, there is no agreement.

That being said, Ms. Blue is happy to continue to explore settlement simultaneous with litigating the case. If your client wishes to make a new proposal, Ms. Blue will be happy to consider it. Any future proposal must, at minimum, include all of the terms originally reached at the settlement conference. Moreover, it would certainly be a sign of good faith to Ms. Blue if Defendant would take the laboring oar on drafting the settlement agreement.

Looking ahead, we look forward to receiving the written discovery responses and the documents to be produced by Defendant. Please confirm that the production will be completed this week, per Ben Costa's email to you of June 10.

Also, please get back to me about dates for Ms. Woffinden's deposition. I have many matters I am trying to schedule in that same time frame and need to take those into account. Your and Defendant's anticipated cooperation would be greatly appreciated. I certainly hope we do not need to involve the Court with discovery problems.

Regards,
Colette

**please note our new address**
~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~
Colette Vogele, Esq.
Vogele & Associates
12 Geary Street, Suite 701
San Francisco, CA 94108
office  415.751.5737
email  colette@vogelelaw.com


On Jun 10, 2008, at 6:46 PM, Robert Apgood wrote:

Ms. Vogele:

The parties have reached agreement on the terms of settlement.  All efforts should and will be

directed toward providing responses to your client's written discovery requests, as agreed, and toward finalizing the settlement document. Once the settlement document has been executed by the parties, the parties can then file a stipulated dismissal of each of their claims against the other. The dismissal will completely moot the issue of the amended answer and counterclaims.

However, your client's recent repudiation of the settlement reached during mediation before Judge Laporte leads us to the reasonable conclusion that your client does NOT intend to finalize the agreement, but rather is proceeding with prosecution of her claims. That, combined with your insistence that my client withdraw her amended answer and counterclaims, leads us to the alarming suspicion that the settlement to which your client "agreed" was but a ruse intended to manipulate my client and waste the valuable resources of the court.

If it is your and your client's intentions to unnecessarily multiply the proceedings in this matter, please so inform me. That being the case, we will necessarily seek specific performance by your client in settlement of the matter and request the court to award the costs and fees associated therewith, as well as sanctions pursuant to 28 U.S.C. 1927. Regarding settlement, do you intend to present a written document embodying the terms of the settlement agreement? To date, we have seen no such document. Rather, all we have seen is your client's furthering the prosecution of her claims.

Otherwise, please be advised that we are moving forward expeditiously to provide your client with formal responses to her written discovery requests. Regarding the domain transfer, I shall investigate the current status of the domain and take the necessary steps to ensure that your client's acquisition of the violetblue.org domain is can be effected.

Regards,
CarpeLaw PLLC
Robert S. Apgood


At 03:18 PM 6/10/2008, you wrote:
Dear Mr. Apgood,

At the settlement conference you said you would take under advisement our position regarding the propriety of Ms. Woffinden's filing of the amended answer and counterclaims (Docket No. 97). Please let us know by close of business tomorrow whether your client will withdraw the document from the record.

Very truly yours,
Colette Vogele


**please note our new address**
~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~
Colette Vogele, Esq.
Vogele & Associates

**Colette Vogele, 03:21 PM 6/12/2008, Re: Docket No. 97**

> 12 Geary Street, Suite 701
> San Francisco, CA 94108
> office  415.751.5737
> email  colette@vogelelaw.com

# EXHIBIT B

**Colette Vogele, 03:34 PM 6/17/2008, Blue v. Johnson - settlement**

```
From: Colette Vogele <colette@vogelelaw.com>
To: Robert Apgood <rob@carpelaw.com>
Subject: Blue v. Johnson - settlement
Date: Tue, 17 Jun 2008 15:34:24 -0700
X-Mailer: Apple Mail (2.924)
```

*Subject to FRE 408*

Dear Mr. Apgood,

Plaintiff Violet Blue would like to see this case resolved through a prompt settlement. She would therefore like to know if Ms. Woffinden will be proposing firm (new) dates by which Ms. Woffinden will accomplish the following tasks identified as contingencies in the settlement conference:

(a) the transfer of the domain;
(b) the service of the subpoenas on the IRS; and
(c) the production of the records.

If so, we ask that Ms. Woffinden make any such proposal as soon as possible, and in no event later tomorrow, June 19, 2008.

Very truly yours,
Colette

**please note our new address**
~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~
Colette Vogele, Esq.
Vogele & Associates
12 Geary Street, Suite 701
San Francisco, CA 94108
office  415.751.5737
mobile  415.205.5737
email  colette@vogelelaw.com
skype colettevogele
avvo, linked in, blog, podcast & SSRN Papers

The information in this email is confidential and may be legally privileged. It is intended solely for the addressee. Access to this email by anyone other than the intended recipient(s) is unauthorized. If you are not the intended addressee please contact the sender and delete this e-mail immediately.

IRS Circular 230 Notice Requirement: This communication is not given in the form of a covered opinion, within the meaning of Circular 230 issued by the United States Secretary of the Treasury. Thus, we are required to inform you that you cannot rely upon any tax advice contained in this communication for the purpose of avoiding United States federal tax penalties. In addition, any tax advice contained in this communication may not be used to promote, market or recommend a transaction to another party.

# EXHIBIT C

**Colette Vogele, 04:55 PM 6/17/2008, Re: Blue v. Johnson - settlement**

---

To: Colette Vogele <colette@vogelelaw.com>
From: Robert Apgood <rob@carpelaw.com>
Subject: Re: Blue v. Johnson - settlement
Cc:
Bcc:
Attached:

At 03:34 PM 6/17/2008, you wrote:
 *Subject to FRE 408*

 Dear Mr. Apgood,

 Plaintiff Violet Blue would like to see this case resolved through a prompt settlement. She would therefore like to know if Ms. Woffinden will be proposing firm (new) dates by which Ms. Woffinden will accomplish the following tasks identified as contingencies in the settlement conference:

 (a) the transfer of the domain;

The EPP code allowing your client to transfer the domain to her own registrar has been provided to you by way of cc of our letter to Magistrate Judge Laporte on June 13.  The EPP transfer code is: siq6253.  My client cannot transfer the domain "to" your client.  Rather, using the EPP code, your client must transfer the domain "from" my client.

 (b) the service of the subpoenas on the IRS; and

Actually, the IRS doesn't accept subpoenas any longer.  They are now enforcing the use of Requests for Transcript For Tax Return (Form 4506T).  These forms were sent to the Internal Revenue for copies of Ms. Woffinden's tax records for the past seven years and were mailed on or about June 13.  As soon as a response is received, I shall forward those records on to you.  Form 4506T indicates that responses should be sent out by the IRS in approx. ten (10) days from their receipt.

 (c) the production of the records.

Responses to Plaintiff's discovery requests went out via priority mail in yesterday's mail.  You should be receiving them by tomorrow.

 If so, we ask that Ms. Woffinden make any such proposal as soon as possible, and in no event later tomorrow, June 19, 2008.

Ms. Woffinden proposes that the parties settle on the terms agreed in the settlement conference.

Please be advised that my client is out of the state for about another week.

Regards,

---

**Printed for Robert Apgood <rob@carpelaw.com>**                                                                                              1

**Colette Vogele, 04:55 PM 6/17/2008, Re: Blue v. Johnson - settlement**

Robert S. Apgood

<rob@carpelaw.com>
206-624-2379

# EXHIBIT D

**Benjamin Anthony Costa, Esq., 02:05 PM 6/24/2008, Transfer of the www.violetblue.org domain**

```
From: "Benjamin Anthony Costa, Esq." <ben@vogelelaw.com>
To: Robert Apgood <rob@carpelaw.com>
Subject: Transfer of the www.violetblue.org domain
Date: Tue, 24 Jun 2008 14:05:42 -0700
X-Mailer: Apple Mail (2.924)
```

Mr. Apgood,
Last Friday, we initiated the transfer of the www.violetblue.org domain. During the process, the Registrar informed us that the administrator would be emailed at nonamejane418@gmail.com to approve the transfer. As of today, we have heard nothing regarding this approval. Please inform Ms. Woffinden that this additional step is necessary, and ask that she facilitate the transfer as soon as possible.

If you have any questions about this process, please let me know.

Yours truly,
~Benjamin A. Costa




**please note: we have a new address!**
~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~
Benjamin A. Costa, Esq.
Vogele & Associates
12 Geary Street, Suite 701
San Francisco, CA 94108
office  415.751.5737
mobile  415.655.3422
email  ben@vogelelaw.com

The information in this email is confidential and may be legally privileged. It is intended solely for the addressee. Access to this email by anyone other than the intended recipient(s) is unauthorized. If you are not the intended addressee please contact the sender and delete this e-mail immediately.

IRS Circular 230 Notice Requirement: This communication is not given in the form of a covered opinion, within the meaning of Circular 230 issued by the United States Secretary of the Treasury. Thus, we are required to inform you that you cannot rely upon any tax advice contained in this communication for the purpose of avoiding United States federal tax penalties. In addition, any tax advice contained in this communication may not be used to promote, market or recommend a transaction to another party.

# EXHIBIT E



Welcome Guest.
[ **Login** | **Register** ]

featured partner


## WHOIS and Reverse IP

**Home**   **Registrars**   **Web Hosts**   **Registries**   **Domain Names**   **Forums**   **News**   **WHOIS**



### WebHosting.Info's Power WHOIS Service

### violetblue.org

| | |
|---|---|
| IP Addresses: | 74.52.238.98 |
| IP Country: | United States Of America |
| Reverse IP Lookup: | IP hosts <u>1</u> domains |
| Hosting Company Name: | HOSTGATOR.COM (Total Domains: 448,851) |
| ICANN Registrar: | GO DADDY SOFTWARE, INC. |
| Creation Date: | N/A |
| Expiry Date: | N/A |
| Web Server: | apache/1.3.31 (unix) mod_auth_passthrough/1.8 mod_log_bytes/1.2 mod_bwlimited/1.4 php/4.3.8 frontpage/5.0.2.2634a mod_ssl/2.8.19 openssl/0.9.7a |
| Website Status: | Active |

Domain ID:D80891318-LROR
Domain Name:VIOLETBLUE.ORG
Created On:08-Dec-2001 07:17:13 UTC
Last Updated On:28-Aug-2008 00:27:23 UTC
Expiration Date:08-Dec-2009 07:17:13 UTC
Sponsoring Registrar:GoDaddy.com, Inc. (R91-LROR)
Status:CLIENT DELETE PROHIBITED
Status:CLIENT RENEW PROHIBITED
Status:CLIENT TRANSFER PROHIBITED
Status:CLIENT UPDATE PROHIBITED
Registrant ID:GODA-049410479
Registrant Name:Colette Vogele
Registrant Organization:Vogele and Associates
Registrant Street1:12 Geary Street
Registrant Street2:Suite 701
Registrant Street3:
Registrant City:San Francisco
Registrant State/Province:California
Registrant Postal Code:94108
Registrant Country:US
Registrant Phone: +1.4152055737
Registrant Phone Ext.:

**Related Offerings**
ASP NET Hosting
Reseller Hosting
Windows Dedicated Hosting
Cheap Dedicated Servers
Buy a Domain Name
SQL Hosting
Unlimited Domains Hosting

**Featured Services**
Domain Resellers
Dedicated Windows Servers
Cheap Colocation
MySQL Hosting
Dedicated Hosting Linux
Hosting VPS
Managed Dedicated Hosting

Registrant FAX:
Registrant FAX Ext.:
Registrant Email: colette@vogelelaw.com
Admin ID:GODA-249410479
Admin Name:Colette Vogele
Admin Organization:Vogele and Associates
Admin Street1:12 Geary Street
Admin Street2:Suite 701
Admin Street3:
Admin City:San Francisco
Admin State/Province:California
Admin Postal Code:94108
Admin Country:US
Admin Phone: +1.4152055737
Admin Phone Ext.:
Admin FAX:
Admin FAX Ext.:
Admin Email: colette@vogelelaw.com
Tech ID:GODA-149410479
Tech Name:Colette Vogele
Tech Organization:Vogele and Associates
Tech Street1:12 Geary Street
Tech Street2:Suite 701
Tech Street3:
Tech City:San Francisco
Tech State/Province:California
Tech Postal Code:94108
Tech Country:US
Tech Phone: +1.4152055737
Tech Phone Ext.:
Tech FAX:
Tech FAX Ext.:
Tech Email: colette@vogelelaw.com
Name Server:NS857.HOSTGATOR.COM
Name Server:NS858.HOSTGATOR.COM
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:

Back to Top

**Featured Partners:**

- **Domain Reseller Plans from ResellerClub** - Domains from $6.99: No Setup Fee, 24x7 Support, Free API Access & more!
- **LogicBoxes Registrar Solutions** - Complete Business Process Automation and Consultancy for ICANN Registrars.
- **ZNet India Dedicated & Shared Hosting** - ISO 9001:2000 Certified, Check Customer Testimonials, 7 Years in Hosting.
- **Sedo.com** - The World's Leading Marketplace for Buying and Selling Domain Names

**Web Hosting Companies** | **Whois** | **Web Hosting News** | **Web Hosting Forums** | **Domain Names**

Search: [          ] - [Hosting Companies] [Search]

About WebHosting.Info | Privacy Policy | Disclaimer | Copyright Notice | Contact Us

Read ResellerClub's Domain Reseller & Web Hosting Blog Today!

Copyright© 2003-2008, WebHosting.Info - A Directi Service