Robert S. Apgood
CarpeLaw PLLC
2400 NW 80th Street #130
Seattle, WA 98117
Telephone: 206-624-2379
Facsimile: 206-784-6305
rob@carpelaw.com

John Jeffrey Carter
329 Flume Street
Chico, CA 95927-3606
Telephone: 530-342-6196
Facsimile: 530 342-6195

Attorneys for Defendant Ada Mae Woffinden *nee* Johnson

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| VIOLET BLUE, an individual,<br><br>　　　　Plaintiff/Counterclaim Defendant,<br><br>vs.<br><br>ADA MAE JOHNSON et al.,<br><br>　　　　Defendant/Counterclaim Plaintiff. | **Case No.:  C 07-5370 SI**<br><br>**[PROPOSED]**<br>**ORDER SHORTENING TIME TO HEAR MOTION TO COMPEL**<br><br>Hon. Elizabeth D. Laporte<br>Courtroom E, 15th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |

　　　Defendant/Counterclaim Plaintiff Ada Mae Woffinden *nee* Johnson's Motion For Order Shortening Time To Hear Motion to Compel ("Motion") came on for hearing regularly before this Court, the Honorable Magistrate Judge Elizabeth Laporte presiding. All interested parties were represented by counsel and given an opportunity to be heard.

1  The Court, having read and considered the papers submitted, and having heard the argument of
2  counsel, hereby ORDERS that Defendant/Counterclaim Plaintiff's Motion is GRANTED.
3  Plaintiff Blue's opposition, if any, is due on or before Tuesday, September 23, 2008.
4  Defendant Woffinden's reply, if any, is due Friday, September 26, 2008.

**IT IS SO ORDERED.**

DATED THIS _____ DAY of September 2008.

_____
Hon. Elizabeth Laporte
UNITED STATES MAGISTRATE JUDGE

ORDER SHORTENING TIME TO HEAR MOTION TO COMPEL - 2    Case No. C 07-5370 SI