# EXHIBIT B

VOGELE & ASSOCIATES
Attorneys and Advisors

Colette E. Vogele, Esq.
colette@vogelelaw.com

June 9, 2008

*By US Mail & Fax (415.522.2002)*

Hon. Elizabeth D. Laporte
15th Floor, Federal Building, Courtroom E
450 Golden Gave Avenue
San Francisco, CA 94102

*Re: Blue v. Johnson, Case No. 3:07-cv-05370-SI*

Dear Judge Laporte,

On Thursday, May 22, 2008, we appeared before this Court to negotiate a settlement in the above-referenced case. At the close of that settlement conference, Plaintiff Violet Blue and Defendant Ada Woffinden agreed to a settlement, contingent on several terms. You requested an update from Plaintiff after the due date for the contingencies. We regret to inform Your Honor that none of the contingent terms have been met by Defendant Woffinden, and we therefore consider the settlement to be no longer valid.

The settlement was contingent upon Ms. Woffinden (1) on or before May 30, transferring the domain names www.violetblue.org and xxx.violetblue.org to Ms. Blue, (2) on or before June 3, subpoenaing her tax returns for the years 2000 through 2007, and (3) on or before June 6, turning over records requested in discovery, including, among other documents, her tax records and bank records. As of the time of this writing, Ms. Woffinden has failed to perform these contingencies, nor has she offered any explanation regarding her failure.

Because of none of the contingencies have been met, it is our position that the settlement is no longer valid and should be vacated. To the extent that the Court is willing or able to aid in the enforcement of the original contingencies, Ms. Blue would welcome the opportunity to settle

this matter quickly. However, as her costs of suit continue to rise, her views towards settlement will no doubt change.

Very truly yours,

**Vogele & Associates**

Colette E Vogele

CEV/ma

*CC: R. Apgood, Counsel for Defendant (by fax only)*