# EXHIBIT C

# FAX COVER

To: Colette Vogele

Company : Vogele & Associates

Fax Number : 14153584975

From : Robert Apgood

Company : CarpeLaw PLLC

Fax Number : 206-784-6305

Subject :

Pages including cover page: 2

Time : 11:29:42 AM

Date : 6/10/08

## MESSAGE

CARPELAW PLLC

2400 NW 80th Street #130 Seattle, Washington 98117

Phone: 206-624-2379 Fax: 206-784-6305

carpelaw.com

**Robert S. Apgood**
rob@carpelaw.com

June 10, 2008

**VIA U.S. MAIL AND FACSIMILE**

Hon. Elizabeth D. Laporte
Federal Building
15th Floor, Courtroom E
450 Golden Gate Aveneue
San Francisco, CA 94102

**Re: Blue v. Johnson, Case No. CV07 5370 SI**
**U.S.D.C., C.D. CA**

Dear Judge Laporte:

We are in receipt of a copy of plaintiff's counsel's letter to you dated June 9, 2008. Counsel did not contact me prior to drafting her missive. If she had, she would have learned that the trial in which I was participating beginning on May 27 and scheduled to conclude on May 29 in fact went beyond the scheduled ending date and did not conclude until June 2. As a result of transportation constraints, I was unable to return to Seattle until the afternoon of June 3.

As a result of court order in that case, I had further obligations in that case that required my immediate attention. That, combined with other matters that necessarily needed attention due to the protracted trial schedule, set my schedule back. However, counsel did not inquire as to the delay. As such, I reasonably concluded that there existed no urgency in the transfer of the violetblue.org domain, particularly since the Web site at the domain is, and has been, inactive and plaintiff is not in any manner whatsoever prejudiced by the delay in the transfer.

If, however, the plaintiff is now repudiating the contractual settlement, the defendant shall move forward accordingly. Plaintiff's costs of suit rise *solely* as a result of her chronic resort to litigious practices, and not as a result of the defendant's conduct. The defendant stands ready, willing and able to perform under the agreement.

Sincerely,
CARPELAW PLLC

Robert S. Apgood

cc: Colette Vogele, Esq.