# EXHIBIT E

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 6/20/08

Case No. C-07-5370 SI Judge: SUSAN ILLSTON

Title: VIOLET BLUE -v- ADA MAE JOHNSON

Attorneys: C. Vogele Ron Apgood (phone)

Deputy Clerk: Tracy Sutton Court Reporter: _

**PROCEEDINGS**

1) Further Case Management Conference - HELD
2) ____________________
3) ____________________

Order to be prepared by: ( )Pltf ( )Deft ( X )Court

Disposition : ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN PART ( X ) SUBMITTED

Case continued to **8/29/08 @ 2:30 p.m.** for Further Case Management Conference

Case continued to **@ 9:00 a.m.** for Motions
(Motion due , Opposition Reply )

Case continued to **@ 3:30 p.m.** for Pretrial Conference

Case continued to **@ 8:30 a.m.** for Trial (: Days)
**Discovery Cutoff: extended to 9/26/08** Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
The parties are discussing settlement.
Counsel shall meet and confer regarding the Myspace postings.
By June 30, 2008, Defense counsel shall file a list of the distributers that the preliminary injunction order was served on.