# EXHIBIT J

COLETTE VOGELE (SBN No. 192865)
Email: colette@vogelelaw.com
BENJAMIN COSTA (SBN No. 245953)
Email: ben@vogelelaw.com
VOGELE & ASSOCIATES
12 Geary Street, Suite 701
San Francisco, CA 94108
Tel: (415) 391-3311
Fax:(415)358-4975
Attorneys for Plaintiff VIOLET BLUE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

VIOLET BLUE, an Individual,

Plaintiff/Counter-Defendant,

v.

ADA MAE JOHNSON a/k/a ADA WOOFINDEN, an individual d/b/a VIOLET BLUE a/k/a VIOLET a/k/a VIOLET LUST;,

Defendant/Counter-Plaintiff; and

VIOLET BLUE, INC., a California corporation; ASSASSIN PICTURES INC., a California Corporation; ASSASSINCASH.COM; BILL T. FOX,
an individual, a/k/a BILL FOX; FIVE STAR VIDEO L.C., an Arizona Limited Liability Company a/k/a FIVE STAR VIDEO DISTRIBUTORS LLC d/b/a FIVE STAR FULFILLMENT; and DOES 1-10,
Defendants.

Case No.: C 07-5370 SI

**PLAINTIFF VIOLET BLUE'S SECOND SET OF REQUESTS FOR ADMISSIONS TO DEFENDANT ADA MAE JOHNSON**
(Nos. 3-12)
**AND RESPONSES THERETO**

Hon. Susan Illston
Courtroom 10, 19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

**PROPOUNDING PARTY:** Plaintiff VIOLET BLUE

**RESPONDING PARTY:** Defendant ADA MAE JOHNSON a/k/a ADA WOFFINDEN

**SET NO.:** Two (Nos. 3 through 12)

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 36, you are required to respond under oath to the following Requests for Admissions within thirty (30) days of service hereof.

**DEFINITIONS AND INSTRUCTIONS.**

**OBJECTION:** The instructions materially misstate the requirements of Fed. R. Civ. P. 36.

1. "ACTION" means this Civil Action No. 07-5370 pending in the Northern District of California.

2. "AEBN" means A.E.B.N., Inc., its subsidiaries, parent companies, agents, partners, or affiliates, including, without limitation, the Adult Entertainment Broadcast Network" and AEBN.net.

3. "APPEARANCE" means any personal attendance at any event open to the public, invitees, or other ticketed attendees.

4. "AVN" means AVN Media Network, its subsidiaries, parent companies, agents, partners, or affiliates, including, without limitation, AVN.com, AVN Online, AVN Magazine, AVN Adult Entertainment Expo, and the AVN Awards Show.

5. "BETTY BANGS" means the hairstyle associated with Betty Page and generally having the characteristics of being a very dark color with short bangs.

6. "CC BILL" means CC Bill LLC its subsidiaries, parent companies, agents, partners, or affiliates, including, without limitation, ccbill.com.

7. "COMMUNICATIONS" means and refers to any verbal, written, or symbolic expressions, or interchange of any type. To the extent a Request seeks copies of oral COMMUNICATIONS, such COMMUNICATIONS may be provided by sound recording, by transcript, or by contemporaneous memoranda, including slides or computer-generated displays.

8. The "COUNTERCLAIMS" means the counterclaims plead as part of DEFENDANT WOFFINDEN'S SECOND AMENDED ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT, AFFIRMATIVE DEFENSES, COUNTERCLAIMS, PRAYER FOR RELIEF AND JURY DEMAND, Docket Number 97, filed on May 7, 2008, beginning at 23:22.

9. "DEFENDANT ASSASSIN" means Defendant Assassin Pictures, any subsidiaries, parent companies, agents, partners, or affiliates, including but not limited to Defendant Assassin Cash.

10. "DEFENDANT FIVE STAR" means Defendant Five Star Video, L.C, any subsidiaries, parent companies, agents, partners, or affiliates, including but not limited to Defendant Five Star Video Distributors.

11. "DEFENDANT FOX" means Defendant Bill Fox and any aliases including but not limited to Bill T. Fox.

12. The term "DOCUMENT" has its broadest possible meaning under the Federal Rule of Civil Procedure 34, includes any writing or thing, and includes the original and any non-identical copy, regardless of origin or location, of any written, typewritten, drawn, charted, recorded, transcribed, punched, taped, filmed or graphic matter, however produced or reproduced, now or formerly in YOUR possession, custody or control, including, but not limited to, any drawing, photograph, book, pamphlet, periodical, letter, correspondence, telegram, invoice, email, contract, purchase order, estimate, report, memorandum, intra-office communication, computer databases, data sheets, data processing cards, tapes, disc recordings, diskettes, memoranda, work papers, work sheets, work records, literature, reports, notes, drafts, diaries, messages, telegrams, books, ledgers, publications, advertisements, brochures, price lists, cost sheets, estimating sheets, bills, bids, time cards, invoices, receipts, purchase orders, contracts, telephone records, and any other records, writings, or computer input or output, working paper, record, study, paper, chart, graph, index, and any transcription(s) thereof, and all other memorialization(s) of any conversations(s), meeting(s), and conference(s), by telephone or otherwise. The term "DOCUMENT" also means every copy of a document where such copy is not an identical duplicate of the original, whether because of deletions, underlings, showing of blind copies, initialing, signatures, receipt stamps, comments, notations, differences in stationery, or any other difference or modification of any kind.

13. "EXOTIC EROTIC BALL" means any event or enterprise associated with Perry Mann Inc., including without limitation EEB Productions, Perry Mann, Perry Moldauer, www.exoticeroticball.com, and the event in San Francisco commonly known as the Exotic Erotic Ball.

14. "IDENTIFY" means to provide sufficient information to enable PLAINTIFF's counsel to contact any PERSON identified (including the name, employer's name, title, business, home address, and telephone number), to locate, recognize, and request production of any DOCUMENT identified, and to describe any COMMUNICATION identified (including the substance of the COMMUNICATION and all PERSONS involved therein).

15. "PERSON" means and refers to any human being, corporation, partnership, association, legal representative, trustee, trustee in bankruptcy, and/or receiver.

16. "PLAINTIFF" means Plaintiff Violet Blue.

17. "RELEVANT PERIOD" means the period starting from the earlier of January 1, 1999, or one year prior to the date YOU first performed or presented YOUR image to any market or audience to the present.

18. "PLAINTIFF'S TRADEMARK" means PLAINTIFF'S common law and federally registered trademark rights in "VIOLET BLUE" (U.S. Application Serial No. 77/121,570, U.S. Trademark Registration No. 3,391,010).

19. "USPTO" means the United States Patent and Trademark Office.

20. "VIOLETBLUE.ORG" means any website associated with that domain name, including but not limited to www.violetblue.org, www.movies.violetblue.org, xxx.violetblue.org, or any other similar subdomain.

21. "YOU," or "YOUR," means Defendant Ada Mae Johnson a/k/a Ada Woffinden, her agents, employees, representatives, attorneys, accountants, brokers, consultants, and anyone else acting on her behalf.

22. Use of the singular form of any word includes the plural and vice versa.

23. Each interrogatory applies to the RELEVANT PERIOD unless otherwise stated.

24. If YOU object to the scope or breadth of any interrogatory, identify, to the extent possible, that portion of the interrogatory that YOU can answer notwithstanding YOUR objections.

25. In the event that any of these interrogatories call for a document that has been lost or destroyed, or for information contained in such a document, such document is to be identified by stating the following: (a) the type of document, e.g., letter or memorandum; (b) the general subject matter of the document; (c) the date of the document; (d) the author(s) of the document; (e) the addressee(s) of the document; (f) the recipient(s) of the document; (g) where not apparent, the relationship of the author(s), addressee(s), and recipient(s) to each other; (h) Custodian(s) of 7 the document or person(s) otherwise responsible for the document(s) safekeeping, storage, or filing; (i) the date the document was lost or destroyed; and (j) the circumstances surrounding the loss of the document and, if the document was destroyed, the reason for the circumstances surrounding its destruction.

## REQUESTS FOR ADMISSIONS

**Request For Admission No. 3.**

Admit that YOUR use of the stage name "Violet Blue" is confusingly similar to PLAINTIFF'S TRADEMARK.

**OBJECTION:** The request calls for a legal conclusion.

**ANSWER:** Without waving the objection, Denied.

**Request For Admission No. 4.**

Admit that PLAINTIFF'S TRADEMARK is famous.

**OBJECTION:** The request calls for a legal conclusion.

**ANSWER:** Without waving the objection, Denied.

//

//

**Request For Admission No. 5.**

Admit that YOUR use of the stage name "Violet Blue" dilutes PLAINTIFF'S TRADEMARK.

**OBJECTION:** The request calls for a legal conclusion.

**ANSWER:** Without waving the objection, Denied.

**Request For Admission No. 6.**

Admit that BLUE never represented to the USPTO that PLAINTIFF'S TRADEMARK had been used "exclusively and continuously."

**OBJECTION:** The request calls for a legal conclusion.

**ANSWER:** Without waving the objection, Denied.

**Request For Admission No. 7.**

Admit that YOU are a public figure.

**OBJECTION:** The request calls for a legal conclusion.

**ANSWER:** Without waving the objection, Denied.

**Request For Admission No. 8.**

Admit that YOU have been a public figure since at least as early as February 2001.

**OBJECTION:** The request calls for a legal conclusion.

**ANSWER:** Without waving the objection, Denied.

**Request For Admission No. 9.**

Admit that any statements made about YOU by BLUE concern matters of public interest.

**OBJECTION:** The request calls for a legal conclusion.

**ANSWER:** Without waving the objection, Denied.

**<u>Request For Admission No. 10.</u>**

Admit that BLUE has never slandered YOU.

**OBJECTION:** The request calls for a legal conclusion.

**ANSWER:** Without waving the objection, Denied.

**<u>Request For Admission No. 11.</u>**

Admit that BLUE has never libeled YOU.

**OBJECTION:** The request calls for a legal conclusion.

**ANSWER:** Without waving the objection, Denied.

**<u>Request For Admission No. 12.</u>**

Admit that YOU are not damaged, nor have YOU been damaged, by any statements made by BLUE about YOU.

**OBJECTION:** The request calls for a legal conclusion.

**ANSWER:** Without waving the objection, Denied.

Dated: August 5, 2008

VOGELE & ASSOCIATES

By:______________________________
Benjamin A. Costa Attorneys for Plaintiff VIOLET BLUE

## DECLARATION OF SERVICE

I, Benjamin A. Costa, hereby declare:

I am over eighteen years of age and not a party to the within cause. My business address is 12 Geary Street, Suite 701, San Francisco, CA 94108. On August 5, 2008,1 served a copy of PLAINTIFF VIOLET BLUE'S SECOND SET OF REQUESTS FOR ADMISSIONS TO DEFENDANT ADA MAE JOHNSON a/k/a ADA WOOFINDEN (Nos. 3 - 12) on each of the following, by placing the same in an envelope addressed respectively as follows:

Robert S. Apgood
CarpeLaw PLLC
2400 NW 80th Street #130
Seattle, WA 98117
Telephone: 206-624-2379
Facsimile: 206-784-6305
rob@carpelaw.com

Each said envelope was then, on said date, sealed and deposited in the United States mail at San Francisco, California, San Francisco Count, the county in which I am employed, with the postage thereon fully prepaid.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 5, 2008 at San Francisco, California.

Benjamin A. Costa

**CERTIFICATION**

The undersigned attorney has read the foregoing Responses to Plaintiff Violet Blue's Second Set of Requests For Admissions To Defendant Ada Mae Johnson a/k/a Ada Woffinden and any objections thereto, and certifies that the responses and objections are in compliance with Federal Rule of Civil Procedure 26(g).

Robert S. Apgood

# DECLARATION OF SERVICE

I, Robert S. Apgood, hereby make the following Declaration from personal knowledge that on September 4, 2008, I served the foregoing:

1. Plaintiff Violet Blue's Second Set Of Requests For Admissions To Defendant Ada Mae Johnson a/k/a Ada Woffinden **And Responses Thereto**; and

2. this Declaration of Service

by depositing copies thereof in the U.S. Mail, postage prepaid to:

Colette Vogele
Benjamin Costa
Vogele & Associates
12 Geary St., Ste. 701
San Francisco, CA 94108

I herby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED this 4th day of September 2008 at Seattle, Washington.

CARPELAW PLLC

*s/ Robert S. Apgood*
*Pro Hac Vice*
WSBA # 31023
CARPELAW PLLC
2400 NW 80th Street #130
Seattle, WA 98117-4449
Telephone: (206) 624-2379
Facsimile: (206) 784-6305
E-mail: rob@carpelaw.com