# EXHIBIT L

Robert S. Apgood
CarpeLaw PLLC
2400 NW 80th Street #130
Seattle, WA 98117
Telephone: 206-624-2379
Facsimile: 206-784-6305
rob@carpelaw.com

John Jeffrey Carter
329 Flume Street
Chico, CA 95927-3606
Telephone: 530-342-6196
Facsimile: 530 342-6195

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIOLET BLUE, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>ADA MAE JOHNSON et al.,<br><br>Defendants. | **Case No.: C 07-5370 SI**<br><br>**DEFENDANT WOFFINDEN'S FED. R. CIV. P. 26(e) FIRST SUPPLEMENTAL DISCLOSURES** |

Pursuant to Rule 26(e)(1) of the Federal Rules of Civil Procedure, Defendant Ada Mae Woffinden *nee* Johnson submits her First Supplemental Disclosures to Plaintiff Violet Blue.

These disclosures are based solely upon information reasonably available to Defendant Woffinden as of the date of these disclosures. Accordingly, Defendant Woffinden reserves the right to add or otherwise amend these disclosures as necessary pursuant to Fed. R. Civ. P. 26(e).

DATED THIS 8th day of September 2008.

CARPELAW PLLC

_/s/ Robert S. Apgood_
Robert S. Apgood, *Pro Hac Vice*
WSBA #31023
Attorney for Defendant Ada Mae Woffinden
CARPELAW PLLC
2400 NW 80th Street #130
Seattle, WA 98117-4449
Telephone: (206) 624-2379
Facsimile: (206) 784-6305
Email: rob@carpelaw.com

# DECLARATION OF SERVICE

I, Robert S. Apgood, hereby make the following Declaration from personal knowledge that on September 8, 2008, I served the foregoing

1. Defendant Woffinden's Fed. R. Civ. P. 26(e) First Supplemental Disclosures; and

2. this certificate of Service

on the following attorneys by transmitting an electronic version thereof, by transmitting a facsimile thereof, and by depositing a copy thereof in the U.S. Mail, postage prepaid:

Collette Vogele
Benjamin Costa
Vogele & Associates
12 Geary Street, Ste. 701
San Francisco, CA 94108

I herby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED this 8th of September 2008 at Seattle, Washington.

CARPELAW PLLC

*s/ Robert S. Apgood*
WSBA # 31023
CARPELAW PLLC
2400 NW 80th Street #130
Seattle, WA 98117-4449
Telephone: (206) 624-2379
Facsimile: (206) 784-6305
E-mail: rob@carpelaw.com