# EXHIBIT N

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 8/29/08

Case No. C-07-5370 SI Judge: SUSAN ILLSTON

Title: VIOLET BLUE -v- ADA MAE JOHNSON

Attorneys: C. Vogele, Costa, Ron Apgood (phone)

Deputy Clerk: Tracy Sutton Court Reporter: 

**PROCEEDINGS**

1) Further Case Management Conference - HELD
2) 
3) 

Order to be prepared by: ( )Pltf ( )Deft ( )Court

Disposition : ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN PART ( ) SUBMITTED

Case continued to **12/19/08 @ 2:30 p.m.** for Further Case Management Conference

Case continued to **@ 9:00 a.m.** for Motions
(Motion due , Opposition Reply )

Case continued to **@ 3:30 p.m.** for Pretrial Conference

Case continued to **@ 8:30 a.m.** for Trial (: Days)
**Discovery Cutoff: extended to 9/26/08** Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
The parties shall participate in a further settlement conference with Magistrate-Judge Laporte between 9/22/08 and 9/30/08.

The Court indicated that all parties should make personal appearances at the settlement conference but will ultimately leave the decision to Judge Laporte.

Cc: Lili