IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIOLET BLUE, | No. C 07-5370 SI |
| Plaintiff/Counter-defendant, | **ORDER OF REFERRAL** |
| v. | |
| ADA MAE JOHNSON et al., | |
| Defendants/Counter-claimants. | |

On September 14, 2008, defendant moved to compel specific performance of the parties' settlement agreement and to shorten time to hear the motion to compel. Plaintiff opposes both the motion to compel and the motion to shorten time. The underlying dispute regards the parties' compliance with contingencies in their May 22, 2008 agreement, which was reached with the assistance of and under the supervision of Magistrate Judge Elizabeth Laporte..

The Court REFERS the current dispute to Judge Laporte for her consideration and recommendation.

**IT IS SO ORDERED.**

Dated: September 22, 2008

*Susan Illston*
SUSAN ILLSTON
United States District Judge