IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIOLET BLUE,<br><br>             Plaintiff,<br><br>   v.<br><br>ADA MAE JOHNSON,<br><br>             Defendant.<br>_____ / | No. C-07-05370 SI (EDL)<br><br>**ORDER DENYING MOTION TO SHORTEN TIME** |

On September 14, 2008, Defendant filed a motion to shorten time to hear her motion to compel specific performance of settlement. Plaintiff opposed that motion on September 18, 2008, and Judge Illston referred that motion to this Court on September 22, 2008. Defendant's motion to shorten time is denied. While Defendant claims that she will be prejudiced by the expense involved in having to attend a further settlement conference on October 3, 2008, the parties agreed to a further settlement conference at the last case management conference, and Judge Illston ordered that a settlement conference occur. In addition, Defendant delayed in bringing the motion, as the breakdown in negotiations about the settlement contingencies occurred in June, and Defendant threatened to seek specific performance of the settlement on June 10, 2008. See Def. Ex. A. Due to the Court's October trial schedule, should the case not settle at the upcoming settlement conference, the motion to compel specific performance of settlement shall be heard on October 31, 2008 at 10:00 a.m. in Courtroom E. Plaintiff shall file her opposition brief no later than October 7, 2008, and Defendant shall file its reply no later than October 14, 2008.

**IT IS SO ORDERED.**

Dated: September 23, 2008

                                                                                    *Elizabeth D. Laporte*
                                                                                    ELIZABETH D. LAPORTE
                                                                                    United States Magistrate Judge