COLETTE VOGELE (SBN No. 192865)
Email: colette@vogelelaw.com
BENJAMIN COSTA (SBN No. 245953)
Email: ben@vogelelaw.com
VOGELE & ASSOCIATES
12 Geary Street, Suite 701
San Francisco, CA 94108
Tel: (415) 391-3311
Fax: (415) 358-4975

Attorneys for Plaintiff and Counter-defendant
VIOLET BLUE

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VIOLET BLUE, an Individual,<br><br>Plaintiff and Counter-defendant,<br><br>v.<br><br>ADA MAE JOHNSON a/k/a ADA WOFFINDEN, an individual d/b/a VIOLET BLUE a/k/a VIOLET a/k/a VIOLET LUST; ASSASSIN PICTURES INC., a California Corporation; ASSASSINCASH.COM; BILL T. FOX, an individual, a/k/a BILL FOX; FIVE STAR VIDEO L.C., an Arizona Limited Liability Company a/k/a Five Star Video Distributors LLC d/b/a Five Star Fulfillment; and DOES 1-10,<br><br>Defendants and Counter-claimants. | Case No. C 07-5370 SI<br><br>**[PROPOSED] CONSENT JUDGMENT & ORDER**<br><br>The Honorable Susan Illston<br>Courtroom 10, 19th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |

It has been represented to this Court that the Plaintiff and Counterclaim Defendant Violet Blue ("Plaintiff") and Defendant and Counterclaim Plaintiff Ada Mae Johnson a/k/a Ada Woffinden ("Defendant") have agreed to a compromise and settlement of this civil action.

WHEREFORE, with the consent of the parties, and through their respective counsel, IT IS HEREBY FINALLY ORDERED, ADJUDGED AND DECREED as follows:

1. Defendant, any associated businesses of Defendant, and her officers, directors, agents, servants, employees, members, distributors, and all other persons, firms or corporations, acting in concert and participation with her, her successors and assigns, are hereby enjoined from:

a) using names, trademarks, and Internet domains confusingly similar to, or identical to, Plaintiff's trademark VIOLET BLUE (Trademark Reg. No. 3,391,010) (including the name "Violetta Blue");

b) infringing any of Plaintiff's trademark rights;

c) identifying themselves as "Violet Blue";

d) using the phrase "Violet Blue" in association with any goods or service;

e) attempting to trade upon Plaintiff's goodwill by capitalizing on the Violet Blue name through inclusion of "Violet Blue" history, or by referencing her former appearances as "Violet Blue".

2. Defendant shall relinquish all rights, title, or interest in the domain name violetblue.org, and shall within five (5) calendar days of the date of this Order cause any Internet domain within her possession, custody or control containing the words "violet" and/or "blue" to be transferred to Plaintiff Blue.

3. Defendant shall never register a domain name (or cause another to register a domain name) that (a) includes the words "violet" and "blue" (or any phonetic equivalent thereof) in any order, or (b) includes the words "violet" or "blue" and also offers any good and/or service for which the VIOLET BLUE trademark is registered or any good and/or service related thereto unless such a domain (i) also includes Defendant's non-infringing brand name, (ii) the site appearing at the domain prominently associates the content with Defendant and/or her non-infringing brand, and (iii) the contents of such site shall not include the phrase "violet blue." (By way of example only, the domain name "nonamejanesbluemovies.com" would be permissible under this paragraph.)

4. Defendant shall within twenty (20) calendar days of this order, remove all

confusingly similar trademarks and prohibited content from all materials to be distributed to the public that are in her possession, custody or control.

5. Defendant will publicly acknowledge that she has no rights to continue using the name VIOLET BLUE, or any variation thereof, including "Violetta Blue," "Violet," or "Blue" (or any phonetic equivalent thereof) in connection with any good and/or service for which the VIOLET BLUE trademark is registered.

6. Defendant will publicly request that all owners and distributors of films, documentaries, educational or entertainment content of any kind in any form whether now known or hereafter devised (hereinafter "Works") in which Defendant appears using the names "Violet," "Violet Blue," or "Violetta Blue" remove all written and spoken uses of the name VIOLET BLUE, or any variation thereof, from all such Works and, if Defendant so desires, request that the owners or distributors of such Works replace the name VIOLET BLUE, or any variation thereof, with Defendant's new name, No Name Jane.

7. Defendant will not, in any forum, revoke or deny any public acknowledgement that she has no rights to continue using the name VIOLET BLUE, or any variation thereof.

8. Defendant will not oppose, seek to cancel, or otherwise interfere with Plaintiff's trademark or service mark application(s) or registration(s) in the United States, any state thereof, or in the world, and Defendant will not assist others in effecting such interference.

9. Defendant has represented under penalty of perjury that she annually earned a taxable income of less than $31,109 during the years 1999 to 2004, and that the financial documents she has provided to Plaintiff to substantiate this claim are true and accurate to the best of Defendant's knowledge. Defendant further represents under penalty of perjury that she annually has earned less than $30,000 during each of the years 2005, 2006, and 2007.

10. Based on the above representation of financial hardship, and review by Plaintiff's counsel of financial documents for the years 1999-2004 which Defendant has provided, Plaintiff is waiving her claim for financial compensation related to her causes of action against Defendant in this action.

11. Defendant waives any claim for financial compensation including attorneys' fees related to her counterclaims against Plaintiff in this action.

12. Defendant agrees that if she violates any term of this Order, including the foregoing representations of her financial status, Plaintiff's remedies shall include, without limitation, liquidated damages in the amount of $10,000. In the event of a violation by Defendant, Defendant shall have two calendar days from the time she is initially notified or otherwise becomes aware of such violation to: (1) remedy the violation of this Order, and (2) provide written notice to Plaintiff of the violation and all actions taken by Defendant to remedy it. Plaintiff agrees to give Defendant at least 48 hours notice of any alleged violation by Defendant of this Order before commencing any court action to enforce this Order, in order to provide an opportunity for Defendant to cure said violations. Notice required under this paragraph shall be provided to the address and phone number identified immediately below Defendant's signature and Plaintiff's signature, with courtesy copies to the parties' respective counsel.

13. Defendant acknowledges and agrees, and the Court finds, that any violation of this Order would cause irreparable harm to Plaintiff and would warrant this Court's entry of temporary, preliminary, and permanent injunctive relief against Defendant. In any action to enforce this Order in which a violation by Defendant is shown, Defendant shall pay all reasonable attorneys' fees and costs incurred by Plaintiff Violet Blue in prosecuting such an action.

14. Nothing in this Consent Agreement shall be deemed or construed as an admission of liability by any party.

15. This Court shall retain jurisdiction to resolve any dispute or controversy between the parties arising under or in connection with this Order, or to enforce this Order. A magistrate judge may be assigned to resolve any such controversy or dispute.

**IT IS SO ORDERED.**

Dated: Oct. 3, 2008

Ada Woffinden

Ada Mae Johnson a/k/a Ada Woffinden
PO Box 171
Pacific Beach, WA 98571
Noname.jane@yahoo.com

Dated: 10.03.08

Violet Blue
1072 Folsom Street, #229
San Francisco CA 94103
violet@tinynibbles.com

**Approved as to form:**

Dated: Oct. 3, 2008

Colette Vogele
VOGELE & ASSOCIATES
12 Geary Street, Suite 701
San Francisco, CA 94107
Tel: 415-391-3311
Fax: 415-358-4975
colette@vogelelaw.com

Dated: 10.03.08

Robert Apgood
CARPELAW PLLC
2400 NW 80th Street #130
Seattle, WA 98117
Tel: 206-624-2379
Fax: 206-784-6305
rob@carpelaw.com

Dated: ____________________

______________________________________
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE