COLETTE VOGELE (SBN No. 192865)
Email: colette@vogelelaw.com
BENJAMIN COSTA (SBN No. 245953)
Email: ben@vogelelaw.com
VOGELE & ASSOCIATES
12 Geary Street, Suite 701
San Francisco, CA 94108
Tel: (415) 391-3311
Fax: (415) 358-4975

Attorneys for Plaintiff and Counter-defendant
VIOLET BLUE

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VIOLET BLUE, an Individual,<br><br>Plaintiff and Counter-defendant,<br><br>v.<br><br>ADA MAE JOHNSON a/k/a ADA WOFFINDEN, an individual d/b/a VIOLET BLUE a/k/a VIOLET a/k/a VIOLET LUST; et al.<br><br>Defendants and Counter-claimants. | Case No. C 07-5370 SI<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER**<br><br>The Honorable Susan Illston<br>Courtroom 10, 19th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |

WHEREAS Plaintiff Violet Blue ("Blue") and Defendant Ada Mae Johnson a/k/a Ada Woffinden (collectively "Defendant") have settled the above-captioned matter;

WHEREAS this Court has entered the parties' Consent Judgment & Order;

**IT IS HEREBY STIPULTED** by and between Blue, through her attorneys, and Defendant, through her attorneys, that Defendant shall be dismissed with prejudice from Blue's First Amended Complaint pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear her own costs and attorney's fees;

**IT IS HEREBY FURTHER STIPULATED** by and between Defendant, through her attorneys, and Defendant, through her attorneys, that Blue shall be dismissed with prejudice from Defendant's Second Amended Answer and Counterclaims pursuant to Rule 41(c) of the Federal Rules of Civil Procedure, with each party to bear her own costs and attorney's fees.

**IT IS HEREBY FURTHER STIPULATED** that this Court shall retain jurisdiction to enforce the Consent Judgment & Order entered by this Court, and a magistrate judge may be assigned to resolve any such enforcement proceeding.

**IT IS SO STIPULATED.**

Dated: Oct. 3, 2008

Colette Vogele
VOGELE & ASSOCIATES
12 Geary Street, Suite 701
San Francisco, CA 94107
Tel: 415-391-3311
Fax: 415-358-4975

Dated: 10.03.08

Robert Apgood
CARPELAW PLLC
2400 NW 80th Street #130
Seattle, WA 98117
Tel: 206-624-2379
Fax: 206-784-6305

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Robert Apgood.

Dated: 10/6/, 2008 VOGELE & ASSOCIATES

By: /s/ Colette Vogele
Colette Vogele
Attorneys for Plaintiff VIOLET BLUE

**ORDER**

Good cause appear therefore, IT IS ORDERED THAT:

Defendant is hereby dismissed with prejudice from Plaintiff's First Amended Complaint pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorney's fees.

Blue is hereby dismissed with prejudice from Defendant's Second Amended Answer and Counterclaims pursuant to Rule 41(c) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorney's fees.

This Court shall retain jurisdiction to enforce the Consent Judgment entered by this Court, and a magistrate judge may be assigned to resolve any such enforcement proceeding.

**IT IS SO ORDERED.**

Dated: ____________________

THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE